UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | **NOTICE OF MOTION** |
| - v. - | ) | |
| | ) | 24 Cr. 658 (GHW) |
| S. KENNETH LEECH II, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, the

Declaration of Jeremy H. Temkin, and the exhibits attached thereto, defendant S. Kenneth Leech

II, through his undersigned counsel, respectfully moves this Court before the Honorable Gregory

H. Woods, United States District Judge, Daniel Patrick Moynihan United States Courthouse, 500

Pearl Street, New York, New York 10007, for an Order:

(1) directing the government to serve on the defendant a bill of particulars pursuant to Fed. R. Crim. P. 7(f);

(2) striking surplusage from the Indictment pursuant to Fed. R. Crim. P. 7(d);

(3) directing the government to produce specific discovery to be followed by a hearing into the government's taint team review procedure pursuant to Fed. R. Crim. P. 12(b)(1);

(4) dismissing Count Five of the Indictment for lack of venue pursuant to Fed. R. Crim. P. 12(b)(3)(A)(i); and

1

(5) granting such other relief as may be warranted.

Dated: August 22, 2025          MORVILLO, ABRAMOWITZ
       New York, New York       GRAND, IASON & ANELLO, P.C.

                                */s/ Jeremy H. Temkin*
                                Jonathan S. Sack
                                Jeremy H. Temkin
                                565 Fifth Avenue
                                New York, NY 10017
                                (212) 856-9600 (telephone)
                                (212) 856-9494 (facsimile)

                                *Attorneys for Defendant S. Kenneth Leech II*