# Exhibit 6

# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com
_____

WRITER'S CONTACT INFORMATION

jsack@maglaw.com
212-880-9410

September 24, 2024

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***
____
RETIRED/PARTNER EMERITUS
PAUL R. GRAND
____
ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

**By Email (Peter.Davis2@usdoj.gov)**
Peter J. Davis, Esq.
Assistant United States Attorney
Southern District of New York
26 Federal Plaza
New York, NY 10278

    **Re:**    **S. Kenneth Leech II**

Dear Mr. Davis:

Pursuant to your request, enclosed please find a list of individuals with whom our client, S. Kenneth Leech II, had privileged and work product-protected email communications in the period 2021 to the present. This list includes attorneys and individuals working directly or indirectly with, or at the direction of, attorneys.

In addition, beginning in October 2023, Mr. Leech occasionally sent emails from a personal email address to the same or a different personal email address in connection with privileged work with counsel in responding to an internal investigation being conducted at Western Asset Management Company. These emails are protected by attorney-client privilege and the attorney work product doctrine.

By providing the enclosed list, we are not waiving, and we expressly preserve, all of our rights with respect to any potentially privileged documents. Specifically, I am concerned that the government may not identify all privileged communications simply by screening for the names or email addresses on the enclosed list. Accordingly, upon receipt of this list, please advise us of the process the Office intends to use to ensure that potentially privileged material is not reviewed or otherwise considered in connection with the government's investigation.

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

Peter J. Davis, Esq.
September 24, 2024
Page 2

I am available to discuss these matters at your convenience.

Very truly yours,

/s/ Jonathan S. Sack

Jonathan S. Sack

Enclosure

cc:    Thomas Burnett (Thomas.Burnett@usdoj.gov)