# Exhibit 7



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javitz Building*
*26 Federal Plaza*
*New York, New York 10278*

November 4, 2024

**By Email**
Jonathan S. Sack
Morvillo Abramowitz Grand Iason & Anello PC
565 Fifth Avenue
New York, NY 10017

> Re:    S. Kenneth Leech II – Potentially Privileged Materials

Dear Mr. Sack:

The Government has obtained electronically stored information from Mr. Leech's Apple and Google accounts, pursuant to a search warrant (the "Apple Materials" and the "Google Materials," respectively). Based on your September 24, 2024 letter to the team in charge of this prosecution (the "Prosecution Team"), the Apple Materials and Google Materials may contain documents or communications that are protected by the attorney-client privilege or the work-product doctrine.

The Prosecution Team does not currently have access to the Apple Materials or the Google Materials. The Government's filter team in this matter (the "Filter Team") has used search terms and a manual review process to identify materials that may potentially be protected by the attorney-client privilege or the work-product doctrine. Through this process, the Filter Team has created four sets of documents: (1) the Apple Non-Priv Set, which consists of Apple Materials that the Filter Team did not identify as potentially privileged or work product; (2) the Google Non-Priv Set, which consists of Google Materials that the Filter Team did not identify as potentially privileged or work product; (3) the Apple Potentially Priv Set, which consists of Apple Materials that the Filter Team identified as potentially privileged or work product; and (4) the Google Potentially Priv Set, which consists of Google Materials that the Filter Team identified as potentially privileged or work product.[1]

The Filter Team's identification of files as potentially privileged or work product is preliminary only. It does not constitute any concession or agreement by our Office that any of those files are, in fact, protected by the attorney-client privilege or work-product doctrines. Rather, any applicable privilege claim must be asserted by the Mr. Leech. To that end, the Filter Team will be producing to you four sets of documents:

---

[1] The Apple Non-Priv Set and the Apple Potentially Priv Set do not include all of the materials the Government received from Apple. Instead, the Filter Team created the Apple Non-Priv Set and the Apple Potentially Priv Set from the types of data most likely to contain relevant information, such as chats and instant messages, emails, documents, and notes.

Page 2

1. The Apple Non-Priv Set, which is labeled USAO_APPLE_01_PROD001 and contains Bates numbers USAO_APPLE_01_00000001 – 00006158;

2. The Apple Potentially Priv Set, which is labeled USAO_APPLE_02_PROD002 and contains Bates numbers USAO_APPLE_02_00000001 – 00001308;

3. The Google Non-Priv Set, which is labeled USAO_GOOGLE_01_PROD001 and contains Bates numbers USAO_GOOGLE_01_00000001 – 00082646; and

4. The Google Potentially Priv Set, which is labeled USAO_GOOGLE_02_PROD001 and contains Bates numbers USAO_GOOGLE_02_00000001 – 00006401.

To the extent you identify any materials included in these productions as to which Mr. Leech intends to assert a privilege or work-product claim, please produce a detailed privilege log with sufficient information for the Government to evaluate the claim. At a minimum, such a log should contain the following information: Bates number; individuals that had access to the document or communication; the basis for the claim (*i.e.*, attorney-client privilege or attorney work product); and a description of the claim. The description of the claim entry in the log should provide an individualized description explaining why you are seeking to have a particular document or communication withheld from the Prosecution Team.

The Government requests that (i) the privilege log and (ii) the control numbers for any files over which you are asserting a claim be produced to the Prosecution Team be provided on the following schedule: For the Apple Non-Priv Set and the Google Non-Priv Set, by **November 22, 2024**. For the Apple Potentially Priv Set and the Google Potentially Priv Set, by **December 6, 2024**.

AUSA Molly Canick is the lead of the Filter Team for this review. Please direct any privilege-related inquiries, or questions regarding the technical aspects of the production, to AUSA Canick. She can be reached at Molly.Canick@usdoj.gov or 212-637-1945.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: __/s/_____
Peter Davis/Thomas Burnett
Assistant United States Attorneys