# Exhibit 14

**Bussen, Joshua**

---

**From:**         Davis, Peter (USANYS) <Peter.Davis2@usdoj.gov>
**Sent:**         Tuesday, July 29, 2025 9:49 AM
**To:**           Bussen, Joshua; Burnett, Thomas (USANYS)
**Cc:**           Sack, Jonathan S.; Temkin, Jeremy; Sobel, Nathaniel
**Subject:**      [External] RE: US v. Leech

Counsel,

Thanks very much for this.  Your July 28, 2025 letter accurately reflects our position. Happy to discuss, of course.

Peter

Peter J. Davis
Assistant United States Attorney
Southern District of New York
26 Federal Plaza
New York, NY 10278
Tel: (212) 637-2468

---

**From:** Bussen, Joshua <jbussen@maglaw.com>
**Sent:** Monday, July 28, 2025 2:38 PM
**To:** Davis, Peter (USANYS) <Peter.Davis2@usdoj.gov>; Burnett, Thomas (USANYS) <Thomas.Burnett@usdoj.gov>
**Cc:** Sack, Jonathan S. <JSack@maglaw.com>; Temkin, Jeremy <JTemkin@maglaw.com>; Sobel, Nathaniel <nsobel@maglaw.com>
**Subject:** [EXTERNAL] US v. Leech

Peter and Tom,

Please find enclosed a letter from Jonathan Sack and Jeremy Temkin dated July 28, 2025.

Best,
Joshua

**Joshua Bussen**
Counsel
Morvillo Abramowitz Grand Iason
 & Anello PC
565 Fifth Avenue, New York, NY 10017
(212) 880-9441
jbussen@maglaw.com

## Morvillo Abramowitz
## Grand Iason & Anello PC

NOTICE: This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from their computer.

**EXTERNAL:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.