UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
UNITED STATES OF AMERICA,                        )
                                                 )
        -v-                                       )          24 Cr. 658 (GHW)
                                                 )
S. KENNETH LEECH II,                             )
                                                 )
             *Defendant*.                         )
------------------------------------------------------------- X

## NOTICE OF MOTIONS *IN LIMINE*

PLEASE TAKE NOTICE THAT, upon the accompanying memoranda of law and the declarations and exhibits attached thereto, Defendant S. Kenneth Leech II, through his undersigned counsel, respectfully moves this Court before the Honorable Gregory H. Woods, United States District Judge, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order:

(1) precluding the government's "other acts" evidence, as set forth in the *Memorandum of Law in Support of Defendant S. Kenneth Leech II's Motion to Preclude the Government's Other Acts Evidence*;

(2) precluding the proposed testimony of the government's experts, Professors Lauren Cohen and Petter Kolm, as set forth in the *Memorandum of Law in Support of Defendant S. Kenneth Leech II's Motion To Exclude Proposed Expert Testimony Of Lauren Cohen And Petter Kolm*; and

(3) precluding the government from presenting certain other testimony and arguments, and directing the use of a juror questionnaire, as set forth in the *Memorandum of Law in Support of Defendant S. Kenneth Leech II's Omnibus Motions in Limine*.

2

Dated: December 15, 2025              MORVILLO ABRAMOWITZ
      New York, New York        GRAND IASON & ANELLO, P.C.

*/s/* Jonathan S. Sack
Jonathan S. Sack
Jeremy H. Temkin
565 Fifth Avenue
New York, New York 10017
(212) 856-9600

CLEARY GOTTLIEB STEEN &
HAMILTON LLP

*/s/* Joon H. Kim
Joon H. Kim
Mitchell Kohles
One Liberty Plaza
New York, New York 10006
(212) 225-2000

*Attorneys for Defendant S. Kenneth Leech II*

2