UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X

UNITED STATES OF AMERICA,

    -v-

S. KENNETH LEECH II,

      *Defendant.*

---------------------------------------------------------- X

)
)
)
)
)
)
)
)
)
)
)
)
)

24 Cr. 658 (GHW)

## DECLARATION OF STEPHEN KENNETH LEECH III

Pursuant to 28 U.S.C. § 1746, I, Stephen Kenneth Leech III, declare as follows:

1.    I am the son of S. Kenneth Leech II ("Ken Leech"), the defendant in the above captioned matter. I make this declaration in support of Ken Leech's assertion of privilege with respect to certain communications that I had with him in connection with investigations relating to the present case.

2.    In October 2023, Ken Leech retained Ralph Hirschmann, Esq., to represent him in connection with an investigation being conducted by outside counsel on behalf of his then-employer, Western Asset Management Company (the "Outside Counsel Investigation"). That representation was subsequently expanded to include an investigation by the U.S. Securities & Exchange Commission into Ken's trade allocations (the "SEC investigation"), and an investigation conducted by the Office of the United States Attorney for the Southern District of New York (the "SDNY Investigation").

3.    The Outside Counsel Investigation (and later the SEC Investigation and the SDNY Investigation) related to allocations of trades in U.S. Treasury futures and options among different strategies for which Ken Leech had portfolio management responsibilities.

1

4.    I have extensive familiarity with issues relating to analyzing the management of fixed income portfolios based on my professional experience:

a.  In 2013, I graduated from Emory University Goizueta School of Business with a B.A. in Business Administration and a concentration in Finance.

b.  Between July 2013 and December 2014, I worked as analyst in the fixed income sales and trading department of the Royal Bank of Scotland.  In that capacity, I had experience analyzing numerous fixed-income securities, including Treasury securities.

c.  Between January 2015 and April 2019, I worked as an Assistant Vice President and then as a Vice President of Fixed Income at the TCW Group, which is a large investment firm.  In that capacity, I traded agency mortgage-backed securities and analyzed Treasury securities.

d.  Since 2020, I have traded a range of fixed-income securities, including Treasury securities, through Powder River Capital Management, an asset management firm that I formed.

e.  In 2018, I received the Chartered Financial Analyst® designation.  The CFA charter is a professional designation offered by the CFA Institute, the global association of investment professionals.  To attain the CFA designation, I passed three levels of tests covering accounting, economics, ethics, money management, and security analysis.

5.    On or about October 30, 2023, Mr. Hirschmann retained me to assist him in his representation of Ken Leech.  A true and correct copy of my retention agreement dated November 14, 2023 is attached as **Exhibit A**.  The brief passage of time between being retained

and formally executing the retention agreement was attributable to the intense time pressure of responding to the Outside Counsel Investigation between October 30 and November 14, 2023.

6.      Since on or about October 30, 2023, at counsel's request, I have (a) analyzed numerous issues relating to fixed income trading and other issues pertaining the investigations, (b) participated in numerous communications with Mr. Hirschmann and lawyers at Morvillo Abramowitz Grand Iason & Anello PC ("MAGIA") (both with and without Ken Leech) relating to the subject matter of the investigations, (c) communicated directly with Ken Leech relating to technical issues relating to the investigations, (d) worked with Ken Leech and other experts retained by counsel to explain complicated fixed income principles to counsel, and (e) assisted Ken Leech in accessing and analyzing Excel data files with information relating to this case.  At all times I understood that, because I had been retained by Mr. Hirschmann and MAGIA to assist in their representation of Ken Leech, my work in this matter and related communications with my father were privileged and confidential.

7.    **Exhibit B** to this declaration is a list of documents prepared by Ken Leech's lawyers. I have reviewed the documents listed on **Exhibit B** under "**Category 1**." To the best of my recollection, these documents are communications between me and Ken Leech that were made in connection with my retention by Mr. Hirschmann as an expert consultant. They include discussions relating to various technical analyses of Ken Leech's Treasury futures and options trades that were prepared to assist counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th Day of January, 2026 at Pasadena, California.

Stephen K. Leech III

4

# Exhibit A

**RALPH F. HIRSCHMANN**
ATTORNEY AT LAW
2240 Encinitas Blvd. #D1010
ENCINITAS, CALIFORNIA 92024

TELEPHONE ███ 1211

RALPH F. HIRSCHMANN
rfh@hirschmannlaw.com

November 14, 2023

Stephen K. Leech III
███████@gmail.com

RE: Trading allocation practices of Ken Leech

Dear Stephen:

This letter will confirm the agreement between Ralph F. Hirschmann, Esq. ("RFH") and you with respect to your performance of confidential services for RFH regarding the above-referenced matter.

