UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                        )

UNITED STATES OF AMERICA,           )

                                        )

    -v-                                   )            24 Cr. 658 (GHW)

                                        )

S. KENNETH LEECH II,               )

                                         )

        *Defendant.*                  )

                                         )
------------------------------------------------------------- X

## DECLARATION OF DEXTER SENFT

Pursuant to 28 U.S.C. § 1746, I, Dexter Senft, declare as follows:

1.       I make this declaration in support of the assertions of privileged made by Defendant S. Kenneth Leech II ("Ken Leech") with respect to certain communications that I had with him and others in connection with investigations relating to the present case.

2.       Prior to my retirement in 2015, I had a 43-year career in the fixed income industry. I held managing director positions at Morgan Stanley, Barclays Capital, Lehman Brothers, and The First Boston Corporation. I also worked at the start-up, EJV Partners. In all of these positions, I had extensive experience analyzing fixed income securities, including U.S. Treasury futures and options. In 2004, I was inducted into the Fixed Income Analysts Society Hall of Fame.

3.       I have a long-standing friendship with Ken Leech dating back to the 1970s, when I worked for The First Boston Corporation and he worked for the National Bank of Detroit.

4.       On or about November 24, 2023, I was retained by Ralph Hirschmann, Esq., to assist him and lawyers at Morvillo Abramowitz Grand Iason & Anello PC ("MAGIA") in connection with their representation of Ken Leech relating to an investigation being conducted

1

by outside counsel on behalf of his then-employer, Western Asset Management Company (the "Outside Counsel Investigation") as well as investigations conducted by the U.S. Securities and Exchange Commission and the U.S. Department of Justice.  A true and correct copy of my retention agreement dated November 24, 2023 is attached as **Exhibit A**.

5.      Since on or about November 24, 2023, at counsel's request, I have (a) analyzed numerous issues pertaining to the various investigations, including but not limited to issues relating to fixed income trading, (b) participated in numerous communications with Mr. Hirschmann and lawyers at MAGIA (both with and without Ken Leech) relating to the subject matter of the investigations, (c) communicated directly with Ken Leech relating to technical issues relating to the investigations, and (d) worked with Ken Leech and other experts retained by counsel to explain complicated fixed income principles to counsel.  At all times I understood that, because I had been retained by Mr. Hirschmann to assist in his and MAGIA's representation of Ken Leech, my work in this matter and related communications with Ken Leech were privileged and confidential.

6.      **Exhibit B** to this declaration is a list of documents prepared by Ken Leech's lawyers.  I have reviewed the documents listed on **Exhibit B** under "**Category 2**."  To the best of my recollection, these documents are communications between me and Ken Leech that were made in connection with my retention by Mr. Hirschmann as an expert consultant.  They include discussions relating to various technical analyses of Treasury futures and options trades that were prepared to assist Ken Leech's counsel.

7.      Autumn Soukup was previously a computer science student at Carnegie Mellon University.  At my recommendation, on or about December 21, 2023, Mr. Hirschmann retained Ms. Soukup to assist me and other individuals with fixed-income securities expertise in

2

processing and analyzing vast amounts of data relating to the investigations.

8.      I have reviewed the documents listed on **Exhibit B** under "**Category 3**." To the best of my recollection, these documents are communications among me, Ken Leech, and Ms. Soukup that were made in connection with Ms. Soukup's and my retention by Mr. Hirschmann as expert consultants. They include discussions relating to various technical analyses of Ken Leech's Treasury futures and options trades that were prepared to assist Ken Leech's counsel.

I declare under penalty of perjury that the foregoing is true and correct executed this Seventh Day of January 2026 at Naples, Florida.


 

_____
Dexter Senft

# Exhibit A

**RALPH F. HIRSCHMANN**
ATTORNEY AT LAW
2240 Encinitas Blvd. #D1010
ENCINITAS, CALIFORNIA 92024

TELEPHONE █████ 1211

**RALPH F. HIRSCHMANN**
Attorneys@hirschmannlaw.com

November 24, 2023

Dexter Senft
█████@gmail.com

RE: Ken Leech's trade allocations

Dear Dexter:

This letter will confirm the agreement among Morvillo Abramowitz Grand Iason & Anello PC and Ralph F. Hirschmann, Esq. (collectively: "Attorneys") and you with respect to your performance of confidential services for Attorneys regarding the above-referenced matter.

