UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,                )
                                         )
    -v-                                      )    24 Cr. 658 (GHW)
                                         )
S. KENNETH LEECH II,                     )
                                         )
    *Defendant*.                             )
------------------------------------------------------------ X

**DECLARATION OF DAVID RICHARDS IN SUPPORT OF
DEFENDANT S. KENNETH LEECH II'S OPPOSITION
TO THE GOVERNMENT'S MOTION TO EXCLUDE EXPERT TESTIMONY
PURSUANT TO FEDERAL RULES OF EVIDENCE 403 AND 702**

I, David Richards, declare as follows:

    1.    I am an associate at the law firm Morvillo Abramowitz Grand Iason & Anello PC and represent Mr. Leech in the above-captioned matter.

    2.    I respectfully submit this declaration in connection with the Memorandum of Law in Opposition to the Government's Motion to Exclude Expert Testimony Pursuant to Federal Rules of Evidence 403 and 702.

    3.    Attached hereto as **<u>Exhibit A</u>** is a true and correct copy of Professor Kevin Maloney's Initial Disclosure dated October 23, 2025.

Dated:  January 15, 2026                       MORVILLO ABRAMOWITZ
         New York, New York                GRAND IASON & ANELLO, P.C.

                                                           <u>/s/ David Richards</u>
                                                           David Richards
                                                           565 Fifth Avenue
                                                           New York, New York 10017
                                                           (212) 856-9600

# Exhibit A

## MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F ALBERT
ROBERT J ANELLO*
KATHLEEN E CASSIDY
BENJAMIN S FISCHER
CATHERINE M FOTI
CHRISTOPHER B HARWOOD
LAWRENCE IASON
BRIAN A JACOBS
TELEMACHUS P KASULIS
KAREN R KING
THOMAS A MCKAY
ROBERT M RADICK*
JONATHAN S. SACK**
EDWARD M SPIRO
JEREMY H. TEMKIN
RICHARD D WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

jsack@maglaw.com
(212) 880-9410

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***
KEFIRA WILDERMAN

RETIRED/PARTNER EMERITUS
PAUL R GRAND

ROBERT G MORVILLO
1938-2011
MICHAEL C SILBERBERG
1940-2002
JOHN J TIGUE JR
1939-2009

*ALSO ADMITTED IN WASHINGTON D C
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

October 23, 2025

**BY EMAIL**
Thomas Burnett, Esq.
Peter J. Davis, Esq.
Assistant United States Attorneys
Southern District of New York
United States Department of Justice
26 Federal Plaza
New York, NY 10278

    Re: *United States v. Leech*, No. 24 Cr. 658 (GHW) (S.D.N.Y.)

Dear Messrs. Burnett and Davis:

  Pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C), the defense provides notice that Mr. Leech anticipates calling Dr. Kevin Maloney, the Chair of the Finance Department at Bryant University and a former executive at different asset managers, at trial as an expert on fundamental fixed income investing topics. In addition to the subjects of testimony described below, Dr. Maloney may give testimony responding to and rebutting testimony given by the government's expert witnesses. Dr. Maloney reserves the right to update, amend, and/or supplement the summaries of testimony included below based on further developments. Set forth below are Dr. Maloney's qualifications and a summary of his anticipated testimony.

**I. QUALIFICATIONS**

  Dr. Maloney is the Chair of the Finance Department at Bryant University. He joined the faculty at Bryant in 2017. At Bryant, Dr. Maloney teaches a two-course sequence that provides students with the conceptual knowledge to be a fixed income professional in the first course and an experiential learning capstone that involves the students in the management of the Archway Fixed Income Portfolio as the second course. The Archway Fixed Income portfolio is managed as a core bond portfolio benchmarked against the Bloomberg US Aggregate Index (commonly known as the "US aggregate index"). Prior to joining the Bryant University faculty, Dr. Maloney was a Senior Managing Director at Gottex Fund Management (later renamed LumX) before retiring in 2016. While employed at Gottex from 2003 to 2016, he served as Head of Research

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

Thomas Burnett, Esq. & Peter Davis, Esq.
October 23, 2025
Page 2

for its Fund of Hedge Funds business, then Head of Risk Management, and finally as its Co-Chief Investment Officer. During his time at Gottex, he designed the manager research process and the risk management process for the fund of hedge business, served as a member of the Research and Asset Allocation committees, and performed onsite investment due diligence on over 500 individual hedge funds located across the globe, including fixed income, credit, and securitized credit funds.

