EXHIBIT 1

**From:**     Leech, S. Kenneth
**Sent:**     2/25/2022 6:12:26 AM
**To:**       Dexter Senft
**Subject:**  RE: Need some help [External]

Dex—we don't have this immediately on hand. Unfortunately-we do have e a boatload of Russian bonds on hand. So if you have an alternative source-that would be great.

**From:** Dexter Senft <
**Sent:** Friday, February 25, 2022 5:45 AM
**To:** Leech, S. Kenneth <
**Subject:** Need some help [External]

Before I begin, let's agree that you are busier than usual and if you don't have time for this I'll turn to my brokers, who actually get paid to help me. I just thought this might be info you have readily on hand.

I've volunteered to help a university (not my alma mater) come up with a strategic plan for issuing tax-free debt, which they've been doing for the last decade without a plan. I guess inflation has them thinking. They enjoy a rating of AA.

I'm looking for info on the US Treasury's borrowing apart from what's on the SIFMA website. They've obviously increased borrowing dramatically but structurally it looks like the mix of bills/notes/bonds/TIPS hasn't changed much.

Do you have data on the duration of the debt for the last few years?

Could the Treasury have extended their duration dramatically to take advantage of low rates?

What are their projected interest expenses as and if rates rise?

Thanks.
Dex

FOIA Confidential Treatment Requested by WAM

WAMCO_SEC_0140021
WAMCO_DOJ_0026734
SDNY_LEECH_R01_00313876

EXHIBIT 2

Visited https://www.jdsupra.com/legalnews/enhancing-compliance-reporting-incentive_4084e3f3-8652-5544-b332-d292285e18d5.html

Dec 9, 2023, 3:35:54 AM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings here.

# Search

---

Searched for ohio freedom index

Dec 9, 2023, 3:35:37 AM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings here.

# Search

---

Searched for ohio libertarian

Dec 9, 2023, 3:35:23 AM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings here.

# Search

---

Searched for state of california department of justice 1300 I Street

Dec 8, 2023, 6:12:46 PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings here.

# Search

---

Viewed Justice Department

Dec 8, 2023, 6:12:46 PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings here.

# Search

Searched for Â type for this

Dec 8, 2023, 5:59:52 PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings
  here.

## Search

---

Visited Â Pricing and Valuation of Futures Contracts - PrepNuggets

Dec 8, 2023, 5:49:39 AM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings
  here.

## Search

---

Searched for Â how to value futures contract

Dec 8, 2023, 5:48:34 AM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings
  here.

## Search

---

Searched for Â mark to market vs. book value in a futures contract

Dec 8, 2023, 5:48:00 AM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings
  here.

## Search

---

Searched for Â mark to market vs. book value in a futures contract

Dec 8, 2023, 5:47:19 AM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings
  here.

## Search

---

Searched for Â mark to market vs. book value in a futures contract

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings
  here.

## Search

Searched for  mark to market results value investing

Dec 8, 2023, 5:44:52 AM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings
  here.

## Search

Searched for  importance of daily results in portfolio management

Dec 8, 2023, 5:44:33 AM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings
  here.

## Search

Searched for  importance of daily results in portfolio management

Dec 8, 2023, 5:44:24 AM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings
  here.

## Search

Searched for  complex systems falling market

Dec 8, 2023, 5:42:40 AM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings
  here.

