# EXHIBIT A

| Government Exhibit | Rule 801(d)(2)(D) Agent Statement | Rule 803 (1) Present Sense Impression | Rule 803(3) Contemporaneous Intent / Plan | Rule 803(3) Contemporanous Mental Feeling |
|---|---|---|---|---|
| **UNITED STATES v. S. KENNETH  LEECH II, 24 Cr. 658 (GHW)** | | | | |
| GX 1104-03 | x | | | |
| GX 1105-08 | x | x | | |
| GX 1105-22 | x | | | |
| GX 1106-13 | x | x | | x |
| GX 1106-14 | x | | | |
| GX 1106-15 | x | x | | |
| GX 1106-21 | x | | | |
| GX 1106-38 | x | | x | |
| GX 1106-45 | x | x | | x |
| GX 1106-47 | x | x | | |
| GX 1106-49 | x | x | | x |
| GX 1106-50 | x | x | x | |
| GX 1106-51 | x | x | | x |
| GX 1106-68 | x | x | | |
| GX 1106-69 | x | x | | x |
| GX 1106-82 | x | x | | |
| GX 1106-86 | x | | | |
| GX 1106-96 | x | | | |
| GX 1106-98 | x | | | |
| GX 1106-99 | x | x | | |
| GX 1106-100 | x | x | | |
| GX 1106-102 | x | | | x |
| GX 1106-112 | x | x | | x |
| GX 1106-117 | x | x | x | |
| GX 1107-21 | x | | | |
| GX 1107-23 | x | x | | |
| GX 1107-43 | x | | | |
| GX 1107-80 | x | x | | |
| GX 1107-97 | x | x | | |
| GX 1107-98 | x | x | | x |
| GX 1107-118 | x | | | |
| GX 1107-119 | x | x | x | x |
| GX 1107-120 | x | x | | x |
| GX 1107-123 | x | x | | |
| GX 1107-125 | x | x | | x |
| GX 1107-126 | x | | | |
| GX 1107-127 | x | x | | x |
| GX 1107-139 | x | x | | |
| GX 1107-149 | x | x | | x |
| GX 1107-152 | x | x | | |

| Government Exhibit | Rule 801(d)(2)(D) Agent Statement | Rule 803 (1) Present Sense Impression | Rule 803(3) Contemporaneous Intent / Plan | Rule 803(3) Contemporanous Mental Feeling |
|---|---|---|---|---|
| GX 1107-160 | x | x | | |
| GX 1107-161 | x | x | | |
| GX 1107-163 | x | | x | |
| GX 1107-164 | x | | x | |
| GX 1107-165 | x | | x | |
| GX 1107-180 | x | x | | |
| GX 1107-181 | x | x | | x |
| GX 1107-182 | x | | | |
| GX 1108-20 | x | | | |
| GX 1108-26 | x | | | x |
| GX 1108-31 | x | | x | |
| GX 1108-32 | x | x | | |
| GX 1108-55 | x | x | | |
| GX 1108-56 | x | x | | x |
| GX 1108-60 | x | | | |