Page 1

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:          )

                    ) File No. LA-05450-A

WESTERN ASSET          ) Amended: 3/28/2024

MANAGEMENT COMPANY          )

WITNESS:  Stephen Kenneth Leech

PAGES:   1 Through 244

PLACE:   Securities and Exchange Commission

    Los Angeles Regional Office

    444 South Flower Street, Suite 900

    Los Angeles, CA 90071

DATE:   Wednesday, March 6, 2024

    The above entitled matter came on for hearing,

pursuant to notice, at 9:13 a.m.

    Diversified Reporting Services, Inc.

        (202) 467-9200

Page 2

APPEARANCES:

On behalf of the Securities and Exchange Commission:

    LINDSEY KEENAN, SENIOR COUNSEL

    RONNIE LASKY, SENIOR COUNSEL

    BRENT WILNER, ASSISTANT REGIONAL DIRECTOR

    BRIAN FITZPATRICK, INDUSTRY EXPERT

    Securities and Exchange Commission

    Division of Enforcement

    444 Flower Street, Suite 900

    Los Angeles, CA 90071

    (323) 965-3998

On behalf of the Witness:

    JONATHAN S. SACK, ESQ.

    NATHANIEL J. SOBEL, ESQ.

    JEREMY TEMKIN, ESQ.

    Morvillo Abramowitz Grand Iason & Anello, P.C.

    565 Fifth Avenue

    New York, NY 10017

    (212) 856-9600

Also Present:

    PETER KALISCH, VIDEOGRAPHER

Page 3

C O N T E N T S

WITNESS                    EXAMINATION

Stephen Kenneth Leech                7

EXHIBITS:    DESCRIPTION            IDENTIFIED

1    Supplemental Information Form 1662      6

2    Subpoena issued on February 20, 2024      11

3    Subpoena issued on November 8, 2023      11

4    Background Questionnaire            18

5    Notice of Omnibus Award,            42

    Bates No. WAMCO_SEC_1791

6    Email, Bates No. WAMCO_SEC_12531      141

7    Email, Bates No. WAMCO_SEC_7663      144

8    Email, Bates No. WAMCO_SEC_7495      146

9    Email, Bates No. WAMCO_SEC_20423      171

10    Trade blotter, Bates            186

    Nos. WAMCO_SEC_1 through SEC_5

11    Total Compensation Statement FY2022      204

12    EDIP - DCP Balance By Month         207

    Bates No. WAMCO_SEC_1827

13    Memo, Bates No. WAMCO_SEC_50663      212

Page 4

P R O C E E D I N G S

THE VIDEOGRAPHER:  Good morning.  My name is Peter Kalisch.  I'm the videographer.  Today's date is March 6, 2024, and the time is 9:13 a.m. This testimony is taking place at SEC Los Angeles Regional Office in the matter of Western Asset Management.  This is the videotaped testimony of Ken Leech.

MS. KEENAN:  Okay.  We are on the record at 9:14 a.m.  On March 6, 2024.

Mr. Leech could you please raise your right hand.  Do you swear to tell the truth, the whole truth, and nothing but the truth?

MR. LEECH:  I do.

Whereupon,

STEPHEN KENNETH LEECH II

was called as a witness and, having been first duly sworn, was examined and testified as follows:

MS. KEENAN:  Could you please state and spell your name for the record, your whole name.

THE WITNESS:  Stephen, S-t-e-p-h-e-n, Kenneth, K-e-n-n-e-t-h, Leech, L-e-e-c-h, II.

MS. KEENAN:  You could take your hand down now.

My name is Lindsey Keenan, and with me

GOVERNMENT
EXHIBIT
802
24 Cr. 658 (GHW)

Page 157

fixed income markets would be eventually subject to reversion and mean kind of thinking. And therefore, the opportunity set was in taking advantage of some of the volatile situations by -- by trading against them. And so trading was very -- very heavy during that period of time.

A lot of our trades have multiple legs and multiple -- you know, multiple execution. So, for example, if you were going to buy -- if you were going to sell options -- we do a lot of option selling. Our view was that the volatility, which was historically high, would subside.

Options are as liquid as futures. And so when you're selling -- when you're selling securities, a little less liquid is often ill-advised to try and -- you know, hit the bid. You know, if you sell something that's illiquid and you just try and sell it at the market, if nobody is there, the price can plummet.

So what usually is a reasonable strategy for selling illiquid security is to put in orders. So let's say, for options, our typical practice would be to say -- let's say I'm going to sell 5,000 options. You might put in an order sell 1,000 at '20, '21, '22, '23 and hope that the market would go

Page 158

up. Each individual size wouldn't be scary to the market, and you could -- you know, if the market would hold or go up, you would eventually -- now, is that one trade? Is that five trades? You know, on our system, it's five trades.

Q   You tell me how you consider it.

A   Our system calls that five trades.

Q   Okay.

A   So you have -- we have a lot of trades like that. So if you do -- if you do 20 trades in a day, it might show up as 100. That's all I'm saying.

Q   So somewhere between 20 and 100?

A   No. I'm saying 20 looks like 100 is all. So 100 wouldn't be a big number.

Q   Okay. So would you say, from your personal perspective, you're doing about 20 trades per day?

A   That look like 100 or more than 100.

Q   Okay. At the time that you pick up the phone and place a trade order with a broker, do you document any place that you have placed that trade order?

A   I place the trade orally. The broker knows what the trade order is.

Q   At the time you place the trade order, do you typically have an allocation in mind?

Page 159

A   Yes.

Q   Do you document that allocation anywhere?

A   No. I know -- I know where I want to put the trade. I do it orally.

Q   You do it orally?

A   I give my -- my instructions orally. I don't document the trade. I don't document the trade, no.

Q   So you place the trade orally, and you give the allocation instruction orally?

A   I don't usually give the allocation instruction to the broker, no.

Q   Okay. You have an allocation instruction in mind at the time you place the trade order with the broker?

A   Yes.

Q   Do you document that allocation instruction, if not to the broker, to anyone else?

A   Yeah. Occasionally, if I -- you know, if I have the ability to communicate with my trading assistant, I'll let her know what my allocation would be if the trade happens to get executed and reported.

Q   I understand your trading assistant is Julie Marquez; right?

A   That's correct.

Page 160

Q   I'll refer to her as Ms. Marquez.

Occasionally, if you're in a position to communicate to her, you'll communicate it just after you execute the trade order.

MR. SACK: I'd be careful of "execute." You mean "place the trade order."

MS. KEENAN: Place the trade order.

THE WITNESS: Yeah.

BY MS. KEENAN:

Q   Okay. That's occasionally? Most of the time?

A   Yeah, often. Yeah. I mean, you know, she doesn't sit in close proximity to me. We sit at opposite ends of the trading floor. We usually communicate by phone. That would be our -- that would be a reasonable practice, yeah.

Q   Okay. Does Ms. Marquez contact you to get the allocation instructions, or are you contacting her?

A   It goes both ways. I might call her and -- you know, because as you talked -- we talked about my schedule and all the things I'm doing. If I've got free time to communicate with her and tell her what my instructions are, I will. She might -- she usually called me in the morning and in afternoon and

Page 161

then had an aggressive sweep program late in the day. But the communication went both ways.

Q   Okay.  So you'll have a conversation in the morning.  Approximately how many allocation instructions would you relay in that conversation?

A   I might say, you know, "If you get the trades from R.J. O'Brien, they're going to be 50/50 today."

The Marex trades didn't need to have communication because of the nature of the way they were pre -- pre-organized to be allocated.  You know, it was -- it was -- you know, it was reasonably often.  I can't give you a number.

Q   My understanding of how this process works -- worked in practice was Ms. Marquez would keep track of Bloomberg confirmations of trades executed by you, and she would tick through confirmations she had received, and you would recite an allocation to her.  Is that incorrect?

A   No.  If she called me and said, "I've got these -- these trades reported by the brokers.  I'd like allocations," I gave her the allocations.

Q   Most of the time when Ms. Marquez was obtaining allocation instructions from you, was it she called you and ticked through a number of

Page 162

executed trades and received an allocation instruction?

A   Often that was the case.

Q   And that happened a handful of times each day, and then you said a big sweep at the end of the day?

A   Yes.

Q   What time would the end-of-the-day sweep typically occur?

A   I think, you know, the firm has a very strong same-day program.  It's always been our -- all trades have to be on the same day.  And roughly -- roughly -- roughly around one o'clock, 12:30 to one o'clock, would be the time she would usually -- you know, we need to get all the trades in.

Now, in the fixed income market, unlike the equity market, closing prices end of day, it's a confusing topic only because the market's open 23 hours a day for five straight days.  There's not a bell that goes off on the equity market.  These are the prices.  These are the closing prices.  The market keeps trading all the way.

So, yeah, I'd say between 12:30 and 1:00, that was when she would call.  If brokers didn't report trades till later, if they didn't report them,

Page 163

she might have to call me much later.  And if you had gone for the day, Rosemarie might have to call if the trades aren't reported even later and find me and make sure that they got in on the same day.  That happened as well.

Q   Between the time that you called the broker to issue the trade order and, in the typical instance, the time when Ms. Marquez contacted you to tick through trade confirms, did you document anywhere your allocation instruction?

A   I didn't -- no, I didn't.  It's not my practice to write down notes, no.

Q   So the only allocation instruction would be the oral instruction that Ms. Marquez received from you?

A   Yes.

Q   What did you consider when deciding how to allocate a particular trade?

A   I decided -- I thought about what was going to be the strategic investment need for usually -- sometimes one account but usually the group of accounts for which I was placing the trade.

Q   Did you confer with other members of your team before you made an allocation determination?

A   Yes.  I mean, I -- we had -- I mean, there

Page 164

are a lot of trades.  So it's not -- I don't want to get myself in trouble for over-generalizing, but we had discussions in the Macro Opps group.  We had discussions in the Core and Core Plus group.  We had discussions in the insurance group, the Global group about what trades we'd want to do and what strategies we wanted to effect. and so sometimes I would make those decisions on my own without discussion, but often they were in conjunction with strategies and discussions we'd had as a group.

Q   Did you convey an allocation decision about any of your trades to anyone on your team besides Ms. Marquez before conveying it to Ms. Marquez?

MR. SACK:  And do you mean a specific trade or what he wants to do --

MS. KEENAN:  As a general practice.

MR. SACK:  Well, no.  The difference is as to specific trades or what he's thinking of trading generally.

MS. KEENAN:  Well, each trade has to be allocated; right?

MR. SACK:  I understand.

THE WITNESS:  Yes.

BY MS. KEENAN:

Q   So for each trade, Ms. Marquez would tick

Page 165

through the trade confirm, and you would convey an allocation; right?

A   Yes.

Q   Before that phone call happened, did you discuss with anyone else on your team, "I did these 10, 8, 12, 30 trades.  Here's how I plan to allocate them"?

A   I would say that the answer to that question is yes sometimes but not -- not -- the majority, I wouldn't.  once I've done the trade and know where I'm going to allocate it, I don't need to re-review it.  I was saying that the idea of whether or not to do a trade was often done as -- in response to the strategy of the firm or in conjunction with conversations I'd had with other people.

Q   Were there occasions when Ms. Marquez was ticking through trade confirms when you would tell her, "Circle back to that one.  Come back to me and get an allocation"?

A   Yes.

Q   And what were those circumstances?

A   Usually it was a trade that could be part of a pair trade or a question I had whether the trade was correct or not.  And the size.

One of the challenges we had was in our --

Page 166

as I said, in our options trading.  So if you had an option order -- take our previous example.  We sell 1,000 in '20, '21, '22, '23, '24.  Usually the broker won't report that trade unless all 5,000 are sold until the end of the day.  Because they're hopeful lightning will strike and try to come back.  So those trades came in very late.  and those trades, you know, might have 3,721 or 2,500 or 5,000.

And so often I'd be like -- I'd want to check with the broker, make sure that that account was right.  That was one possibility.  Sometimes I'd call the broker and double-check whether the trade actually was right.  Sometimes I thought we might have a challenge.  But usually it was -- usually any delay was very short-lived, very --

I don't know how to answer except for that.  I mean, I would -- I think, when we did our allocations, they were finished within several minutes.

Q   Other than an instance in which you would question the size of the trade, are there other circumstances that would merit a comeback?

A   Yeah.  I'm trying to -- if it were a pair trade, I just wanted -- sometimes I wanted to make

Page 167

sure that the pair was correct.  Or if I wanted to check with a broker and double-confirm that the trade quantity and price was right, I might -- I might -- I might check that box.  But again, these were -- there was no substantive delay.  They were done very quickly.

Q   How did you keep track of the legs of your pairs trades to the extent that they were done with different brokers?

A   I've been doing this for an awful long time.  I mean, I knew what -- I knew what pair trades I wanted to do, and I never had trouble keeping track of them.

Q   When you execute a pairs trade, what information do you convey to Ms. Marquez?  How does she know that a trade is a pairs trade?

A   She may or may not know that it's a pairs trade.  Because one leg may come in before the other.  but often you'll see in the notes that I just say, you know, the USC should be -- should be allocated versus the five years, something like that.  And she'll write that in the trade notes.

Q   So that will be a trade comment that says "verse"?

A   Yeah.

Page 168

Q   Are there occasions when she doesn't know that --

A   Yeah.

Q   -- you've executed a pairs trade?

And so there is no documentation that a particular trade or two trades were a pairs trade?

A   Yeah, that would happen -- that would happen often.  Usually when you do a pairs trade and you're legging the trade, you do one -- one leg with one broker and one leg with another.  And she came in and said that this leg got filled.  I'd give her the allocation for that leg.  I have no reason to have her allocate it versus something that doesn't exist yet.  And make sure they all got --

Or another example might be Marex.  If it's a trade versus Marex, I have to tell her what it's about.  because as you know, the Marex trades are Opps.

Q   Has the standing allocation for Marex into the Opps allocation group been in existence since the Macro Opps portfolios were created?

A   Yeah, I believe so.

Q   What's the basis for that standing allocation?

A   So, you know, this was supposed to be a

Page 169

really small project, a really small project of fixed income investors. You might want to put a small money in a high volatility sleeve of a unconstrained portfolio. And Marex is a small firm that only does execution and provides no other service or resource that the firm could utilize.

And so it started out as a -- this was a way to make sure that this allocation process could be straightforward, help the timing and provide -- and provide a little bit of the segregation of outsource. I guess all those are true.

But it was, again -- that was when, in terms of the bulk of the responsibilities of book I had, that was a very small one and didn't want to be lost in the shuffle.

Q   Do other WAMCO portfolio managers convey allocations orally to a particular trading assistant?

A   We have a wide range of practice. historically, I would say the answer was most -- most of our managers did, not all. But as times evolved, I think more and more of our -- people are more comfortable with electronic devices and electronic communication, and more of it's going that way. But it's certainly a practice that's available to all of our professionals.

Page 170

Q   Between 2019 and late fall of 2023, were there other portfolio managers at WAMCO who had the practice of conveying oral allocations to a particular trading assistant?

A   You know, I just -- I would assume so, but I'm not -- I don't -- these are senior professionals who have huge books of businesses. And we talked about investments and investment strategy. How they convey their instructions wouldn't be a topic unless we had a problem.

Q   Is anyone authorized to allocate your trades if you are unavailable?

A   You know, we have a very strong practice of same-day allocations. It's always been. Have to be done by the end of the day. So the question of what you would do in my absence if I had not given pre-instructions -- which was unusual. Because I always -- usually even when I was traveling, I would give pre-instructions.

But the senior leadership of the group of -- book of business, whatever it happened to be, I think would endeavor to, you know, provide their insight into what they thought the right practice was. And often, as you can see from this history, my history most of the time was pro rata distribution

Page 171

across account groups.

So, you know, senior Core professionals would probably help out if it was a Core account or Macro Opps account. Professionals would help out if it were a Macro Opps group.

MR. SACK: Lindsey, if there's a convenient time to break soon, I would appreciate it. It's not urgent but just, you know, sooner rather than later. I would appreciate it.

MS. KEENAN: Okay.

I'm showing you what's marked as Government exhibit 9. This is WAMCO_SEC_20423.

(SEC Exhibit No. 9 was marked for identification.)

BY MS. KEENAN:

Q   Take your time and let me know what you've read it.

A   I'm good.

Q   This is an email dated April 11th, 2023, at 2:27 p.m. From Ms. Marquez. She says "I tried to get ahold of you but was unable."

What are the mechanisms Ms. Marquez would use to get ahold of you?

A   Predominantly, phone but email sometimes. But predominantly, by phone.

Page 172

Q   By phone, phone call or text message?

A   Phone. I really don't use text messages.

Q   Okay. By phone, WAMCO desk phone? WAMCO cell phone? Personal cell phone? Would she try all three?

A   Predominantly, we're talking about -- the predominant method would be the WAMCO phone system. everybody has a turret. She would call me. That phone could be reached at my desk either on the trading floor or upstairs. That would be the predominant.

And if I were upstairs, which I was for half the day, and I wasn't there, you know, my personal assistant, Nichole Salmon, would pick up the phone and be able to tell her that I was, you know, meeting with AT&T down the hall or whatever it was. So she could get information and have some sense of when she would reasonably be able to get ahold of me. So that would be the no. 1 way.

Now, during COVID, because there was an awful lot of work from home -- and we have a work-from-home policy on Friday as well even to this day -- she would use the cell phone. She would try and contact me by cell phone.

Q   Okay. Then she writes "Ian helped with the

Page 173

allocations for the below trades." Is that Ian Smith?

A   Yes.

Q   Is that one of the senior professionals you had in mind when you said she could go to a senior investment professional?

A   On my Macro Opps team, yes.

Q   Is there someone else on the Macro Opps team who she could go to?

A   Prashant Chandran.

Q   And what about on the Core and Core Plus teams?

A   Core and Core Plus teams, I think she could go to any of the senior leaders of that.  Mark Lindbloom, john Bellows, Julien.  I think that if she were -- any one of them might be willing to help out.

Q   If you were not available and none of those senior investment professionals were available, did you have a standing 50/50 allocation that she could default to?

A   Yeah.  We often talked about -- especially when I was running around and doing something else, yeah, that 50/50 might be the right -- a lot of times, if I were traveling, I'd say, "Look, if you get a trade and you can't find me, allocate 50/50."

Page 174

So I would say -- I think that you characterize it exactly right.  We often had a 50/50 relation -- you know, default.  Often.

Q   When did you establish that as a default allocation?  I understand Ms. Marquez has been supporting you pretty exclusively since the 2010 time frame.  That whole time?

A   No.  You said, "Often."  Often we had that.  We have that conversation often to use 50/50 as a default.  So it's not -- it's not a standing over 15 years.  It's just that I talk to her --

Q   I understand.  I want to understand when you established that as a default that she could fall back on.

A   Yeah.  So I wouldn't -- so in 2010, you know, I was -- I was on the Global team.  I wasn't the CIO.  I was on the Global team.  There was no Macro Opps.  I wasn't managing any Core portfolios.  So it would have to be circa, at a minimum, 2013.  Because that's the first -- Macro Opps came in 2012.  But I did not go back to managing Core portfolios until I was reinstated or -- I don't know what the right word is when you succeed the person who succeeded you.

Q   Refenestrated.

Page 175

A   Really?  Is that the word?  That's a great word.  Anyway.  So the earliest, I don't remember.  But the earliest it could have been would have been 2013.  I would think it would have been later.  Because when we first started Macro Opps, it was so small.  But -- so it would have taken a handful of years to have gotten big enough to even be on the radar screen.  So maybe, as a complete guess, '14, '15, '16.

Q   Okay.  And --

MR. SACK:  I just want to be clear, though.  I don't think he's saying it's a general standing order.

I think you're saying --

MS. KEENAN:  No.

MR. SACK:  -- for discrete periods.

MS. KEENAN:  If he's unavailable.

THE WITNESS:  If I'm unavailable, I usually talk to Julien, explain before the fact that I'm unavailable what the instruction should be.

BY MS. KEENAN:

Q   And Ms. Marquez does not know how to allocate, and Ian Smith is not available?

A   Correct.

Q   Okay.  50/50, does that mean half to the

Page 176

SKL1 group, half to the Macro Opps group pro rata by market value?

A   Yes.

Q   Okay.

I think now is a good time for a break.

MR. SACK:  Great.  Thank you.

THE VIDEOGRAPHER:  Going off the record.  The time is 1:58 p.m.

(Whereupon, a short recess was taken.)

THE VIDEOGRAPHER:  Going on the record.  The time is 2:19 p.m.

MS. KEENAN:  We're on the record at 2:21 p.m.

Q   Mr. Leech, you understand you're still under oath?

A   Yes.