RFH retained you on October 30 to advise and assist him regarding his representation of Stephen K. Leech II ("Ken Leech") concerning Ken Leech's trading allocation practices at Western Asset Management Co. You understand that you were retained by RFH, not Ken Leech, and solely for the purpose of assisting RFH in performing his legal work.

You understand that it is the intention of this agreement that your communications with RFH, and your work product (in the broadest sense) shall be protected by the attorney work-product privilege, the attorney-client privilege and other pertinent privileges. You further understand that any communications you may have with Ken Leech regarding his trading allocation practices are in furtherance of the advice RFH has requested of you in connection with my representation of Ken Leech. You accordingly agree not to disclose any communications, documents, materials, or work product relating to this engagement, without the express written consent of RFH.

You shall keep all documents and materials relating to this engagement in a segregated space plainly identifying RFH as your client. You understand that your work product in connection with this engagement is the property of RFH. Upon request by RFH, you shall immediately return all documents and materials (and copies thereof) to RFH.

You shall notify RFH immediately if you become aware of or receive a court order, subpoena, summons, or other request to disclose, examine, inspect, or copy any documents or materials relating to this engagement.



**RALPH F. HIRSCHMANN**
ATTORNEY AT LAW

Stephen K. Leech III
████████@gmail.com
November 14, 2023
Page 2

Please indicate your acceptance of the terms of this agreement by signing the enclosed copy of this letter and returning it to me. Thank you and I look forward to working with you.

Very truly yours,

Ralph F. Hirschmann

Stephen K. Leech III
I agree to the above terms.

Stephen K. Leech III

# Exhibit B

## Category 1

| Bates Number |
| --- |
| USAO_GOOGLE_02_00000149 |
| USAO_GOOGLE_02_00003890 |
| USAO_GOOGLE_02_00000150 |
| USAO_GOOGLE_02_00003893 |
| USAO_GOOGLE_02_00000154 |
| USAO_GOOGLE_02_00003897 |
| USAO_GOOGLE_02_00000161 |
| USAO_GOOGLE_02_00005056 |
| USAO_GOOGLE_02_00005060 |
| USAO_GOOGLE_02_00001826 |
| USAO_GOOGLE_01_00047835 |
| USAO_GOOGLE_02_00000886 |
| USAO_GOOGLE_01_00001104 |
| USAO_GOOGLE_02_00000123 |
| USAO_GOOGLE_02_00001408 |

## Category 2

| Bates Number |
| --- |
| USAO_GOOGLE_02_00001517 |
| USAO_GOOGLE_02_00001519 |
| USAO_GOOGLE_02_00001974 |
| USAO_GOOGLE_02_00004809 |
| USAO_GOOGLE_02_00000270 |
| USAO_GOOGLE_02_00001188 |
| USAO_GOOGLE_02_00000078 |
| USAO_GOOGLE_01_00003532 |
| USAO_GOOGLE_01_00003544 |
| USAO_GOOGLE_01_00003513 |

## Category 3

| Bates Number |
|---|
| USAO_GOOGLE_02_00001903 |
| USAO_GOOGLE_02_00004005 |
| USAO_GOOGLE_02_00001942 |
| USAO_GOOGLE_02_00004235 |
| USAO_GOOGLE_02_00001943 |
| USAO_GOOGLE_02_00004247 |
| USAO_GOOGLE_02_00004237 |