Attorneys have retained you to advise and assist them regarding their representation of Ken Leech concerning his trading allocation practices at Western Asset Management Co. You understand that you have been retained by Attorneys, not Ken Leech, and solely for the purpose of assisting Attorneys in performing his legal work.

You understand that it is the intention of this agreement that your communications with Attorneys, and your work product (in the broadest sense) shall be protected by the attorney work-product privilege, the attorney-client privilege and other pertinent privileges. You further understand that any communications you may have with Ken Leech regarding his trading allocation practices are in furtherance of the advice Attorneys has requested of you in connection with my representation of Ken Leech. You accordingly agree not to disclose any communications, documents, materials, or work product relating to this engagement, without the express written consent of Attorneys.

You shall keep all documents and materials relating to this engagement in a segregated space plainly identifying Attorneys as your client. You understand that your work product in connection with this engagement is the property of Attorneys. Upon request by Attorneys, you shall immediately return all documents and materials (and copies thereof) to Attorneys.

You shall notify Attorneys immediately if you become aware of or receive a court order, subpoena, summons, or other request to disclose,

**RALPH F. HIRSCHMANN**
ATTORNEY AT LAW

Dexter Senft
November 24, 2023
Page 2

examine, inspect, or copy any documents or materials relating to this engagement.

Please indicate your acceptance of the terms of this agreement by signing the enclosed copy of this letter and returning it to me. Thank you and I look forward to working with you.

Very truly yours,

Ralph F. Hirschmann

cc: Jonathan Sack, Esq.
Morvillo Abramowitz Grand Iason & Anello PC

Dexter Senft
I agree to the above terms.

Dexter Senft

# Exhibit B

## Category 1

| Bates Number |
| --- |
| USAO_GOOGLE_02_00000149 |
| USAO_GOOGLE_02_00003890 |
| USAO_GOOGLE_02_00000150 |
| USAO_GOOGLE_02_00003893 |
| USAO_GOOGLE_02_00000154 |
| USAO_GOOGLE_02_00003897 |
| USAO_GOOGLE_02_00000161 |
| USAO_GOOGLE_02_00005056 |
| USAO_GOOGLE_02_00005060 |
| USAO_GOOGLE_02_00001826 |
| USAO_GOOGLE_01_00047835 |
| USAO_GOOGLE_02_00000886 |
| USAO_GOOGLE_01_00001104 |
| USAO_GOOGLE_02_00000123 |
| USAO_GOOGLE_02_00001408 |

**Category 2**

| Bates Number |
|---|
| USAO_GOOGLE_02_00001517 |
| USAO_GOOGLE_02_00001519 |
| USAO_GOOGLE_02_00001974 |
| USAO_GOOGLE_02_00004809 |
| USAO_GOOGLE_02_00000270 |
| USAO_GOOGLE_02_00001188 |
| USAO_GOOGLE_02_00000078 |
| USAO_GOOGLE_01_00003532 |
| USAO_GOOGLE_01_00003544 |
| USAO_GOOGLE_01_00003513 |

**Category 3**

| Bates Number |
|:---:|
| USAO_GOOGLE_02_00001903 |
| USAO_GOOGLE_02_00004005 |
| USAO_GOOGLE_02_00001942 |
| USAO_GOOGLE_02_00004235 |
| USAO_GOOGLE_02_00001943 |
| USAO_GOOGLE_02_00004247 |
| USAO_GOOGLE_02_00004237 |