From 1995 to 2003, Dr. Maloney was employed by Putnam Investments, initially as the Head of Fixed Income Quantitative Research, then later as the Head of Financial Engineering, and then the Head of Product Design. While at Putnam, his teams developed benchmarking, performance attribution, and risk management capabilities used in the fixed income investment process, the derivatives analytics used by the trading desk, and the portfolio construction platform used by the equity portfolio managers.

From 1983 to 1995, Dr. Maloney was a professor at the Tuck School of Business at Dartmouth College, where he taught MBA courses in Fixed Income, Derivatives, and Macroeconomics. He has published articles in several professional journals. He earned his M.A. (1981) and a Ph.D. (1983) in Economics from Washington University, St. Louis, with field specialties in Finance and Monetary Theory. He holds a B.A. in Economics (1979) from Trinity College in Hartford, CT. He served on the Board of Trustees for Trinity College from 2011 to 2023 and remains a member of the Investment Committee for its endowment.

Dr. Maloney's CV, including a list of his prior publications over the last 10 years, is attached as Exhibit A. Dr. Maloney has not testified as an expert witness at trial or in a deposition in the past 4 years.

## II.   SUMMARY OF ANTICIPATED TESTIMONY

Dr. Maloney will provide testimony about basic background principles of fixed income investing and how fundamental bond concepts explain certain differences between the Core/Core Plus ("Core Strategies") and Macro Opportunities ("Macro Opps") accounts managed by Mr. Leech at the Western Asset Management Company ("Western").

The basis for such testimony will be, unless otherwise noted, his education, research, training, and professional experience, as well as his review of documents and other evidence produced in discovery and publicly available information, including but not limited to the following:

- Western Trade Blotter and broker execution data for selected days

- Strategy/Fund Due Diligence Questionnaires ("DDQs") and Annual Report Materials:

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

Thomas Burnett, Esq. & Peter Davis, Esq.
October 23, 2025
Page 3

- o Due Diligence Questionnaire, Western Asset US Core Plus
- o Due Diligence Questionnaire, Western Asset Macro Opps Strategy
- o Macro Opps Fund 2020 Annual Report
- o Core Bond Fund 2020 Annual Report
- o Core Plus Bond Fund 2020 Annual Report
- Daily Portfolio Reports for accounts 671, 984, and 3313
- Core, Core Plus, and Macro Opps Annual Reports (2023)
- Macro Opps Investment Highlights (Q1 2024)
- Core Plus Investment Highlights (Q1 2024)

Expected testimony regarding the relationship between bond prices and yields:

- Dr. Maloney will testify that fixed income securities (bonds) represent the debt of various borrowers (governments, corporations, etc.).
- Dr. Maloney will explain the inverse relationship between interest rates (also known as "yields") and bond prices.

Expected testimony regarding duration and convexity:

- Dr. Maloney will explain that duration and convexity are fundamental measures of risk in fixed income investing.
- Dr. Maloney will explain that duration measures the sensitivity of a bond's (or a bond portfolio's) value in response to change in yields. He will explain that duration measures the steepness of the price return and interest rate relationship.
- Dr. Maloney will testify that the larger the duration, the greater the bond's (or bond portfolio's) interest rate risk. In addition, he will explain that bonds with longer maturity have more duration, meaning that their prices are more sensitive to yield changes.
- Dr. Maloney will testify that convexity reflects the fact that as interest rates change, the duration of a bond (or bond portfolio) also changes.

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P. C.

Thomas Burnett, Esq. & Peter Davis, Esq.
October 23, 2025
Page 4

- Dr. Maloney will testify regarding the differences between positive and negative convexity. He will explain why portfolio managers might include negatively convex securities or derivatives in a bond portfolio.

- Dr. Maloney will testify that the price movements in different fixed income products (Treasuries, corporate bonds, mortgage-backed securities, and emerging market bonds, etc.) are not fully correlated.

Expected testimony regarding Treasury bonds and derivatives in fixed income portfolios:

- Dr. Maloney will testify that Treasury bonds are issued by the United States Treasury and backed by the full faith and credit of the US government. He will testify that because the risk of the US government defaulting is low, Treasury bonds are considered to be among the lowest risk investments. He will also testify that the risk to investors in Treasury bonds comes primarily from changes in market interest rates (which affect the price of the bonds).