## Search

Searched for  complex systems falling market

Dec 8, 2023, 5:42:24 AM UTC

**Products:**
 Search
**Why is this here?**
 This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings
 here.

# Search

Searched forÂ complex systems falling market

Dec 8, 2023, 5:42:07â¯AM UTC

**Products:**
 Search
**Why is this here?**
 This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings
 here.

# Search

Searched forÂ complex systems that look random but aren't

Dec 8, 2023, 5:40:50â¯AM UTC

**Products:**
 Search
**Why is this here?**
 This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings
 here.

# Search

Searched forÂ account hedged looks better than account not

Dec 8, 2023, 5:39:05â¯AM UTC

**Products:**
 Search
**Why is this here?**
 This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings
 here.

# Search

Searched forÂ account hedged looks better than account not

Dec 8, 2023, 5:38:44â¯AM UTC

**Products:**
 Search
**Why is this here?**
 This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings
 here.

# Search

Searched forÂ account hedged looks better than account not

Dec 8, 2023, 5:38:21â¯AM UTC

**Products:**
 Search

# EXHIBIT 3

**Products:**
 Search
**Why is this here?**
 This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings
 here.

## Search

Searched forÂ ███████████████

Jan 20, 2024, 11:04:57â¯PM UTC

**Products:**
 Search
**Why is this here?**
 This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings
 here.

## Search

Searched forÂ ███████████████

Jan 20, 2024, 11:04:44â¯PM UTC

**Products:**
 Search
**Why is this here?**
 This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings
 here.

## Search

Searched forÂ ███████████████

Jan 20, 2024, 11:04:30â¯PM UTC

**Products:**
 Search
**Why is this here?**
 This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings
 here.

## Search

Searched forÂ ███████████████

Jan 20, 2024, 11:04:07â¯PM UTC

**Products:**
 Search
**Why is this here?**
 This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings
 here.

## Search

VisitedÂ ████████████████████████

Jan 20, 2024, 11:01:41â¯PM UTC

**Products:**
 Search

**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings here.

## Search

Searched for ██████████████

Jan 20, 2024, 11:01:29â¯PM UTC

**Products:**
Search

**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings here.

## Search

Searched for ██████████████

Jan 20, 2024, 11:01:23â¯PM UTC

**Products:**
Search

**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings here.

## Search

Searched for ██████████████

Jan 20, 2024, 11:01:01â¯PM UTC

**Products:**
Search

**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings here.

## Search

Searched for ██████████████

Jan 20, 2024, 11:00:42â¯PM UTC

**Products:**
Search

**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings here.

## Search

Searched for ██████████████

Jan 20, 2024, 11:00:29â¯PM UTC

**Products:**
Search

**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings

## Search

Searched forÂ how to search for stories on a particular date in bloomberg news

Jan 20, 2024, 10:57:24â¯PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings
  here.

## Search

Searched forÂ how to search for stories on a particular date in bloomberg news

Jan 20, 2024, 10:57:24â¯PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings
  here.

## Search

Searched forÂ how to search for stories on a particular date in bloomberg news

Jan 20, 2024, 10:57:23â¯PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings
  here.

## Search

VisitedÂ https://ad.doubleclick.net/searchads/link/click?lid=43700074629728066&ds_s_kwgid=58700007292542464&ds_a_cid=13331370&ds_a_caid=14168248444&ds_a_agid=132376956464&ds_a_fiid=&ds_a_lid=kwd-1362035768819&ds_a_extid=&&ds_e_adid=614788492227&ds_e_matchtype=search&ds_e_device=c&ds_e_network=g&&ds_url_v=2&ds_dest_url=https://www.bloomberg.com/subscriptions/newyear?utm_medium=cpc_search&utm_campaign=BR_ACQ_BRAND_BRANDGENERALX_EVG_XXXX_XXX_COUSA_EN_EN_X_BLOM_GO_SE_XXX_XXXXXXXXXX&gclsrc=aw.ds&

Jan 20, 2024, 10:57:12â¯PM UTC

**Products:**
  Search
**Details:**
  From Google Ads
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings
  here.

## Search

Jan 20, 2024, 10:56:12 PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings
  here.

## Search

---

Searched for [how to search for stories on a particular date in bloomberg news](#)

Jan 20, 2024, 10:55:52 PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings
  here.

## Search

---

Searched for [how to search for stories on a particular date in bloomberg news](#)

Jan 20, 2024, 10:55:41 PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings
  here.

## Search

---

Visited [How can I access articles from Bloomberg.com? - Yale Business ...](#)

Jan 20, 2024, 10:55:20 PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings
  here.

## Search

---

Searched for [how to search for stories on a particular date in bloomberg news](#)

Jan 20, 2024, 10:54:58 PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings
  here.