Q   And can you confirm that we had no substantive conversation during the break?

A   I can confirm that.

Q   Before we took the break, we were talking about what a 50/50 trade allocation meant.  What circumstances would merit allocating a trade 50/50?

A   If you thought an investment that you thought had broad-based merit for the strategies of both groups of portfolios, that would be a trade that

| | |
|---|---|
| **From**: | Marquez, Julie E. [Julie.Marquez@westernasset.com] |
| **Sent**: | 3/12/2019 11:51:06 AM |
| **To**: | Smith, Ian [Ian.Smith@westernasset.com]; Chandran, Prashant [Prashant.Chandran@westernasset.com] |
| **Subject**: | Question about a trade for SKL |

This GTC was filled today and SKL has been radio silence last two days (no trading at all yesterday)

In a search I see he did similar trade on 3/8 and we allocated to MO.  I'm thinking I should allocate this one today the same.

Agree?

```
<Back> to Return
1) Delete   2) Reply   22) Reply All   3) Forward   12) Prev   11) Next   99) Options
                03/12/19 05:38:16
        From  ● Rob Cantz (JEFFERIES LLC)
         Bcc  ● Julie Marquez (WESTERN ASSET MANAGE)
     Subject   <<no subject>>
    Attached   No Attachments
(O) 310-575-5194   Night Desk 312-588-5635   (C)310-486-1167
This Message is Firm-forwardable

We sld 1000 RXK9P 163.50 @ .60 (GTC) per SKL
```



**GOVERNMENT EXHIBIT**

**1104-3**

24 Cr. 658 (GHW)

FOIA Confidential Treatment
Requested by WAM

WAMCO_SEC_0060359

SDNY_LEECH_R01_00285737



FOIA Confidential Treatment
Requested by WAM

| | |
|---|---|
| **From:** | Marquez, Julie E. [Julie.Marquez@westernasset.com] |
| **Sent:** | 4/3/2020 10:52:05 AM |
| **To:** | McNamara, Dennis J. [Dennis.McNamara@westernasset.com] |
| **Subject:** | RE: Reminder: Trade tickets in as soon as possible |

Thanks for this!  SKL actually called me early and gave me his allocations- "because Dennis said we needed to"   LOL

**From:** McNamara, Dennis J.
**Sent:** Friday, April 3, 2020 10:21 AM
**To:** Trading Desk <TradingDesk@westernasset.com>
**Subject:** Reminder: Trade tickets in as soon as possible

If you need help, or are going to be late, please advise Trade Ops.   Communication is critical.

Thanks.

Dennis

GOVERNMENT
EXHIBIT
1105-8
24 Cr. 658 (GHW)

From:       Marquez, Julie E. [Julie.Marquez@westernasset.com]
Sent:       9/25/2020 10:06:45 AM
To:         Klein, Zachary [Zachary.Klein@westernasset.com]
Subject:    RE: SKL stuff


<mark>Update since last time!</mark>

1074 is now included in all of his Macro Opps allocations (where allowed) still exclude them from non-US stuff.   This just means you don't have to ask him *specifically* whether to include or not.
I have added them to the MACOPPS group in Allocator.

As a refresher:  you can go ahead and allocate, preclear and draft, without speaking to SKL first, any trade from Rosenthal (Mark Magro and Norm Quinn).  They all go to Macro Opps, include 1074 where compliance allows (no currency or non-US)

As of late his allocations have all been-    Options: close first or open 50/50+ford    Futures: 50/50+ford- some are options only and some are not, he will tell you

Let me know of any questions or if anything is not clear.   Thanks again!

**From:** Marquez, Julie E.
**Sent:** Tuesday, August 11, 2020 1:07 PM
**To:** Klein, Zachary <Zachary.Klein@westernasset.com>
**Subject:** RE: SKL stuff

One more thing, when he says "50/50+ford all"    that just means to include 1221 (instead of options only where you wouldn't include 1221)


**From:** Marquez, Julie E.
**Sent:** Tuesday, August 11, 2020 10:03 AM
**To:** Klein, Zachary <Zachary.Klein@westernasset.com>
**Subject:** SKL stuff

Some of his most frequently used allocation group names:

➢        50/50+Ford include 1074 – half of allocation to SKL1 (plus 1558) and half of allocation to MO (include 1074)

➢        50/50 no Ford options only --  half of allocation to SKL1 (exclude 1558 and 1221) and half of allocation to MO  (this is for any FV trades, no FVs for Ford)

➢        Big 4  – 984, 3003, 1601, 2236    (prorata mv, usually uses this on currency trades)

➢        1/2 Big 4 and 1/2 Opps – just like it sounds; half of allocation to the four accts above and other half to MO

➢        1/2 Ace 1/2 Claymore – half of allocation to 17797, 17900, 17925 and other half 4009, 4010   (usually Ultras with Wells)



Other notes:

GOVERNMENT
EXHIBIT
1105-22
24 Cr. 658 (GHW)

FOIA Confidential Treatment
Requested by WAM

He will usually call you anytime between 11:30 and 12:30 to give you allocations.  Could be as late as 1:00 some days however.

Most always Rosenthal trades are for Macro Ops, just need to know if you will be including 1074 or not, so you can allocate and get those posted as you wish. Since 1074 cannot do currency or non-us you can do those right off the bat and not wait for his call.

Almost always, his option allocations will be to close position first and if not a close then open 50/50+Ford include 1074.

Almost always, his outright futures trades will be 50/50+Ford options only (if FV then no Ford)

This is all I can think of right now.  Again I totally appreciate the back up.  Feel free to text me with any questions I'm totally fine with that. 626-319-3518

FOIA Confidential Treatment
Requested by WAM

**From:**     Leech, S. Kenneth [Ken.Leech@westernasset.com]
**Sent:**     10/9/2020 7:10:38 AM
**To:**       Marquez, Julie E. [Julie.Marquez@westernasset.com]
**Subject:**  Re: Columbus Day

I don't think so Julie

Sent from my iPhone

On Oct 9, 2020, at 6:52 AM, Marquez, Julie E. <Julie.Marquez@westernasset.com> wrote:

Hi Mr. Leech, let me know if you think you will need me to cover for you on Monday, Columbus Day.

Just as background, last year trades you executed on Monday were entered into ATP on the Tuesday after the Holiday. ☺

Julie

GOVERNMENT
EXHIBIT
1105-27
24 Cr. 658 (GHW)

FOIA Confidential Treatment Requested by WAM

WAMCO_DOJ_4399315
SDNY_LEECH_R11_00811619

From:        Snoke, Rosemarie [Rosemarie.Snoke@westernasset.com]
Sent:        3/10/2021 2:51:20 PM
To:          Marquez, Julie E. [Julie.Marquez@westernasset.com]
Subject:     RE: Tomorrow and Friday.

Thx.  Have a good time.

**From:** Marquez, Julie E.
**Sent:** Wednesday, March 10, 2021 2:49 PM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Subject:** RE: Tomorrow and Friday.

True.  Ok signing off now – thanks for covering!  Nothing really new to speak of regarding SKL allocations.  He just calls so late with them is my only complaint!   And he has been doing one or two TW trades daily so just remember to look for those on the blotter so you can get his allocation from him when he calls.  (usually either 671 or Braeburn 4537)

Thanks!

**From:** Snoke, Rosemarie
**Sent:** Wednesday, March 10, 2021 2:46 PM
**To:** Marquez, Julie E. <Julie.Marquez@westernasset.com>
**Subject:** RE: Tomorrow and Friday.

No smell in the house.

**From:** Marquez, Julie E.
**Sent:** Wednesday, March 10, 2021 2:45 PM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Subject:** RE: Tomorrow and Friday.

Yeah smart- no oil splatters to clean up outside!

**From:** Snoke, Rosemarie
**Sent:** Wednesday, March 10, 2021 2:44 PM
**To:** Marquez, Julie E. <Julie.Marquez@westernasset.com>
**Subject:** RE: Tomorrow and Friday.

That works, too.  We cook it in the cast iron but on the BBQ.

**From:** Marquez, Julie E.
**Sent:** Wednesday, March 10, 2021 2:43 PM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Subject:** RE: Tomorrow and Friday.

Ha guess what I made last night?  Salmon from Costco!  But I did it in the cast iron skillet on the stove.

**From:** Snoke, Rosemarie
**Sent:** Wednesday, March 10, 2021 2:42 PM
**To:** Marquez, Julie E. <Julie.Marquez@westernasset.com>
**Subject:** RE: Tomorrow and Friday.



GOVERNMENT
EXHIBIT
1106-13
24 Cr. 658 (GHW)

I buy my fish at Costco, either salmon or halibut. Have with roasted veggies and a salad on the patio with a little campfire in a can for ambiance.  As good as it gets right now.

https://www.amazon.com/Camco-Campfire-Propane-FireGY-6-DFG279565/dp/B01LWEQW4B/ref=pd_lpo_86_t_0/131-3716919-1425249?_encoding=UTF8&pd_rd_i=B01LWEQW4B&pd_rd_r=c5ecd12a-ab47-492d-8e64-9d7f21566a26&pd_rd_w=5vmV8&pd_rd_wg=GO19E&pf_rd_p=16b28406-aa34-451d-8a2e-b3930ada000c&pf_rd_r=31BF8J66EC2T5ZPVBZSQ&psc=1&refRID=31BF8J66EC2T5ZPVBZSQ

---

**From:** Marquez, Julie E.
**Sent:** Wednesday, March 10, 2021 2:33 PM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Subject:** RE: Tomorrow and Friday.

Sounds like something Daniel would like too.  I'd give my left leg for a nice piece of fish, glass of white wine, and a white tablecloth with someone to actually serve me!   AHHHHH  someday

---

**From:** Snoke, Rosemarie
**Sent:** Wednesday, March 10, 2021 2:29 PM
**To:** Marquez, Julie E. <Julie.Marquez@westernasset.com>
**Subject:** RE: Tomorrow and Friday.

Well, there is Mahogany Smoked Meats, too.  Dale loves that place.  Jerky, smoked meats, etc.  100 yrs old next year.

---

**From:** Marquez, Julie E.
**Sent:** Wednesday, March 10, 2021 2:24 PM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Subject:** RE: Tomorrow and Friday.

Pretty much the only place in town!

---

**From:** Snoke, Rosemarie
**Sent:** Wednesday, March 10, 2021 2:23 PM
**To:** Marquez, Julie E. <Julie.Marquez@westernasset.com>
**Subject:** RE: Tomorrow and Friday.

Be sure to stop at Schats!

---

**From:** Marquez, Julie E.
**Sent:** Wednesday, March 10, 2021 2:20 PM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Subject:** RE: Tomorrow and Friday.

Daniel has to survey a site in Bishop for his work.  I am tagging along to just get out and away.  Quick little trip.  Wish the weather was better.

---

**From:** Snoke, Rosemarie
**Sent:** Wednesday, March 10, 2021 2:19 PM
**To:** Marquez, Julie E. <Julie.Marquez@westernasset.com>
**Subject:** RE: Tomorrow and Friday.

FOIA Confidential Treatment Requested by WAM

WAMCO_SEC_0063091
SDNY_LEECH_R01_01151308

Thanks.  You going anywhere?

---

**From:** Marquez, Julie E.
**Sent:** Wednesday, March 10, 2021 2:19 PM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Subject:** RE: Tomorrow and Friday.

Sure thing

---

**From:** Snoke, Rosemarie
**Sent:** Wednesday, March 10, 2021 2:17 PM
**To:** Marquez, Julie E. <Julie.Marquez@westernasset.com>
**Subject:** Tomorrow and Friday.

Hi—can you make sure SKL knows and forward your phone to me pls?  Thanks.

FOIA Confidential Treatment Requested by WAM

WAMCO_SEC_0063092
SDNY_LEECH_R01_01151309

| | |
|---|---|
| **From**: | Snoke, Rosemarie [Rosemarie.Snoke@westernasset.com] |
| **Sent**: | 3/11/2021 8:51:15 AM |
| **To**: | Mistry, Chetna [Chetna.Mistry@westernasset.com]; Hodges, Matthew [Matthew.Hodges@westernasset.com]; Mastroianni, Nicholas [Nicholas.Mastroianni@westernasset.com]; Davis, Sara E. [Sara.Davis@westernasset.com] |
| **CC**: | Lafosse, Quentin [Quentin.Lafosse@westernasset.com]; Smith, Ian [Ian.Smith@westernasset.com]; Ito, Geoffrey [Geoffrey.Ito@westernasset.com]; Nakata, Gordon [Gordon.Nakata@westernasset.com] |
| **Subject**: | RE: RE: Hard Blocks for Futures that have already been rolled |

Just an FYI--SKL often trades after rolls have been.  Trades are executed by him and tickets are created/precleared when he provides allocations later in the day. We don't have any control over what he executes.

---

**From:** Snoke, Rosemarie
**Sent:** Thursday, March 11, 2021 7:52 AM
**To:** Mistry, Chetna <Chetna.Mistry@westernasset.com>; Hodges, Matthew <Matthew.Hodges@westernasset.com>; Mastroianni, Nicholas <Nicholas.Mastroianni@westernasset.com>; Davis, Sara E. <Sara.Davis@westernasset.com>
**Cc:** Lafosse, Quentin <Quentin.Lafosse@westernasset.com>; Smith, Ian <Ian.Smith@westernasset.com>; Ito, Geoffrey <Geoffrey.Ito@westernasset.com>; Nakata, Gordon <Gordon.Nakata@westernasset.com>
**Subject:** RE: RE: Hard Blocks for Futures that have already been rolled

We don't have the ability to capture when all rolls have been done and then invoke a warning or block at that point in time and then remove.  It would be a total manual process for each roll period and someone would have to monitor both addition and removal. Not optimal.

We can add a soft warning to futures trades that will appear but will be on all trades regardless of timing. The onus is on the user to remedy before submitting to preclear if needed.

---

**From:** Mistry, Chetna
**Sent:** Thursday, March 11, 2021 7:36 AM
**To:** Hodges, Matthew <Matthew.Hodges@westernasset.com>; Mastroianni, Nicholas <Nicholas.Mastroianni@westernasset.com>; Davis, Sara E. <Sara.Davis@westernasset.com>
**Cc:** Lafosse, Quentin <Quentin.Lafosse@westernasset.com>; Smith, Ian <Ian.Smith@westernasset.com>; Ito, Geoffrey <Geoffrey.Ito@westernasset.com>; Nakata, Gordon <Gordon.Nakata@westernasset.com>; Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Subject:** RE: RE: Hard Blocks for Futures that have already been rolled

Adding rosemarie

---

**From:** Hodges, Matthew
**Sent:** 11 March 2021 14:18
**To:** Mastroianni, Nicholas <Nicholas.Mastroianni@westernasset.com>; Davis, Sara E. <Sara.Davis@westernasset.com>
**Cc:** Lafosse, Quentin <Quentin.Lafosse@westernasset.com>; Smith, Ian <Ian.Smith@westernasset.com>; Ito, Geoffrey <Geoffrey.Ito@westernasset.com>; Mistry, Chetna <Chetna.Mistry@westernasset.com>; Nakata, Gordon <Gordon.Nakata@westernasset.com>
**Subject:** RE: Hard Blocks for Futures that have already been rolled

Hi Nick,



FOIA Confidential Treatment
Requested by WAM

WAMCO_SEC_0061107

SDNY_LEECH_R01_01149330

I think some kind of warning makes a lot of sense.  I've had preliminary discussions with compliance about what we can do here.  In theory, we could put a process in place where a soft warning is coded before the trades go through to preclear.  This restriction could be added once the desk notifies that they are fully rolled or a set time between first notice/last trade (say 2 or 3 days).  Could read "First notice approaching.  Trade next future?".  Example screenshot below.  I understand this may be after it is traded in the US but at least you know straight away that it needs to be rolled.  A stronger hard block would be fine for London but may cause Pasadena issues.

Including Rosemarie, Chetna and Gordon for thoughts.  I'm sure we'll want a bigger meeting to ensure buy in from other departments like SUIT and Futures operations.  We would need to include other international offices

I'm open to suggestions if anyone has a better idea.

Thanks!

Matt



-----Original Message-----
From: Mastroianni, Nicholas
Sent: 11 March 2021 02:31
To: Davis, Sara E. <Sara.Davis@westernasset.com>

FOIA Confidential Treatment
Requested by WAM

WAMCO_SEC_0061108

SDNY_LEECH_R01_01149331

Cc: Lafosse, Quentin <Quentin.Lafosse@westernasset.com>; Hodges, Matthew <Matthew.Hodges@westernasset.com>; Smith, Ian <Ian.Smith@westernasset.com>; Ito, Geoffrey <Geoffrey.Ito@westernasset.com>
Subject: Hard Blocks for Futures that have already been rolled

Hi Sara,

We had someone trade March FV futures today well after they had already been rolled firmwide. As you know, this potentially causes issues with the forced roll agreements that we now have in place.

Previously, others have suggested hard coding trade blocks in the system once positions have been rolled firmwide.  I initially resisted this idea because often times these are traded without even being precleared. However, I've come around to that idea and now think that it will help mitigate at least some of these instances.

Would you please help coordinate with the various teams to develop a process for instituting these blocks?  I'm happy to help in any way necessary.

Thank you,
Nick

FOIA Confidential Treatment
Requested by WAM

**From:** Ito, Geoffrey [Geoffrey.Ito@westernasset.com]
**Sent:** 3/12/2021 7:21:49 PM
**To:** Snoke, Rosemarie [Rosemarie.Snoke@westernasset.com]
**Subject:** RE: ATP - 15171823


Thank you! Lol ..for sure going to drink some wine!!


**From:** Snoke, Rosemarie
**Sent:** Friday, March 12, 2021 7:14 PM
**To:** Ito, Geoffrey <Geoffrey.Ito@westernasset.com>
**Subject:** RE: ATP - 15171823


You are all great.  I know sh*t rolls downhill so if we are late you are later.  Drink some wine when you finally get to go home.  Apologies for such a late Friday.


**From:** Ito, Geoffrey
**Sent:** Friday, March 12, 2021 7:08 PM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Subject:** RE: ATP - 15171823


No worries, totally get it. Thank you for getting us through this will all these challenges!!


**From:** Snoke, Rosemarie
**Sent:** Friday, March 12, 2021 7:06 PM
**To:** Ito, Geoffrey <Geoffrey.Ito@westernasset.com>
**Subject:** RE: ATP - 15171823


So sorry.  So busy with new issues this week. SKL also of no help.  Gives allocations around 12:30pm or later...and then his brokers fail to send confirms or send dupes.


**From:** Ito, Geoffrey
**Sent:** Friday, March 12, 2021 7:04 PM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Subject:** RE: ATP - 15171823


Yeah!! But we still have option expiration lol.



GOVERNMENT EXHIBIT
1106-15
24 Cr. 658 (GHW)

**From:** Snoke, Rosemarie
**Sent:** Friday, March 12, 2021 7:03 PM
**To:** futures.operations@westernasset.com; Marquez, Julie E. <Julie.Marquez@westernasset.com>; WA Trading Operations <WATradingOperations@westernasset.com>
**Cc:** Chang, Jessica H. <Jessica.Chang@westernasset.com>; Ito, Geoffrey <Geoffrey.Ito@westernasset.com>; Hou, Young <Young.Hou@westernasset.com>
**Subject:** RE: ATP - 15171823

Yippee! Party time!!!!!

Thx for all your help.  Good thing it's Friday!