## Category 4

| Bates Number |
|---|
| USAO_GOOGLE_02_00005820 |
| USAO_GOOGLE_01_00066119 |
| USAO_GOOGLE_01_00066120 |
| USAO_GOOGLE_01_00066125 |
| USAO_GOOGLE_01_00066126 |
| USAO_GOOGLE_01_00066132 |
| USAO_GOOGLE_01_00066133 |
| USAO_GOOGLE_02_00002433 |
| USAO_GOOGLE_02_00003619 |
| USAO_GOOGLE_02_00005770 |
| USAO_GOOGLE_02_00005773 |
| USAO_GOOGLE_02_00005774 |
| USAO_GOOGLE_02_00005783 |
| USAO_GOOGLE_02_00005790 |
| USAO_GOOGLE_02_00005794 |
| USAO_GOOGLE_02_00005803 |
| USAO_GOOGLE_02_00002432 |
| USAO_GOOGLE_02_00005806 |
| USAO_GOOGLE_02_00000296 |
| USAO_GOOGLE_02_00004009 |
| USAO_GOOGLE_01_00025452 |
| USAO_GOOGLE_01_00025453 |
| USAO_GOOGLE_01_00025456 |
| USAO_GOOGLE_01_00025457 |
| USAO_GOOGLE_01_00025460 |
| USAO_GOOGLE_01_00025463 |
| USAO_GOOGLE_01_00025464 |
| USAO_GOOGLE_01_00025467 |
| USAO_GOOGLE_01_00025470 |
| USAO_GOOGLE_01_00025473 |
| USAO_GOOGLE_01_00025478 |
| USAO_GOOGLE_01_00025480 |
| USAO_GOOGLE_01_00025494 |
| USAO_GOOGLE_01_00025496 |
| USAO_GOOGLE_01_00025511 |
| USAO_GOOGLE_01_00025538 |
| USAO_GOOGLE_01_00025548 |
| USAO_GOOGLE_01_00025551 |
| USAO_GOOGLE_01_00025588 |
| USAO_GOOGLE_01_00025599 |
| USAO_GOOGLE_01_00025602 |
| USAO_GOOGLE_01_00025604 |

| Bates Number |
| --- |
| USAO_GOOGLE_01_00025631 |
| USAO_GOOGLE_01_00025645 |
| USAO_GOOGLE_01_00025663 |
| USAO_GOOGLE_01_00025669 |
| USAO_GOOGLE_01_00025670 |
| USAO_GOOGLE_01_00025671 |
| USAO_GOOGLE_01_00025672 |
| USAO_GOOGLE_01_00025673 |
| USAO_GOOGLE_01_00025674 |
| USAO_GOOGLE_01_00025675 |
| USAO_GOOGLE_01_00025676 |
| USAO_GOOGLE_01_00025677 |
| USAO_GOOGLE_01_00025678 |
| USAO_GOOGLE_01_00025679 |
| USAO_GOOGLE_01_00025680 |
| USAO_GOOGLE_01_00025681 |
| USAO_GOOGLE_01_00025682 |
| USAO_GOOGLE_01_00025683 |
| USAO_GOOGLE_01_00025684 |
| USAO_GOOGLE_01_00025685 |
| USAO_GOOGLE_01_00025686 |
| USAO_GOOGLE_01_00025687 |
| USAO_GOOGLE_01_00025688 |
| USAO_GOOGLE_01_00025689 |
| USAO_GOOGLE_01_00025690 |
| USAO_GOOGLE_02_00000124 |
| USAO_GOOGLE_02_00002408 |
| USAO_GOOGLE_02_00002409 |
| USAO_GOOGLE_02_00002410 |
| USAO_GOOGLE_02_00002411 |
| USAO_GOOGLE_02_00002413 |
| USAO_GOOGLE_02_00002414 |
| USAO_GOOGLE_02_00002416 |
| USAO_GOOGLE_02_00002422 |
| USAO_GOOGLE_02_00002424 |
| USAO_GOOGLE_02_00002426 |
| USAO_GOOGLE_02_00002427 |
| USAO_GOOGLE_02_00002428 |
| USAO_GOOGLE_02_00002431 |
| USAO_GOOGLE_02_00002434 |
| USAO_GOOGLE_02_00002435 |
| USAO_GOOGLE_02_00002436 |
| USAO_GOOGLE_02_00002437 |
| USAO_GOOGLE_02_00002440 |

| Bates Number |
| --- |
| USAO_GOOGLE_02_00002442 |
| USAO_GOOGLE_02_00002465 |
| USAO_GOOGLE_02_00002470 |
| USAO_GOOGLE_02_00002472 |
| USAO_GOOGLE_02_00002475 |
| USAO_GOOGLE_02_00002476 |

## Category 5

| Bates Number |
| --- |
| USAO_GOOGLE_01_00015656 |
| USAO_GOOGLE_01_00003963 |
| USAO_GOOGLE_01_00053543 |
| USAO_GOOGLE_01_00009222 |
| USAO_GOOGLE_01_00041954 |
| USAO_GOOGLE_01_00005039 |
| USAO_GOOGLE_01_00056249 |

## Category 6

| Bates Number |
| --- |
| USAO_GOOGLE_01_00040711 |
| USAO_GOOGLE_01_00081556 |
| FTPROD02-REL-00006600 |