**Category 4**

| Bates Number |
| --- |
| USAO_GOOGLE_02_00005820 |
| USAO_GOOGLE_01_00066119 |
| USAO_GOOGLE_01_00066120 |
| USAO_GOOGLE_01_00066125 |
| USAO_GOOGLE_01_00066126 |
| USAO_GOOGLE_01_00066132 |
| USAO_GOOGLE_01_00066133 |
| USAO_GOOGLE_02_00002433 |
| USAO_GOOGLE_02_00003619 |
| USAO_GOOGLE_02_00005770 |
| USAO_GOOGLE_02_00005773 |
| USAO_GOOGLE_02_00005774 |
| USAO_GOOGLE_02_00005783 |
| USAO_GOOGLE_02_00005790 |
| USAO_GOOGLE_02_00005794 |
| USAO_GOOGLE_02_00005803 |
| USAO_GOOGLE_02_00002432 |
| USAO_GOOGLE_02_00005806 |
| USAO_GOOGLE_02_00000296 |
| USAO_GOOGLE_02_00004009 |
| USAO_GOOGLE_01_00025452 |
| USAO_GOOGLE_01_00025453 |
| USAO_GOOGLE_01_00025456 |
| USAO_GOOGLE_01_00025457 |
| USAO_GOOGLE_01_00025460 |
| USAO_GOOGLE_01_00025463 |
| USAO_GOOGLE_01_00025464 |
| USAO_GOOGLE_01_00025467 |
| USAO_GOOGLE_01_00025470 |
| USAO_GOOGLE_01_00025473 |
| USAO_GOOGLE_01_00025478 |
| USAO_GOOGLE_01_00025480 |
| USAO_GOOGLE_01_00025494 |
| USAO_GOOGLE_01_00025496 |
| USAO_GOOGLE_01_00025511 |
| USAO_GOOGLE_01_00025538 |
| USAO_GOOGLE_01_00025548 |
| USAO_GOOGLE_01_00025551 |
| USAO_GOOGLE_01_00025588 |
| USAO_GOOGLE_01_00025599 |
| USAO_GOOGLE_01_00025602 |
| USAO_GOOGLE_01_00025604 |

| Bates Number |
| --- |
| USAO_GOOGLE_01_00025631 |
| USAO_GOOGLE_01_00025645 |
| USAO_GOOGLE_01_00025663 |
| USAO_GOOGLE_01_00025669 |
| USAO_GOOGLE_01_00025670 |
| USAO_GOOGLE_01_00025671 |
| USAO_GOOGLE_01_00025672 |
| USAO_GOOGLE_01_00025673 |
| USAO_GOOGLE_01_00025674 |
| USAO_GOOGLE_01_00025675 |
| USAO_GOOGLE_01_00025676 |
| USAO_GOOGLE_01_00025677 |
| USAO_GOOGLE_01_00025678 |
| USAO_GOOGLE_01_00025679 |
| USAO_GOOGLE_01_00025680 |
| USAO_GOOGLE_01_00025681 |
| USAO_GOOGLE_01_00025682 |
| USAO_GOOGLE_01_00025683 |
| USAO_GOOGLE_01_00025684 |
| USAO_GOOGLE_01_00025685 |
| USAO_GOOGLE_01_00025686 |
| USAO_GOOGLE_01_00025687 |
| USAO_GOOGLE_01_00025688 |
| USAO_GOOGLE_01_00025689 |
| USAO_GOOGLE_01_00025690 |
| USAO_GOOGLE_02_00000124 |
| USAO_GOOGLE_02_00002408 |
| USAO_GOOGLE_02_00002409 |
| USAO_GOOGLE_02_00002410 |
| USAO_GOOGLE_02_00002411 |
| USAO_GOOGLE_02_00002413 |
| USAO_GOOGLE_02_00002414 |
| USAO_GOOGLE_02_00002416 |
| USAO_GOOGLE_02_00002422 |
| USAO_GOOGLE_02_00002424 |
| USAO_GOOGLE_02_00002426 |
| USAO_GOOGLE_02_00002427 |
| USAO_GOOGLE_02_00002428 |
| USAO_GOOGLE_02_00002431 |
| USAO_GOOGLE_02_00002434 |
| USAO_GOOGLE_02_00002435 |
| USAO_GOOGLE_02_00002436 |
| USAO_GOOGLE_02_00002437 |
| USAO_GOOGLE_02_00002440 |

| Bates Number |
| --- |
| USAO_GOOGLE_02_00002442 |
| USAO_GOOGLE_02_00002465 |
| USAO_GOOGLE_02_00002470 |
| USAO_GOOGLE_02_00002472 |
| USAO_GOOGLE_02_00002475 |
| USAO_GOOGLE_02_00002476 |

**Category 5**

| Bates Number |
|---|
| USAO_GOOGLE_01_00015656 |
| USAO_GOOGLE_01_00003963 |
| USAO_GOOGLE_01_00053543 |
| USAO_GOOGLE_01_00009222 |
| USAO_GOOGLE_01_00041954 |
| USAO_GOOGLE_01_00005039 |
| USAO_GOOGLE_01_00056249 |

## Category 6

| Bates Number |
|---|
| USAO_GOOGLE_01_00040711 |
| USAO_GOOGLE_01_00081556 |
| FTPROD02-REL-00006600 |