- Dr. Maloney will testify that a derivative is a financial security whose value is "derived" from reference to another underlying security or group of securities. Dr. Maloney will testify that futures are contracts committing the investor to buy (long futures position) or sell (short futures position) an underlying security at a fixed price at a future date. He will also testify that options are contracts granting the investor the "option" to buy (call option) or sell (put option) a security in the future at a specified price (the "strike" price).

- Dr. Maloney will testify that Treasury derivatives can be used to adjust duration, convexity, and the composition of exposure across the yield curve. Treasury options in particular, Dr. Maloney will testify, can be used to take views on volatility in the Treasury markets.

- Dr. Maloney will explain the ways various Treasury derivatives impact portfolio duration and convexity.

Expected testimony regarding duration limits and convexity profiles of the Core Strategies as compared to Macro Opps:

- Dr. Maloney will testify that the Core Strategies were managed versus a benchmark index, which was the US aggregate index. Dr. Maloney will explain that Western disclosed to investors that Core's duration was expected to be within +/- 20% of the US aggregate index duration and that Core Plus's duration was expected to be within +/- 30% of the US aggregate index duration.

Morvillo Abramowitz Grand Iason & Anello P. C.

Thomas Burnett, Esq. & Peter Davis, Esq.
October 23, 2025
Page 5

- Dr. Maloney will testify that Macro Opps disclosed to investors that it would normally maintain portfolio duration within the range of -5 to +10 years.

- Dr. Maloney will testify about the role that Treasury futures and options positions played in the overall duration and convexity of Macro Opps and the Core Strategies.

- Dr. Maloney will testify that Macro Opps had substantially more negative convexity than the Core Strategies. He will testify that, given this difference, Macro Opps needed to more actively trade to keep its duration within its duration limits as interest rates moved.

- Dr. Maloney will testify that he prepared an illustrative scenario analysis to demonstrate the differences in duration management in the Core Strategies as compared to Macro Opps. Dr. Maloney will testify that, based on his analysis, Macro Opps might have to trade substantially more futures contracts to re-establish the duration of Macro Opps to its start-of-day position in response to rates changes as compared to the Core Strategies, even though Macro Opps was a smaller portfolio.

- Dr. Maloney will testify that the Core Strategies and Macro Opps had different asset compositions such that certain market developments would affect the strategies differently.

Expected testimony regarding the historic bear market that occurred between 2021 and 2023:

- Dr. Maloney will testify as to the market conditions that occurred in the fixed income market between 2021 and 2023. Dr. Maloney will testify about the sustained market volatility in the 2021 to 2023 period. He will testify that the market conditions were caused by both changes in interest rates and discrete geopolitical events and financial market disruptions. Dr. Maloney will also testify about the performance of the US aggregate index, including that in 2022 the index experienced its largest negative calendar year return since its inception.

Expected testimony regarding specific illustrative days of Mr. Leech's Treasury futures and options trading:

- Dr. Maloney may testify about the impact Mr. Leech's Treasury futures and options trading had on the risk profiles of Core Strategies and Macro Opps on certain days. Dr. Maloney may explain the related market context, including interest rate developments. He may testify about the passive duration drift that would have occurred in both the Core Strategies and Macro Opps had no trading occurred and the duration and convexity impact of Mr. Leech's trading on those days.

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P. C.

Thomas Burnett, Esq. & Peter Davis, Esq.
October 23, 2025
Page 6

- Dr. Maloney may also testify regarding the hypothetical impact of assigning trades Mr. Leech allocated to the Core Strategies to Macro Opps and trades Mr. Leech allocated to Macro Opps to the Core Strategies.

### III.   RESERVATION OF RIGHTS TO SUPPLEMENT DISCLOSURES

Dr. Maloney reserves his right to supplement and/or amend these disclosures, including in response to the government's disclosures and the evidence presented in its case-in-chief.

\* \* \*

Please let us know if you have any questions. We are available to meet and confer to further discuss these disclosures.

Very truly yours,

Jonathan S. Sack
Jeremy H. Temkin

Reviewed and Approved By:

Dr. Kevin Maloney