## Search

---

Visited ██████████████████████

Jan 20, 2024, 10:53:26 PM UTC

**Products:**
 Search
**Why is this here?**
 This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings here.

# Search

Searched for █████████████████████████

Jan 20, 2024, 10:52:57 PM UTC

**Products:**
 Search
**Why is this here?**
 This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings here.

# Search

Searched for █████████████████

Jan 20, 2024, 10:52:44 PM UTC

**Products:**
 Search
**Why is this here?**
 This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings here.

# Search

Searched for ████████████████

Jan 20, 2024, 10:52:16 PM UTC

**Products:**
 Search
**Why is this here?**
 This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings here.

# Search

Visited █████████████████████

Jan 20, 2024, 10:50:03 PM UTC

**Products:**
 Search
**Why is this here?**
 This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings here.

# Search

Searched for ████████████████

Jan 20, 2024, 10:49:43 PM UTC

Products:
  Search

**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings
  here.

## Search

Visited █████████████████████████

Jan 20, 2024, 10:47:53 PM UTC

**Products:**
  Search

**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings
  here.

## Search

Searched for █████████████████████

Jan 20, 2024, 10:46:50 PM UTC

**Products:**
  Search

**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings
  here.

## Search

Visited █████████████████████

Jan 20, 2024, 10:44:14 PM UTC

**Products:**
  Search

**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings
  here.

## Search

Searched for ████████████████

Jan 20, 2024, 10:44:11 PM UTC

**Products:**
  Search

**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings
  here.

## Search

Visited ████████████████████

Jan 20, 2024, 10:39:01 PM UTC

**Products:**
  Search

**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings here.

Search

---

Visited Â█████████████████████████

Jan 20, 2024, 10:37:27â¯PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings here.

Search

---

Searched for Â██████████████

Jan 20, 2024, 10:37:13â¯PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings here.

Search

---

Visited Â████████████████████████

Jan 20, 2024, 10:34:20â¯PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings here.

Search

---

Visited Â████████████████████████

Jan 20, 2024, 10:29:49â¯PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings here.

Search

---

Searched for Â███████████████

Jan 20, 2024, 10:29:33â¯PM UTC

**Products:**
  Search
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings

# EXHIBIT 4

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

320 SOUTH CANAL STREET

CHICAGO, IL 60606-1720

TEL: 

FAX:

www.skadden.com

DIRECT DIAL

DIRECT FAX

EMAIL ADDRESS

FIRM/AFFILIATE OFFICES
———
BOSTON
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY WAM**

November 3, 2025

**BY EMAIL**

Peter J. Davis
Assistant U.S. Attorney
U.S. Attorney's Office
Southern District of New York
26 Federal Plaza
New York, NY 10278

RE:     <u>WAM</u>

Dear Mr. Davis:

On behalf of our client, Western Asset Management Company, LLC ("WAM"), we are producing a set of documents labeled WAMCO_DOJ_4776390 through 4776448, in response to your October 13, 2025 request for materials that WAM provided to the Brattle Group in relation to Mr. Newman's analysis. The documents we are producing today are four sets of materials sent by Morvillo Abramowitz Grand Iason & Anello PC to Munger, Tolles & Olson LLP in 2024, where each set consists of a cover letter, a memorandum, and a spreadsheet.

We are providing these materials to you pursuant to your agreement by email on November 3, 2025, that WAM's act of producing these documents to the Government does not waive any applicable privilege or work-product protection and that the Government will not argue that WAM has waived any available privilege or protection because of its production of these documents to the Government. As you stated in your email, we understand that the Government "reserves all rights to assert that WAM and/or Mr. Leech has otherwise waived privilege or work-product protections or to assert that no available privileges or protections exist, and that Mr.

Peter J. Davis, Esq.
November 3, 2025
Page 2

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY WAM**

Leech's counsel has confirmed that they do not object to WAM's production of these documents to the Government."

\*      \*      \*

Pursuant to U.S. Department of Justice ("DOJ") regulations regarding confidentiality (28 C.F.R. § 16.7), WAM requests that this letter, the enclosed documents, and all information contained therein ("the Confidential Materials"), be afforded confidential treatment as they contain commercial information, financial information, and/or other confidential material that is protected from disclosure under the Freedom of Information Act (5 U.S.C. § 552(b)).  In order to ensure confidentiality, we have individually marked each page with "Confidential Treatment Requested by WAM."  In addition, we respectfully request that we be notified in the event that your Office or the DOJ for any reason considers disclosing the Confidential Materials (in any form) to a third party.

In providing the enclosed materials, WAM does not intend to, and does not, waive any applicable privilege or any other legal claim that such information may not be subject to production.  The production of material subject to any applicable privilege or other legal claim that such information may not be subject to production, if any, is inadvertent.  In the case of any inadvertent production of privileged material, we ask that you return it immediately upon identifying it.  Any inadvertent production of privileged material does not effect a waiver of privilege with respect to a particular document or with respect to the subject matter thereof and does not preclude the subsequent assertion of any applicable privilege or protection with respect to the material or the subject matter of the material.