**From:** Luu, Hanh **On Behalf Of** futures.operations@westernasset.com
**Sent:** Friday, March 12, 2021 7:01 PM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>; Marquez, Julie E. <Julie.Marquez@westernasset.com>; WA Trading Operations <WATradingOperations@westernasset.com>
**Cc:** Chang, Jessica H. <Jessica.Chang@westernasset.com>; Ito, Geoffrey <Geoffrey.Ito@westernasset.com>; Hou, Young <Young.Hou@westernasset.com>; futures.operations@westernasset.com
**Subject:** RE: ATP - 15171823

We're good now, thank you

| Ticket # | Trade ID | Location | Status | Settlement Status | Trade Date | Asset ID | Price | Total Par | Broker |
|---|---|---|---|---|---|---|---|---|---|
| 15171498 | 15171498 | Pasadena | Posted | | 3/12/2021 | 9TYJ1P251 | 0.578125 | 1,000.00 | Jefferies LLC |
| 15171822 | 15171822 | Pasadena | Reversed | Confirmed | 3/12/2021 | 9TYJ1P251 | 0.578125 | 1,000.00 | Jefferies LLC |
| 15171721 | 15171721 | Pasadena | Posted | | 3/12/2021 | 9USM1C166 | 1.296875 | -1,054.00 | Jefferies LLC |
| 15171262 | 15171262 | Pasadena | Reversed | Confirmed | 3/12/2021 | 9USM1C166 | 1.296875 | -1,054.00 | Jefferies LLC |
| 15171301 | 15171301 | Pasadena | Posted | | 3/12/2021 | 9USM1C166 | 1.3125 | -2,000.00 | Jefferies LLC |
| 15171262 | 15171264 | Pasadena | Reversed | Confirmed | 3/12/2021 | 9USM1C166 | 1.3125 | -2,000.00 | Jefferies LLC |
| 15171196 | 15171196 | Pasadena | Posted | | 3/12/2021 | 9USM1C166 | 1.328125 | -2,000.00 | Jefferies LLC |
| 15171819 | 15171819 | Pasadena | Reversed | Confirmed | 3/12/2021 | 9USM1C166 | 1.328125 | -2,000.00 | Jefferies LLC |

*Hanh Luu*
*626 - 817 -5586*

**From:** Snoke, Rosemarie
**Sent:** Friday, March 12, 2021 6:57 PM
**To:** futures.operations@westernasset.com; Marquez, Julie E. <Julie.Marquez@westernasset.com>; WA Trading Operations <WATradingOperations@westernasset.com>
**Subject:** RE: ATP - 15171823

FOIA Confidential Treatment Requested by WAM

Try now

**From:** Luu, Hanh **On Behalf Of** futures.operations@westernasset.com
**Sent:** Friday, March 12, 2021 6:53 PM
**To:** Marquez, Julie E. <Julie.Marquez@westernasset.com>; futures.operations@westernasset.com; Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>; WA Trading Operations <WATradingOperations@westernasset.com>
**Subject:** RE: ATP - 15171823

Since they're both the same price and 15171822 already matched, thought it's easier if we reverse the one that's not matched but doesn't matter to us, we can send them new ATP ticket

*Hanh Luu*
*626 - 817 -5586*

**From:** Marquez, Julie E.
**Sent:** Friday, March 12, 2021 6:51 PM
**To:** futures.operations@westernasset.com; Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>; WA Trading Operations <WATradingOperations@westernasset.com>
**Subject:** RE: ATP - 15171823

Hanh the 15171498 is the one that has to be reversed not 15171822

**From:** Luu, Hanh **On Behalf Of** futures.operations@westernasset.com
**Sent:** Friday, March 12, 2021 6:48 PM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>; futures.operations@westernasset.com; WA Trading Operations <WATradingOperations@westernasset.com>
**Subject:** RE: ATP - 15171823

The yellow highlighted ones are duped that need to be reverse, the green highlighted ones already match but were reversed which is ok, we can send them the new ATP tickets.  So basically only the yellow ones that need to be reverse, thank you

| Ticket # | Trade ID | Location | Status | Settlement Status | Trade Date | Asset ID | Price | Total Par | Broker |
|---|---|---|---|---|---|---|---|---|---|
| 15171498 | 15171498 | Pasadena | Posted | | 3/12/2021 | 9TYJ1P251 | 0.578125 | 1,000.00 | Jefferies LLC |
| 15171822 | 15171822 | Pasadena | Posted | Confirmed | 3/12/2021 | 9TYJ1P251 | 0.578125 | 1,000.00 | Jefferies LLC |

FOIA Confidential Treatment Requested by WAM

| 15171822 | 15171823 | Pasadena | Posted | | | 3/12/2021 | 0000TYM1 | 131.78125 | 490 | Jefferies LLC |
|---|---|---|---|---|---|---|---|---|---|---|
| 15171820 | 15171821 | Pasadena | Posted | Confirmed | | 3/12/2021 | 0000TYM1 | 131.78125 | 490 | Jefferies LLC |
| | | | | | | | | | | |
| 15171721 | 15171721 | Pasadena | Posted | | | 3/12/2021 | 9USM1C166 | 1.296875 | -1,054.00 | Jefferies LLC |
| 15171262 | 15171262 | Pasadena | Reversed | Confirmed | | 3/12/2021 | 9USM1C166 | 1.296875 | -1,054.00 | Jefferies LLC |
| | | | | | | | | | | |
| 15171301 | 15171301 | Pasadena | Posted | | | 3/12/2021 | 9USM1C166 | 1.3125 | -2,000.00 | Jefferies LLC |
| 15171262 | 15171264 | Pasadena | Reversed | Confirmed | | 3/12/2021 | 9USM1C166 | 1.3125 | -2,000.00 | Jefferies LLC |
| | | | | | | | | | | |
| 15171196 | 15171196 | Pasadena | Posted | | | 3/12/2021 | 9USM1C166 | 1.328125 | -2,000.00 | Jefferies LLC |
| 15171819 | 15171819 | Pasadena | Reversed | Confirmed | | 3/12/2021 | 9USM1C166 | 1.328125 | -2,000.00 | Jefferies LLC |

*Hanh Luu*
*626 - 817 -5586*

---

**From:** Snoke, Rosemarie
**Sent:** Friday, March 12, 2021 6:41 PM
**To:** futures.operations@westernasset.com; WA Trading Operations <WATradingOperations@westernasset.com>
**Subject:** RE: ATP - 15171823

Check pls now

---

**From:** Snoke, Rosemarie
**Sent:** Friday, March 12, 2021 6:24 PM
**To:** futures.operations@westernasset.com; WA Trading Operations <WATradingOperations@westernasset.com>
**Subject:** RE: ATP - 15171823

Can you get us a clean list now?

---

**From:** Luu, Hanh **On Behalf Of** futures.operations@westernasset.com
**Sent:** Friday, March 12, 2021 5:50 PM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>; WA Trading Operations <WATradingOperations@westernasset.com>
**Cc:** futures.operations@westernasset.com
**Subject:** RE: ATP - 15171823

Please see below, highlighted ones are breaks.  And we think all Wamco trades are duped, thank you

FOIA Confidential Treatment Requested by WAM

| Side | ATP ID | TD | SD | Trans | Sec ID | Quantity | Price | Price2 | Cur | Broker | Coupon/<br>Strike | MD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BROKER | 2999901 | 3/12/2021 | 3/15/2021 | B | USJ1C | 500 | 1.203125 | 1'13 | USD | Jefferies LLC (PAS) | 156 | |
| BROKER | 2999501 | 3/12/2021 | 3/15/2021 | B | 0000EDZ3 | 1000 | 98.905 | 98-28.96 | USD | Jefferies LLC (PAS) | | |
| WAMCO | 15171726 | 3/12/2021 | 3/15/2021 | B | 9USJ1C288 | 382 | 1.375 | 1'24 | USD | R.J. O'Brien & Associates LLC (PAS) | 156 | 3/26/2021 |
| BROKER | 2999957 | 3/12/2021 | 3/15/2021 | B | USJ1C | 382 | 1.1875 | 1'12 | USD | R.J. O'Brien & Associates LLC (PAS) | 156 | |
| WAMCO | 15171727 | 3/12/2021 | 3/15/2021 | B | 9USJ1C288 | 543 | 1.4375 | 1'28 | USD | R.J. O'Brien & Associates LLC (PAS) | 156 | 3/26/2021 |
| BROKER | 2999958 | 3/12/2021 | 3/15/2021 | B | USJ1C | 543 | 1.21875 | 1'14 | USD | R.J. O'Brien & Associates LLC (PAS) | 156 | |
| WAMCO | 15171663 | 3/12/2021 | 3/15/2021 | S | 9USK1C129 | 469 | 1.0625 | 1'4 | USD | RBC Capital Markets (PAS) | 157 | 4/23/2021 |
| BROKER | 2999546 | 3/12/2021 | 3/15/2021 | S | USJ1C | 469 | 1.0625 | 1'4 | USD | RBC Capital Markets (PAS) | 157 | |
| WAMCO | 15171498 | 3/12/2021 | 3/15/2021 | B | 9TYJ1P251 | 1000 | 0.578125 | 0'37 | USD | Jefferies LLC (PAS) | 131.75 | 3/26/2021 |
| WAMCO | 15171823 | 3/12/2021 | 3/15/2021 | B | 0000TYM1 | 490 | 131.78125 | 131-25 | USD | Jefferies LLC (PAS) | 0 | 6/21/2021 |
| WAMCO | 15171721 | 3/12/2021 | 3/15/2021 | S | 9USM1C166 | 1054 | 1.296875 | 1'19 | USD | Jefferies LLC (PAS) | 159 | 5/21/2021 |
| WAMCO | 15171196 | 3/12/2021 | 3/15/2021 | S | 9USM1C166 | 2000 | 1.328125 | 1'21 | USD | Jefferies LLC (PAS) | 159 | 5/21/2021 |

FOIA Confidential Treatment Requested by WAM

WAMCO_SEC_0064227
SDNY_LEECH_R01_01152444

*Hanh Luu*
*626 - 817 -5586*

---

**From:** Snoke, Rosemarie
**Sent:** Friday, March 12, 2021 5:45 PM
**To:** futures.operations@westernasset.com; WA Trading Operations <WATradingOperations@westernasset.com>
**Subject:** RE: ATP - 15171823

Tell me what's missing now pls

---

**From:** Snoke, Rosemarie
**Sent:** Friday, March 12, 2021 5:33 PM
**To:** futures.operations@westernasset.com; WA Trading Operations <WATradingOperations@westernasset.com>
**Subject:** RE: ATP - 15171823

That trade is not in yet. There are 3 at 490 and 1 at 492

---

**From:** Nagpal, Karan **On Behalf Of** futures.operations@westernasset.com
**Sent:** Friday, March 12, 2021 5:31 PM
**To:** WA Trading Operations <WATradingOperations@westernasset.com>
**Cc:** futures.operations@westernasset.com
**Subject:** ATP - 15171823

Hello,

We have a QTY break for this trade.. recap below...Please advise.

| Side | ATP ID | TD | SD | Trans | Sec ID | Quantity | Price | Price2 | Cur | Broker | Trader |
|------|--------|------|------|-------|---------|----------|--------|--------|-----|--------|--------|
| WAMCO | 15171823 | 3/12/2021 | 3/15/2021 | B | 0000TYM1 | 490 | 131.7813 | 131-25 | USD | Jefferies LLC (PAS) | S. Kenneth Leech |

Thanks

**Karan Nagpal | Investment Operations**
Western Asset Management Company
385 East Colorado Boulevard | Pasadena, CA 91101
T: 626-844-4838 |F&O Hotline: 626-844-4852 | karan.nagpal@westernasset.com

FOIA Confidential Treatment Requested by WAM

WAMCO_SEC_0064228
SDNY_LEECH_R01_01152445

**From:** rcantz2@bloomberg.net [mailto:rcantz2@bloomberg.net]
**Sent:** Friday, March 12, 2021 8:49 AM
**Subject:**

```
We sld 1000 USJ1C 157.50 @ =36
sld 1000 USJ1C 157.50 @ =37
bot 500 3CH1C 156 @ =59
bot 1000 TYK1P 131.75 @ =37
bot 492 TYM1 @ 131-25
sld 2000 USM1C 159, 1054 @ 1=19, 946 @ 1=20 (order @ 1=19)
sld 2000 USM1C 159 @ 1=20 per SKL
```

---------------------------------------------------------------------------------

Jefferies archives and monitors outgoing and incoming messages. The contents of this message, including any attachments, are confidential to the ordinary user of the address to which it was addressed. If you are not the addressee of this message you may not copy, forward, disclose or otherwise use it or any part of it in any form whatsoever. This message may be produced at the request of regulators or in connection with civil litigation. Jefferies accepts no liability for any errors or omissions arising as a result of transmission. Use by other than intended recipients is prohibited; if you received this transmission in error please contact the sender.

FOIA Confidential Treatment Requested by WAM

| From: | Marquez, Julie E. [Julie.Marquez@westernasset.com] |
|---|---|
| Sent: | 4/2/2021 9:14:24 AM |
| To: | futures.operations@westernasset.com; WA Trading Operations [WATradingOperations@westernasset.com] |
| Subject: | RE: Wells Fargo ETC Blotter [External] |

Better price and more within range of today's trading – will revise

**From:** Luu, Hanh **On Behalf Of** futures.operations@westernasset.com
**Sent:** Friday, April 2, 2021 9:12 AM
**To:** WA Trading Operations <WATradingOperations@westernasset.com>
**Cc:** futures.operations@westernasset.com
**Subject:** FW: Wells Fargo ETC Blotter [External]

Hello,

Please see below and advise, thank you

*Hanh Luu*
*626 - 817 -5586*

**From:** Andrew.B.Ward@wellsfargo.com [mailto:Andrew.B.Ward@wellsfargo.com]
**Sent:** Friday, April 2, 2021 9:02 AM
**To:** futures.operations@westernasset.com; Brian.Baldelli@wellsfargo.com; Matthew.Walls@wellsfargo.com; DCSTRADEMANAGEMENT@wellsfargo.com; Ronald.Melody@wellsfargo.com
**Subject:** RE: Wells Fargo ETC Blotter [External]

Apologies, This is the trade to be canceled/re-posted. Should be 123-14.25:

`confirm Wamco (Ken) buys +2500 FVM1 @ 123-24.25 Dale`

Andrew B. Ward

Capital Markets Middle Office Analyst | Derivatives Clearing
Wells Fargo Corporate & Investment Banking
301 S. College Street, 7th Floor | Charlotte, NC 28202
Desk: 704-410-8130 | Group Line: 704-410-8494

Andrew.B.Ward@WellsFargo.com

This electronic communication is subject to a disclaimer, please click on the following link or cut and paste the link into the address bar of your browser.

https://www.wellsfargo.com/com/disclaimer/ged5

GOVERNMENT
EXHIBIT
1106-21
24 Cr. 658 (GHW)

FOIA Confidential Treatment Requested by WAM

WAMCO_DOJ_3269556
SDNY_LEECH_R07_00171859

**From**: Snoke, Rosemarie [Rosemarie.Snoke@westernasset.com]
**Sent**: 6/30/2021 4:38:39 PM
**To**: Enero, Lupe M. [LEnero@westernasset.com]; DeVries, Donna M. [DNakamura@westernasset.com]
**Subject**: RE: Nothing else other than Ken's TradeWeb trade, correct?

Ok, send EOD then.

**From:** Enero, Lupe M.
**Sent:** Wednesday, June 30, 2021 4:38 PM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>; DeVries, Donna M. <DNakamura@westernasset.com>
**Subject:** RE: Nothing else other than Ken's TradeWeb trade, correct?

Yes, that is all that is left.

**From:** Snoke, Rosemarie
**Sent:** Wednesday, June 30, 2021 4:38 PM
**To:** DeVries, Donna M. <DNakamura@westernasset.com>; Enero, Lupe M. <LEnero@westernasset.com>
**Subject:** Nothing else other than Ken's TradeWeb trade, correct?

I have not heard from him.  I'm going to hold out until tomorrow.  I have no idea where he wants to allocate it.



GOVERNMENT
EXHIBIT
1106-38
24 Cr. 658 (GHW)

FOIA Confidential Treatment
Requested by WAM

WAMCO_SEC_0061177

SDNY_LEECH_R01_01149400

**From:** Snoke, Rosemarie [Rosemarie.Snoke@westernasset.com]
**Sent:** 8/2/2021 12:26:35 PM
**To:** Marquez, Julie E. [Julie.Marquez@westernasset.com]
**Subject:** RE: Reminder - finalizing trade allocation details promptly

Thanks for relaying to her.  I agree he is slow at allocating.

---

**From:** Marquez, Julie E.
**Sent:** Monday, August 2, 2021 12:25 PM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Subject:** RE: Reminder - finalizing trade allocation details promptly

Sung is pretty guilty of this too.  I told Molly and she said she was going to have a talk with him.

---

**From:** Snoke, Rosemarie
**Sent:** Monday, August 2, 2021 12:23 PM
**To:** Marquez, Julie E. <Julie.Marquez@westernasset.com>
**Subject:** RE: Reminder - finalizing trade allocation details promptly

It's just ridiculous. Allocating is part of the PA's job and is supposed to take precedence.

---

**From:** Marquez, Julie E.
**Sent:** Monday, August 2, 2021 12:15 PM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Subject:** RE: Reminder - finalizing trade allocation details promptly

Nice!  Good going

---

**From:** Snoke, Rosemarie
**Sent:** Monday, August 2, 2021 11:47 AM
**To:** Marquez, Julie E. <Julie.Marquez@westernasset.com>
**Subject:** RE: Reminder - finalizing trade allocation details promptly

Ha! I requested Kevin to send this out late last week given IG had unallocated trades on the blotter for close to 7 hours! Told him it was time for a reminder and he agreed.

---

**From:** Marquez, Julie E.
**Sent:** Monday, August 2, 2021 11:43 AM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Subject:** FW: Reminder - finalizing trade allocation details promptly

Interesting… got an earlier than usual call from ken with his allocations today!

---

**From:** Ehrlich, Kevin
**Sent:** Monday, August 2, 2021 9:28 AM
**To:** WA Portfolio Management Pasadena <WAPMP@westernasset.com>; WA Portfolio Management New York <WAPortfolioManagementNewYork@westernasset.com>
**Cc:** WA Trading Operations <WATradingOperations@westernasset.com>; Kang, Jason <Jason.Kang@westernasset.com>
**Subject:** Reminder - finalizing trade allocation details promptly

FOIA Confidential Treatment Requested by WAM



GOVERNMENT
EXHIBIT
1106-45
24 Cr. 658 (GHW)

WAMCO_SEC_0063298
SDNY_LEECH_R01_01151515

Team –

Welcome to August.  Late Summer seems like as good time as any to emphasize a key point of trade allocation.  We often talk about allocating fairly – ensuring that similarly situated clients are receiving a fair share of investment opportunities.  In most cases, that discussion revolves around the methodology of distributing a block trade at an account level.  However, timing is a key element as well.  We should be allocating reasonably promptly after execution.

**Finalize allocations promptly after execution so that ATP tickets can be drafted and posted**.  This serves three primary purposes:

- Once a trade is posted, it will update our inventory and systems giving the desk timely information about portfolio composition.
- Prompt posting moves the trade into the confirmation and settlement cycle, minimizing downstream friction.
- Minimizing the time gap between execution and posting mitigates the risk of a market movement before the allocation is finalized.  We do not want a market movement after execution to influence the allocation.

In this age of data analytics, our regulators have robust tools that are keenly focused on allocation.  We do NOT want a fact pattern that implies that we might trade and then wait to see how the market changes during the day before finalizing our allocation.  The longer the gap between execution and allocation, the higher the risk of market movement.  The more you delay finalizing an allocation, the more risk we assume.  Even if your actions are benign, we might have to defend and explain if we have a pattern of market movements and allocations made late in the day.

The SEC is concerned that an adviser might use knowledge of market movement to allocate winning trades to certain accounts.  Unfortunately, this is not an abstract concern.  Here are three investment adviser enforcement actions with similar themes – buying in an omnibus account and allocating after watching market movement during the day.  The other common theme is the SEC's use of data analysis tools.

- SEC v. Gregory David Paris and Barrington Asset Management, Inc. (June 28, 2021)
- In the Matter of Birinyi Associates, Inc. (July 21, 2020)
- In the Matter of BKS Advisors LLC and In the Matter of Roger Denha (August 17, 2018)

Questions?  Please ask.

Thanks,
Kevin

WAMCO_SEC_0063299
SDNY_LEECH_R01_01151516

**From**: Snoke, Rosemarie [Rosemarie.Snoke@westernasset.com]
**Sent**: 8/16/2021 9:24:47 AM
**To**: Marquez, Julie E. [Julie.Marquez@westernasset.com]
**Subject**: RE: Back on-line today.

Well, at least he follows up.

**From:** Marquez, Julie E.
**Sent:** Monday, August 16, 2021 9:19 AM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Subject:** RE: Back on-line today.

OH yes for sure.  He's already on fire today.  Also called me on the turret (which was weird) to make SURE we were okay on the two options we exercised since market is movin'

**From:** Snoke, Rosemarie
**Sent:** Monday, August 16, 2021 9:17 AM
**To:** Marquez, Julie E. <Julie.Marquez@westernasset.com>
**Subject:** RE: Back on-line today.

Take advantage of those slow days.  With the Taliban thing I wonder what the market reaction will be?

We looked at a few places on  the "peninsula" which would be heaven.  Retirement home perhaps,,,

**From:** Marquez, Julie E.
**Sent:** Monday, August 16, 2021 8:59 AM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Subject:** RE: Back on-line today.

I assume you looked at some real estate?  😊  But seriously sounds glorious.  Nothing beats family and outdoor simple fun.