If you have any questions or require additional information, please contact me at (██████████.

Sincerely,

 /s/ *John C. Kocoras*

John C. Kocoras

Enclosures

EXHIBIT 5

**From:**      Leech, S. Kenneth ██████████████
**Sent:**      3/4/2022 4:50:27 PM
**To:**        Dexter Senft ██████████████
**Subject:**   Re: Tomorrow [External]

Great/ I hope to play decently but I haven't had full focus

I mean I made a poor decision/ but I got a catastrophic outcome

Sent from my iPhone

On Mar 4, 2022, at 4:48 PM, Dexter Senft ██████████████ wrote:

Same game as last time? 10:00/1:00.

On Fri, Mar 4, 2022, 6:25 PM Leech, S. Kenneth ██████████████ wrote:
Thx dex- tomorrow would be great- what time works for you?

Sent from my iPad

> On Mar 4, 2022, at 2:10 PM, Dexter Senft ██████████████ wrote:
>
>
> If you would like some palliative care tomorrow in the form of bridge, let me know. Sunday is out as I'll be driving 1,200 miles....

********************************************************************** E-mail sent through the Internet is not secure. Western Asset therefore recommends that you do not send any confidential or sensitive information to us via electronic mail, including social security numbers, account numbers, or personal identification numbers. Delivery, and or timely delivery of Internet mail is not guaranteed. Western Asset therefore recommends that you do not send time sensitive or action-oriented messages to us via electronic mail. **********************************************************************

WAMCO_SEC_0379038
WAMCO_DOJ_0265751
SDNY_LEECH_R01_00552888

EXHIBIT 6

**From:**      Leech, S. Kenneth [
**Sent:**      3/19/2023 1:26:31 PM
**To:**        Stephen Leech [
**Subject:**   (BN) Credit Suisse's $17 Billion of Risky Bonds Are Now Worthless


I think you may need a name change- save yourself from guilt by association

By Tasos Vossos and Colin Keatinge
(Bloomberg) -- About 16 billion Swiss francs ($17.3
billion) of Credit Suisse Group AG bonds have become worthless
after a takeover of the firm by rival UBS Group AG.
The deal will trigger a "complete write-down" of the bank's
additional tier 1 bonds in order to increase core capital, Swiss
financial regulator FINMA said in a statement on its website.
UBS to Buy Credit Suisse in Historic Deal to End Crisis
The bond wipe out is the biggest loss yet for Europe's $275
billion AT1 market, far eclipsing the approximately €1.35
billion loss suffered by junior bondholders of Spanish lender
Banco Popular SA back in 2017, when it was absorbed by Banco
Santander SA to avoid a collapse.
AT1 bonds were introduced in Europe after the global
financial crisis to serve as shock absorbers when banks start to
fail. They are designed to impose permanent losses on
bondholders or be converted into equity if a bank's capital
ratios fall below a predetermined level, effectively propping up
its balance sheet and allowing it to stay in business.
Investors had been concerned that a so-called bail-in would
result in the AT1s being written down, while senior debt issued
by the holding company, Credit Suisse Group, would be converted
into equity for the bank.
Credit Suisse Investors See Bail-In Risk for $82 Billion
Bonds

AT1 Bondholders

Pacific Investment Management Co., Invesco Ltd. and BlueBay
Funds Management Co. SA were among the many asset managers
holding Credit Suisse AT1 notes, according to data compiled by
Bloomberg. Their holdings may have changed or been sold entirely
since their last regulatory filings.
Pimco and BlueBay declined to comment when contacted by
Bloomberg News on Friday, before the deal was announced. A
spokeswoman for Invesco said that "due to portfolio disclosure
policies, we wouldn't disclose any current movements in
portfolios but our investment teams are continuing to monitor
developments and prudently managing our clients' assets in light
of current market conditions."
The bonds were by Friday already trading at levels usually
reserved for companies about to go bust. A slice of the bank's
$1.65 billion note, issued less than a year ago, changed hands
at about 35 cents on the dollar, according to trade reporting
system Trace.
Earlier on Sunday, pricing fluctuated as traders weighed
two contrasting scenarios: either the regulator would
nationalize part or the whole bank, possibly writing off Credit
Suisse's AT1 bonds entirely, or a UBS buyout with potentially no
losses for bondholders.
The broader market for those risky European bank bonds,
also known as contingent convertibles or CoCos, has also tumbled
in the past two weeks, with the average AT1 now indicated at a
price of just 82% of face value, one of the steepest discounts
on record.