Nothing going on here.  I swear I can't remember a time when we were so slow.  Of course I hear nothing and do nothing for SKL all week and then at 1:30 Friday he calls inquiring about some week 2 options that were close.  Then at 1:56 we submit contrary instructions on two strikes.  All good though went off without a hitch.  Zack was super helpful as always since we needed to include FRM, MSL, JAS and SMB positions along with SKLs.

**From:** Snoke, Rosemarie
**Sent:** Monday, August 16, 2021 8:54 AM
**To:** Marquez, Julie E. <Julie.Marquez@westernasset.com>
**Subject:** RE: Back on-line today.

Was a great weekend.  Spent Saturday "across the water" as they call it to GMA and GPA's place and had a fish fry.  Talk about a slice of heaven. Dale walked out from the beach about 300-400 yards on the tide flats. Saw different types of crabs, flounder, salmon, etc. The guys then got in the boat and we out laying crab pots and they fished from the shore.  Jon's family is really very warm and accepting. A lot of fun to be around.  Thirteen of us total.  We came back on the 10pm ferry and were exhausted.  Sitting on a log on the beach is hard work.  😊

They are coming down in Sept and we asked if his brother Chris could join them.  He was super excited and got the time off.  We are all going to Hamilton on that Friday night so should be fun.

GOVERNMENT
EXHIBIT
1106-47
24 Cr. 658 (GHW)

FOIA Confidential Treatment Requested by WAM

WAMCO_DOJ_1144346
SDNY_LEECH_R02_00440326

Anything going on? News?

---

**From:** Marquez, Julie E.
**Sent:** Monday, August 16, 2021 8:44 AM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Subject:** RE: Back on-line today.

How was the visit!?

---

**From:** Snoke, Rosemarie
**Sent:** Monday, August 16, 2021 8:39 AM
**To:** WA Trading Operations <WATradingOperations@westernasset.com>
**Subject:** Back on-line today.

Hi all,

Change of plans for me.  Back to work today instead of tomorrow.

Rosemarie

FOIA Confidential Treatment Requested by WAM

WAMCO_DOJ_1144347
SDNY_LEECH_R02_00440327

**From**: Snoke, Rosemarie [Rosemarie.Snoke@westernasset.com]
**Sent**: 8/18/2021 11:58:31 AM
**To**: Marquez, Julie E. [Julie.Marquez@westernasset.com]
**Subject**: RE: SKL

Better than 1:30 I guess.

**From:** Marquez, Julie E.
**Sent:** Wednesday, August 18, 2021 11:44 AM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Subject:** RE: SKL

Called me at 11:30

**From:** Snoke, Rosemarie
**Sent:** Wednesday, August 18, 2021 10:59 AM
**To:** Marquez, Julie E. <Julie.Marquez@westernasset.com>
**Subject:** RE: SKL

Hope not but you know how that goes.  Let me know when he calls.  I had to remind a few folks yesterday when I saw trades sitting on the blotter unallocated for over 6 hours.

**From:** Marquez, Julie E.
**Sent:** Wednesday, August 18, 2021 10:47 AM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Subject:** RE: SKL

Uh oh.  No call from him yet.  Called me at 6:30am on Monday and 9:00am yesterday.  Hope that wasn't just a two day fluke.

**From:** Snoke, Rosemarie
**Sent:** Tuesday, August 17, 2021 12:10 PM
**To:** Marquez, Julie E. <Julie.Marquez@westernasset.com>
**Subject:** RE: SKL

Yay!  Continuing based on the email from Kevin Ehrlich.  Nice that he seems his thoughts are really organized so as to be able to group like that. Also, confirming you are out this Thursday and Friday?

**From:** Marquez, Julie E.
**Sent:** Tuesday, August 17, 2021 12:03 PM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Subject:** RE: SKL

Hi yes this is a change from his usual MO.  All this week calls in early.  In addition to that is.. I don't even read him all of this trades.  He just says, all trades from Rob are 50/50+ or minus Ford options only.  Dale, Norm and Robert Bruce are all for Macro Opps.  Been great so far!

**From:** Snoke, Rosemarie
**Sent:** Tuesday, August 17, 2021 12:00 PM



GOVERNMENT
EXHIBIT
1106-49
24 Cr. 658 (GHW)

**To:** Marquez, Julie E. <Julie.Marquez@westernasset.com>
**Subject:** SKL

Hi—looks like he is still trying to give allocations early, right?

Pretty much everything for opps today other than maybe Rob's trades?

Just trying to keep an eye on him to see how long it might take to revert to his old ways.

FOIA Confidential Treatment Requested by WAM

WAMCO_SEC_0063329
SDNY_LEECH_R01_01151546

**From:** Snoke, Rosemarie [Rosemarie.Snoke@westernasset.com]
**Sent:** 8/19/2021 4:54:53 PM
**To:** Enero, Lupe M. [LEnero@westernasset.com]; DeVries, Donna M. [DNakamura@westernasset.com]; Chavez, Veronica [VChavez@westernasset.com]
**Subject:** RE: Hi Rosemarie

I'm going to leave as is.  Send EOD if this is all there is.

---

**From:** Enero, Lupe M.
**Sent:** Thursday, August 19, 2021 4:52 PM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>; DeVries, Donna M. <DNakamura@westernasset.com>; Chavez, Veronica <VChavez@westernasset.com>
**Subject:** RE: Hi Rosemarie

Ok.

---

**From:** Snoke, Rosemarie
**Sent:** Thursday, August 19, 2021 4:46 PM
**To:** Enero, Lupe M. <LEnero@westernasset.com>; DeVries, Donna M. <DNakamura@westernasset.com>; Chavez, Veronica <VChavez@westernasset.com>
**Subject:** RE: Hi Rosemarie

Ken has not called back..the allocation he gave me for each trade is short.  Unless I hear from in the next few min I'm going to leave them unallocated until tomorrow.

---

**From:** Snoke, Rosemarie
**Sent:** Thursday, August 19, 2021 4:27 PM
**To:** Enero, Lupe M. <LEnero@westernasset.com>
**Subject:** RE: Hi Rosemarie

Trying to reach SKL—he is short on both.

---

**From:** Snoke, Rosemarie
**Sent:** Thursday, August 19, 2021 4:17 PM
**To:** Enero, Lupe M. <LEnero@westernasset.com>
**Subject:** RE: Hi Rosemarie

Yes. I have the allocations now.

---

**From:** Enero, Lupe M.
**Sent:** Thursday, August 19, 2021 4:16 PM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Subject:** Hi Rosemarie

Not sure if you saw the 2 TW drafted unallocated treasuries for SKL.



FOIA Confidential Treatment Requested by WAM

Chat with "Rosemarie Snoke" <+16268255352> on August 20, 2021

+16268255352
     Julie Conway Marquez <+16263193518>Rosemarie Snoke
     <+16268255352>Julie Conway Marquez <julie.incredible@gmail.com>

Earliest item: 2021-08-20 10:44:13
Latest item: 2021-08-20 10:54:23

**Friday 20 August 2021**

Instant Message : Native Messages
From                                                                    10:44:13
     Rosemarie Snoke <+16268255352>

10:40am. There is hope. Like you said the other day, each broker has their own allocation. No one-by-one needed. Yippee!

Instant Message : Native Messages
From                                                                    10:44:53
     Julie Conway Marquez <+16263193518>

Yes!!! So much easier. Less time spent on phone trying to understand each other!

Instant Message : Native Messages
From                                                                    10:46:04
     Julie Conway Marquez <+16263193518>

I even called him back one day to question one. Wasn't sure he really wanted 50/50 for Buxl trade. And he did so he is really sticking to it

Instant Message : Native Messages
From                                                                    10:49:15
     Rosemarie Snoke <+16268255352>

No kidding! And, of course, he sold for Braeburn bonds he did not own yesterday. Tried to reach him but he never called me back. He said we can't sell short. I told him I held back the trade to talk to him this morning. He called me a genius!! That is a first.

Instant Message : Native Messages
From                                                                    10:49:56
     Rosemarie Snoke <+16268255352>

Sometimes he is a creature of habit then he throws for a loop.

Instant Message : Native Messages
From                                                                    10:49:59
     Julie Conway Marquez <+16263193518>

Omgsh classic Ken move

GOVERNMENT
EXHIBIT
1106-51
24 Cr. 658 (GHW)



**From:**     Snoke, Rosemarie [Rosemarie.Snoke@westernasset.com]
**Sent:**     9/28/2021 1:15:30 PM
**To:**       Twitchell, Gregory [Gregory.Twitchell@westernasset.com]; McNamara, Dennis J.
              [Dennis.McNamara@westernasset.com]

**Subject:**  Discussion
**Location:** Respect

**Start:**        9/28/2021 3:00:00 PM
**End:**          9/28/2021 3:30:00 PM
**Show Time As:** Tentative

**Recurrence:**   (none)

Re what we spoke of earlier.

I am waiting for Ken to call with allocations.  Very busy today with him.  I need to push out if possible.

GOVERNMENT
EXHIBIT
1106-68
24 Cr. 658 (GHW)

WAMCO_SEC_0064469
SDNY_LEECH_R01_01152686

**From**: Snoke, Rosemarie [Rosemarie.Snoke@westernasset.com]
**Sent**: 9/29/2021 9:44:36 AM
**To**: Marquez, Julie E. [Julie.Marquez@westernasset.com]
**Subject**: RE: FYI

No worries. We were both in meetings most of the day unfortunately,  Hard to catch each other. Oh, well..we live to see another day.

**From:** Marquez, Julie E.
**Sent:** Wednesday, September 29, 2021 9:41 AM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Subject:** RE: FYI

Yikes no bueno.  He was really busy the couple days before I went out on vacation, sorry it continued for you...

**From:** Snoke, Rosemarie
**Sent:** Wednesday, September 29, 2021 9:31 AM
**To:** Marquez, Julie E. <Julie.Marquez@westernasset.com>
**Subject:** FYI

SKL back to his old tricks yesterday.  Allocations at 1:45pm.  I had meetings between 2pm and 4pm with small breaks in the middle.  Market all over the place with heavy trading.  The perfect storm.  Very late EOD. Hopefully today should be better. 😊

GOVERNMENT
EXHIBIT
1106-69
24 Cr. 658 (GHW)

**From**: Snoke, Rosemarie [Rosemarie.Snoke@westernasset.com]
**Sent**: 10/15/2021 10:17:50 AM
**To**: Luu, Hanh [Hanh.Luu@westernasset.com]
**Subject**: RE: Please Allocate EUREX [External]

You tell 'em, Hanh!   You are the boss!

**From:** Luu, Hanh
**Sent:** Friday, October 15, 2021 10:13 AM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Subject:** RE: Please Allocate EUREX [External]

That's ok, don't worry about it.  When we have it then we have it, they just have to wait 😊

*Hanh Luu*
*626 - 817 -5586*

**From:** Snoke, Rosemarie
**Sent:** Friday, October 15, 2021 10:12 AM
**To:** Luu, Hanh <Hanh.Luu@westernasset.com>
**Subject:** FW: Please Allocate EUREX [External]

Ken just emailed me.  He is in a meeting for 30min then will call, ok?

**From:** Luu, Hanh **On Behalf Of** futures.operations@westernasset.com
**Sent:** Friday, October 15, 2021 10:03 AM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>; futures.operations@westernasset.com; Ronald.Melody@wellsfargo.com; sduryee@jefferies.com; rcantz2@bloomberg.net
**Cc:** DCSTRADEMANAGEMENT@wellsfargo.com; FUT_CONFO@jefferies.com; londonclearing@wellsfargo.com; Andrew.Douglas2@wellsfargo.com; Daniel.Marks@wellsfargo.com
**Subject:** RE: Please Allocate EUREX [External]

That's correct, please see below:

| Side | Exec ID | TD | SD | Trans | Sec ID | Quantity | Price | Price2 | Cur | Broker |
|------|---------|-----|-----|-------|--------|----------|-------|--------|-----|--------|
| | | | | | | | | | | Jefferies LLC |
| | | | | | | | | 151-28.16 | | |
| BROKER | 3115624 | 10/15/2021 | 10/18/2021 | B | 0000IKZ1 | 250 | 151.88 | | EUR | (PAS) |

*Hanh Luu*
*626 - 817 -5586*

**From:** Snoke, Rosemarie
**Sent:** Friday, October 15, 2021 10:02 AM
**To:** futures.operations@westernasset.com; Ronald.Melody@wellsfargo.com; sduryee@jefferies.com; rcantz2@bloomberg.net
**Cc:** DCSTRADEMANAGEMENT@wellsfargo.com; FUT_CONFO@jefferies.com; londonclearing@wellsfargo.com; Andrew.Douglas2@wellsfargo.com; Daniel.Marks@wellsfargo.com
**Subject:** RE: Please Allocate EUREX [External]

GOVERNMENT EXHIBIT 1106-82
24 Cr. 658 (GHW)

Jefferies trade correct?

---

**From:** Luu, Hanh **On Behalf Of** futures.operations@westernasset.com
**Sent:** Friday, October 15, 2021 9:53 AM
**To:** Ronald.Melody@wellsfargo.com; sduryee@jefferies.com; rcantz2@bloomberg.net
**Cc:** DCSTRADEMANAGEMENT@wellsfargo.com; FUT_CONFO@jefferies.com; londonclearing@wellsfargo.com; Andrew.Douglas2@wellsfargo.com; Daniel.Marks@wellsfargo.com; futures.operations@westernasset.com; Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Subject:** RE: Please Allocate EUREX [External]

Sorry our desk is still working on this

*Hanh Luu*
*626 - 817 -5586*

---

**From:** Ronald.Melody@wellsfargo.com <Ronald.Melody@wellsfargo.com>
**Sent:** Friday, October 15, 2021 9:52 AM
**To:** sduryee@jefferies.com; futures.operations@westernasset.com; rcantz2@bloomberg.net
**Cc:** DCSTRADEMANAGEMENT@wellsfargo.com; FUT_CONFO@jefferies.com; Marquez, Julie E. <Julie.Marquez@westernasset.com>; londonclearing@wellsfargo.com; Andrew.Douglas2@wellsfargo.com; Daniel.Marks@wellsfargo.com
**Subject:** Please Allocate EUREX [External]

Please be reminded EUREX closes earlier than domestic markets. Confirm from 9 am attached.

Please allocate:

```
We bot 250 IKZ1 @ 151.88 per SKL
```

Confirms attached.

Regards,

Ron Melody

Assistant Vice President
Derivatives Clearing Services
Global Exchange Traded Services

Wells Fargo Corporate & Investment Banking
301 S. College Street - 7th Floor | Charlotte, NC 28202
Desk: 704-410-8008| Group Line: 704-410-8494 | Cell: 312-320-3082 | MAC D1053-070

Ronald.Melody@wellsfargo.com

---

This electronic communication is subject to a disclaimer, please click on the following link or cut and paste the link into the address bar of your browser.

https://www.wellsfargo.com/com/disclaimer/ged5

FOIA Confidential Treatment
Requested by WAM

**From:** Snoke, Rosemarie [Rosemarie.Snoke@westernasset.com]
**Sent:** 10/21/2021 3:29:13 PM
**To:** Ito, Geoffrey [Geoffrey.Ito@westernasset.com]; Colburn, Kyle [Kyle.Colburn@westernasset.com]; Castello, Nicholas [Nicholas.Castello@westernasset.com]
**Subject:** RE: Missing Trades [External] - Jackson National #3753

Full disclosure here. Prior day trades may not necessarily be allocated early in the morning if we don't get Ken's allocation instructions until later in the day.  Not an unlikely scenario.

**From:** Ito, Geoffrey
**Sent:** Thursday, October 21, 2021 3:24 PM
**To:** Colburn, Kyle <Kyle.Colburn@westernasset.com>; Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>; Castello, Nicholas <Nicholas.Castello@westernasset.com>
**Cc:** Ito, Geoffrey <Geoffrey.Ito@westernasset.com>
**Subject:** RE: Missing Trades [External] - Jackson National #3753

So they receive a blotter SFTP drop and receive late night. Trying to see if an ad hoc run could be done the following morning once trades are booked in our system.

Derek is looking into this as well.

If it doesn't work then the team can make a manual one (wont be the same format they usually get) but Jackson seemed opened to that on the call if the above doesn't work. Correct me if I am wrong about that part Kyle or Nicholas.

Thanks.

**From:** Colburn, Kyle
**Sent:** Thursday, October 21, 2021 3:17 PM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>; Castello, Nicholas <Nicholas.Castello@westernasset.com>; Ito, Geoffrey <Geoffrey.Ito@westernasset.com>
**Subject:** RE: Missing Trades [External] - Jackson National #3753

Including Geoff – trying to come up with a work around….

**Kyle C. I. Colburn | Western Asset Management Company**
385 East Colorado Boulevard | Pasadena, CA 91101 | Tel: 626-844-4074 Cell: 818-613-2894 | kyle.colburn@westernasset.com |
www.westernasset.com

**From:** Snoke, Rosemarie
**Sent:** Thursday, October 21, 2021 2:26 PM
**To:** Colburn, Kyle <Kyle.Colburn@westernasset.com>; Castello, Nicholas <Nicholas.Castello@westernasset.com>
**Subject:** RE: Missing Trades [External] - Jackson National #3753

Apologies if I missed an email.  Just following up.  All ok here?.  This may also be the case on Veteran's Day holiday.

**From:** Colburn, Kyle
**Sent:** Wednesday, October 13, 2021 5:19 PM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Cc:** Castello, Nicholas <Nicholas.Castello@westernasset.com>; Diatta, Ayesha <Ayesha.Diatta@westernasset.com>; Compliance SUIT <ComplianceSUIT@westernasset.com>; WA Compliance New York

GOVERNMENT
EXHIBIT
1106-86
24 Cr. 658 (GHW)

<WAComplianceNewYork@westernasset.com>; Hou, Young <Young.Hou@westernasset.com>; CS Team Subadvisory <CSTeamSubadvisory@westernasset.com>
**Subject:** Re: Missing Trades [External] - Jackson National #3753

Let us huddle tomorrow and review the resolution of the last episode and revert back. Nick can you set something up for us tomorrow please

Kyle Colburn
Western Asset Management
385 E. Colorado Blvd.
Pasadena, CA. 91011
626-844-4074


On Oct 13, 2021, at 5:06 PM, Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com> wrote:


Hi Nick,

Globex is a trading platform for futures & options contracts and runs continuously. Ken does not execute via Globex himself but rather gives orders to brokers to get trades filled per his instructions. Any order given and filled from the time the market closes on Friday until it closes Monday is for T/D Monday or 10/11 in this case. In the case of a US Monday holiday, those orders filled will be booked on 10/12 but for T/D 10/11.

Not entirely sure of a way to mitigate this.  Ken will give trade orders to brokers based on market movement and that may very well be on the weekends or holidays. Ken trades blocks for his portfolios based on mandates…i.e. macro opps or his core plus accounts. Not including 3753 in allocations would mean they would get no benefit of the trades done for their peer accounts and could cause dispersion among the group. It would also be very difficult to monitor.

Can we determine what the root cause is for their inquiry? Is it just an observation on their part and they are merely asking about it or is there some other underlying reason? I don't want to make their query more than it is.

Thank you,

Rosemarie


**From:** Castello, Nicholas
**Sent:** Wednesday, October 13, 2021 3:00 PM
**To:** Diatta, Ayesha <Ayesha.Diatta@westernasset.com>; Compliance SUIT <ComplianceSUIT@westernasset.com>; WA Compliance New York <WAComplianceNewYork@westernasset.com>
**Cc:** Colburn, Kyle <Kyle.Colburn@westernasset.com>; Hou, Young <Young.Hou@westernasset.com>; CS Team Subadvisory <CSTeamSubadvisory@westernasset.com>; Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Subject:** RE: Missing Trades [External] - Jackson National #3753

FYI – the same thing happened on Columbus day last year. First email attachment was our explanation to the client and second our internal communication. In essence, it sounds like we did not expect trading on Monday, thus, no support was required to be in – however – SKL did end up putting orders in on GLOBEX. This seems to always catch JNL's eye so to the extent it's possible to prevent it for their account, it may be worth exploring further.


**From:** Diatta, Ayesha
**Sent:** Wednesday, October 13, 2021 2:41 PM
**To:** Compliance SUIT <ComplianceSUIT@westernasset.com>; WA Compliance New York

FOIA Confidential Treatment
Requested by WAM

WAMCO_SEC_0061224

SDNY_LEECH_R01_01149447

<WAComplianceNewYork@westernasset.com>
**Cc:** Colburn, Kyle <Kyle.Colburn@westernasset.com>; Hou, Young <Young.Hou@westernasset.com>; CS Team
Subadvisory <CSTeamSubadvisory@westernasset.com>
**Subject:** FW: Missing Trades [External] - Jackson National #3753

Hello SUIT & GATT!