To contact the reporters on this story:
Tasos Vossos in London at tvossos@bloomberg.net;
Colin Keatinge in London at ckeatinge@bloomberg.net
To contact the editors responsible for this story:
Hannah Benjamin-Cook at hbenjamin1@bloomberg.net
Dan Wilchins, Bruce Douglas

Sent from my iPhone

FOIA Confidential Treatment Requested by WAM

# EXHIBIT 7

**From:** Ken Leech ███████████████
**Sent:** 1/24/2024 11:24:08 PM
**To:** Dexter Senft ██████████████████
**Subject:** Fwd: The question of payment

But Sean's bills are for his firm where he claims to have helpers- so you would do better, I think, matching his invoices
Sent from my iPhone

Begin forwarded message:

**From:** Ken Leech ███████████████████
**Date:** January 24, 2024 at 3:16:29 PM PST
**To:** Ken Leech ███████████████
**Subject: Re: The question of payment**

Range 450-500 hourly rate
Sent from my iPhone

On Jan 24, 2024, at 3:03 PM, Ken Leech ██████████████████    wrote:

Great Dex-

I was worried that my offering to pay you might be taken as afront.

I couldn't be more pleased - I am profoundly in your debt.

My suggestion is I just have Ralph pay you whatever he pays Sean and his firm. You are worth more to me/ but you wouldn't have to da anything like keep time sheets.

But I'll get his hourly rate and if you prefer- we'll do it by you tracking your shit ton hours.

I would also like to pay you in arrears

Thank You

Ken

Sent from my iPhone

On Jan 24, 2024, at 7:39 AM, Dexter Senft ██████████████████    wrote:

I appreciate your call yesterday on the topic of payment. Deb may have appreciated it more. There are a lot of things that have fallen by my wayside since November, and she has been the victim much of the time. This is in no way a complaint. There have been many other times when the spirit has moved me to throw myself headlong into some new passion. And I do so with enthusiasm.

It was never my intent to charge you. I wouldn't even know what rate to use, because much of the work is stuff that first-year analysts would do. But much isn't. And there's also the fact that I have no clear idea what my

hours have been, other than "a lot". The best unit of measurement is probably the shit-ton. I've worked one shit-ton.

I've really been most concerned that charging you would create resentment on your part. But then Deb wisely points out that not charging you might create self-resentment on my part. In the end, I have no better principle to rely on than the Golden Rule. If the roles were reversed I'd insist on paying you and there'd be no resentment. So yeah, you can pay me.

I still don't know the right rate. We can discuss this more if you insist but you'd really be doing me a solid if you determine the right rate in the context of your other helpers. Or you can delegate the decision to someone else. Please just factor in that I would charge the Friends and Family rate, which for a smaller assignment would be zero.

Dex

USAO_GOOGLE_02_00000956

# EXHIBIT 8

**From:**     Ken Leech █████████████
**Sent:**     2/19/2024 8:39:12 PM
**To:**       Dexter Senft ████████████
**Subject:**  David

Ralph asked you send him David's email and home address so he can send him the " privilege" letter.

# EXHIBIT 9

**From:** Leech, S. Kenneth █████████████████
**Sent:** 9/19/2022 5:06:18 PM
**To:** Dexter Senft [█████████████████
**Subject:** Re: What are your thoughts on Las Vegas? [External]

I feel conflicted because I've been in a bit of a discouraged/ depressed mood as I melt my firm and I've become even more antisocial than normal ( if you believe that is possible).
I don't want to keep you from the bigger group dynamic.
But as you suspect, monopolizing your time more my preference.
I want you to have a good time and not get bored- do I've been equivocating.

Get [Outlook for iOS](#)

---

**From:** Dexter Senft ██████████████████
**Sent:** Monday, September 19, 2022 3:11:29 PM
**To:** Leech, S. Kenneth ██████████████████
**Subject:** What are your thoughts on Las Vegas? [External]

I would normally assume that the delay shows a lack of interest in getting the McNamaras but you're a busy guy and I don't want to be presumptuous. Again, I'm fine either way.

WAMCO_SEC_0378321
WAMCO_DOJ_0265034
SDNY_LEECH_R01_00552171