Happy Wednesday. Hope everyone's having a great week!

We received several inquiries from Jackson National #3753 regarding trades that were booked for 10/12 with a trade date
of 10/11. The referenced trades didn't make it into Jackson's trade file on 10/11 which caused them to further inquire on
our booking process. They ask that we come up with a remedy for future instances going forward. Is there anything that
can be done to block trades on US holidays for Jackson accounts?

Please let me know if there's anything I can do!

Thanks so much,
Ayesha

**Ayesha Diatta** | Client Service and Marketing
**Western Asset Management Company**
385 East Colorado Boulevard | Pasadena, CA 91101 | Tel: 626-844-9602
ayesha.diatta@westernasset.com
**www.westernasset.com**

---

**From:** Hou, Young
**Sent:** Wednesday, October 13, 2021 1:15 PM
**To:** Castello, Nicholas <Nicholas.Castello@westernasset.com>; Colburn, Kyle <Kyle.Colburn@westernasset.com>; Ito,
Geoffrey <Geoffrey.Ito@westernasset.com>
**Cc:** CS Team Subadvisory <CSTeamSubadvisory@westernasset.com>
**Subject:** RE: Missing Trades [External]

Hello Nick,

For this to happen we'll need a skeleton crew of trading ops, trader, compliance, SMF, in addition to our team to get this
into ATP and distribute allocations. The reason why they were not in the blotter to JNL is because they were never
booked into ATP.

On holidays in the past such as Monday we've gotten filled on overnight orders our traders might have placed on Sunday
night or Friday and that is just the nature of the futures market being around the clock and global as opposed to the US
bond market.

Thanks,

Young Hou
626-817-5436

---

**From:** Castello, Nicholas
**Sent:** Wednesday, October 13, 2021 12:52 PM
**To:** Colburn, Kyle <Kyle.Colburn@westernasset.com>; Ito, Geoffrey <Geoffrey.Ito@westernasset.com>; Hou, Young
<Young.Hou@westernasset.com>
**Cc:** CS Team Subadvisory <CSTeamSubadvisory@westernasset.com>
**Subject:** FW: Missing Trades [External]
**Importance:** High

FOIA Confidential Treatment
Requested by WAM

WAMCO_SEC_0061225

SDNY_LEECH_R01_01149448

Kyle – please see below the communication with the subadviser oversight team at JNL (similar inquiry from their fund accounting team attached). This seems to be a unique but recurring pain point with them where the desk trades futures/options on a holiday but they don't get booked until the day after since Ops is not in the office. I recall this happening and becoming a bit of an issue in the past but can't quite recall with the resolution was. I'll keep digging but wanted to get this in front of you asap.

Geoff/Young – do you have any recollection or thoughts on this and/or how best to remediate?

**From:** DeGutes, Kati <kati.degutes@jackson.com>
**Sent:** Wednesday, October 13, 2021 12:39 PM
**To:** Diatta, Ayesha <Ayesha.Diatta@westernasset.com>; CS Team Subadvisory
<CSTeamSubadvisory@westernasset.com>
**Cc:** Kueppers, Stephanie <stephanie.kueppers@jackson.com>; Attridge, Stephen <stephen.attridge@jackson.com>
**Subject:** RE: Missing Trades [External]

Hi Ayesha,

If the trades were trade date 10/11 they should be on the 10/11 trade file. Do you know why this was not the case? This is something we will need to be fixed going forward.

Thanks,

**Kati DeGutes**
**Senior Analyst, Sub-Adviser Oversight**
Jackson National Asset Management, LLC
225 W. Wacker Dr., Suite 900, Chicago, IL 60606
Office 312-730-9706

**Jackson®**

**From:** Diatta, Ayesha <Ayesha.Diatta@westernasset.com>
**Sent:** Wednesday, October 13, 2021 12:24 PM
**To:** DeGutes, Kati <kati.degutes@jackson.com>; Western Subadvisory Team - group contact
<csteamsubadvisory@westernasset.com>
**Cc:** Kueppers, Stephanie <stephanie.kueppers@jackson.com>; Attridge, Stephen <stephen.attridge@jackson.com>
**Subject:** RE: Missing Trades [External]

**EXTERNAL EMAIL**

Hello!

Yes, you are correct. This was a unique situation because the bond market was closed on Monday due to the holiday. If you need any additional information, please let me know!

Thanks so much,
Ayesha

**Ayesha Diatta** | Client Service and Marketing
**Western Asset Management Company**
385 East Colorado Boulevard | Pasadena, CA 91101 | Tel: 626-844-9602
ayesha.diatta@westernasset.com
**www.westernasset.com**

FOIA Confidential Treatment
Requested by WAM

WAMCO_SEC_0061226

SDNY_LEECH_R01_01149449

**From:** DeGutes, Kati <kati.degutes@jackson.com>
**Sent:** Wednesday, October 13, 2021 10:12 AM
**To:** Diatta, Ayesha <Ayesha.Diatta@westernasset.com>; CS Team Subadvisory <CSTeamSubadvisory@westernasset.com>
**Cc:** Kueppers, Stephanie <stephanie.kueppers@jackson.com>; Attridge, Stephen <stephen.attridge@jackson.com>
**Subject:** RE: Missing Trades [External]

Hi Ayesha,

Is it normal to book a trade next day with a trade date the previous day? Was this because the bond market was closed on Monday? Just trying to understand why we didn't receive it but we received other trades correctly.

Thanks,

**Kati DeGutes**
**Senior Analyst, Sub-Adviser Oversight**
Jackson National Asset Management, LLC
225 W. Wacker Dr., Suite 900, Chicago, IL 60606
Office 312-730-9706

**Jackson®**

**From:** Diatta, Ayesha <Ayesha.Diatta@westernasset.com>
**Sent:** Wednesday, October 13, 2021 12:00 PM
**To:** DeGutes, Kati <kati.degutes@jackson.com>; Western Subadvisory Team - group contact <csteamsubadvisory@westernasset.com>
**Cc:** Kueppers, Stephanie <stephanie.kueppers@jackson.com>; Attridge, Stephen <stephen.attridge@jackson.com>
**Subject:** RE: Missing Trades [External]

**EXTERNAL EMAIL**

Hello Kati!

The trades were booked for 10/12 with a trade date of 10/11. Please let me know if there's anything else I can do!

Thanks so much,
Ayesha

**Ayesha Diatta** | Client Service and Marketing
**Western Asset Management Company**
385 East Colorado Boulevard | Pasadena, CA 91101 | Tel: 626-844-9602
ayesha.diatta@westernasset.com
www.westernasset.com

**From:** DeGutes, Kati <kati.degutes@jackson.com>
**Sent:** Wednesday, October 13, 2021 9:52 AM
**To:** CS Team Subadvisory <CSTeamSubadvisory@westernasset.com>
**Cc:** Kueppers, Stephanie <stephanie.kueppers@jackson.com>; Attridge, Stephen <stephen.attridge@jackson.com>
**Subject:** Missing Trades [External]

Hi Western,

On Monday, bank holiday, we were missing some futures/options from the trade file. We did receive some activity for Monday. Do you know why the future/option activity was missing?

FOIA Confidential Treatment
Requested by WAM

Thanks,

**Kati DeGutes**
**Senior Analyst, Sub-Adviser Oversight**
Jackson National Asset Management, LLC
225 W. Wacker Dr., Suite 900, Chicago, IL 60606
Office 312-730-9706
**Jackson**®

**************************************************************** E-mail sent through the Internet is not secure. Western Asset therefore recommends that you do not send any confidential or sensitive information to us via electronic mail, including social security numbers, account numbers, or personal identification numbers. Delivery, and or timely delivery of Internet mail is not guaranteed. Western Asset therefore recommends that you do not send time sensitive or action-oriented messages to us via electronic mail.
****************************************************************

FOIA Confidential Treatment
Requested by WAM

WAMCO_SEC_0061228

SDNY_LEECH_R01_01149451

From:        Snoke, Rosemarie [Rosemarie.Snoke@westernasset.com]
Sent:        11/2/2021 9:56:59 AM
To:          Bates, Derek [Derek.Bates@westernasset.com]; Colburn, Kyle [Kyle.Colburn@westernasset.com]; Ito, Geoffrey
             [Geoffrey.Ito@westernasset.com]; Castello, Nicholas [Nicholas.Castello@westernasset.com]
CC:          Hou, Young [Young.Hou@westernasset.com]; Diatta, Ayesha [Ayesha.Diatta@westernasset.com]
Subject:     RE: Missing Trades [External] - Jackson National #3753

Please see below from earlier in the thread.

<span style="color:red">Full disclosure here. Prior day trades may not necessarily be allocated early in the morning if we don't get Ken's allocation instructions until later in the day.  Not an unlikely scenario.</span>

**From:** Bates, Derek
**Sent:** Tuesday, November 2, 2021 9:55 AM
**To:** Colburn, Kyle <Kyle.Colburn@westernasset.com>; Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>; Ito, Geoffrey <Geoffrey.Ito@westernasset.com>; Castello, Nicholas <Nicholas.Castello@westernasset.com>
**Cc:** Hou, Young <Young.Hou@westernasset.com>; Diatta, Ayesha <Ayesha.Diatta@westernasset.com>
**Subject:** RE: Missing Trades [External] - Jackson National #3753

Thanks Kyle and Rosemarie.

I think we have a solution to address the days that are problematic, but we just need confirmation from JNL on what time they would need the trades on T+1 in order for them to book them into the NAV.

**From:** Colburn, Kyle
**Sent:** Tuesday, November 2, 2021 8:48 AM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>; Ito, Geoffrey <Geoffrey.Ito@westernasset.com>; Castello, Nicholas <Nicholas.Castello@westernasset.com>
**Cc:** Hou, Young <Young.Hou@westernasset.com>; Bates, Derek <Derek.Bates@westernasset.com>; Diatta, Ayesha <Ayesha.Diatta@westernasset.com>
**Subject:** RE: Missing Trades [External] - Jackson National #3753

It's only a problem on days where the equity markets are open and bond market is closed.  Problem is they strike a NAV on those days. Standard US holidays obviously they don't.

Kyle C. I. Colburn | Western Asset Management Company
385 East Colorado Boulevard | Pasadena, CA 91101 | Tel: 626-844-4074 Cell: 818-613-2894 | kyle.colburn@westernasset.com |
www.westernasset.com

**From:** Snoke, Rosemarie
**Sent:** Tuesday, November 2, 2021 8:47 AM
**To:** Ito, Geoffrey <Geoffrey.Ito@westernasset.com>; Colburn, Kyle <Kyle.Colburn@westernasset.com>; Castello, Nicholas <Nicholas.Castello@westernasset.com>
**Cc:** Hou, Young <Young.Hou@westernasset.com>; Bates, Derek <Derek.Bates@westernasset.com>; Diatta, Ayesha <Ayesha.Diatta@westernasset.com>
**Subject:** RE: Missing Trades [External] - Jackson National #3753



GOVERNMENT
EXHIBIT
1106-96
24 Cr. 658 (GHW)

FOIA Confidential Treatment
Requested by WAM

WAMCO_SEC_0061271

SDNY_LEECH_R01_01149494

Veterans Day is the next holiday on 11/11/21.  Maybe a heads up that this may happen again then would help? Maybe a heads-up that this could happen on most US holidays?

---

**From:** Ito, Geoffrey
**Sent:** Tuesday, November 2, 2021 8:32 AM
**To:** Colburn, Kyle <Kyle.Colburn@westernasset.com>; Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>; Castello, Nicholas <Nicholas.Castello@westernasset.com>
**Cc:** Hou, Young <Young.Hou@westernasset.com>; Bates, Derek <Derek.Bates@westernasset.com>; Ito, Geoffrey <Geoffrey.Ito@westernasset.com>; Diatta, Ayesha <Ayesha.Diatta@westernasset.com>
**Subject:** RE: Missing Trades [External] - Jackson National #3753

Hi Kyle – just checking back in on this. Thanks.

---

**From:** Ito, Geoffrey
**Sent:** Thursday, October 28, 2021 3:18 PM
**To:** Colburn, Kyle <Kyle.Colburn@westernasset.com>; Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>; Castello, Nicholas <Nicholas.Castello@westernasset.com>
**Cc:** Hou, Young <Young.Hou@westernasset.com>; Ito, Geoffrey <Geoffrey.Ito@westernasset.com>; Bates, Derek <Derek.Bates@westernasset.com>
**Subject:** RE: Missing Trades [External] - Jackson National #3753

Hi Kyle,

Did Jackson come back on cut off time for file holiday + 1?

Regards,
Geoff

---

**From:** Ito, Geoffrey
**Sent:** Thursday, October 21, 2021 3:58 PM
**To:** Colburn, Kyle <Kyle.Colburn@westernasset.com>; Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>; Castello, Nicholas <Nicholas.Castello@westernasset.com>
**Cc:** Ito, Geoffrey <Geoffrey.Ito@westernasset.com>; Hou, Young <Young.Hou@westernasset.com>
**Subject:** RE: Missing Trades [External] - Jackson National #3753

Thank you.

---

**From:** Colburn, Kyle
**Sent:** Thursday, October 21, 2021 3:55 PM
**To:** Ito, Geoffrey <Geoffrey.Ito@westernasset.com>; Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>; Castello, Nicholas <Nicholas.Castello@westernasset.com>
**Subject:** RE: Missing Trades [External] - Jackson National #3753

Agreed – will do. Sounds like EOD day after would work.  The following morning was too late, but will confirm.

Kyle C. I. Colburn | Western Asset Management Company
385 East Colorado Boulevard | Pasadena, CA 91101 | Tel: 626-844-4074 Cell: 818-613-2894 | kyle.colburn@westernasset.com |
www.westernasset.com

---

FOIA Confidential Treatment
Requested by WAM

**From:** Ito, Geoffrey
**Sent:** Thursday, October 21, 2021 3:49 PM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>; Colburn, Kyle <Kyle.Colburn@westernasset.com>;
Castello, Nicholas <Nicholas.Castello@westernasset.com>
**Cc:** Ito, Geoffrey <Geoffrey.Ito@westernasset.com>
**Subject:** RE: Missing Trades [External] - Jackson National #3753

Understood and good to know.

They didn't emphasize getting the blotter by a cut off time in the AM the following morning so we may have some time
here.

Kyle/Nicholas – think we should confirm what is the absolute latest they can receive the SFTP blotter or the manual one
if we have to create on holiday plus 1 as they did confirm they strike NAV on T+1. Thanks.

**From:** Snoke, Rosemarie
**Sent:** Thursday, October 21, 2021 3:29 PM
**To:** Ito, Geoffrey <Geoffrey.Ito@westernasset.com>; Colburn, Kyle <Kyle.Colburn@westernasset.com>; Castello,
Nicholas <Nicholas.Castello@westernasset.com>
**Subject:** RE: Missing Trades [External] - Jackson National #3753

Full disclosure here. Prior day trades may not necessarily be allocated early in the morning if we don't get Ken's
allocation instructions until later in the day.  Not an unlikely scenario.

**From:** Ito, Geoffrey
**Sent:** Thursday, October 21, 2021 3:24 PM
**To:** Colburn, Kyle <Kyle.Colburn@westernasset.com>; Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>;
Castello, Nicholas <Nicholas.Castello@westernasset.com>
**Cc:** Ito, Geoffrey <Geoffrey.Ito@westernasset.com>
**Subject:** RE: Missing Trades [External] - Jackson National #3753

So they receive a blotter SFTP drop and receive late night. Trying to see if an ad hoc run could be done the following
morning once trades are booked in our system.

Derek is looking into this as well.

If it doesn't work then the team can make a manual one (wont be the same format they usually get) but Jackson seemed
opened to that on the call if the above doesn't work. Correct me if I am wrong about that part Kyle or Nicholas.

Thanks.

**From:** Colburn, Kyle
**Sent:** Thursday, October 21, 2021 3:17 PM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>; Castello, Nicholas
<Nicholas.Castello@westernasset.com>; Ito, Geoffrey <Geoffrey.Ito@westernasset.com>
**Subject:** RE: Missing Trades [External] - Jackson National #3753

Including Geoff – trying to come up with a work around….

**Kyle C. I. Colburn | Western Asset Management Company**
385 East Colorado Boulevard | Pasadena, CA 91101 | Tel: 626-844-4074 Cell: 818-613-2894 | kyle.colburn@westernasset.com |
**www.westernasset.com**

FOIA Confidential Treatment
Requested by WAM

**From:** Snoke, Rosemarie
**Sent:** Thursday, October 21, 2021 2:26 PM
**To:** Colburn, Kyle <Kyle.Colburn@westernasset.com>; Castello, Nicholas <Nicholas.Castello@westernasset.com>
**Subject:** RE: Missing Trades [External] - Jackson National #3753

Apologies if I missed an email.  Just following up.  All ok here?.  This may also be the case on Veteran's Day holiday.

---

**From:** Colburn, Kyle
**Sent:** Wednesday, October 13, 2021 5:19 PM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Cc:** Castello, Nicholas <Nicholas.Castello@westernasset.com>; Diatta, Ayesha <Ayesha.Diatta@westernasset.com>; Compliance SUIT <ComplianceSUIT@westernasset.com>; WA Compliance New York <WAComplianceNewYork@westernasset.com>; Hou, Young <Young.Hou@westernasset.com>; CS Team Subadvisory <CSTeamSubadvisory@westernasset.com>
**Subject:** Re: Missing Trades [External] - Jackson National #3753

Let us huddle tomorrow and review the resolution of the last episode and revert back. Nick can you set something up for us tomorrow please

Kyle Colburn
Western Asset Management
385 E. Colorado Blvd.
Pasadena, CA. 91011
626-844-4074


On Oct 13, 2021, at 5:06 PM, Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com> wrote:


Hi Nick,

Globex is a trading platform for futures & options contracts and runs continuously. Ken does not execute via Globex himself but rather gives orders to brokers to get trades filled per his instructions. Any order given and filled from the time the market closes on Friday until it closes Monday is for T/D Monday or 10/11 in this case. In the case of a US Monday holiday, those orders filled will be booked on 10/12 but for T/D 10/11.

Not entirely sure of a way to mitigate this.  Ken will give trade orders to brokers based on market movement and that may very well be on the weekends or holidays. Ken trades blocks for his portfolios based on mandates...i.e. macro opps or his core plus accounts. Not including 3753 in allocations would mean they would get no benefit of the trades done for their peer accounts and could cause dispersion among the group. It would also be very difficult to monitor.

Can we determine what the root cause is for their inquiry? Is it just an observation on their part and they are merely asking about it or is there some other underlying reason? I don't want to make their query more than it is.

Thank you,

Rosemarie


---

**From:** Castello, Nicholas
**Sent:** Wednesday, October 13, 2021 3:00 PM
**To:** Diatta, Ayesha <Ayesha.Diatta@westernasset.com>; Compliance SUIT <ComplianceSUIT@westernasset.com>; WA

FOIA Confidential Treatment
Requested by WAM

WAMCO_SEC_0061274

SDNY_LEECH_R01_01149497

Compliance New York <WAComplianceNewYork@westernasset.com>
**Cc:** Colburn, Kyle <Kyle.Colburn@westernasset.com>; Hou, Young <Young.Hou@westernasset.com>; CS Team Subadvisory <CSTeamSubadvisory@westernasset.com>; Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Subject:** RE: Missing Trades [External] - Jackson National #3753

FYI – the same thing happened on Columbus day last year. First email attachment was our explanation to the client and second our internal communication. In essence, it sounds like we did not expect trading on Monday, thus, no support was required to be in – however – SKL did end up putting orders in on GLOBEX. This seems to always catch JNL's eye so to the extent it's possible to prevent it for their account, it may be worth exploring further.

---

**From:** Diatta, Ayesha
**Sent:** Wednesday, October 13, 2021 2:41 PM
**To:** Compliance SUIT <ComplianceSUIT@westernasset.com>; WA Compliance New York <WAComplianceNewYork@westernasset.com>
**Cc:** Colburn, Kyle <Kyle.Colburn@westernasset.com>; Hou, Young <Young.Hou@westernasset.com>; CS Team Subadvisory <CSTeamSubadvisory@westernasset.com>
**Subject:** FW: Missing Trades [External] - Jackson National #3753

Hello SUIT & GATT!

Happy Wednesday. Hope everyone's having a great week!

We received several inquiries from Jackson National #3753 regarding trades that were booked for 10/12 with a trade date of 10/11. The referenced trades didn't make it into Jackson's trade file on 10/11 which caused them to further inquire on our booking process. They ask that we come up with a remedy for future instances going forward. Is there anything that can be done to block trades on US holidays for Jackson accounts?

Please let me know if there's anything I can do!

Thanks so much,
Ayesha

**Ayesha Diatta** | Client Service and Marketing
**Western Asset Management Company**
385 East Colorado Boulevard | Pasadena, CA 91101 | Tel: 626-844-9602
ayesha.diatta@westernasset.com
**www.westernasset.com**

---

**From:** Hou, Young
**Sent:** Wednesday, October 13, 2021 1:15 PM
**To:** Castello, Nicholas <Nicholas.Castello@westernasset.com>; Colburn, Kyle <Kyle.Colburn@westernasset.com>; Ito, Geoffrey <Geoffrey.Ito@westernasset.com>
**Cc:** CS Team Subadvisory <CSTeamSubadvisory@westernasset.com>
**Subject:** RE: Missing Trades [External]

Hello Nick,

For this to happen we'll need a skeleton crew of trading ops, trader, compliance, SMF, in addition to our team to get this into ATP and distribute allocations. The reason why they were not in the blotter to JNL is because they were never booked into ATP.

On holidays in the past such as Monday we've gotten filled on overnight orders our traders might have placed on Sunday night or Friday and that is just the nature of the futures market being around the clock and global as opposed to the US bond market.

FOIA Confidential Treatment
Requested by WAM

WAMCO_SEC_0061275

SDNY_LEECH_R01_01149498

Thanks,

Young Hou
626-817-5436

---

**From:** Castello, Nicholas
**Sent:** Wednesday, October 13, 2021 12:52 PM
**To:** Colburn, Kyle <Kyle.Colburn@westernasset.com>; Ito, Geoffrey <Geoffrey.Ito@westernasset.com>; Hou, Young <Young.Hou@westernasset.com>
**Cc:** CS Team Subadvisory <CSTeamSubadvisory@westernasset.com>
**Subject:** FW: Missing Trades [External]
**Importance:** High

Kyle – please see below the communication with the subadviser oversight team at JNL (similar inquiry from their fund accounting team attached). This seems to be a unique but recurring pain point with them where the desk trades futures/options on a holiday but they don't get booked until the day after since Ops is not in the office. I recall this happening and becoming a bit of an issue in the past but can't quite recall with the resolution was. I'll keep digging but wanted to get this in front of you asap.

Geoff/Young – do you have any recollection or thoughts on this and/or how best to remediate?

---

**From:** DeGutes, Kati <kati.degutes@jackson.com>
**Sent:** Wednesday, October 13, 2021 12:39 PM
**To:** Diatta, Ayesha <Ayesha.Diatta@westernasset.com>; CS Team Subadvisory <CSTeamSubadvisory@westernasset.com>
**Cc:** Kueppers, Stephanie <stephanie.kueppers@jackson.com>; Attridge, Stephen <stephen.attridge@jackson.com>
**Subject:** RE: Missing Trades [External]

Hi Ayesha,

If the trades were trade date 10/11 they should be on the 10/11 trade file. Do you know why this was not the case? This is something we will need to be fixed going forward.

Thanks,

**Kati DeGutes**
**Senior Analyst, Sub-Adviser Oversight**
Jackson National Asset Management, LLC
225 W. Wacker Dr., Suite 900, Chicago, IL 60606
Office 312-730-9706
**Jackson®**

---

**From:** Diatta, Ayesha <Ayesha.Diatta@westernasset.com>
**Sent:** Wednesday, October 13, 2021 12:24 PM
**To:** DeGutes, Kati <kati.degutes@jackson.com>; Western Subadvisory Team - group contact <csteamsubadvisory@westernasset.com>
**Cc:** Kueppers, Stephanie <stephanie.kueppers@jackson.com>; Attridge, Stephen <stephen.attridge@jackson.com>
**Subject:** RE: Missing Trades [External]

**EXTERNAL EMAIL**

FOIA Confidential Treatment
Requested by WAM

WAMCO_SEC_0061276

SDNY_LEECH_R01_01149499

Hello!

Yes, you are correct. This was a unique situation because the bond market was closed on Monday due to the holiday. If you need any additional information, please let me know!

Thanks so much,
Ayesha

**Ayesha Diatta** | Client Service and Marketing
**Western Asset Management Company**
385 East Colorado Boulevard | Pasadena, CA 91101 | Tel: 626-844-9602
ayesha.diatta@westernasset.com
**www.westernasset.com**

---

**From:** DeGutes, Kati <kati.degutes@jackson.com>
**Sent:** Wednesday, October 13, 2021 10:12 AM
**To:** Diatta, Ayesha <Ayesha.Diatta@westernasset.com>; CS Team Subadvisory <CSTeamSubadvisory@westernasset.com>
**Cc:** Kueppers, Stephanie <stephanie.kueppers@jackson.com>; Attridge, Stephen <stephen.attridge@jackson.com>
**Subject:** RE: Missing Trades [External]

Hi Ayesha,

Is it normal to book a trade next day with a trade date the previous day? Was this because the bond market was closed on Monday? Just trying to understand why we didn't receive it but we received other trades correctly.

Thanks,

**Kati DeGutes**
**Senior Analyst, Sub-Adviser Oversight**
Jackson National Asset Management, LLC
225 W. Wacker Dr., Suite 900, Chicago, IL 60606
Office 312-730-9706

**Jackson**®

---

**From:** Diatta, Ayesha <Ayesha.Diatta@westernasset.com>
**Sent:** Wednesday, October 13, 2021 12:00 PM
**To:** DeGutes, Kati <kati.degutes@jackson.com>; Western Subadvisory Team - group contact <csteamsubadvisory@westernasset.com>
**Cc:** Kueppers, Stephanie <stephanie.kueppers@jackson.com>; Attridge, Stephen <stephen.attridge@jackson.com>
**Subject:** RE: Missing Trades [External]

**EXTERNAL EMAIL**

Hello Kati!

The trades were booked for 10/12 with a trade date of 10/11. Please let me know if there's anything else I can do!

Thanks so much,
Ayesha

**Ayesha Diatta** | Client Service and Marketing
**Western Asset Management Company**
385 East Colorado Boulevard | Pasadena, CA 91101 | Tel: 626-844-9602

FOIA Confidential Treatment
Requested by WAM

WAMCO_SEC_0061277

SDNY_LEECH_R01_01149500

ayesha.diatta@westernasset.com
www.westernasset.com

**From:** DeGutes, Kati <kati.degutes@jackson.com>
**Sent:** Wednesday, October 13, 2021 9:52 AM
**To:** CS Team Subadvisory <CSTeamSubadvisory@westernasset.com>
**Cc:** Kueppers, Stephanie <stephanie.kueppers@jackson.com>; Attridge, Stephen <stephen.attridge@jackson.com>
**Subject:** Missing Trades [External]

Hi Western,

On Monday, bank holiday, we were missing some futures/options from the trade file. We did receive some activity for Monday. Do you know why the future/option activity was missing?

Thanks,

**Kati DeGutes**
**Senior Analyst, Sub-Adviser Oversight**
Jackson National Asset Management, LLC
225 W. Wacker Dr., Suite 900, Chicago, IL 60606
Office 312-730-9706

**Jackson®**

*********************************************************************** E-mail sent through the Internet is not secure. Western Asset therefore recommends that you do not send any confidential or sensitive information to us via electronic mail, including social security numbers, account numbers, or personal identification numbers. Delivery, and or timely delivery of Internet mail is not guaranteed. Western Asset therefore recommends that you do not send time sensitive or action-oriented messages to us via electronic mail.
*********************************************************************

FOIA Confidential Treatment
Requested by WAM

**From**: Snoke, Rosemarie [Rosemarie.Snoke@westernasset.com]
**Sent**: 11/3/2021 5:42:10 PM
**To**: Colburn, Kyle [Kyle.Colburn@westernasset.com]; Bates, Derek [Derek.Bates@westernasset.com]; Ito, Geoffrey [Geoffrey.Ito@westernasset.com]; Castello, Nicholas [Nicholas.Castello@westernasset.com]
**CC**: Hou, Young [Young.Hou@westernasset.com]; Diatta, Ayesha [Ayesha.Diatta@westernasset.com]
**Subject**: RE: Missing Trades [External] - Jackson National #3753

Kyle,

We do attempt to gently nudge for allocations on reported executions and sometimes Ken does even call in on his own.

This is not just about Ken.  There are other dependencies which are way too much to explain here but examples include broker reporting, compliance, SMF, IT, etc.

No excuses here for what is reality. Best efforts basis as always. Getting an acknowledgement from the client should be all you need.

Thanks,

Rosemarie

**From:** Colburn, Kyle
**Sent:** Wednesday, November 3, 2021 4:51 PM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>; Bates, Derek <Derek.Bates@westernasset.com>; Ito, Geoffrey <Geoffrey.Ito@westernasset.com>; Castello, Nicholas <Nicholas.Castello@westernasset.com>
**Cc:** Hou, Young <Young.Hou@westernasset.com>; Diatta, Ayesha <Ayesha.Diatta@westernasset.com>
**Subject:** RE: Missing Trades [External] - Jackson National #3753

So we did a little digging and for the last 2 or 3 years we have made that 10am cut off.  I wonder if it wouldn't be too much trouble to gently nudge SKL on those mornings to get the allocation done early.  At a min, I think we have solution to communicated the information assuming things are buttoned up on our end.  Also, I think there is room for a little slippage on the cut off, but would be great if we just set a reminder to get it done as early as possible.

What do you think about that Rosemary?

Kyle C. I. Colburn | Western Asset Management Company
385 East Colorado Boulevard | Pasadena, CA 91101 | Tel: 626-844-4074 Cell: 818-613-2894 | kyle.colburn@westernasset.com |
www.westernasset.com

**From:** Snoke, Rosemarie
**Sent:** Tuesday, November 2, 2021 5:06 PM
**To:** Colburn, Kyle <Kyle.Colburn@westernasset.com>; Bates, Derek <Derek.Bates@westernasset.com>; Ito, Geoffrey <Geoffrey.Ito@westernasset.com>; Castello, Nicholas <Nicholas.Castello@westernasset.com>
**Cc:** Hou, Young <Young.Hou@westernasset.com>; Diatta, Ayesha <Ayesha.Diatta@westernasset.com>
**Subject:** RE: Missing Trades [External] - Jackson National #3753

I hate to continue to emphasize this but I just want all to be aware.

No guarantee trades will be allocated, precleared, posted and then move through GSO's cycle before 12 noon CST time on T+1. We also have dependencies on the SMF team and compliance both. Best efforts basis here.



GOVERNMENT
EXHIBIT
1106-98
24 Cr. 658 (GHW)

FOIA Confidential Treatment
Requested by WAM

Thanks,

Rosemarie

---

**From:** Colburn, Kyle
**Sent:** Tuesday, November 2, 2021 2:12 PM
**To:** Bates, Derek <Derek.Bates@westernasset.com>; Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>; Ito, Geoffrey <Geoffrey.Ito@westernasset.com>; Castello, Nicholas <Nicholas.Castello@westernasset.com>
**Cc:** Hou, Young <Young.Hou@westernasset.com>; Diatta, Ayesha <Ayesha.Diatta@westernasset.com>
**Subject:** RE: Missing Trades [External] - Jackson National #3753

They would like to have it by noon CST on t+1

**Kyle C. I. Colburn | Western Asset Management Company**
385 East Colorado Boulevard | Pasadena, CA 91101 | Tel: 626-844-4074 Cell: 818-613-2894 | kyle.colburn@westernasset.com |
**www.westernasset.com**

---

**From:** Bates, Derek
**Sent:** Tuesday, November 2, 2021 9:55 AM
**To:** Colburn, Kyle <Kyle.Colburn@westernasset.com>; Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>; Ito, Geoffrey <Geoffrey.Ito@westernasset.com>; Castello, Nicholas <Nicholas.Castello@westernasset.com>
**Cc:** Hou, Young <Young.Hou@westernasset.com>; Diatta, Ayesha <Ayesha.Diatta@westernasset.com>
**Subject:** RE: Missing Trades [External] - Jackson National #3753

Thanks Kyle and Rosemarie.

I think we have a solution to address the days that are problematic, but we just need confirmation from JNL on what time they would need the trades on T+1 in order for them to book them into the NAV.

---

**From:** Colburn, Kyle
**Sent:** Tuesday, November 2, 2021 8:48 AM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>; Ito, Geoffrey <Geoffrey.Ito@westernasset.com>; Castello, Nicholas <Nicholas.Castello@westernasset.com>
**Cc:** Hou, Young <Young.Hou@westernasset.com>; Bates, Derek <Derek.Bates@westernasset.com>; Diatta, Ayesha <Ayesha.Diatta@westernasset.com>
**Subject:** RE: Missing Trades [External] - Jackson National #3753

It's only a problem on days where the equity markets are open and bond market is closed.  Problem is they strike a NAV on those days. Standard US holidays obviously they don't.

**Kyle C. I. Colburn | Western Asset Management Company**
385 East Colorado Boulevard | Pasadena, CA 91101 | Tel: 626-844-4074 Cell: 818-613-2894 | kyle.colburn@westernasset.com |
**www.westernasset.com**

---

**From:** Snoke, Rosemarie
**Sent:** Tuesday, November 2, 2021 8:47 AM
**To:** Ito, Geoffrey <Geoffrey.Ito@westernasset.com>; Colburn, Kyle <Kyle.Colburn@westernasset.com>; Castello, Nicholas <Nicholas.Castello@westernasset.com>
**Cc:** Hou, Young <Young.Hou@westernasset.com>; Bates, Derek <Derek.Bates@westernasset.com>; Diatta, Ayesha <Ayesha.Diatta@westernasset.com>
**Subject:** RE: Missing Trades [External] - Jackson National #3753

FOIA Confidential Treatment
Requested by WAM

WAMCO_SEC_0061297

SDNY_LEECH_R01_01149520

Veterans Day is the next holiday on 11/11/21.  Maybe a heads up that this may happen again then would help? Maybe a heads-up that this could happen on most US holidays?

---

**From:** Ito, Geoffrey
**Sent:** Tuesday, November 2, 2021 8:32 AM
**To:** Colburn, Kyle <Kyle.Colburn@westernasset.com>; Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>; Castello, Nicholas <Nicholas.Castello@westernasset.com>
**Cc:** Hou, Young <Young.Hou@westernasset.com>; Bates, Derek <Derek.Bates@westernasset.com>; Ito, Geoffrey <Geoffrey.Ito@westernasset.com>; Diatta, Ayesha <Ayesha.Diatta@westernasset.com>
**Subject:** RE: Missing Trades [External] - Jackson National #3753

Hi Kyle – just checking back in on this. Thanks.

---

**From:** Ito, Geoffrey
**Sent:** Thursday, October 28, 2021 3:18 PM
**To:** Colburn, Kyle <Kyle.Colburn@westernasset.com>; Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>; Castello, Nicholas <Nicholas.Castello@westernasset.com>
**Cc:** Hou, Young <Young.Hou@westernasset.com>; Ito, Geoffrey <Geoffrey.Ito@westernasset.com>; Bates, Derek <Derek.Bates@westernasset.com>
**Subject:** RE: Missing Trades [External] - Jackson National #3753

Hi Kyle,

Did Jackson come back on cut off time for file holiday + 1?

Regards,
Geoff

---

**From:** Ito, Geoffrey
**Sent:** Thursday, October 21, 2021 3:58 PM
**To:** Colburn, Kyle <Kyle.Colburn@westernasset.com>; Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>; Castello, Nicholas <Nicholas.Castello@westernasset.com>
**Cc:** Ito, Geoffrey <Geoffrey.Ito@westernasset.com>; Hou, Young <Young.Hou@westernasset.com>
**Subject:** RE: Missing Trades [External] - Jackson National #3753

Thank you.

---

**From:** Colburn, Kyle
**Sent:** Thursday, October 21, 2021 3:55 PM
**To:** Ito, Geoffrey <Geoffrey.Ito@westernasset.com>; Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>; Castello, Nicholas <Nicholas.Castello@westernasset.com>
**Subject:** RE: Missing Trades [External] - Jackson National #3753

Agreed – will do. Sounds like EOD day after would work.  The following morning was too late, but will confirm.

**Kyle C. I. Colburn | Western Asset Management Company**
385 East Colorado Boulevard | Pasadena, CA 91101 | Tel: 626-844-4074 Cell: 818-613-2894 | kyle.colburn@westernasset.com |
**www.westernasset.com**

FOIA Confidential Treatment
Requested by WAM

**From:** Ito, Geoffrey
**Sent:** Thursday, October 21, 2021 3:49 PM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>; Colburn, Kyle <Kyle.Colburn@westernasset.com>; Castello, Nicholas <Nicholas.Castello@westernasset.com>
**Cc:** Ito, Geoffrey <Geoffrey.Ito@westernasset.com>
**Subject:** RE: Missing Trades [External] - Jackson National #3753

Understood and good to know.

They didn't emphasize getting the blotter by a cut off time in the AM the following morning so we may have some time here.

Kyle/Nicholas – think we should confirm what is the absolute latest they can receive the SFTP blotter or the manual one if we have to create on holiday plus 1 as they did confirm they strike NAV on T+1. Thanks.

**From:** Snoke, Rosemarie
**Sent:** Thursday, October 21, 2021 3:29 PM
**To:** Ito, Geoffrey <Geoffrey.Ito@westernasset.com>; Colburn, Kyle <Kyle.Colburn@westernasset.com>; Castello, Nicholas <Nicholas.Castello@westernasset.com>
**Subject:** RE: Missing Trades [External] - Jackson National #3753

Full disclosure here. Prior day trades may not necessarily be allocated early in the morning if we don't get Ken's allocation instructions until later in the day.  Not an unlikely scenario.

**From:** Ito, Geoffrey
**Sent:** Thursday, October 21, 2021 3:24 PM
**To:** Colburn, Kyle <Kyle.Colburn@westernasset.com>; Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>; Castello, Nicholas <Nicholas.Castello@westernasset.com>
**Cc:** Ito, Geoffrey <Geoffrey.Ito@westernasset.com>
**Subject:** RE: Missing Trades [External] - Jackson National #3753

So they receive a blotter SFTP drop and receive late night. Trying to see if an ad hoc run could be done the following morning once trades are booked in our system.

Derek is looking into this as well.

If it doesn't work then the team can make a manual one (wont be the same format they usually get) but Jackson seemed opened to that on the call if the above doesn't work. Correct me if I am wrong about that part Kyle or Nicholas.

Thanks.

**From:** Colburn, Kyle
**Sent:** Thursday, October 21, 2021 3:17 PM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>; Castello, Nicholas <Nicholas.Castello@westernasset.com>; Ito, Geoffrey <Geoffrey.Ito@westernasset.com>
**Subject:** RE: Missing Trades [External] - Jackson National #3753

Including Geoff – trying to come up with a work around….

**Kyle C. I. Colburn | Western Asset Management Company**
385 East Colorado Boulevard | Pasadena, CA 91101 | Tel: 626-844-4074 Cell: 818-613-2894 | kyle.colburn@westernasset.com |
**www.westernasset.com**

FOIA Confidential Treatment
Requested by WAM

WAMCO_SEC_0061299

SDNY_LEECH_R01_01149522

**From:** Snoke, Rosemarie
**Sent:** Thursday, October 21, 2021 2:26 PM
**To:** Colburn, Kyle <Kyle.Colburn@westernasset.com>; Castello, Nicholas <Nicholas.Castello@westernasset.com>
**Subject:** RE: Missing Trades [External] - Jackson National #3753

Apologies if I missed an email.  Just following up.  All ok here?.  This may also be the case on Veteran's Day holiday.

---

**From:** Colburn, Kyle
**Sent:** Wednesday, October 13, 2021 5:19 PM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Cc:** Castello, Nicholas <Nicholas.Castello@westernasset.com>; Diatta, Ayesha <Ayesha.Diatta@westernasset.com>; Compliance SUIT <ComplianceSUIT@westernasset.com>; WA Compliance New York <WAComplianceNewYork@westernasset.com>; Hou, Young <Young.Hou@westernasset.com>; CS Team Subadvisory <CSTeamSubadvisory@westernasset.com>
**Subject:** Re: Missing Trades [External] - Jackson National #3753

Let us huddle tomorrow and review the resolution of the last episode and revert back. Nick can you set something up for us tomorrow please

Kyle Colburn
Western Asset Management
385 E. Colorado Blvd.
Pasadena, CA. 91011
626-844-4074


On Oct 13, 2021, at 5:06 PM, Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com> wrote:


Hi Nick,

Globex is a trading platform for futures & options contracts and runs continuously. Ken does not execute via Globex himself but rather gives orders to brokers to get trades filled per his instructions. Any order given and filled from the time the market closes on Friday until it closes Monday is for T/D Monday or 10/11 in this case. In the case of a US Monday holiday, those orders filled will be booked on 10/12 but for T/D 10/11.

Not entirely sure of a way to mitigate this.  Ken will give trade orders to brokers based on market movement and that may very well be on the weekends or holidays. Ken trades blocks for his portfolios based on mandates…i.e. macro opps or his core plus accounts. Not including 3753 in allocations would mean they would get no benefit of the trades done for their peer accounts and could cause dispersion among the group. It would also be very difficult to monitor.

Can we determine what the root cause is for their inquiry? Is it just an observation on their part and they are merely asking about it or is there some other underlying reason? I don't want to make their query more than it is.

Thank you,

Rosemarie


---

**From:** Castello, Nicholas
**Sent:** Wednesday, October 13, 2021 3:00 PM
**To:** Diatta, Ayesha <Ayesha.Diatta@westernasset.com>; Compliance SUIT <ComplianceSUIT@westernasset.com>; WA

FOIA Confidential Treatment
Requested by WAM

WAMCO_SEC_0061300

SDNY_LEECH_R01_01149523

Compliance New York <WAComplianceNewYork@westernasset.com>
**Cc:** Colburn, Kyle <Kyle.Colburn@westernasset.com>; Hou, Young <Young.Hou@westernasset.com>; CS Team Subadvisory <CSTeamSubadvisory@westernasset.com>; Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Subject:** RE: Missing Trades [External] - Jackson National #3753

FYI – the same thing happened on Columbus day last year. First email attachment was our explanation to the client and second our internal communication. In essence, it sounds like we did not expect trading on Monday, thus, no support was required to be in – however – SKL did end up putting orders in on GLOBEX. This seems to always catch JNL's eye so to the extent it's possible to prevent it for their account, it may be worth exploring further.

---

**From:** Diatta, Ayesha
**Sent:** Wednesday, October 13, 2021 2:41 PM
**To:** Compliance SUIT <ComplianceSUIT@westernasset.com>; WA Compliance New York <WAComplianceNewYork@westernasset.com>
**Cc:** Colburn, Kyle <Kyle.Colburn@westernasset.com>; Hou, Young <Young.Hou@westernasset.com>; CS Team Subadvisory <CSTeamSubadvisory@westernasset.com>
**Subject:** FW: Missing Trades [External] - Jackson National #3753

Hello SUIT & GATT!

Happy Wednesday. Hope everyone's having a great week!

We received several inquiries from Jackson National #3753 regarding trades that were booked for 10/12 with a trade date of 10/11. The referenced trades didn't make it into Jackson's trade file on 10/11 which caused them to further inquire on our booking process. They ask that we come up with a remedy for future instances going forward. Is there anything that can be done to block trades on US holidays for Jackson accounts?

Please let me know if there's anything I can do!

Thanks so much,
Ayesha

**Ayesha Diatta** | Client Service and Marketing
**Western Asset Management Company**
385 East Colorado Boulevard | Pasadena, CA 91101 | Tel: 626-844-9602
ayesha.diatta@westernasset.com
**www.westernasset.com**

---

**From:** Hou, Young
**Sent:** Wednesday, October 13, 2021 1:15 PM
**To:** Castello, Nicholas <Nicholas.Castello@westernasset.com>; Colburn, Kyle <Kyle.Colburn@westernasset.com>; Ito, Geoffrey <Geoffrey.Ito@westernasset.com>
**Cc:** CS Team Subadvisory <CSTeamSubadvisory@westernasset.com>
**Subject:** RE: Missing Trades [External]

Hello Nick,

For this to happen we'll need a skeleton crew of trading ops, trader, compliance, SMF, in addition to our team to get this into ATP and distribute allocations. The reason why they were not in the blotter to JNL is because they were never booked into ATP.

On holidays in the past such as Monday we've gotten filled on overnight orders our traders might have placed on Sunday night or Friday and that is just the nature of the futures market being around the clock and global as opposed to the US bond market.

FOIA Confidential Treatment
Requested by WAM

WAMCO_SEC_0061301

SDNY_LEECH_R01_01149524

Thanks,

Young Hou
626-817-5436

---

**From:** Castello, Nicholas
**Sent:** Wednesday, October 13, 2021 12:52 PM
**To:** Colburn, Kyle <Kyle.Colburn@westernasset.com>; Ito, Geoffrey <Geoffrey.Ito@westernasset.com>; Hou, Young <Young.Hou@westernasset.com>
**Cc:** CS Team Subadvisory <CSTeamSubadvisory@westernasset.com>
**Subject:** FW: Missing Trades [External]
**Importance:** High

Kyle – please see below the communication with the subadviser oversight team at JNL (similar inquiry from their fund accounting team attached). This seems to be a unique but recurring pain point with them where the desk trades futures/options on a holiday but they don't get booked until the day after since Ops is not in the office. I recall this happening and becoming a bit of an issue in the past but can't quite recall with the resolution was. I'll keep digging but wanted to get this in front of you asap.

Geoff/Young – do you have any recollection or thoughts on this and/or how best to remediate?

---

**From:** DeGutes, Kati <kati.degutes@jackson.com>
**Sent:** Wednesday, October 13, 2021 12:39 PM
**To:** Diatta, Ayesha <Ayesha.Diatta@westernasset.com>; CS Team Subadvisory <CSTeamSubadvisory@westernasset.com>
**Cc:** Kueppers, Stephanie <stephanie.kueppers@jackson.com>; Attridge, Stephen <stephen.attridge@jackson.com>
**Subject:** RE: Missing Trades [External]

Hi Ayesha,

If the trades were trade date 10/11 they should be on the 10/11 trade file. Do you know why this was not the case? This is something we will need to be fixed going forward.

Thanks,

**Kati DeGutes**
**Senior Analyst, Sub-Adviser Oversight**
Jackson National Asset Management, LLC
225 W. Wacker Dr., Suite 900, Chicago, IL 60606
Office 312-730-9706

**Jackson®**

---

**From:** Diatta, Ayesha <Ayesha.Diatta@westernasset.com>
**Sent:** Wednesday, October 13, 2021 12:24 PM
**To:** DeGutes, Kati <kati.degutes@jackson.com>; Western Subadvisory Team - group contact <csteamsubadvisory@westernasset.com>
**Cc:** Kueppers, Stephanie <stephanie.kueppers@jackson.com>; Attridge, Stephen <stephen.attridge@jackson.com>
**Subject:** RE: Missing Trades [External]

**EXTERNAL EMAIL**

FOIA Confidential Treatment
Requested by WAM

Hello!

Yes, you are correct. This was a unique situation because the bond market was closed on Monday due to the holiday. If you need any additional information, please let me know!

Thanks so much,
Ayesha

**Ayesha Diatta** | Client Service and Marketing
**Western Asset Management Company**
385 East Colorado Boulevard | Pasadena, CA 91101 | Tel: 626-844-9602
ayesha.diatta@westernasset.com
**www.westernasset.com**

---

**From:** DeGutes, Kati <kati.degutes@jackson.com>
**Sent:** Wednesday, October 13, 2021 10:12 AM
**To:** Diatta, Ayesha <Ayesha.Diatta@westernasset.com>; CS Team Subadvisory <CSTeamSubadvisory@westernasset.com>
**Cc:** Kueppers, Stephanie <stephanie.kueppers@jackson.com>; Attridge, Stephen <stephen.attridge@jackson.com>
**Subject:** RE: Missing Trades [External]

Hi Ayesha,

Is it normal to book a trade next day with a trade date the previous day? Was this because the bond market was closed on Monday? Just trying to understand why we didn't receive it but we received other trades correctly.

Thanks,

**Kati DeGutes**
**Senior Analyst, Sub-Adviser Oversight**
Jackson National Asset Management, LLC
225 W. Wacker Dr., Suite 900, Chicago, IL 60606
Office 312-730-9706

**Jackson®**

---

**From:** Diatta, Ayesha <Ayesha.Diatta@westernasset.com>
**Sent:** Wednesday, October 13, 2021 12:00 PM
**To:** DeGutes, Kati <kati.degutes@jackson.com>; Western Subadvisory Team - group contact <csteamsubadvisory@westernasset.com>
**Cc:** Kueppers, Stephanie <stephanie.kueppers@jackson.com>; Attridge, Stephen <stephen.attridge@jackson.com>
**Subject:** RE: Missing Trades [External]

**EXTERNAL EMAIL**

Hello Kati!

The trades were booked for 10/12 with a trade date of 10/11. Please let me know if there's anything else I can do!

Thanks so much,
Ayesha

**Ayesha Diatta** | Client Service and Marketing
**Western Asset Management Company**
385 East Colorado Boulevard | Pasadena, CA 91101 | Tel: 626-844-9602

FOIA Confidential Treatment
Requested by WAM

ayesha.diatta@westernasset.com
www.westernasset.com

---

**From:** DeGutes, Kati <kati.degutes@jackson.com>
**Sent:** Wednesday, October 13, 2021 9:52 AM
**To:** CS Team Subadvisory <CSTeamSubadvisory@westernasset.com>
**Cc:** Kueppers, Stephanie <stephanie.kueppers@jackson.com>; Attridge, Stephen <stephen.attridge@jackson.com>
**Subject:** Missing Trades [External]

Hi Western,

On Monday, bank holiday, we were missing some futures/options from the trade file. We did receive some activity for Monday. Do you know why the future/option activity was missing?

Thanks,

**Kati DeGutes**
**Senior Analyst, Sub-Adviser Oversight**
Jackson National Asset Management, LLC
225 W. Wacker Dr., Suite 900, Chicago, IL 60606
Office 312-730-9706

**Jackson®**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* E-mail sent through the Internet is not secure. Western Asset therefore recommends that you do not send any confidential or sensitive information to us via electronic mail, including social security numbers, account numbers, or personal identification numbers. Delivery, and or timely delivery of Internet mail is not guaranteed. Western Asset therefore recommends that you do not send time sensitive or action-oriented messages to us via electronic mail.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**From:**      Ito, Geoffrey [Geoffrey.Ito@westernasset.com]
**Sent:**      11/5/2021 12:40:41 PM
**To:**        Snoke, Rosemarie [Rosemarie.Snoke@westernasset.com]
**Subject:**   RE: Todays F&O

Yikes, ok thanks for heads up.

---

**From:** Snoke, Rosemarie
**Sent:** Friday, November 5, 2021 12:11 PM
**To:** Chang, Jessica H. <Jessica.Chang@westernasset.com>; Ito, Geoffrey <Geoffrey.Ito@westernasset.com>; Shiggins, Danny <Danny.Shiggins@westernasset.com>
**Subject:** Todays F&O

Just an fyi---Ken is out of control today.  Markets are crazy. Not one allocation yet for the 70+ trades he has executed.  Julioe and Donna are both out so we are at bare bones to day.  Just a friendly heads-up.



GOVERNMENT
EXHIBIT
1106-99
24 Cr. 658 (GHW)

FOIA Confidential Treatment Requested by WAM

WAMCO_SEC_0064541
SDNY_LEECH_R01_01152758

**From:** Snoke, Rosemarie [Rosemarie.Snoke@westernasset.com]
**Sent:** 11/5/2021 12:41:16 PM
**To:** Luu, Hanh [Hanh.Luu@westernasset.com]
**Subject:** RE: Rosenthal ok? I think I have all of theirs in.

A few

**From:** Luu, Hanh
**Sent:** Friday, November 5, 2021 12:35 PM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Subject:** RE: Rosenthal ok? I think I have all of theirs in.

Lol 😊 at least now you have allocations

*Hanh Luu*
*626 - 817 -5586*

**From:** Snoke, Rosemarie
**Sent:** Friday, November 5, 2021 12:34 PM
**To:** Luu, Hanh <Hanh.Luu@westernasset.com>
**Subject:** RE: Rosenthal ok? I think I have all of theirs in.

I think I have about ~70 trades.  He just called and then had to go.

**From:** Luu, Hanh
**Sent:** Friday, November 5, 2021 12:28 PM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Subject:** RE: Rosenthal ok? I think I have all of theirs in.

Oh boy!!!! So far this is what I see pending from brokers 😊

| Side | Exec ID | TD | SD | Trans | Sec ID | Quantity | Price | Price2 | Cur | Broker | Coupon/<br>Strike |
|------|---------|----|----|-------|--------|----------|-------|--------|-----|--------|--------------------|
| BROKER | FUSNY1542320211105 | 11/5/2021 | 11/8/2021 | B | 0000USZ1 | 1000 | 162.40625 | 162-13 | USD | Goldman Sachs Bank USA Inc (PAS) | |
| BROKER | FUSNY1542220211105 | 11/5/2021 | 11/8/2021 | S | 0000TYZ1 | 2500 | 131.625 | 131-20 | USD | Goldman Sachs | |

GOVERNMENT
EXHIBIT
1106-100
24 Cr. 658 (GHW)

FOIA Confidential Treatment Requested by WAM

WAMCO_DOJ_3271521
SDNY_LEECH_R07_00173824

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Bank USA Inc (PAS) | |
| BROKER | FUSNY1511420211105 | 11/5/2021 | 11/8/2021 | S | 0000TYZ1 | 1000 | 131.5625 | 131-18 | USD | Goldman Sachs Bank USA Inc (PAS) | |
| BROKER | FUSNY1501020211105 | 11/5/2021 | 11/8/2021 | S | 0000TYZ1 | 1000 | 131.5 | 131-16 | USD | Goldman Sachs Bank USA Inc (PAS) | |
| BROKER | FUSNY1454020211105 | 11/5/2021 | 11/8/2021 | S | 0000TYZ1 | 1000 | 131.3125 | 131-10 | USD | Goldman Sachs Bank USA Inc (PAS) | |
| BROKER | FUSNY1450020211105 | 11/5/2021 | 11/8/2021 | S | 0000TYZ1 | 1000 | 131.25 | 131-8 | USD | Goldman Sachs Bank USA Inc (PAS) | |
| BROKER | FUSNY1439120211105 | 11/5/2021 | 11/8/2021 | B | 0000USZ1 | 474 | 161.34375 | 161-11 | USD | Goldman Sachs Bank USA Inc (PAS) | |
| BROKER | FUSNYD569420211105 | 11/5/2021 | 11/8/2021 | S | 0000FVZ1 | 2500 | 122.0625 | 122-2 | USD | Goldman Sachs Bank USA Inc (PAS) | |
| BROKER | 3127923 | 11/5/2021 | 11/8/2021 | S | USZ1P | 500 | 0.625 | 0'40 | USD | Jefferies LLC (PAS) | 161 |
| BROKER | 3127887 | 11/5/2021 | 11/8/2021 | S | TYF2C | 250 | 0.296875 | 0'19 | USD | Jefferies LLC (PAS) | 132.5 |
| BROKER | 3127862 | 11/5/2021 | 11/8/2021 | S | FVZ1C | 800 | 0.296875 | 0'19 | USD | Jefferies LLC (PAS) | 122 |
| BROKER | 3127856 | 11/5/2021 | 11/8/2021 | S | TYF2C | 250 | 0.28125 | 0'18 | USD | Jefferies LLC (PAS) | 132.5 |
| BROKER | 3127467 | 11/5/2021 | 11/8/2021 | B | TYZ1C | 1000 | 0.484375 | 0'31 | USD | Jefferies LLC (PAS) | 131.5 |
| BROKER | 3127465 | 11/5/2021 | 11/8/2021 | B | 0000FVZ1 | 2500 | 122.28125 | 122-9 | USD | Jefferies LLC (PAS) | 131.5 |
| BROKER | 3127462 | 11/5/2021 | 11/8/2021 | S | TYZ1C | 1000 | 0.53125 | 0'34 | USD | Jefferies LLC (PAS) | 131.5 |

FOIA Confidential Treatment Requested by WAM

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BROKER | 3127459 | 11/5/2021 | 11/8/2021 | B | 0000G_Z1 | 271 | 126.37 | 126-11.84 | GBP | Jefferies LLC (PAS) | |
| BROKER | 3127458 | 11/5/2021 | 11/8/2021 | B | 0000G_Z1 | 89 | 126.36 | 126-11.52 | GBP | Jefferies LLC (PAS) | |
| BROKER | 3127426 | 11/5/2021 | 11/8/2021 | S | TYZ1C | 1000 | 0.515625 | 0'33 | USD | Jefferies LLC (PAS) | 131.5 |
| BROKER | 3127424 | 11/5/2021 | 11/8/2021 | S | TYZ1C | 1000 | 0.5 | 0'32 | USD | Jefferies LLC (PAS) | 131.5 |
| BROKER | 3127386 | 11/5/2021 | 11/8/2021 | B | USZ1C | 1000 | 1.015625 | 1'1 | USD | Jefferies LLC (PAS) | 162.5 |
| BROKER | 3127385 | 11/5/2021 | 11/8/2021 | B | USF2C | 500 | 0.890625 | 0'57 | USD | Jefferies LLC (PAS) | 163 |
| BROKER | 3127382 | 11/5/2021 | 11/8/2021 | B | 0000USZ1 | 500 | 162.15625 | 162-5 | USD | Jefferies LLC (PAS) | |
| BROKER | 3127381 | 11/5/2021 | 11/8/2021 | B | 0000TYZ1 | 430 | 131.421875 | 131-13.50 | USD | Jefferies LLC (PAS) | |
| BROKER | 3127378 | 11/5/2021 | 11/8/2021 | B | TYZ1P | 1000 | 0.40625 | 0'26 | USD | Jefferies LLC (PAS) | 131.25 |
| BROKER | 3127531 | 11/5/2021 | 11/8/2021 | B | USZ1C | 1000 | 1.03125 | 1'2 | USD | Jefferies LLC (PAS) | 163 |
| BROKER | 3127524 | 11/5/2021 | 11/8/2021 | S | 0000USZ1 | 450 | 162.5625 | 162-18 | USD | Jefferies LLC (PAS) | |
| BROKER | 3127522 | 11/5/2021 | 11/8/2021 | B | 0000TYZ1 | 2500 | 131.703125 | 131-22.50 | USD | Jefferies LLC (PAS) | |
| BROKER | 3127516 | 11/5/2021 | 11/8/2021 | S | FVZ1C | 1500 | 0.234375 | 0'15 | USD | Jefferies LLC (PAS) | 122.5 |
| BROKER | 3127512 | 11/5/2021 | 11/8/2021 | S | FVZ1C | 1500 | 0.2265625 | 0'14.50 | USD | Jefferies LLC (PAS) | 122.5 |
| BROKER | 3127510 | 11/5/2021 | 11/8/2021 | S | TYF2C | 750 | 0.3125 | 0'20 | USD | Jefferies LLC (PAS) | 132 |
| BROKER | 3127484 | 11/5/2021 | 11/8/2021 | S | USZ1C | 500 | 0.640625 | 0'41 | USD | Jefferies LLC (PAS) | 164 |
| BROKER | 3127480 | 11/5/2021 | 11/8/2021 | B | 0000USZ1 | 500 | 162.40625 | 162-13 | USD | Jefferies LLC (PAS) | |
| BROKER | 3127349 | 11/5/2021 | 11/8/2021 | S | USZ1P | 500 | 0.875 | 0'56 | USD | Jefferies LLC (PAS) | 161 |
| BROKER | 3127346 | 11/5/2021 | 11/8/2021 | S | AUAZ1C | 500 | 0.63 | 0'40.32 | USD | Jefferies LLC (PAS) | 74 |
| BROKER | 3127343 | 11/5/2021 | 11/8/2021 | S | AUAZ1C | 475 | 0.62 | 0'39.68 | USD | Jefferies LLC (PAS) | 74 |

FOIA Confidential Treatment Requested by WAM

WAMCO_DOJ_3271523
SDNY_LEECH_R07_00173826

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BROKER | 3127341 | 11/5/2021 | 11/8/2021 | S | AUAZ1C | 25 | 0.63 | 0'40.32 | USD | Jefferies LLC (PAS) | 74 |
| BROKER | 3127331 | 11/5/2021 | 11/8/2021 | B | 0000TYZ1 | 1000 | 131.109375 | 131-03.50 | USD | Jefferies LLC (PAS) | |
| BROKER | 3127330 | 11/5/2021 | 11/8/2021 | B | 0000EDH2 | 2415 | 99.77 | 99-24.64 | USD | Jefferies LLC (PAS) | |
| BROKER | 3127329 | 11/5/2021 | 11/8/2021 | B | 0000USZ1 | 500 | 161.125 | 161-4 | USD | Jefferies LLC (PAS) | |
| BROKER | 3127327 | 11/5/2021 | 11/8/2021 | S | USZ1P | 500 | 0.6875 | 0'44 | USD | Jefferies LLC (PAS) | 160 |
| BROKER | 3127326 | 11/5/2021 | 11/8/2021 | S | USZ1P | 500 | 0.671875 | 0'43 | USD | Jefferies LLC (PAS) | 160 |
| BROKER | 3127325 | 11/5/2021 | 11/8/2021 | S | USZ1P | 500 | 0.65625 | 0'42 | USD | Jefferies LLC (PAS) | 160 |
| BROKER | 3127649 | 11/5/2021 | 11/8/2021 | B | 0000USZ1 | 500 | 162.75 | 162-24 | USD | Jefferies LLC (PAS) | |
| BROKER | 3127479 | 11/5/2021 | 11/8/2021 | B | 0000TYZ1 | 502 | 131.5 | 131-16 | USD | Jefferies LLC (PAS) | |
| BROKER | 3127473 | 11/5/2021 | 11/8/2021 | S | TYZ1C | 1000 | 0.5625 | 0'36 | USD | Jefferies LLC (PAS) | 131.5 |
| BROKER | 3127470 | 11/5/2021 | 11/8/2021 | S | TYZ1C | 1000 | 0.546875 | 0'35 | USD | Jefferies LLC (PAS) | 131.5 |
| BROKER | 3127468 | 11/5/2021 | 11/8/2021 | S | TYF2C | 750 | 0.296875 | 0'19 | USD | Jefferies LLC (PAS) | 132 |
| BROKER | 3127603 | 11/5/2021 | 11/8/2021 | B | 0000FVZ1 | 2500 | 122.390625 | 122-12.50 | USD | Jefferies LLC (PAS) | |
| BROKER | 3127577 | 11/5/2021 | 11/8/2021 | S | FVZ1C | 1000 | 0.265625 | 0'17 | USD | Jefferies LLC (PAS) | 122.5 |
| BROKER | 3127576 | 11/5/2021 | 11/8/2021 | S | FVZ1C | 1500 | 0.2578125 | 0'16.50 | USD | Jefferies LLC (PAS) | 122.5 |
| BROKER | 3127575 | 11/5/2021 | 11/8/2021 | S | FVZ1C | 1000 | 0.2578125 | 0'16.50 | USD | Jefferies LLC (PAS) | 122.5 |
| BROKER | 3127574 | 11/5/2021 | 11/8/2021 | S | FVZ1C | 1500 | 0.25 | 0'16 | USD | Jefferies LLC (PAS) | 122.5 |
| BROKER | 3127573 | 11/5/2021 | 11/8/2021 | S | FVZ1C | 1000 | 0.25 | 0'16 | USD | Jefferies LLC (PAS) | 122.5 |
| BROKER | 3127572 | 11/5/2021 | 11/8/2021 | S | FVZ1C | 1500 | 0.2421875 | 0'15.50 | USD | Jefferies LLC (PAS) | 122.5 |
| BROKER | 3127571 | 11/5/2021 | 11/8/2021 | S | FVZ1C | 1000 | 0.2421875 | 0'15.50 | USD | Jefferies LLC (PAS) | 122.5 |

FOIA Confidential Treatment Requested by WAM

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| BROKER | 3127570 | 11/5/2021 | 11/8/2021 | B | FVZ1C | 2500 | 0.21875 | 0'14 | USD | Jefferies LLC (PAS) | 122.5 |
| BROKER | 3127569 | 11/5/2021 | 11/8/2021 | S | TYF2C | 750 | 0.328125 | 0'21 | USD | Jefferies LLC (PAS) | 132 |
| BROKER | 3127568 | 11/5/2021 | 11/8/2021 | B | TYZ1C | 1000 | 0.453125 | 0'29 | USD | Jefferies LLC (PAS) | 131.75 |
| BROKER | 3127643 | 11/5/2021 | 11/8/2021 | S | 0000TYZ1 | 207 | 131.28125 | 131-9 | USD | Morgan Stanley & Co Inc (PAS) | |
| BROKER | 3127642 | 11/5/2021 | 11/8/2021 | S | 0000FVZ1 | 6 | 122.21875 | 122-7 | USD | Morgan Stanley & Co Inc (PAS) | |
| BROKER | 3127638 | 11/5/2021 | 11/8/2021 | B | 0000FVZ1 | 6 | 122.2265625 | 122-07.25 | USD | Morgan Stanley & Co Inc (PAS) | |
| BROKER | 3127696 | 11/5/2021 | 11/8/2021 | S | 0000TYZ1 | 350 | 131.78125 | 131-25 | USD | Nomura Securities Intl Inc (PAS) | |
| BROKER | 3127457 | 11/5/2021 | 11/8/2021 | S | 0000TYZ1 | 440 | 131.578125 | 131-18.50 | USD | R.J. O'Brien & Associates LLC (PAS) | |
| BROKER | 3127455 | 11/5/2021 | 11/8/2021 | B | TYZ1C | 1000 | 0.390625 | 0'25 | USD | R.J. O'Brien & Associates LLC (PAS) | 131.75 |
| BROKER | 3127453 | 11/5/2021 | 11/8/2021 | S | 0000USZ1 | 491 | 161.4375 | 161-14 | USD | R.J. O'Brien & Associates LLC (PAS) | |
| BROKER | 3127451 | 11/5/2021 | 11/8/2021 | B | USZ1C | 1000 | 1.1875 | 1'12 | USD | R.J. O'Brien & Associates LLC (PAS) | 161.5 |
| BROKER | 3127263 | 11/5/2021 | 11/8/2021 | B | 0000TYZ1 | 750 | 131.203125 | 131-06.50 | USD | R.J. O'Brien & | |

FOIA Confidential Treatment Requested by WAM

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Associates LLC (PAS) | |
| BROKER | 3127261 | 11/5/2021 | 11/8/2021 | B | 0000USZ1 | 250 | 160.78125 | 160-25 | USD | R.J. O'Brien & Associates LLC (PAS) | |
| BROKER | 3127258 | 11/5/2021 | 11/8/2021 | S | TYZ1P | 750 | 0.328125 | 0'21 | USD | R.J. O'Brien & Associates LLC (PAS) | 130.75 |
| BROKER | 3127255 | 11/5/2021 | 11/8/2021 | S | TYZ1P | 750 | 0.34375 | 0'22 | USD | R.J. O'Brien & Associates LLC (PAS) | 130.75 |
| BROKER | 3127894 | 11/5/2021 | 11/8/2021 | B | 0000TYZ1 | 121 | 131.828125 | 131-26.50 | USD | UBS AG (PAS) | |
| BROKER | 3127901 | 11/5/2021 | 11/8/2021 | S | TYZ1C | 375 | 0.28125 | 0'18 | USD | Wells Fargo Securities LLC (PAS) | 132.5 |
| BROKER | 3127847 | 11/5/2021 | 11/8/2021 | S | TYZ1C | 375 | 0.265625 | 0'17 | USD | Wells Fargo Securities LLC (PAS) | 132.5 |
| BROKER | 3127732 | 11/5/2021 | 11/8/2021 | B | USZ1C | 500 | 1.21875 | 1'14 | USD | Wells Fargo Securities LLC (PAS) | 163 |
| BROKER | 3127728 | 11/5/2021 | 11/8/2021 | B | USZ1P | 500 | 1 | 1'00 | USD | Wells Fargo Securities LLC (PAS) | 162 |
| BROKER | 3127421 | 11/5/2021 | 11/8/2021 | S | 0000TYZ1 | 1000 | 131.53125 | 131-17 | USD | Wells Fargo Securities LLC (PAS) | |
| BROKER | 3127489 | 11/5/2021 | 11/8/2021 | S | 0000WNZ1 | 250 | 197.8125 | 197-26 | USD | Wells Fargo Securities LLC (PAS) | |

FOIA Confidential Treatment Requested by WAM

WAMCO_DOJ_3271526
SDNY_LEECH_R07_00173829

| BROKER | 3127365 | 11/5/2021 | 11/8/2021 | S | 0000WNZ1 | 250 | 197.15625 | 197-5 | USD | Wells Fargo Securities LLC (PAS) |
| BROKER | 3127253 | 11/5/2021 | 11/8/2021 | S | 0000WNZ1 | 250 | 195.90625 | 195-29 | USD | Wells Fargo Securities LLC (PAS) |
| BROKER | 3127252 | 11/5/2021 | 11/8/2021 | S | 0000TYZ1 | 750 | 137.21875 | 137-7 | USD | Wells Fargo Securities LLC (PAS) |
| BROKER | 3127251 | 11/5/2021 | 11/8/2021 | S | 0000USZ1 | 500 | 161.25 | 161-8 | USD | Wells Fargo Securities LLC (PAS) |
| BROKER | 3127249 | 11/5/2021 | 11/8/2021 | B | 0000WNZ1 | 250 | 194.75 | 194-24 | USD | Wells Fargo Securities LLC (PAS) |

*Hanh Luu*
*626 - 817 -5586*

---

**From:** Snoke, Rosemarie
**Sent:** Friday, November 5, 2021 12:20 PM
**To:** Luu, Hanh <Hanh.Luu@westernasset.com>
**Subject:** RE: Rosenthal ok? I think I have all of theirs in.

Thx,  One down.  I still have nothing from  Ken

---

**From:** Luu, Hanh
**Sent:** Friday, November 5, 2021 12:19 PM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Subject:** RE: Rosenthal ok? I think I have all of theirs in.

Yes I don't see any pending trades in ETC from them.  Thanks

*Hanh Luu*

FOIA Confidential Treatment Requested by WAM

WAMCO_DOJ_3271527
SDNY_LEECH_R07_00173830

*626 - 817 -5586*

**From:** Snoke, Rosemarie
**Sent:** Friday, November 5, 2021 12:18 PM
**To:** Luu, Hanh <Hanh.Luu@westernasset.com>
**Subject:** Rosenthal ok? I think I have all of theirs in.

FOIA Confidential Treatment Requested by WAM

WAMCO_DOJ_3271528
SDNY_LEECH_R07_00173831

**From**: Snoke, Rosemarie [Rosemarie.Snoke@westernasset.com]
**Sent**: 11/9/2021 8:48:43 AM
**To**: Marquez, Julie E. [Julie.Marquez@westernasset.com]
**Subject**: RE: Mr. Leech called..

No apologies needed.  Donna was out as well so the three amigas, as Veronica says, were making it happen.

He was trying to joke about things on Friday when he finally called me…I let him have his fun.

I let Jessica And Geoff know how stellar Hanh is. They agreed.

---

**From:** Marquez, Julie E.
**Sent:** Tuesday, November 9, 2021 8:32 AM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Subject:** RE: Mr. Leech called..

Yes I could see from all the email traffic it was a nightmare.  So sorry for that.  I think I am just used to it now.  And yes- Hanh is a big help!!

---

**From:** Snoke, Rosemarie
**Sent:** Tuesday, November 9, 2021 8:22 AM
**To:** Marquez, Julie E. <Julie.Marquez@westernasset.com>
**Subject:** RE: Mr. Leech called..

Thanks.

Friday was HELL!  Called me at 12:45pm.  I had close to 100 trades to be allocated! Option expirations, etc. Bad confirms from brokers and several input errors from myself as well. Price revisions, direction, wrong strike, etc.  In a hurry on my part so that's on me.  Oh, and two client meetings Webex meetings in the afternoon.

Yesterday he called a around 12:30pm but only about 40 trades so manageable. Hanh was still working with Jefferies yesterday for Friday's work.  Trades they should not have confirmed since they had wrong details, dupe trades, etc.  Jefferies seems to always be a confirmation problem and Hanh reiterated that yesterday.  She, however, has been a star!!

---

**From:** Marquez, Julie E.
**Sent:** Tuesday, November 9, 2021 8:10 AM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>; Pollerana, Marie V. <Marie.Pollerana@westernasset.com>
**Subject:** RE: Mr. Leech called..

Yes I saw the line ring for you RS and I called him.  All good.

---

**From:** Snoke, Rosemarie
**Sent:** Tuesday, November 9, 2021 8:07 AM
**To:** Pollerana, Marie V. <Marie.Pollerana@westernasset.com>; Marquez, Julie E. <Julie.Marquez@westernasset.com>
**Subject:** RE: Mr. Leech called..

Really! I didn't  get a call that I can tell.  Called me all day Fri and Mon.



FOIA Confidential Treatment Requested by WAM

WAMCO_SEC_0063422
SDNY_LEECH_R01_01151639

Julie—have you spoken with him?  Maybe he doesn't know you are back?  Want to call him?

---

**From:** Pollerana, Marie V.
**Sent:** Tuesday, November 9, 2021 8:00 AM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Subject:** Mr. Leech called..

**Marie V. Pollerana**
Western Asset | 385 E. Colorado Blvd. | Pasadena, CA 91101
(626) 844-9603
marie.pollerana@westernasset.com

FOIA Confidential Treatment Requested by WAM

WAMCO_SEC_0063423
SDNY_LEECH_R01_01151640

**From:**      Marquez, Julie E. [Julie.Marquez@westernasset.com]
**Sent:**      11/10/2021 2:09:17 PM
**To:**        Leech, S. Kenneth [Ken.Leech@westernasset.com]
**Subject:**   RE: Late trades


Ok there was only one and I did the standard - thank you

-----Original Message-----
From: Leech, S. Kenneth
Sent: Wednesday, November 10, 2021 2:09 PM
To: Marquez, Julie E. <Julie.Marquez@westernasset.com>
Subject: Late trades

Julie, I'm on plane-can't talk. If there are any late trades- standard allocations

50/50 Plus or minus Ford depending on five year

Thx

Sent from my iPad

GOVERNMENT
EXHIBIT
1106-105
24 Cr. 658 (GHW)

FOIA Confidential Treatment Requested by WAM

WAMCO_DOJ_0961846
SDNY_LEECH_R04_00172258

**Sent**:           11/26/2021 10:29:03 AM
**To**:             NICHOLAS MASTROIANNI [nicholas.mastroianni@westernasset.com]; ROSEMARIE SNOKE [rsnoke@westernasset.com]

**Chat Room ID: CHAT-fs:61A1276FCEDC0002**
Start Time: 11/26/2021 18:29:03
End Time: 11/26/2021 19:06:44
Participant Count: 2

| LoginName | FirstName | LastName | CompanyName |
|-----------|-----------|----------|-------------|
| nmastroiann2 | NICHOLAS | MASTROIANNI | WESTERN ASSET MANAGEMENT COMPANY LLC |
| rsnoke | ROSEMARIE | SNOKE | WESTERN ASSET MANAGEMENT COMPANY LLC |

**NICHOLAS MASTROIANNI/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( nmastroiann2 )    11/26/2021 18:29:03

[Bloomberg created note: Remains logged in.]

**NICHOLAS MASTROIANNI/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( nmastroiann2 )    11/26/2021 18:29:03

*entered the conversation*

**NICHOLAS MASTROIANNI/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( nmastroiann2 )    11/26/2021 18:29:05

\*\*\* NICHOLAS MASTROIANNI (WESTERN ASSET MANAGEMENT COMPANY LLC) has invited the following users to this room: ROSEMARIE SNOKE (WESTERN ASSET MANAGEMENT COMPANY LLC) [hihi]

**NICHOLAS MASTROIANNI/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( nmastroiann2 )    11/26/2021 18:29:09

are you allocating SKL trades?

**NICHOLAS MASTROIANNI/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( nmastroiann2 )    11/26/2021 18:45:35

just sent you an emial.

GOVERNMENT
EXHIBIT
1106-112
24 Cr. 658 (GHW)

FOIA Confidential Treatment Requested by WAM

WAMCO_SEC_0066616
SDNY_LEECH_R01_01154833

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( rsnoke)

11/26/2021
18:45:58

*entered the conversation*

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( rsnoke)

11/26/2021
18:45:58

*** ROSEMARIE SNOKE (WESTERN ASSET MANAGEMENT COMPANY LLC) Personal Disclaimer:

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( rsnoke)

11/26/2021
18:45:58

*** ROSEMARIE SNOKE (WESTERN ASSET MANAGEMENT COMPANY LLC) Firm Disclaimer:

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( rsnoke)

11/26/2021
18:46:21

I am...he just called me. Like 100 trades maybe. killing me.

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( rsnoke)

11/26/2021
19:06:44

*left the conversation*

FOIA Confidential Treatment Requested by WAM

WAMCO_SEC_0066617
SDNY_LEECH_R01_01154834

**From:** Snoke, Rosemarie [Rosemarie.Snoke@westernasset.com]
**Sent:** 11/28/2021 10:24:23 AM
**To:** Leech, S. Kenneth [Ken.Leech@westernasset.com]
**CC:** Marquez, Julie E. [Julie.Marquez@westernasset.com]
**Subject:** RE: Ken--can you call me pls?
**Attachments:** 91282CDJ7_SKL.xlsx; 1221_UST.xlsx

No worries at all, Ken. Crazy day in the markets .

I made a few "executives decisions" on your behalf. 😊

R.J. O'Brien trades below that I allocated to 50/50 + Ford:

-Sold a total of 1,500 <u>Week 1</u> 159 calls @ '39 and '40

-Sold a total of 1,500  Jan 161 calls @ '39, 40,41

For the sale of 10yr 1.375 due 11/15/3031, you wanted to split 1221 and 671, 1221 does not hold any so I left the trade unallocated for Julie to discuss with you tomorrow. 671 is the only holder of this 10 yr note in your portfolios and does hold 55,000,000—see first attachment.

Second attachment shows UST holdings in 1221.

I's out of the office this week.

Thank you,

Rosemarie



FOIA Confidential Treatment Requested by WAM



**From:** Leech, S. Kenneth
**Sent:** Saturday, November 27, 2021 12:18 PM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Subject:** Re: Ken--can you call me pls?

I'm sorry Rosemarie, I totally airballed this.

Sent from my iPhone

On Nov 26, 2021, at 6:14 PM, Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com> wrote:

FOIA Confidential Treatment Requested by WAM

WAMCO_DOJ_0948673
SDNY_LEECH_R04_00159085

FOIA Confidential Treatment Requested by WAM

WAMCO_DOJ_0948674
SDNY_LEECH_R04_00159086

**From**:      Marquez, Julie E. [Julie.Marquez@westernasset.com]
**Sent**:      12/8/2021 3:26:18 PM
**To**:        Snoke, Rosemarie [Rosemarie.Snoke@westernasset.com]
**Subject**:   RE: SKL trades today

I called at 3:10 and got him.  He made a few adjustments to the allocations I had already in draft.  All good.

---

**From:** Snoke, Rosemarie
**Sent:** Wednesday, December 8, 2021 3:02 PM
**To:** Marquez, Julie E. <Julie.Marquez@westernasset.com>
**Subject:** RE: SKL trades today

Ok.  You gotta give him some grief for this.

You are out next Thurs/Fri, right?

---

**From:** Marquez, Julie E.
**Sent:** Wednesday, December 8, 2021 3:01 PM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Subject:** RE: SKL trades today

Will give him a few minutes past 3

---

**From:** Snoke, Rosemarie
**Sent:** Wednesday, December 8, 2021 2:51 PM
**To:** Marquez, Julie E. <Julie.Marquez@westernasset.com>
**Subject:** RE: SKL trades today

Run with it.

---

**From:** Marquez, Julie E.
**Sent:** Wednesday, December 8, 2021 2:48 PM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Subject:** RE: SKL trades today

So Nichole thought he landed at 3:00 (she was not real sure) – do we hold on posting until 3 or just post away!?

There wasn't anything that I had a real concern about.  I took the conservative route on everything.  He had been allocating some option trades recently to SKL1+F only but I did not do any like that because I could not see any pattern of which trades he allocates this way.

---

**From:** Klein, Zachary
**Sent:** Wednesday, December 8, 2021 2:03 PM
**To:** Marquez, Julie E. <Julie.Marquez@westernasset.com>; Smith, Ian <Ian.Smith@westernasset.com>
**Cc:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Subject:** RE: SKL trades today

I don't know anything specific



GOVERNMENT
EXHIBIT
1106-117
24 Cr. 658 (GHW)

FOIA Confidential Treatment
Requested by WAM

WAMCO_SEC_0060749

SDNY_LEECH_R01_01148972

**From:** Marquez, Julie E.
**Sent:** Wednesday, December 8, 2021 2:01 PM
**To:** Klein, Zachary <Zachary.Klein@westernasset.com>; Smith, Ian <Ian.Smith@westernasset.com>
**Cc:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Subject:** SKL trades today

Hey guys,

Unfortunately SKL left the office in a rush to board a flight today without calling in his allocations to me.

I feel confident enough that I can figure out most of his trades but if you know of anything that he needed to do specifically today- then let me know

thanks

FOIA Confidential Treatment
Requested by WAM