**From:**   Leech, S. Kenneth [Ken.Leech@westernasset.com]
**Sent:**    12/9/2021 3:50:18 PM
**To:**      Chandran, Prashant [Prashant.Chandran@westernasset.com]
**Subject:**  Fwd: 3313 Duration Prediction 4.90 Years Performance Estimate -44 bps
**Attachments:**  3313 2 PM Option Mark 09 DEC 2021.pdf

I'm really flummoxed by negative 44

I thought rates were flat and maybe even a very small positive
EM neg I get
??

Sent from my iPhone

Begin forwarded message:

**From:** "Li, Hannah" <Hannah.Li@westernasset.com>
**Date:** December 9, 2021 at 2:52:56 PM PST
**To:** "Leech, S. Kenneth" <Ken.Leech@westernasset.com>
**Cc:** "Chandran, Prashant" <Prashant.Chandran@westernasset.com>, "Smith, Ian" <Ian.Smith@westernasset.com>, "Filicetti, Joseph" <Joseph.Filicetti@westernasset.com>, "Sachdeva, Rajiv" <Rajiv.Sachdeva@westernasset.com>, "Klein, Zachary" <Zachary.Klein@westernasset.com>
**Subject: 3313 Duration Prediction 4.90 Years Performance Estimate -44 bps**

## Duration

| | |
|---|---|
| COB 12/08 | 5.60 |
| Convexity | -0.80 |
| Trades | 0.10 |
| **COB 12/09** | **4.90** |

## Performance Summary

| Portfolio | -44 |
|---|---|
| Rates | -31 |
| Spread | -8 |
| FX | -5 |

## Performance Detail

| By Asset Class | P&L |
|---|---|
| Rates_G10 | -27 |
| Options_G10 | -5 |
| Index_linked_G10 | -2 |
| Rates_EM | 3 |
| Spread_IG | -3 |
| Spread_HY | -5 |



GOVERNMENT EXHIBIT
1106-119
24 Cr. 658 (GHW)

FOIA Confidential Treatment Requested by WAM

WAMCO_DOJ_0003154
SDNY_LEECH_R01_00290296

| FX_G10 | | -1 |
|---|---|---|
| FX_EM | | -3 |
| **Grand Total** | | **-44** |

| By Trades | | P&L |
|---|---|---|
| **Rates** | | **-28** |
| 1 | US/Ger Long-Short | -13 |
| 2 | US Swap Spread | 5 |
| 3 | US Duration | -20 |
| **FX** | | **-5** |
| 1 | G10 | -2 |
| 2 | LATAM | -3 |
| 3 | Asia | 0 |
| 4 | EMEA | 0 |
| **Credit** | | **-7** |
| 1 | IG | -3 |
| 2 | HY | -4 |
| **EM** | | **2** |
| 1 | Local Debt | 4 |
| 2 | $ Debt | -1 |
| 3 | EM Corps | -1 |
| **Rest of Portfolio** | | **-6** |

FOIA Confidential Treatment Requested by WAM

**From**: Snoke, Rosemarie [Rosemarie.Snoke@westernasset.com]
**Sent**: 2/9/2022 1:51:59 PM
**To**: Marquez, Julie E. [Julie.Marquez@westernasset.com]
**Subject**: RE: All SKL Trades Posted?

Are you kidding me? She is slated to perhaps be SKL's PA.  Oh, Lord….

**From:** Marquez, Julie E.
**Sent:** Wednesday, February 9, 2022 1:45 PM
**To:** Li, Hannah <Hannah.Li@westernasset.com>; WA Trading Operations <WATradingOperations@westernasset.com>
**Cc:** Smith, Ian <Ian.Smith@westernasset.com>
**Subject:** RE: All SKL Trades Posted?

Remember market is still open until 2:00 so definitely not done before then

**From:** Marquez, Julie E.
**Sent:** Wednesday, February 9, 2022 1:44 PM
**To:** Li, Hannah <Hannah.Li@westernasset.com>; WA Trading Operations <WATradingOperations@westernasset.com>
**Cc:** Smith, Ian <Ian.Smith@westernasset.com>
**Subject:** RE: All SKL Trades Posted?

Noooo not yet will let you know

**From:** Li, Hannah
**Sent:** Wednesday, February 9, 2022 1:35 PM
**To:** WA Trading Operations <WATradingOperations@westernasset.com>
**Cc:** Smith, Ian <Ian.Smith@westernasset.com>
**Subject:** RE: All SKL Trades Posted?

All good on Ken's trade?

**From:** Enero, Lupe M.
**Sent:** Tuesday, February 8, 2022 2:30 PM
**To:** Li, Hannah <Hannah.Li@westernasset.com>; WA Trading Operations <WATradingOperations@westernasset.com>
**Cc:** Smith, Ian <Ian.Smith@westernasset.com>
**Subject:** RE: All SKL Trades Posted?

Yes, all posted.

**From:** Li, Hannah
**Sent:** Tuesday, February 8, 2022 2:12 PM
**To:** WA Trading Operations <WATradingOperations@westernasset.com>
**Cc:** Smith, Ian <Ian.Smith@westernasset.com>
**Subject:** All SKL Trades Posted?

Hi team,

As we are improving our EOD duration prediction model by capturing all trades done by SKL, could you confirm that all Ken's trades have been posted? Thanks in advance!



GOVERNMENT
EXHIBIT
1107-21
24 Cr. 658 (GHW)

WAMCO_DOJ_3269678
SDNY_LEECH_R07_00171981

Best,
Hannah

FOIA Confidential Treatment Requested by WAM

WAMCO_DOJ_3269679
SDNY_LEECH_R07_00171982

| | |
|---|---|
| From: | Snoke, Rosemarie [Rosemarie.Snoke@westernasset.com] |
| Sent: | 2/11/2022 12:36:12 PM |
| To: | Marquez, Julie E. [Julie.Marquez@westernasset.com]; Li, Hannah [Hannah.Li@westernasset.com]; WA Trading Operations [WATradingOperations@westernasset.com] |
| CC: | Smith, Ian [Ian.Smith@westernasset.com] |
| Subject: | RE: SKL trades all good? |

Hi Hannah,

Julie is out today.  Ken has yet to call me with his allocations.  May very well be trades posted later in the afternoon.

Rosemarie

**From:** Marquez, Julie E.
**Sent:** Thursday, February 10, 2022 2:39 PM
**To:** Li, Hannah <Hannah.Li@westernasset.com>; WA Trading Operations <WATradingOperations@westernasset.com>
**Cc:** Smith, Ian <Ian.Smith@westernasset.com>
**Subject:** RE: SKL trades all good?

Ok Hannah.. I think all of his trades are posted.

**From:** Marquez, Julie E.
**Sent:** Thursday, February 10, 2022 2:07 PM
**To:** Li, Hannah <Hannah.Li@westernasset.com>; WA Trading Operations <WATradingOperations@westernasset.com>
**Cc:** Smith, Ian <Ian.Smith@westernasset.com>
**Subject:** RE: SKL trades all good?

Ha no.  Just got off the phone with SKL.  Will now be entering roughly 23 trades.  Please stand by.   (I wouldn't bother asking me until 2:30 on a consistent basis)

**From:** Li, Hannah
**Sent:** Thursday, February 10, 2022 2:05 PM
**To:** Marquez, Julie E. <Julie.Marquez@westernasset.com>; WA Trading Operations <WATradingOperations@westernasset.com>
**Cc:** Smith, Ian <Ian.Smith@westernasset.com>
**Subject:** SKL trades all good?



GOVERNMENT
EXHIBIT
1107-23
24 Cr. 658 (GHW)

FOIA Confidential Treatment
Requested by WAM

WAMCO_SEC_0060778

SDNY_LEECH_R01_01149001

**From**: JULIE MARQUEZ JMARQUEZ3@Bloomberg.net [jmarquez@westernasset.com]
**Sent**: 3/7/2022 9:13:52 AM
**BCC**: MMAGRO [mmagro@marex.com]
**Subject**: Re:FYI

Hi! Yep i saw them. Warning to you though, i won't have any allocations for you until much later today. Ken asked that i hold them until we go over everything and that is usually 1pm my time.

From: MMagro@marex.com At: 03/07/22 07:39:48 UTC-8:00
To: Julie Marquez (WESTERN ASSET MANAGE )
Subject: FYI

WAKE UP! Hi Julie. We did, and sent, 3 trades last night for Ken. (Yes we work six days a week now) So just letting you know in case you missed them (highly unlikely tho) Have a great day

[cid:image001.png@01D83206.F3A59FA0]

Direct:   (312) 795-7702
Mobile: (630-212-9158
Address:  222 West Adams Street Suite 450, Chicago, IL  60606
mmagro@marexspectron.com<mailto:mmagro@marexspectron.com>


Mark Magro
Broker Assistant
Direct:(312) 795-7702
Address:222 W Adams Street, Suite 450, Chicago, IL, 60606
Email:MMagro@marex.com

Disclaimer

This email was sent to you by Marex.
The Marex ® group of companies includes Marex Financial (including the Marex Solutions division), Marex Spectron International Limited, CSC Commodities UK Limited, Tangent Trading Limited, Marex Spectron Europe Limited, Marex North America LLC (including the Rosenthal Collins Group division), Marex Spectron USA LLC, Spectron Energy Inc., Marex Hong Kong Limited, Marex Spectron Asia Pte. Ltd., Spectron Energy (Asia) Pte. Ltd., Marex France SAS (including the BIP AM division), X-Change Financial Access, LLC, Starsupply Petroleum Europe B.V., Volcap Trading Partners Limited, Volcap Trading Partners France SAS and Arfinco S.A (individually and collectively "Marex").
This email and/or any attached documents may contain privileged and confidential information and should only be read by the intended recipient. If you have received this email in error, you must not copy, distribute, disclose or use any of the information in it. Please delete the email, including attachments, from your computer and immediately notify the sender.
This message has been scanned for viruses by our regularly updated email security systems but in accordance with good computer practice, please ensure that all messages received are checked by your own security systems before opening.
Marex makes no representation or warranty that any data or information contained in an email is accurate, complete, fair or correct. Nothing in an email should be construed as a recommendation or solicitation to purchase or sell any financial product or security or as an official confirmation of any transaction.
For more information on Marex visit www.marex.com or follow us on Twitter and LinkedIn. For important information concerning the contents and usage of any report included in or attached to this email, please click here.
© 2022 Marex. All rights reserved.

GOVERNMENT EXHIBIT 1107-43
24 Cr. 658 (GHW)

FOIA Confidential Treatment Requested by WAM

WAMCO_SEC_0071222
SDNY_LEECH_R01_01159439

**Sent**:         6/1/2022 11:47:39 AM
**To**:           JULIE MARQUEZ [jmarquez@westernasset.com]; PRASHANT CHANDRAN [pchandran@westernasset.com]

**Chat Room ID: CHAT-fs:6297B44BFB800001**
Start Time: 06/01/2022 18:47:39
End Time: 06/01/2022 20:57:38
Participant Count: 2

| LoginName | FirstName | LastName | CompanyName |
|-----------|-----------|----------|-------------|
| jmarquez3 | JULIE | MARQUEZ | WESTERN ASSET MANAGEMENT COMPANY LLC |
| pchandran3 | PRASHANT | CHANDRAN | WESTERN ASSET MANAGEMENT COMPANY LLC |

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jmarquez3 )
06/01/2022 18:47:39

[Bloomberg created note: Remains logged in.]

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jmarquez3 )
06/01/2022 18:47:39

*entered the conversation*

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jmarquez3 )
06/01/2022 18:47:44

*** JULIE MARQUEZ (WESTERN ASSET MANAGEMENT COMPANY LLC) has invited the following users to this room:
PRASHANT CHANDRAN (WESTERN ASSET MANAGEMENT COMPANY LLC) [hi prashant]

**PRASHANT CHANDRAN/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( pchandran3 )
06/01/2022 18:48:08

*entered the conversation*

**PRASHANT CHANDRAN/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( pchandran3 )
06/01/2022 18:48:08

*** PRASHANT CHANDRAN (WESTERN ASSET MANAGEMENT COMPANY LLC) Personal Disclaimer:

**PRASHANT CHANDRAN/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( pchandran3 )
06/01/2022 18:48:08

*** PRASHANT CHANDRAN (WESTERN ASSET MANAGEMENT COMPANY LLC) Firm Disclaimer:

GOVERNMENT
EXHIBIT
1107-80
24 Cr. 658 (GHW)

FOIA Confidential Treatment Requested by WAM

**PRASHANT CHANDRAN/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( pchandran3)    06/01/2022 18:48:13

Hi Julie

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jmarquez3)    06/01/2022 18:48:45

mr leech gave me all his trades for the day... and then Rob Cantz sent a confirm with more after that...i haven't been able to get him on phone.

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jmarquez3)    06/01/2022 18:49:23

he was allocating all of this calls to opps.. should i do the same for this trade? sold 2000 TYN2 119.50 Calls

**PRASHANT CHANDRAN/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( pchandran3)    06/01/2022 18:49:35

who, ken or Rob?

**PRASHANT CHANDRAN/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( pchandran3)    06/01/2022 18:49:42

Ken said email best

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jmarquez3)    06/01/2022 18:49:52

trade was with rob cantz

**PRASHANT CHANDRAN/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( pchandran3)    06/01/2022 18:49:58

But I have called him and he calls back. Do you need me to?

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jmarquez3)    06/01/2022 18:50:09

i will try again - thanks

**PRASHANT CHANDRAN/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( pchandran3)    06/01/2022 18:50:50

those 119.5 TYN2C make sense. Ian did 12,500 more of the same in MO

FOIA Confidential Treatment Requested by WAM

WAMCO_SEC_0066164
SDNY_LEECH_R01_01154381

**PRASHANT CHANDRAN/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( pchandran3)

06/01/2022
18:51:17

ah, he sold. Ian bought the 119 strikes

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jmarquez3)

06/01/2022
18:51:30

ken mentioned you when we were going over his trades he said something about you wanting to see all the trades in opps

**PRASHANT CHANDRAN/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( pchandran3)

06/01/2022
18:51:38

Ken wanted to buy the closer ones back.

**PRASHANT CHANDRAN/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( pchandran3)

06/01/2022
18:52:38

yes, my fear is that he trades early in the morning and we don't know those trades. I think he won't these next couple of weeks, but never know - kmnowing him he'll find a way

**PRASHANT CHANDRAN/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( pchandran3)

06/01/2022
18:52:56

10:41:56 IAN SMITH: +12500 TYN2c 119 at 42 -2997 TYU at 118-17+ -2255 TYU at 118-18

**PRASHANT CHANDRAN/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( pchandran3)

06/01/2022
18:53:16

is what Ian did earlier today, offsetting by selling TYU2s

**PRASHANT CHANDRAN/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( pchandran3)

06/01/2022
18:53:51

check on those sold calls with Ken pls. We can take them in MO, if that's what he wants or if no response

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jmarquez3)

06/01/2022
18:54:33

great thanks i will try one more time. ususally he seems my missed calls and calls me back but he hasnt yet so didn't want to bug

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jmarquez3)

06/01/2022
18:59:30

went right to a voicemail that said "unable to complete your call"

FOIA Confidential Treatment Requested by WAM

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jmarquez3)

06/01/2022
19:01:41

we are good - he called me back - allocation will be 50/50

**PRASHANT CHANDRAN/ WESTERN ASSET MANAGEMENT COMPANY LLC** (pchandran3)

06/01/2022
19:10:22

perfect. Thanks.

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jmarquez3)

06/01/2022
19:11:34

thank you.. he also said if there were any other surprise trades to ask you for allocation.. fyi

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jmarquez3)

06/01/2022
19:43:15

hi again- rob cantz back at it - he just sent a buy of TYN2 119.25 Puts covered

**PRASHANT CHANDRAN/ WESTERN ASSET MANAGEMENT COMPANY LLC** (pchandran3)

06/01/2022
20:36:35

that also sounds like either all MO or like his prior allocation. Sorry was grabbing lunch

**PRASHANT CHANDRAN/ WESTERN ASSET MANAGEMENT COMPANY LLC** (pchandran3)

06/01/2022
20:36:56

All MO is fine

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jmarquez3)

06/01/2022
20:37:00

no worries i pinged Ian and he said MO

**PRASHANT CHANDRAN/ WESTERN ASSET MANAGEMENT COMPANY LLC** (pchandran3)

06/01/2022
20:37:11

cool. Thx

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jmarquez3)

06/01/2022
20:37:21

thank you

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jmarquez3)

06/01/2022
20:57:38

FOIA Confidential Treatment Requested by WAM

WAMCO_SEC_0066166
SDNY_LEECH_R01_01154383

*left the conversation*

FOIA Confidential Treatment Requested by WAM

WAMCO_SEC_0066167
SDNY_LEECH_R01_01154384

**From:**     Snoke, Rosemarie [Rosemarie.Snoke@westernasset.com]
**Sent:**     7/1/2022 9:38:15 AM
**To:**       Luu, Hanh [Hanh.Luu@westernasset.com]; Ito, Geoffrey [Geoffrey.Ito@westernasset.com]; Bae, Won
              [Won.Bae@westernasset.com]; Hou, Young [Young.Hou@westernasset.com]; Chang, Jessica H.
              [Jessica.Chang@westernasset.com]
**Subject:**  Just an fyi


Ken is on a tear with f&o trading and I have no allocations as of yet.  Lots of trades. Just wanted to give you a heads-up.

**GOVERNMENT EXHIBIT**

**1107-97**

24 Cr. 658 (GHW)

FOIA Confidential Treatment Requested by WAM

WAMCO_SEC_0064845
SDNY_LEECH_R01_01153062

**From:** Snoke, Rosemarie [Rosemarie.Snoke@westernasset.com]
**Sent:** 7/1/2022 10:12:13 AM
**To:** Enero, Lupe M. [LEnero@westernasset.com]; Chavez, Veronica [VChavez@westernasset.com]; DeVries, Donna M. [DNakamura@westernasset.com]
**Subject:** Just fyi

Going to be a long day.  I have over 100+ trades for Ken but no allocations.  Ugly.



GOVERNMENT
EXHIBIT
1107-98
24 Cr. 658 (GHW)

WAMCO_SEC_0064846
SDNY_LEECH_R01_01153063

From:       Snoke, Rosemarie [Rosemarie.Snoke@westernasset.com]
Sent:       7/21/2022 8:47:59 AM
To:         Henningsen, Jeremy [Jeremy.Henningsen@westernasset.com]
Subject:    RE: EOD

So swamped yesterday. Donna and I were it for most of the day. Ken his usual prolific self when it comes to trading so anything could have happened.  Clearly something d in this case.

From: Henningsen, Jeremy <Jeremy.Henningsen@westernasset.com>
Sent: Thursday, July 21, 2022 8:41 AM
To: Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
Subject: RE: EOD

So far so good on the issues front.. Never try to speak too early though..

From: Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
Sent: Thursday, July 21, 2022 8:11 AM
To: Henningsen, Jeremy <Jeremy.Henningsen@westernasset.com>
Subject: RE: EOD

No worries. Yes, if you wouldn't mind please.  Down three people yesterday and busy as heck.  I just reallocated given timeframe was late and hoped for an after the  fact approval.  What does Ken say..better to beg for forgiveness than ask for approval. 😊

Just wanted to know if all looked good at EOD or if any issues on the overnight run?

From: Henningsen, Jeremy <Jeremy.Henningsen@westernasset.com>
Sent: Thursday, July 21, 2022 8:07 AM
To: Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
Subject: RE: EOD

I'm sorry.. I left right after the EOD email came out.. I assume we are good? Did you need me to respond to that reallocation email for the records or all good?

From: Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
Sent: Wednesday, July 20, 2022 5:00 PM
To: Henningsen, Jeremy <Jeremy.Henningsen@westernasset.com>
Subject: EOD

Hi—you EOD today?



FOIA Confidential Treatment Requested by WAM

WAMCO_SEC_0064862
SDNY_LEECH_R01_01153079

**Sent**:        7/21/2022 3:36:25 PM

**To**:           JULIE MARQUEZ [jmarquez@westernasset.com]; ROSEMARIE SNOKE [rsnoke@westernasset.com]

**Chat Room ID: CHAT-fs:62D9D4E9FA4C0000**

Start Time: 07/21/2022 22:36:25

End Time: 07/21/2022 23:35:09

Participant Count: 2

| LoginName | FirstName | LastName | CompanyName |
|---|---|---|---|
| jmarquez3 | JULIE | MARQUEZ | WESTERN ASSET MANAGEMENT COMPANY LLC |
| rsnoke | ROSEMARIE | SNOKE | WESTERN ASSET MANAGEMENT COMPANY LLC |

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( rsnoke)        07/21/2022 22:36:25

[Bloomberg created note: Remains logged in.]

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( rsnoke)        07/21/2022 22:36:25

*entered the conversation*

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( rsnoke)        07/21/2022 22:37:22

*** ROSEMARIE SNOKE (WESTERN ASSET MANAGEMENT COMPANY LLC) has invited the following users to this room: JULIE MARQUEZ (WESTERN ASSET MANAGEMENT COMPANY LLC) [Jeez! Banner day. Probably need another day in bed after today. ☺]

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jmarquez3)        07/21/2022 22:37:26

*entered the conversation*

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jmarquez3)        07/21/2022 22:37:26

*** JULIE MARQUEZ (WESTERN ASSET MANAGEMENT COMPANY LLC) Personal Disclaimer:

GOVERNMENT
EXHIBIT
1107-119
24 Cr. 658 (GHW)

FOIA Confidential Treatment Requested by WAM

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jmarquez3)          07/21/2022 22:37:26

*** JULIE MARQUEZ (WESTERN ASSET MANAGEMENT COMPANY LLC) Firm Disclaimer:

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jmarquez3)          07/21/2022 22:37:34

incredible day

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jmarquez3)          07/21/2022 22:38:02

rob is missing a confirm.. his back office know it but he never sent it

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jmarquez3)          07/21/2022 22:38:13

i am inclined to not do anything about it

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( rsnoke)          07/21/2022 22:38:15

what else is new

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jmarquez3)          07/21/2022 22:38:31

why do i have to chase and not them?

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( rsnoke)          07/21/2022 22:38:58

who? futures team?

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jmarquez3)          07/21/2022 22:39:09

no- rob's clearing people

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jmarquez3)          07/21/2022 22:39:25

they say we have another trade and know rob did not send confirm

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jmarquez3)          07/21/2022 22:39:55

FOIA Confidential Treatment Requested by WAM

WAMCO_SEC_0066169
SDNY_LEECH_R01_01154386

that ron melody guy

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( rsnoke)    07/21/2022 22:40:35

Well, part of te problem is Wells services both Wells and Jeff. Think they view Jeff as a step-child only

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jmarquez3)    07/21/2022 22:40:51

are they wrong? lol

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( rsnoke)    07/21/2022 22:41:00

nope

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jmarquez3)    07/21/2022 22:41:36

omg 187 line items today

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( rsnoke)    07/21/2022 22:44:23

Yep--banner day. I think around ~140 is the most I've seen,. Ken and I were commiserating yesterday. He was beat up as usual. The pens in his hands were loud and quick. I so feel for him. There's gotta be more to his life than this...

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jmarquez3)    07/21/2022 22:44:51

yes agreed.. how sad

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( rsnoke)    07/21/2022 22:46:07

I think Nichole tested positive, too, yesterday, based on what he told me, All he needs is to get it. Stephen Jr, has had it twice and Eileen had it, too.

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jmarquez3)    07/21/2022 22:46:52

oh wow really? he was quizzing me a bit about it today, my symptoms and how I am feeling now

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( rsnoke)    07/21/2022 22:47:39

FOIA Confidential Treatment Requested by WAM

WAMCO_SEC_0066170
SDNY_LEECH_R01_01154387

Same with me yesterday. I think he just wants to be onboard about any sign at all.

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jmarquez3)    07/21/2022 22:48:43

my mom tested positive yesterday! and they are testing my dad now- they just moved him out of Alhambra and into Monrovia Acute Care hospital because he was doing so well

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( rsnoke)    07/21/2022 22:50:33

It never ends. Glad he was released..a good sign.

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( rsnoke)    07/21/2022 22:59:25

Let me know how you feel tomorrow. I'll do the 5:30 shift

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jmarquez3)    07/21/2022 22:59:49

thank you

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( rsnoke)    07/21/2022 23:00:16

Get some rest. How is Daniel?

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jmarquez3)    07/21/2022 23:00:46

he's okay.. not coming around as quick as me, but i think thats just him buying a 'guy'

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jmarquez3)    07/21/2022 23:01:13

being

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( rsnoke)    07/21/2022 23:01:28

Same with Dale. This is why men don't have babies. ☺

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jmarquez3)    07/21/2022 23:01:43

FOIA Confidential Treatment Requested by WAM

WAMCO_SEC_0066171
SDNY_LEECH_R01_01154388

EXACTLY WHAT I TOLD DANIEL

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( rsnoke)                    07/21/2022 23:02:25

Just saw an email...two more positives.

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jmarquez3)                    07/21/2022 23:02:47

I think one is me- last in office monday

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( rsnoke)                    07/21/2022 23:02:59

other may be Nichole.

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jmarquez3)                    07/21/2022 23:03:02

i am famous!!

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jmarquez3)                    07/21/2022 23:03:31

they really should just have everyone wfh for a month or two

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( rsnoke)                    07/21/2022 23:03:41

Could be better ways to be famous.

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( rsnoke)                    07/21/2022 23:04:27

Mgmt has drawn a line in the sand. Not good optics at all. All the stuff about caring about people's health, yada,yada,yada....

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( rsnoke)                    07/21/2022 23:05:04

Sung went to Cap, 3-4 days WFH, same role but more $$. Good move for him.

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jmarquez3)                    07/21/2022 23:05:53

wow I'd say thats a good move

FOIA Confidential Treatment Requested by WAM

WAMCO_SEC_0066172
SDNY_LEECH_R01_01154389

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jmarquez3)    07/21/2022 23:06:13

included wa trade ops on my email with hanh

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** (rsnoke)    07/21/2022 23:06:14

I expect more

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jmarquez3)    07/21/2022 23:06:28

rob's missing confirm

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jmarquez3)    07/21/2022 23:06:35

tried ken but no answer

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** (rsnoke)    07/21/2022 23:07:18

You have the details from Hanh?

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jmarquez3)    07/21/2022 23:07:29

yes but no allocation from ken

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jmarquez3)    07/21/2022 23:07:41

or even verification that it is his trade

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jmarquez3)    07/21/2022 23:07:50

although its a great price

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** (rsnoke)    07/21/2022 23:08:25

We know how he thinks. He would be happy to have a winning trade. What is the trade?

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jmarquez3)    07/21/2022 23:08:49

FOIA Confidential Treatment Requested by WAM

WAMCO_SEC_0066173
SDNY_LEECH_R01_01154390

so i feel like its such a great price he would want to dictate specifically where to allocate. sell 1000 tyu2 119-00

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jmarquez3)                                    07/21/2022 23:09:23

he was doing 50/50 on other ty's today

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jmarquez3)                                    07/21/2022 23:09:32

i could just do that

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( rsnoke)                                    07/21/2022 23:09:44

I'd that..yes. Least invasive

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jmarquez3)                                    07/21/2022 23:09:48

ok

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jmarquez3)                                    07/21/2022 23:11:22

hanh just gave me the out to wait until tomorrow? should i do that?

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( rsnoke)                                    07/21/2022 23:12:06

She had two trades from GS that ended up not being ours..were actually dupes in the end.

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jmarquez3)                                    07/21/2022 23:12:21

part of it is the priciple of the matter

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jmarquez3)                                    07/21/2022 23:12:26

rob needs to do better

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jmarquez3)                                    07/21/2022 23:12:47

granted it was a busy day

FOIA Confidential Treatment Requested by WAM

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( rsnoke)    07/21/2022 23:13:12

I think Ken knows that but it's the relationship thing and Rob is a man on his own really.

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( rsnoke)    07/21/2022 23:13:36

Let's leave it until tomorrow.

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jmarquez3)    07/21/2022 23:13:43

ok will do

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( rsnoke)    07/21/2022 23:14:20

gn

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jmarquez3)    07/21/2022 23:14:28

geez rob just sent

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( rsnoke)    07/21/2022 23:14:45

Ha! He must have heard us..

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jmarquez3)    07/21/2022 23:14:58

i will do 50/50

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( rsnoke)    07/21/2022 23:16:02

yep

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jmarquez3)    07/21/2022 23:25:35

*left the conversation*

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( rsnoke)    07/21/2022 23:35:09

FOIA Confidential Treatment Requested by WAM

WAMCO_SEC_0066175
SDNY_LEECH_R01_01154392

*left the conversation*

FOIA Confidential Treatment Requested by WAM

WAMCO_SEC_0066176
SDNY_LEECH_R01_01154393

Chat with "Rosemarie Snoke" <+16268255352> on July 21, 2022

+16268255352
Julie Conway Marquez <+16263193518>Rosemarie Snoke
<+16268255352>Julie Conway Marquez <julie.incredible@gmail.com>

Earliest item: 2022-07-21 10:30:41
Latest item: 2022-07-21 11:31:26

**Thursday 21 July 2022**

Instant Message : Native Messages
From
Rosemarie Snoke <+16268255352>                              10:30:41

How do you feel?

Instant Message : Native Messages
From
Julie Conway Marquez <+16263193518>                        10:38:07

Pretty good actually

Instant Message : Native Messages
From
Julie Conway Marquez <+16263193518>                        10:38:28

His list of trades though WOW

Instant Message : Native Messages
From
Julie Conway Marquez <+16263193518>                        10:44:01

Might cause me to run right back under the covers

Instant Message : Native Messages
From
Rosemarie Snoke <+16268255352>                              11:23:43

Hear you. Yesterday was like that . I called several times and he called me
back at 2:30pm to do allocations. You can see so late yesterday.

Instant Message : Native Messages
From
Julie Conway Marquez <+16263193518>                        11:31:26

Yeah I've already called once. Nicole said he must've stepped away. Gonna
keep pressing him

**End Thread**

GOVERNMENT
EXHIBIT
1107-120
24 Cr. 658 (GHW)

FOIA Confidential Treatment Requested by WAM

| Thread Statistics | |
|---|---|
| | **Instant Message Count** |
| | 6 |

FOIA Confidential Treatment Requested by WAM

WAMCO_DOJ_1574118
SDNY_LEECH_R03_00120940

**Sent**:      7/25/2022 2:05:55 PM
**To**:        HANNAH LI [hannah.li@westernasset.com]; JULIE MARQUEZ [jmarquez@westernasset.com]

## Chat Room ID: CHAT-fs:62DF05B3F4540000

Start Time: 07/25/2022 21:05:55
End Time: 07/25/2022 23:59:52
Participant Count: 2

| LoginName | FirstName | LastName | CompanyName |
|---|---|---|---|
| hli644 | HANNAH | LI | WESTERN ASSET MANAGEMENT COMPANY LLC |
| jmarquez3 | JULIE | MARQUEZ | WESTERN ASSET MANAGEMENT COMPANY LLC |

**HANNAH LI/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( hli644)    07/25/2022 21:05:55

[Bloomberg created note: Remains logged in.]

**HANNAH LI/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( hli644)    07/25/2022 21:05:55

*entered the conversation*

**HANNAH LI/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( hli644)    07/25/2022 21:06:07

\*\*\* HANNAH LI (WESTERN ASSET MANAGEMENT COMPANY LLC) has invited the following users to this room: JULIE MARQUEZ (WESTERN ASSET MANAGEMENT COMPANY LLC) [Hi Julie]

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jmarquez3)    07/25/2022 21:06:15

\*\*\* JULIE MARQUEZ (WESTERN ASSET MANAGEMENT COMPANY LLC) acknowledged the chat request

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jmarquez3)    07/25/2022 21:06:15

\*\*\* JULIE MARQUEZ (WESTERN ASSET MANAGEMENT COMPANY LLC) Personal Disclaimer:

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jmarquez3)    07/25/2022 21:06:15

\*\*\* JULIE MARQUEZ (WESTERN ASSET MANAGEMENT COMPANY LLC) Firm Disclaimer:

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jmarquez3)    07/25/2022 21:06:17

hi



GOVERNMENT EXHIBIT 1107-123 24 Cr. 658 (GHW)

FOIA Confidential Treatment Requested by WAM

**HANNAH LI/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( hli644)

07/25/2022
21:06:27

Sorry to bug you... Have we posted today's SKL trade?

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (
jmarquez3)

07/25/2022
21:06:37

almost

**HANNAH LI/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( hli644)

07/25/2022
21:06:48

Ok, thank you

**HANNAH LI/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( hli644)

07/25/2022
21:06:56

No rush

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (
jmarquez3)

07/25/2022
21:07:00

will let you know

**HANNAH LI/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( hli644)

07/25/2022
21:07:08

Perfect, thank you

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (
jmarquez3)

07/25/2022
21:17:51

interesting you are asking so early.. and he actually gave them all to me early too

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (
jmarquez3)

07/25/2022
21:18:06

was he told by anyone he needed to get allocations in to me sooner?

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (
jmarquez3)

07/25/2022
21:18:21

based off friday mess?

**HANNAH LI/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( hli644)

07/25/2022
21:19:09

Actually I asked early is because I received much less trade confirmation emails than last
Friday....

**HANNAH LI/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( hli644)

07/25/2022
21:19:20

So I thought today is a light day for us!

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (
jmarquez3)

07/25/2022
21:20:12

FOIA Confidential Treatment Requested by WAM

WAMCO_DOJ_0001970
SDNY_LEECH_R01_00289112

darn was hoping that someone told him

**HANNAH LI/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( hli644)    07/25/2022 21:20:47

Haha me too!

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jmarquez3)    07/25/2022 21:21:34

looks like we are good - all done

**HANNAH LI/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( hli644)    07/25/2022 21:21:45

You are the best! Thank you!

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jmarquez3)    07/25/2022 21:22:05

ha okay thanks

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jmarquez3)    07/25/2022 21:23:36

*left the conversation*

**HANNAH LI/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( hli644)    07/25/2022 22:23:10

*entered the conversation*

**HANNAH LI/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( hli644)    07/25/2022 22:23:13

*entered the conversation*

**HANNAH LI/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( hli644)    07/25/2022 23:59:52

*entered the conversation*

WAMCO_DOJ_0001971
SDNY_LEECH_R01_00289113

**Sent**:          7/26/2022 11:16:16 AM
**To**:            JULIE MARQUEZ [jmarquez@westernasset.com]; ROSEMARIE SNOKE [rsnoke@westernasset.com]

**Chat Room ID: CHAT-fs:62E02F70E8240001**
Start Time: 07/26/2022 18:16:16
End Time: 07/26/2022 23:07:32
Participant Count: 2

| LoginName | FirstName | LastName | CompanyName |
|---|---|---|---|
| jmarquez3 | JULIE | MARQUEZ | WESTERN ASSET MANAGEMENT COMPANY LLC |
| rsnoke | ROSEMARIE | SNOKE | WESTERN ASSET MANAGEMENT COMPANY LLC |

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( rsnoke)                                    07/26/2022 18:16:16

[Bloomberg created note: Remains logged in.]

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( rsnoke)                                    07/26/2022 18:16:16

*entered the conversation*

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( rsnoke)                                    07/26/2022 18:16:28

*** ROSEMARIE SNOKE (WESTERN ASSET MANAGEMENT COMPANY LLC) has invited the following users to this room: JULIE MARQUEZ (WESTERN ASSET MANAGEMENT COMPANY LLC) [Hi there. All good?]

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jmarquez3)                                    07/26/2022 18:16:34

*entered the conversation*

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jmarquez3)                                    07/26/2022 18:16:34

*** JULIE MARQUEZ (WESTERN ASSET MANAGEMENT COMPANY LLC) Personal Disclaimer:

GOVERNMENT
EXHIBIT
1107-125
24 Cr. 658 (GHW)

FOIA Confidential Treatment Requested by WAM

WAMCO_SEC_0066177
SDNY_LEECH_R01_01154394

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jmarquez3)                    07/26/2022 18:16:34

\*\*\* JULIE MARQUEZ (WESTERN ASSET MANAGEMENT COMPANY LLC) Firm Disclaimer:

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jmarquez3)                    07/26/2022 18:16:43

yes hi all good

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** (rsnoke)                    07/26/2022 18:18:56

Ryan Enright just called. He wants to make sure we are getting all we need from him on his BBerg confirms. I told him I think all is well. He is just re-checking. Now that Ken is trading with MSDW they are hyper-sensitive to ensure there are no issues. Anything on your side?

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jmarquez3)                    07/26/2022 18:19:12

nope all good!

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** (rsnoke)                    07/26/2022 18:20:07

Great. Ken looks busy again today.

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jmarquez3)                    07/26/2022 18:20:43

that is allllll relative. set the bar pretty high last week

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** (rsnoke)                    07/26/2022 18:35:01

Yes. Dennis asked me for a comparison of his trade volume on a weekly basis for the past year.

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jmarquez3)                    07/26/2022 18:35:57

oh really? interesting. also interesting that ken called ME about noon yesterday and gave me allocations, instead of his usual 2:00

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** (rsnoke)                    07/26/2022 18:36:31

FOIA Confidential Treatment Requested by WAM

WAMCO_SEC_0066178
SDNY_LEECH_R01_01154395

That's interesting as well. I wonder who scolded HIM?

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jmarquez3)    07/26/2022 18:36:55

wondering if that big snafu was the reason.. hard for people to help him adequately if he gives up info so late. hannah runs stuff late if I can't get his trades in

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jmarquez3)    07/26/2022 18:37:07

etc etc

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jmarquez3)    07/26/2022 18:37:11

snowball effect

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** (rsnoke)    07/26/2022 18:51:14

What is sad is the issues were downstream. Lots of trades could not be moved from Mercury to I1. They have no way to restart from Mercury. The only way to help them was to duplicate all the involved trades and bebook so they would get through Mercury to I1. They would then manually reverse those struck in Mercury,

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** (rsnoke)    07/26/2022 18:51:55

We had a post-mortem meeting yesterday. All issues related to back-office.

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** (rsnoke)    07/26/2022 21:20:33

I know you are busy. See the email re a duplicate security for Ken's trades. Emal from SMF.

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jmarquez3)    07/26/2022 21:23:16

haven't seen the email.. but i remember something weird happening today.. thought i set it up, but then i went to create the ticket it didn't populate and gave me option to creat anew

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** (rsnoke)    07/26/2022 21:23:53

I just forwarded

FOIA Confidential Treatment Requested by WAM

WAMCO_SEC_0066179
SDNY_LEECH_R01_01154396

JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC (jmarquez3)    07/26/2022 21:24:22

yep i see

JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC (jmarquez3)    07/26/2022 22:12:24

*left the conversation*

ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC (rsnoke)    07/26/2022 23:07:32

*left the conversation*

FOIA Confidential Treatment Requested by WAM

From:        Marquez, Julie E. [Julie.Marquez@westernasset.com]
Sent:        7/28/2022 7:26:41 AM
To:          Snoke, Rosemarie [Rosemarie.Snoke@westernasset.com]
Subject:     RE: hoping we see fewer confirms from dale going forward- doubt it

Its crazy- have you seen how quick he is to send them? Bam bam bam bam bam  like really? Ken is not reading those buddy hate to tell you

From: Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
Sent: Thursday, July 28, 2022 7:19 AM
To: Marquez, Julie E. <Julie.Marquez@westernasset.com>
Subject: RE: hoping we see fewer confirms from dale going forward- doubt it

If he only knew Ken did not give allocations until late in the day. He needs to not worry about up-do-date positions. You are correct.  Multiple trades on periodic confirms is better for both he and you.

From: Marquez, Julie E. <Julie.Marquez@westernasset.com>
Sent: Thursday, July 28, 2022 6:58 AM
To: Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
Subject: hoping we see fewer confirms from dale going forward- doubt it



FOIA Confidential Treatment
Requested by WAM



WAMCO_SEC_0060834

SDNY_LEECH_R01_01149057

**Sent**:       7/28/2022 8:59:26 AM
**To**:        JULIE MARQUEZ [jmarquez@westernasset.com]; ROSEMARIE SNOKE [rsnoke@westernasset.com]

### Chat Room ID: CHAT-fs:62E2B25EE85C0002
Start Time: 07/28/2022 15:59:26
End Time: 07/28/2022 21:52:13
Participant Count: 2

| LoginName | FirstName | LastName | CompanyName |
|---|---|---|---|
| jmarquez3 | JULIE | MARQUEZ | WESTERN ASSET MANAGEMENT COMPANY LLC |
| rsnoke | ROSEMARIE | SNOKE | WESTERN ASSET MANAGEMENT COMPANY LLC |

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( rsnoke)        07/28/2022 15:59:26

[Bloomberg created note: Remains logged in.]

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( rsnoke)        07/28/2022 15:59:26

*entered the conversation*

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( rsnoke)        07/28/2022 15:59:50

*** ROSEMARIE SNOKE (WESTERN ASSET MANAGEMENT COMPANY LLC) has invited the following users to this room: JULIE MARQUEZ (WESTERN ASSET MANAGEMENT COMPANY LLC) [Geez! It never ends. I see loads of confirms.]

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jmarquez3)        07/28/2022 15:59:54

*entered the conversation*

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jmarquez3)        07/28/2022 15:59:54

*** JULIE MARQUEZ (WESTERN ASSET MANAGEMENT COMPANY LLC) Personal Disclaimer:

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jmarquez3)        07/28/2022 15:59:54

*** JULIE MARQUEZ (WESTERN ASSET MANAGEMENT COMPANY LLC) Firm Disclaimer:

GOVERNMENT
EXHIBIT
1107-127
24 Cr. 658 (GHW)

FOIA Confidential Treatment Requested by WAM

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jmarquez3)
07/28/2022 16:01:13

yes its so bad. im going to have to get a chunk of trades from him early. i can't enter all of these without a bunch of errors at 2:00

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( rsnoke)
07/28/2022 16:32:36

I hear you. I know it's confusing to try and help without screwing you up. Let me know if I can tho...

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jmarquez3)
07/28/2022 16:33:02

appreciate thanks will let you know

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( rsnoke)
07/28/2022 16:40:15

Let me know when you get a chunk of allocations from him pls. Dennis and I have looked at volume of trades since similar timeframes from 2021. Way increased as you know.

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jmarquez3)
07/28/2022 16:41:28

ok i called him because i saw pause in phone calls and trade confirmations.. turns out he stepped out of office for a bit!

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jmarquez3)
07/28/2022 16:41:38

no wonder there was a pause

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( rsnoke)
07/28/2022 16:43:10

I think he just goes out and takes a walk to be honest.

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( rsnoke)
07/28/2022 16:43:35

As a help,,can I make sure all the options are set-up and if not do so? Would that help?

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jmarquez3)
07/28/2022 16:44:04

actually i can do that - good idea

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( rsnoke)
07/28/2022 16:44:55

That's always my first thing. Saves time for sure after you finally get the allocations.

FOIA Confidential Treatment Requested by WAM

## JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC (
jmarquez3)

07/28/2022
16:46:41

you know what really slows me down, is the inability we have to enter same priced fills on one ticket. seeing so many of those lately

## JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC (
jmarquez3)

07/28/2022
16:47:18

i know nothing can be done but it sure slows things

## JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC (
jmarquez3)

07/28/2022
16:56:19

8 new options created! good exercise

## ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC (
rsnoke)

07/28/2022
16:56:33

I hear that. That logic has been in place forever...long before we had volume like this. Logic currently is if more that one block for the same price, ATP would sum them so problematic for sure for settlements which is why it is what it is. I'll revisit. Not sure we would even priortize at all. Would go into our "long" queue. Losing people left and right in IT so very few people to work on "would like" requests.

## ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC (
rsnoke)

07/28/2022
16:58:08

yep, little things like that always help. Cutting down a minute or two when you are in the throes of it all.

## ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC (
rsnoke)

07/28/2022
17:16:59

I just spoke with Prashant. OTC currency options involved as well here. Might be doubling up. I'll come back to you on the rejects.

## JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC (
jmarquez3)

07/28/2022
17:19:27

thank you! i did send him and hannah an email

## JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC (
jmarquez3)

07/28/2022
19:05:33

i've called him four times. definitely feeling like he doesn't want to deal with this right now.. best laid plans. if you see him strolling around the desk ask him to pls cut me some slack!

## ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC (
rsnoke)

07/28/2022
19:44:22

Raf is going to do a CNH trade..should fix everything per Prashant. i'll resubmit when tht is done. SHould, says Prashant, fix everything.

FOIA Confidential Treatment Requested by WAM

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jmarquez3)                                                                              07/28/2022 19:58:01

great thank you

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** (rsnoke)                                                                              07/28/2022 19:59:12

All good now

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jmarquez3)                                                                              07/28/2022 19:59:20

yay

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jmarquez3)                                                                              07/28/2022 21:48:36

*left the conversation*

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** (rsnoke)                                                                              07/28/2022 21:52:13

*left the conversation*

FOIA Confidential Treatment Requested by WAM

WAMCO_DOJ_1166880
SDNY_LEECH_R02_00462860

**From:** Sachdeva, Rajiv [Rajiv.Sachdeva@westernasset.com]
**Sent:** 8/17/2022 3:53:32 PM
**To:** Snoke, Rosemarie [Rosemarie.Snoke@westernasset.com]
**CC:** McNamara, Dennis J. [Dennis.McNamara@westernasset.com]
**Subject:** Re: Ken's trades all in

Cannot be helped.

Sent from my iPhone

On Aug 17, 2022, at 15:48, Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com> wrote:

Called Ken a few times.  Looking for an allocation on a buy of 250 WNU2.  No response.  Looking at previous days purchases of WNU2 with Wells, I ended up allocating the same. Fairly sure he would have said the same. The trade was posted at 3:31pm so would be the only trade not included in your report.  It was allocated 125 for Core/Core Plus and 125 for Macro Opps which includes 1074.

**From:** Sachdeva, Rajiv <Rajiv.Sachdeva@westernasset.com>
**Sent:** Wednesday, August 17, 2022 3:38 PM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Cc:** McNamara, Dennis J. <Dennis.McNamara@westernasset.com>
**Subject:** Re: Ken's trades all in

Thanks, End of day reports went out at 15.22
Last few trades did not make it onto reports.

Rajiv

Sent from my iPhone

On Aug 17, 2022, at 15:33, Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com> wrote:



FOIA Confidential Treatment Requested by WAM

**From:**       Snoke, Rosemarie [Rosemarie.Snoke@westernasset.com]
**Sent:**       8/19/2022 11:55:17 AM
**To:**         Leech, S. Kenneth [Ken.Leech@westernasset.com]
**Subject:**    3 more trades pls


Sell 500 Sept 140 Calls  @  '28              (currently long 2,000--500 in SKL#1 and 1,500 in Opps )

Sell 1,000 Oct 141 Calls @ 1-02              (currently long 702—351 in SKL#1 and 351 in Opps for total long of 702 total)

Sell 1,000 Oct 142 Calls @ 50/64            (new option to us...no position)

If I don't hear from you, I will allocate all 50/50.


GOVERNMENT
EXHIBIT
1107-140
24 Cr. 658 (GHW)

FOIA Confidential Treatment Requested by WAM

WAMCO_DOJ_3847224
SDNY_LEECH_R11_00259528

**Sent**: 9/21/2022 12:56:44 PM
**To**: DALE RODBERGN/AJULIE MARQUEZ [jmarquez@westernasset.com]

**Chat Room ID: CHAT-fs:632B6C7CFA4C0000**
Start Time: 09/21/2022 19:56:44
End Time: 09/21/2022 20:41:54
Participant Count: 2

| LoginName | FirstName | LastName | CompanyName |
|-----------|-----------|----------|-------------|
| drodberg8 | DALE | RODBERG | WELLS FARGO SECURITIES LLC |
| jmarquez3 | JULIE | MARQUEZ | WESTERN ASSET MANAGEMENT COMPANY LLC |

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jmarquez3)    09/21/2022 19:56:44

[Bloomberg created note: Remains logged in.]

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jmarquez3)    09/21/2022 19:56:44

*entered the conversation*

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jmarquez3)    09/21/2022 19:56:55

*** JULIE MARQUEZ (WESTERN ASSET MANAGEMENT COMPANY LLC) has invited the following users to this room: DALE RODBERG (WELLS FARGO SECURITIES LLC) [you do know i give him all his fills]

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jmarquez3)    09/21/2022 19:57:22

on was on with him going over all his trades when you called - 3 times I think ☺

**DALE RODBERG/ WELLS FARGO SECURITIES LLC** ( drodberg8)    09/21/2022 20:00:14

*** DALE RODBERG (WELLS FARGO SECURITIES LLC) acknowledged the chat request

**DALE RODBERG/ WELLS FARGO SECURITIES LLC** ( drodberg8)    09/21/2022 20:00:14

*** DALE RODBERG (WELLS FARGO SECURITIES LLC) Personal Disclaimer:

**DALE RODBERG/ WELLS FARGO SECURITIES LLC** ( drodberg8)    09/21/2022 20:00:14

*** DALE RODBERG (WELLS FARGO SECURITIES LLC) Firm Disclaimer: If this communication relates to an offering of US registered securities (i) a registration statement has been filed with the SEC, (ii) before investing you should read the filed documents, and (iii) you may obtain these documents from your sales representative, by calling 1-800-326-5897 or

GOVERNMENT EXHIBIT
1107-146
24 Cr. 658 (GHW)

FOIA Confidential Treatment Requested by WAM

WAMCO_DOJ_3269818
SDNY_LEECH_R07_00172121

visiting www.sec.gov. If this communication relates to a securities offering exempt from US registration, you should contact your sales representative for the complete disclosure package. For information regarding Wells Fargo, see https://www.wellsfargo.com/com/disclaimer/wfid3. In Japan, see: https://www.wellsfargo.com/com/disclaimer/wfsjb4. This chat will be retained and may be monitored.

## DALE RODBERG/ WELLS FARGO SECURITIES LLC (drodberg8)

09/21/2022
20:02:17

never know if he will answer,, often times he wants to hedge a fill with a new order,.. so I call to report all fills,.. plus send confirms asap,.. appoligize if I seem over zelous ...

## JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC (jmarquez3)

09/21/2022
20:03:26

i get it - but do one us one favor - don't give fills to the admins - they do not report them back to him, thats what i do

## JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC (jmarquez3)

09/21/2022
20:03:43

its foreign lingo to them

## DALE RODBERG/ WELLS FARGO SECURITIES LLC (drodberg8)

09/21/2022
20:08:43

I know that,.. so usually just say "filled @ X " ...easy to repeat, Not sure what is reccomended when everyone is busy ? Is the email/bberg confirm enough ? Do you prefer us not calling to report ?

## JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC (jmarquez3)

09/21/2022
20:12:28

if ken doesn't answer or unavailable then don't leave any fill info

## JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC (jmarquez3)

09/21/2022
20:12:54

just leave word to call you back if anything

## JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC (jmarquez3)

09/21/2022
20:41:54

*left the conversation*

FOIA Confidential Treatment Requested by WAM

**Chat with "Rob Cantz" <+13104861167> on October 5, 2022**

+13104861167
    Julie Conway Marquez <+16263193518>Rob Cantz <+13104861167>

Earliest item: 2022-10-05 06:49:54
Latest item: 2022-10-05 07:00:33

**Wednesday 05 October 2022**

Instant Message : Native Messages
From                                                          06:49:54
    Julie Conway Marquez <+16263193518>

Hi rob

Instant Message : Native Messages
From                                                          06:50:36
    Julie Conway Marquez <+16263193518>

Ken asking if trades you sent this morning are good trades?

Instant Message : Native Messages
From                                                          06:51:05
    Rob Cantz <+13104861167>

Gm Julie. Yes, they are confirms from last night.

Instant Message : Native Messages
From                                                          06:51:25
    Julie Conway Marquez <+16263193518>

Are you somewhere you can call him?

Instant Message : Native Messages
From                                                          06:51:34
    Julie Conway Marquez <+16263193518>

Not sure why he is asking

Instant Message : Native Messages
From                                                          06:51:45
    Julie Conway Marquez <+16263193518>

Never does

Instant Message : Native Messages
From                                                          06:52:41
    Rob Cantz <+13104861167>

Sure. Maybe because I copied him on the confirm. Will call now.



GOVERNMENT
EXHIBIT
1107-149
24 Cr. 658 (GHW)

FOIA Confidential Treatment Requested by WAM



Instant Message : Native Messages
From
Julie Conway Marquez <+16263193518>                06:53:06

Wait are these trade date today or yesterday

Instant Message : Native Messages
From
Rob Cantz <+13104861167>                06:54:46

They are trade date today. Ken placed them near yesterday's day session
close and they got executed overnight.

Instant Message : Native Messages
From
Julie Conway Marquez <+16263193518>                06:54:53

Ok

Instant Message : Native Messages
From
Julie Conway Marquez <+16263193518>                06:58:10

He said no going back on these trades.

Instant Message : Native Messages
From
Julie Conway Marquez <+16263193518>                06:58:25

So hope they are in fact good trades!

Instant Message : Native Messages
From
Rob Cantz <+13104861167>                07:00:21

Yes, they do look brilliant this morning:)

Instant Message : Native Messages
From
Julie Conway Marquez <+16263193518>                07:00:33

Well then yay

**End Thread**

Thread Statistics
**Instant Message Count**
14

FOIA Confidential Treatment Requested by WAM

**From:**      Snoke, Rosemarie [Rosemarie.Snoke@westernasset.com]
**Sent:**      10/18/2022 11:31:05 AM
**To:**        Klein, Zachary [Zachary.Klein@westernasset.com]
**Subject:**   RE: SKL

Julie is coming back to work..no need to send anything.

-----Original Message-----
From: Klein, Zachary <Zachary.Klein@westernasset.com>
Sent: Tuesday, October 18, 2022 11:17 AM
To: Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
Subject: RE: SKL

Just tried calling. We have not allocated any trades. Julie left us a few pieces of paper with hand-written trades. Would it be helpful if we sent you photos of those?

-----Original Message-----
From: Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
Sent: Tuesday, October 18, 2022 11:15 AM
To: Klein, Zachary <Zachary.Klein@westernasset.com>
Subject: RE: SKL

Thanks, I'm back.  You've not done any of his trades, correct?

-----Original Message-----
From: Klein, Zachary <Zachary.Klein@westernasset.com>
Sent: Tuesday, October 18, 2022 10:55 AM
To: Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
Subject: RE: SKL

Thank you Rosemarie. Let us know how we can help

-----Original Message-----
From: Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
Sent: Tuesday, October 18, 2022 10:46 AM
To: Klein, Zachary <Zachary.Klein@westernasset.com>
Subject: SKL

I'll be back home in an hour or so and do Ken's trades.

Sent from my iPhone

GOVERNMENT
EXHIBIT
1107-152
24 Cr. 658 (GHW)

FOIA Confidential Treatment
Requested by WAM

WAMCO_SEC_0061405

SDNY_LEECH_R01_01149628

**From:**     Snoke, Rosemarie [Rosemarie.Snoke@westernasset.com]
**Sent**:     10/31/2022 3:51:22 PM
**To:**       Hou, Young [Young.Hou@westernasset.com]
**CC:**       Bolous, Matthew [Matthew.Bolous@westernasset.com]
**Subject:**  RE: Ken is in meetings...waiting for allocations from him.

Thanks to both of your for your help today.  Sorry for the lateness but the boss is the boss.

**From:** Snoke, Rosemarie
**Sent:** Monday, October 31, 2022 3:47 PM
**To:** Hou, Young <Young.Hou@westernasset.com>
**Cc:** Bolous, Matthew <Matthew.Bolous@westernasset.com>
**Subject:** RE: Ken is in meetings...waiting for allocations from him.

I think those are tomorrow's trades.

**From:** Hou, Young <Young.Hou@westernasset.com>
**Sent:** Monday, October 31, 2022 3:41 PM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Cc:** Bolous, Matthew <Matthew.Bolous@westernasset.com>
**Subject:** RE: Ken is in meetings...waiting for allocations from him.

Just GS left. Here's the 4 they sent

| Side | Exec ID | TD | SD | Trans | Sec ID | Quantity | Price | Cur | Broker |
|------|---------|----|----|-------|--------|----------|-------|-----|--------|
| BROKER | GTCMEA13720221101-0 | 10/31/2022 | 11/1/2022 | B | 0000WNZ2 | 1 | 128.031250 | USD | Goldman Sachs Bank USA Inc (PAS) |
| BROKER | GTCMEB11920221101-0 | 10/31/2022 | 11/1/2022 | B | 0000TYZ2 | 1 | 110.7031250 | USD | Goldman Sachs Bank USA Inc (PAS) |
| BROKER | GTCMEB11820221101-0 | 10/31/2022 | 11/1/2022 | S | 0000TYZ2 | 64 | 110.68750 | USD | Goldman Sachs Bank USA Inc (PAS) |

**GOVERNMENT EXHIBIT 1107-160** 24 Cr. 658 (GHW)

WAMCO_SEC_0064914
SDNY_LEECH_R01_01153131

| | | | | | | | | | | | Goldman Sachs Bank USA Inc |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| BROKER | GTCMEB11420221101-0 | | 10/31/2022 | 11/1/2022 | S | 0000USZ2 | | 22 | 120.894886370 | USD | (PAS) |

Young Hou
626-817-5436

**From:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Sent:** Monday, October 31, 2022 3:40 PM
**To:** Hou, Young <Young.Hou@westernasset.com>
**Cc:** Bolous, Matthew <Matthew.Bolous@westernasset.com>
**Subject:** RE: Ken is in meetings...waiting for allocations from him.

OK, where do I stand? The 298 and 197 look weird.

**From:** Hou, Young <Young.Hou@westernasset.com>
**Sent:** Monday, October 31, 2022 2:44 PM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Cc:** Bolous, Matthew <Matthew.Bolous@westernasset.com>
**Subject:** RE: Ken is in meetings...waiting for allocations from him.

No rush at all these are just the pending trades from the broker. Everything else is all set. 24 total 😊 whenever you have the allocations.

| Side | TD | SD | Trans | Sec ID | Quantity | Price | Cur | Broker | Product | Coupon/<br>Strike |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| BROKER | 10/31/2022 | 11/1/2022 | B | 0000USZ2 | 500 | 120.750 | USD | Goldman Sachs Bank USA Inc (PAS) | FUT | |
| BROKER | 10/31/2022 | 11/1/2022 | S | 1MX2C | 1000 | 0.531250 | USD | Jefferies LLC (PAS) | OPT | 110.75 |
| BROKER | 10/31/2022 | 11/1/2022 | S | 1MX2C | 1000 | 0.56250 | USD | Jefferies LLC (PAS) | OPT | 110.75 |
| BROKER | 10/31/2022 | 11/1/2022 | S | 1MX2C | 1000 | 0.5468750 | USD | Jefferies LLC (PAS) | OPT | 110.75 |
| BROKER | 10/31/2022 | 11/1/2022 | S | 1MX2C | 1000 | 0.5156250 | USD | Jefferies LLC (PAS) | OPT | 110.75 |
| BROKER | 10/31/2022 | 11/1/2022 | S | 0000FVZ2 | 1500 | 110.6250 | USD | Jefferies LLC (PAS) | FUT | |
| BROKER | 10/31/2022 | 11/1/2022 | S | 0000TYZ2 | 1500 | 110.593750 | USD | Jefferies LLC (PAS) | FUT | |
| BROKER | 10/31/2022 | 11/1/2022 | S | 0000FVZ2 | 1250 | 106.6093750 | USD | Jefferies LLC (PAS) | FUT | |
| BROKER | 10/31/2022 | 11/1/2022 | S | 0000TYZ2 | 1500 | 110.56250 | USD | Jefferies LLC (PAS) | FUT | |
| BROKER | 10/31/2022 | 11/1/2022 | S | 1CX2C | 500 | 1.1093750 | USD | Jefferies LLC (PAS) | OPT | 120.5 |

FOIA Confidential Treatment Requested by WAM

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| BROKER | 10/31/2022 | 11/1/2022 | S | USZ2C | 500 | 1.031250 | USD | Jefferies LLC (PAS) | OPT | 123 |
| BROKER | 10/31/2022 | 11/1/2022 | S | USZ2C | 500 | 1.0 | USD | Jefferies LLC (PAS) | OPT | 123 |
| BROKER | 10/31/2022 | 11/1/2022 | S | USZ2C | 500 | 0.968750 | USD | Jefferies LLC (PAS) | OPT | 123 |
| BROKER | 10/31/2022 | 11/1/2022 | B | 0000PEZ2 | 64 | 4.9810 | USD | Jefferies LLC (PAS) | FUT | |
| BROKER | 10/31/2022 | 11/1/2022 | B | 0000FVZ2 | 1250 | 106.58593750 | USD | Jefferies LLC (PAS) | FUT | |
| BROKER | 10/31/2022 | 11/1/2022 | S | FVZ2C | 2500 | 0.5468750 | USD | Marex North America LLC (PAS) | OPT | 107 |
| BROKER | 10/31/2022 | 11/1/2022 | S | FVZ2C | 2500 | 0.53906250 | USD | Marex North America LLC (PAS) | OPT | 107 |
| BROKER | 10/31/2022 | 11/1/2022 | B | 0000TYZ2 | 750 | 110.906250 | USD | Morgan Stanley & Co Inc (PAS) | FUT | |
| BROKER | 10/31/2022 | 11/1/2022 | B | 0000TYZ2 | 750 | 110.8593750 | USD | R.J. O'Brien & Associates LLC (PAS) | FUT | |
| BROKER | 10/31/2022 | 11/1/2022 | S | 1CX2C | 500 | 0.9531250 | USD | Wells Fargo Securities LLC (PAS) | OPT | 120.5 |
| BROKER | 10/31/2022 | 11/1/2022 | S | USZ2C | 500 | 1.156250 | USD | Wells Fargo Securities LLC (PAS) | OPT | 123 |
| BROKER | 10/31/2022 | 11/1/2022 | S | 0000FVZ2 | 298 | 106.68750 | USD | Wells Fargo Securities LLC (PAS) | FUT | |
| BROKER | 10/31/2022 | 11/1/2022 | S | 0000FVZ2 | 197 | 106.69531250 | USD | Wells Fargo Securities LLC (PAS) | FUT | |
| BROKER | 10/31/2022 | 11/1/2022 | B | 0000FVZ2 | 2000 | 106.64843750 | USD | Wells Fargo Securities LLC (PAS) | FUT | |

Young Hou
626-817-5436

---

**From:** Hou, Young
**Sent:** Monday, October 31, 2022 2:19 PM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Cc:** Bolous, Matthew <Matthew.Bolous@westernasset.com>
**Subject:** RE: Ken is in meetings...waiting for allocations from him.

Not a problem got it! Thank youuu

Young Hou
626-817-5436

---

**From:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Sent:** Monday, October 31, 2022 2:00 PM
**To:** Hou, Young <Young.Hou@westernasset.com>
**Subject:** Ken is in meetings...waiting for allocations from him.

Hi Young--I see Hanh is out. I see ~25 trades to allocate.  Several of them  are multiple fills so makes it quicker. Just an fyi—will try to get them asap.

FOIA Confidential Treatment Requested by WAM

**Sent**:       10/31/2022 2:29:21 PM
**To**:        HANNAH LI [hannah.li@westernasset.com]; ROSEMARIE SNOKE [rsnoke@westernasset.com]

**Chat Room ID: CHAT-fs:63603E3028980001**
Start Time: 10/31/2022 21:29:21
End Time: 10/31/2022 23:04:44
Participant Count: 2

| LoginName | FirstName | LastName | CompanyName |
|---|---|---|---|
| hli644 | HANNAH | LI | WESTERN ASSET MANAGEMENT COMPANY LLC |
| rsnoke | ROSEMARIE | SNOKE | WESTERN ASSET MANAGEMENT COMPANY LLC |

| | |
|---|---|
| **HANNAH LI/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( hli644) | 10/31/2022 21:29:21 |

[Bloomberg created note: Remains logged in.]

| | |
|---|---|
| **HANNAH LI/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( hli644) | 10/31/2022 21:29:21 |

*entered the conversation*

| | |
|---|---|
| **HANNAH LI/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( hli644) | 10/31/2022 21:29:27 |

*** HANNAH LI (WESTERN ASSET MANAGEMENT COMPANY LLC) has invited the following users to this room: ROSEMARIE SNOKE (WESTERN ASSET MANAGEMENT COMPANY LLC) [Hi Rosemarie]

| | |
|---|---|
| **HANNAH LI/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( hli644) | 10/31/2022 21:29:34 |

Sorry to bug you

| | |
|---|---|
| **HANNAH LI/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( hli644) | 10/31/2022 21:29:53 |

May I check with you if all SKL's trades have been posted?

| | |
|---|---|
| **ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( rsnoke) | 10/31/2022 21:29:54 |

*entered the conversation*

| | |
|---|---|
| **ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( rsnoke) | 10/31/2022 21:29:54 |

*** ROSEMARIE SNOKE (WESTERN ASSET MANAGEMENT COMPANY LLC)
Personal Disclaimer:

GOVERNMENT EXHIBIT 1107-161 24 Cr. 658 (GHW)

WAMCO_DOJ_3270624
SDNY_LEECH_R07_00172927

### ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC ( rsnoke)

10/31/2022
21:29:54

\*\*\* ROSEMARIE SNOKE (WESTERN ASSET MANAGEMENT COMPANY LLC) Firm Disclaimer:

### ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC ( rsnoke)

10/31/2022
21:30:55

Unfortunately, he has been in meetings. He said he'd come back to me. Not sure when that will be though. I have about 25 trades that need to be allocated.

### HANNAH LI/ WESTERN ASSET MANAGEMENT COMPANY LLC ( hli644)

10/31/2022
21:31:10

Got it

### HANNAH LI/ WESTERN ASSET MANAGEMENT COMPANY LLC ( hli644)

10/31/2022
21:31:13

thanks

### ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC ( rsnoke)

10/31/2022
21:31:25

I'll let you know when done.

### HANNAH LI/ WESTERN ASSET MANAGEMENT COMPANY LLC ( hli644)

10/31/2022
21:31:29

thanks

### HANNAH LI/ WESTERN ASSET MANAGEMENT COMPANY LLC ( hli644)

10/31/2022
22:35:50

*entered the conversation*

### ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC ( rsnoke)

10/31/2022
23:04:44

*left the conversation*

FOIA Confidential Treatment Requested by WAM

**From:** Marquez, Julie E. [Julie.Marquez@westernasset.com]
**Sent:** 11/11/2022 10:27:30 AM
**To:** Hou, Young [Young.Hou@westernasset.com]; Snoke, Rosemarie [Rosemarie.Snoke@westernasset.com]
**Subject:** Trades for today

I put in all the trades that I had allocations for.  Young, there are a couple that we will have to enter on Monday, they are from Jefferies:

**Buy 500 RXZ2**
**Buy 1000 TYZ2**
**Buy 1000 TYZ2 112.50 Calls**
**Sell 250 USZ2**
**Buy 2000 FVZ2 107.75 Calls**


Thanks, signing off now. Call if you need me.  Enjoy the rest of the weekend.
Julie 626-319-3518



GOVERNMENT
EXHIBIT
1107-163
24 Cr. 658 (GHW)

FOIA Confidential Treatment Requested by WAM

WAMCO_SEC_0063605
SDNY_LEECH_R01_01151822

| | |
|---|---|
| **From:** | Snoke, Rosemarie [Rosemarie.Snoke@westernasset.com] |
| **Sent:** | 11/11/2022 10:21:42 AM |
| **To:** | Hou, Young [Young.Hou@westernasset.com] |
| **CC:** | Marquez, Julie E. [Julie.Marquez@westernasset.com] |
| **Subject:** | RE: Pasadena - New Security Notification - 92MX2C037 |

Thanks so much for your help. There are other trades Ken did not want to allocate. I'll put them in on Monday for t/d 11/11/22

-----Original Message-----
From: Hou, Young <Young.Hou@westernasset.com>
Sent: Friday, November 11, 2022 10:19 AM
To: Smfrequests <smfrequests@westernasset.com>; Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
Cc: Marquez, Julie E. <Julie.Marquez@westernasset.com>
Subject: RE: Pasadena - New Security Notification - 92MX2C037

11/12 please. thanks!

Young Hou
626-817-5436

-----Original Message-----
From: Lin, Lewei <Lewei.Lin@westernasset.com> On Behalf Of Smfrequests
Sent: Friday, November 11, 2022 10:17 AM
To: Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>; Smfrequests <smfrequests@westernasset.com>; Hou, Young <Young.Hou@westernasset.com>
Cc: Marquez, Julie E. <Julie.Marquez@westernasset.com>
Subject: RE: Pasadena - New Security Notification - 92MX2C037

Hi Young,

Would you please let us know what the expiration date for 92MX2C037 should be in i1 ?

Regards
Lewei Lin

-----Original Message-----
From: Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
Sent: Friday, November 11, 2022 10:04 AM
To: Smfrequests <smfrequests@westernasset.com>
Cc: Marquez, Julie E. <Julie.Marquez@westernasset.com>; Hou, Young <Young.Hou@westernasset.com>
Subject: RE: Pasadena - New Security Notification - 92MX2C037

Good morning, Lewei!

Julie just set-up a new week2 option that expires today. In order to get the trade into ATP, I changed the maturity in ATP to 11/14/2022. I changed back to 11/11 in GDR which is the correct mat date. Can you change in I1 as well pls?

-----Original Message-----
From: Lin, Lewei <Lewei.Lin@westernasset.com> On Behalf Of Smfrequests
Sent: Friday, November 11, 2022 10:00 AM
To: Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>; Smfrequests <smfrequests@westernasset.com>
Cc: Marquez, Julie E. <Julie.Marquez@westernasset.com>
Subject: RE: Pasadena - New Security Notification - 92MX2C037

I'm here.

Regards
Lewei Lin

-----Original Message-----
From: Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
Sent: Friday, November 11, 2022 10:00 AM
To: Smfrequests <smfrequests@westernasset.com>
Cc: Marquez, Julie E. <Julie.Marquez@westernasset.com>
Subject: FW: Pasadena - New Security Notification - 92MX2C037

Good morning! Is there anyone in Pas SMF in the office today?

-----Original Message-----
From: Batchmonitor <Batchmonitor@westernasset.com>

GOVERNMENT
EXHIBIT
1107-164
24 Cr. 658 (GHW)

WAMCO_SEC_0064925
SDNY_LEECH_R01_01153142

Sent: Friday, November 11, 2022 9:37 AM
To: ATP Notification / SMF <ATPNotificationSMF@westernasset.com>
Subject: Pasadena - New Security Notification - 92MX2C037

New security is created by jmarquez on 11/11/2022

GDR ID: 2394412
Asset ID: 92MX2C037
Security Name: US 10Y NOTE W2 OP Nov22C112.25 EXP11/14/22 Security Type: GOVERNMENT
Product: Derivatives
BB Ticker: 2MX2C
Coupon/Strike: 112.25
Currency: USD
Maturity Date: 11/14/2022
Issue Date: N/A
Data Source: ATP
Calculation Type: N/A
Day Count: N/A
Coupon Frequency: N/A
First Coupon Date: N/A


Server Name: atp-server6

Node Name: host3:atp-server6

WAMCO_SEC_0064926
SDNY_LEECH_R01_01153143

**From:** Snoke, Rosemarie [Rosemarie.Snoke@westernasset.com]
**Sent:** 11/13/2022 4:16:07 PM
**To:** Smith, Ian [Ian.Smith@westernasset.com]; Li, Hannah [Hannah.Li@westernasset.com]; Chandran, Prashant [Prashant.Chandran@westernasset.com]; Sachdeva, Rajiv [Rajiv.Sachdeva@westernasset.com]
**Subject:** FYI for SKL trades done on Friday

**Importance:** High

Friday Ken did quite a few trades. He only gave us allocations for about half of them. We'll have to get the allocations from him early in the a.m. tomorrow. Just want you to know given his numbers may not be where he thinks given the missing trades.

Julie is out tomorrow so I'll be covering Ken.



GOVERNMENT EXHIBIT
1107-165
24 Cr. 658 (GHW)

**From:** Leech, S. Kenneth [Ken.Leech@westernasset.com]
**Sent:** 11/29/2022 8:05:29 PM
**To:** Marquez, Julie E. [Julie.Marquez@westernasset.com]
**Subject:** Re: Trades

Sorry- missed this- but as usual - your use of our standard allocation is correct!

Sent from my iPhone

> On Nov 29, 2022, at 3:22 PM, Marquez, Julie E. <Julie.Marquez@westernasset.com> wrote:
>
> I allocated 50/50 on both of these below, fyi
>
> -----Original Message-----
> From: Marquez, Julie E.
> Sent: Tuesday, November 29, 2022 2:24 PM
> To: Leech, S. Kenneth <Ken.Leech@westernasset.com>
> Subject: RE: Trades
>
> Ok also have sell 2500 TUZ2-- 50/50 I assume?
>
> And buy 127 calls vs selling 129 calls    1x2
>
> -----Original Message-----
> From: Leech, S. Kenneth <Ken.Leech@westernasset.com>
> Sent: Tuesday, November 29, 2022 2:20 PM
> To: Marquez, Julie E. <Julie.Marquez@westernasset.com>
> Subject: Trades
>
> I'm beaten/ at meeting until 3
>
> But- all call sales 50/50
> All put sales. sKL1
> Five year futures ( March and December) 50/50 Ten year futures ( March and Dec) 50/50 Bond futures and ultra bonds( Dec ) SKL1 Bunds 50/50 Currencies/ outright and options/ opps
>
>
>
>
> Sent from my iPhone

FOIA Confidential Treatment Requested by WAM



WAMCO_DOJ_3890615
SDNY_LEECH_R11_00302919

**From:** Snoke, Rosemarie [Rosemarie.Snoke@westernasset.com]
**Sent:** 12/12/2022 12:29:12 PM
**To:** Li, Hannah [Hannah.Li@westernasset.com]; Mastroianni, Nicholas [Nicholas.Mastroianni@westernasset.com]; Klein, Zachary [Zachary.Klein@westernasset.com]; Chandran, Prashant [Prashant.Chandran@westernasset.com]
**Subject:** RE: TYH3 BUY rejects for 4543

Resubmitted to preclear and approved.

I still have a lot of SKL's trades to allocate so there may be more rejects.

**From:** Li, Hannah <Hannah.Li@westernasset.com>
**Sent:** Monday, December 12, 2022 12:25 PM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>; Mastroianni, Nicholas <Nicholas.Mastroianni@westernasset.com>; Klein, Zachary <Zachary.Klein@westernasset.com>; Chandran, Prashant <Prashant.Chandran@westernasset.com>
**Subject:** RE: TYH3 BUY rejects for 4543

This has been fixed.

Thanks,
Hannah

**From:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Sent:** Monday, December 12, 2022 11:47 AM
**To:** Li, Hannah <Hannah.Li@westernasset.com>; Mastroianni, Nicholas <Nicholas.Mastroianni@westernasset.com>; Klein, Zachary <Zachary.Klein@westernasset.com>; Chandran, Prashant <Prashant.Chandran@westernasset.com>
**Subject:** RE: TYH3 BUY rejects for 4543

Adding Prashant as well.

**From:** Snoke, Rosemarie
**Sent:** Monday, December 12, 2022 11:18 AM
**To:** Li, Hannah <Hannah.Li@westernasset.com>; Mastroianni, Nicholas <Nicholas.Mastroianni@westernasset.com>; Klein, Zachary <Zachary.Klein@westernasset.com>
**Subject:** TYH3 BUY rejects for 4543

Total of 18 contracts across two different trades. What do you want to do? Fix or leave them out? Thx

GOVERNMENT
EXHIBIT
1107-180
24 Cr. 658 (GHW)

FOIA Confidential Treatment
Requested by WAM

WAMCO_SEC_0061409

SDNY_LEECH_R01_01149632





FOIA Confidential Treatment
Requested by WAM

WAMCO_SEC_0061410

SDNY_LEECH_R01_01149633

| From: | Snoke, Rosemarie [Rosemarie.Snoke@westernasset.com] |
|---|---|
| Sent: | 12/12/2022 4:21:51 PM |
| To: | Luu, Hanh [Hanh.Luu@westernasset.com] |
| Subject: | RE: Ken is in a meeting until 2:30pm |

I think all in. Anything missing?

**From:** Snoke, Rosemarie
**Sent:** Monday, December 12, 2022 3:16 PM
**To:** Luu, Hanh <Hanh.Luu@westernasset.com>
**Subject:** RE: Ken is in a meeting until 2:30pm

He is killing me!!  I know all of the below trades so that will help once I get allocations from him.

**From:** Snoke, Rosemarie
**Sent:** Monday, December 12, 2022 2:05 PM
**To:** Luu, Hanh <Hanh.Luu@westernasset.com>
**Subject:** RE: Ken is in a meeting until 2:30pm

Yep, I know 9

**From:** Luu, Hanh <Hanh.Luu@westernasset.com>
**Sent:** Monday, December 12, 2022 2:04 PM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Subject:** RE: Ken is in a meeting until 2:30pm

GS just came in with more trades:

| Side | Exec ID | TD | SD | Trans | Sec ID | Quantity | Price | Price2 | Cur | Broker | Coupon/<br>Strike |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BROKER | FUSNYD1012120221212 | 12/12/2022 | 12/13/2022 | B | 0000FVH3 | 1167 | 108.671875 | 108-21.50 | USD | Goldman Sachs Bank USA Inc (PAS) | |
| BROKER | FUSNYD1012020221212 | 12/12/2022 | 12/13/2022 | B | 0000FVH3 | 798 | 108.6640625 | 108-21.25 | USD | Goldman Sachs Bank USA Inc (PAS) | |

GOVERNMENT
EXHIBIT
1107-181
24 Cr. 658 (GHW)

FOIA Confidential Treatment
Requested by WAM

WAMCO_SEC_0061433

SDNY_LEECH_R01_01149656

| BROKER | FUSNYD1011920221212 | 12/12/2022 | 12/13/2022 | B | 0000FVH3 | 147 | 108.65625 | 108-21 | USD | Goldman Sachs Bank USA Inc (PAS) |
| BROKER | FUSNYD1011820221212 | 12/12/2022 | 12/13/2022 | B | 0000FVH3 | 134 | 108.6484375 | 108-20.75 | USD | Goldman Sachs Bank USA Inc (PAS) |
| BROKER | FUSNYD1012220221212 | 12/12/2022 | 12/13/2022 | B | 0000FVH3 | 254 | 108.6796875 | 108-21.75 | USD | Goldman Sachs Bank USA Inc (PAS) |
| BROKER | FUSNYD806020221212 | 12/12/2022 | 12/13/2022 | B | 0000FVH3 | 2500 | 108.703125 | 108-22.50 | USD | Goldman Sachs Bank USA Inc (PAS) |
| BROKER | FUSNY2215220221212 | 12/12/2022 | 12/13/2022 | S | 0000USH3 | 48 | 129.71875 | 129-23 | USD | Goldman Sachs Bank USA Inc (PAS) |
| BROKER | FUSNY2215120221212 | 12/12/2022 | 12/13/2022 | S | 0000USH3 | 370 | 129.6875 | 129-22 | USD | Goldman Sachs Bank USA Inc (PAS) |
| BROKER | FUSNY2215320221212 | 12/12/2022 | 12/13/2022 | S | 0000USH3 | 82 | 129.65625 | 129-21 | USD | Goldman Sachs Bank USA Inc (PAS) |
| BROKER | 3295581 | 12/12/2022 | 12/13/2022 | B | 0000ADH3 | 500 | 67.835 | 67-26.72 | USD | Jefferies LLC (PAS) |
| BROKER | 3295688 | 12/12/2022 | 12/13/2022 | B | 0000FVH3 | 2500 | 108.625 | 108-20 | USD | Jefferies LLC (PAS) |
| BROKER | 3295940 | 12/12/2022 | 12/13/2022 | B | 0000FVH3 | 500 | 108.6484375 | 108-20.75 | USD | Jefferies LLC (PAS) |
| BROKER | 3295939 | 12/12/2022 | 12/13/2022 | B | 0000FVH3 | 2000 | 108.65625 | 108-21 | USD | Jefferies LLC (PAS) |
| BROKER | 3295783 | 12/12/2022 | 12/13/2022 | S | 0000TYH3 | 470 | 113.8125 | 113-26 | USD | Jefferies LLC (PAS) |
| BROKER | 3295932 | 12/12/2022 | 12/13/2022 | S | 0000TYH3 | 470 | 113.8125 | 113-26 | USD | Jefferies LLC (PAS) |

FOIA Confidential Treatment
Requested by WAM

WAMCO_SEC_0061434

SDNY_LEECH_R01_01149657

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BROKER | 3295931 | 12/12/2022 | 12/13/2022 | S | 0000USH3 | 500 | 129.6875 | 129-22 | USD | Jefferies LLC (PAS) | |
| BROKER | 3295561 | 12/12/2022 | 12/13/2022 | S | 3MZ2C | 500 | 0.59375 | 0'38 | USD | Jefferies LLC (PAS) | 114.5 |
| BROKER | 3295534 | 12/12/2022 | 12/13/2022 | S | 3MZ2C | 500 | 0.578125 | 0'37 | USD | Jefferies LLC (PAS) | 114.5 |
| BROKER | 3295540 | 12/12/2022 | 12/13/2022 | S | TYF3C | 1000 | 0.53125 | 0'34 | USD | Jefferies LLC (PAS) | 115 |
| BROKER | 3295539 | 12/12/2022 | 12/13/2022 | S | TYF3C | 1000 | 0.515625 | 0'33 | USD | Jefferies LLC (PAS) | 115 |
| BROKER | 3295538 | 12/12/2022 | 12/13/2022 | S | TYF3C | 1000 | 0.5 | 0'32 | USD | Jefferies LLC (PAS) | 115 |
| BROKER | 3295537 | 12/12/2022 | 12/13/2022 | S | TYF3C | 1000 | 0.484375 | 0'31 | USD | Jefferies LLC (PAS) | 115 |
| BROKER | 3295536 | 12/12/2022 | 12/13/2022 | S | TYF3C | 1000 | 0.46875 | 0'30 | USD | Jefferies LLC (PAS) | 115 |
| BROKER | 3295780 | 12/12/2022 | 12/13/2022 | B | TYF3C | 1000 | 0.71875 | 0'46 | USD | Jefferies LLC (PAS) | 114 |
| BROKER | 3295934 | 12/12/2022 | 12/13/2022 | B | TYF3C | 1000 | 0.703125 | 0'45 | USD | Jefferies LLC (PAS) | 114 |
| BROKER | 3295496 | 12/12/2022 | 12/13/2022 | B | 0000TYH3 | 750 | 114 | 114-00 | USD | R.J. O'Brien & Associates LLC (PAS) | |
| BROKER | 3295494 | 12/12/2022 | 12/13/2022 | B | 0000USH3 | 250 | 129.75 | 129-24 | USD | R.J. O'Brien & Associates LLC (PAS) | |
| BROKER | 3295493 | 12/12/2022 | 12/13/2022 | B | 0000WNH3 | 50 | 142.5 | 142-16 | USD | R.J. O'Brien & Associates LLC (PAS) | |
| BROKER | 3295572 | 12/12/2022 | 12/13/2022 | S | 0000TYH3 | 750 | 114.359375 | 114-11.50 | USD | Wells Fargo Securities LLC (PAS) | |
| BROKER | 3295800 | 12/12/2022 | 12/13/2022 | S | 0000USH3 | 220 | 130.9375 | 130-30 | USD | Wells Fargo Securities LLC (PAS) | |

FOIA Confidential Treatment Requested by WAM

WAMCO_SEC_0061435

SDNY_LEECH_R01_01149658

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BROKER | 3295993 | 12/12/2022 | 12/13/2022 | S | 3IZ2C | 1000 | 0.3515625 | 0'22.50 | USD | Wells Fargo Securities LLC (PAS) | 109 |
| BROKER | 3295964 | 12/12/2022 | 12/13/2022 | S | 3IZ2C | 1000 | 0.34375 | 0'22 | USD | Wells Fargo Securities LLC (PAS) | 109 |
| BROKER | 3295963 | 12/12/2022 | 12/13/2022 | S | 3IZ2C | 1000 | 0.3359375 | 0'21.50 | USD | Wells Fargo Securities LLC (PAS) | 109 |
| BROKER | 3295798 | 12/12/2022 | 12/13/2022 | S | 3IZ2C | 1000 | 0.328125 | 0'21 | USD | Wells Fargo Securities LLC (PAS) | 109 |
| BROKER | 3295797 | 12/12/2022 | 12/13/2022 | S | 3IZ2C | 1000 | 0.3203125 | 0'20.50 | USD | Wells Fargo Securities LLC (PAS) | 109 |
| BROKER | 3295795 | 12/12/2022 | 12/13/2022 | S | 3IZ2C | 905 | 0.3125 | 0'20 | USD | Wells Fargo Securities LLC (PAS) | 109 |
| BROKER | 3295794 | 12/12/2022 | 12/13/2022 | S | 3IZ2C | 95 | 0.3203125 | 0'20.50 | USD | Wells Fargo Securities LLC (PAS) | 109 |

*Hanh Luu*
*626 - 817 -5586*

---

**From:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Sent:** Monday, December 12, 2022 1:56 PM
**To:** Luu, Hanh <Hanh.Luu@westernasset.com>
**Subject:** RE: Ken is in a meeting until 2:30pm

Yep, some fills are missing

FOIA Confidential Treatment
Requested by WAM

**From:** Luu, Hanh <Hanh.Luu@westernasset.com>
**Sent:** Monday, December 12, 2022 1:55 PM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Subject:** RE: Ken is in a meeting until 2:30pm

Oh GS has another 2 o'clock feed so yeah they may have more trades coming in

*Hanh Luu*
*626 - 817 -5586*

---

**From:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Sent:** Monday, December 12, 2022 1:54 PM
**To:** Luu, Hanh <Hanh.Luu@westernasset.com>
**Subject:** RE: Ken is in a meeting until 2:30pm

How about Goldman?

---

**From:** Snoke, Rosemarie
**Sent:** Monday, December 12, 2022 1:52 PM
**To:** Luu, Hanh <Hanh.Luu@westernasset.com>
**Subject:** RE: Ken is in a meeting until 2:30pm

I think I have 41...we'll see. Still early.

---

**From:** Luu, Hanh <Hanh.Luu@westernasset.com>
**Sent:** Monday, December 12, 2022 1:50 PM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Subject:** RE: Ken is in a meeting until 2:30pm

Nice 😊 I see only 31 broker trades in ETC so far:

| Side | Exec ID | TD | SD | Trans | Sec ID | Quantity | Price | Price2 | Cur | Broker | Coupon/<br>Strike |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BROKER | FUSNYD1012220221212 | 12/12/2022 | 12/13/2022 | B | 0000FVH3 | 254 | 108.6796875 | 108-21.75 | USD | Goldman Sachs Bank USA Inc (PAS) | |
| BROKER | FUSNYD806020221212 | 12/12/2022 | 12/13/2022 | B | 0000FVH3 | 2500 | 108.703125 | 108-22.50 | USD | Goldman Sachs | |

FOIA Confidential Treatment
Requested by WAM

WAMCO_SEC_0061437

SDNY_LEECH_R01_01149660

| | | | | | | | | | | Bank USA Inc (PAS) Goldman Sachs | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| BROKER | FUSNY2215320221212 | 12/12/2022 | 12/13/2022 | S | 0000USH3 | 82 | 129.65625 | 129-21 | USD | Bank USA Inc (PAS) | |
| BROKER | 3295581 | 12/12/2022 | 12/13/2022 | B | 0000ADH3 | 500 | 67.835 | 67-26.72 | USD | Jefferies LLC (PAS) | |
| BROKER | 3295688 | 12/12/2022 | 12/13/2022 | B | 0000FVH3 | 2500 | 108.625 | 108-20 | USD | Jefferies LLC (PAS) | |
| BROKER | 3295940 | 12/12/2022 | 12/13/2022 | B | 0000FVH3 | 500 | 108.6484375 | 108-20.75 | USD | Jefferies LLC (PAS) | |
| BROKER | 3295939 | 12/12/2022 | 12/13/2022 | B | 0000FVH3 | 2000 | 108.65625 | 108-21 | USD | Jefferies LLC (PAS) | |
| BROKER | 3295783 | 12/12/2022 | 12/13/2022 | S | 0000TYH3 | 470 | 113.8125 | 113-26 | USD | Jefferies LLC (PAS) | |
| BROKER | 3295932 | 12/12/2022 | 12/13/2022 | S | 0000TYH3 | 470 | 113.8125 | 113-26 | USD | Jefferies LLC (PAS) | |
| BROKER | 3295931 | 12/12/2022 | 12/13/2022 | S | 0000USH3 | 500 | 129.6875 | 129-22 | USD | Jefferies LLC (PAS) | |
| BROKER | 3295561 | 12/12/2022 | 12/13/2022 | S | 3MZ2C | 500 | 0.59375 | 0'38 | USD | Jefferies LLC (PAS) | 114.5 |
| BROKER | 3295534 | 12/12/2022 | 12/13/2022 | S | 3MZ2C | 500 | 0.578125 | 0'37 | USD | Jefferies LLC (PAS) | 114.5 |
| BROKER | 3295540 | 12/12/2022 | 12/13/2022 | S | TYF3C | 1000 | 0.53125 | 0'34 | USD | Jefferies LLC (PAS) | 115 |
| BROKER | 3295539 | 12/12/2022 | 12/13/2022 | S | TYF3C | 1000 | 0.515625 | 0'33 | USD | Jefferies LLC (PAS) | 115 |
| BROKER | 3295538 | 12/12/2022 | 12/13/2022 | S | TYF3C | 1000 | 0.5 | 0'32 | USD | Jefferies LLC (PAS) | 115 |
| BROKER | 3295537 | 12/12/2022 | 12/13/2022 | S | TYF3C | 1000 | 0.484375 | 0'31 | USD | Jefferies LLC (PAS) | 115 |
| BROKER | 3295536 | 12/12/2022 | 12/13/2022 | S | TYF3C | 1000 | 0.46875 | 0'30 | USD | Jefferies LLC (PAS) | 115 |
| BROKER | 3295780 | 12/12/2022 | 12/13/2022 | B | TYF3C | 1000 | 0.71875 | 0'46 | USD | Jefferies LLC (PAS) | 114 |
| BROKER | 3295934 | 12/12/2022 | 12/13/2022 | B | TYF3C | 1000 | 0.703125 | 0'45 | USD | Jefferies LLC (PAS) | 114 |
| BROKER | 3295496 | 12/12/2022 | 12/13/2022 | B | 0000TYH3 | 750 | 114 | 114-00 | USD | R.J. O'Brien & | |

FOIA Confidential Treatment Requested by WAM

WAMCO_SEC_0061438

SDNY_LEECH_R01_01149661

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BROKER | 3295494 | 12/12/2022 | 12/13/2022 | B | 0000USH3 | 250 | 129.75 | 129-24 | USD | Associates LLC (PAS) R.J. O'Brien & Associates LLC (PAS) | |
| BROKER | 3295493 | 12/12/2022 | 12/13/2022 | B | 0000WNH3 | 50 | 142.5 | 142-16 | USD | R.J. O'Brien & Associates LLC (PAS) | |
| BROKER | 3295572 | 12/12/2022 | 12/13/2022 | S | 0000TYH3 | 750 | 114.359375 | 114-11.50 | USD | Wells Fargo Securities LLC (PAS) | |
| BROKER | 3295800 | 12/12/2022 | 12/13/2022 | S | 0000USH3 | 220 | 130.9375 | 130-30 | USD | Wells Fargo Securities LLC (PAS) | |
| BROKER | 3295993 | 12/12/2022 | 12/13/2022 | S | 3IZ2C | 1000 | 0.3515625 | 0'22.50 | USD | Wells Fargo Securities LLC (PAS) | 109 |
| BROKER | 3295964 | 12/12/2022 | 12/13/2022 | S | 3IZ2C | 1000 | 0.34375 | 0'22 | USD | Wells Fargo Securities LLC (PAS) | 109 |
| BROKER | 3295963 | 12/12/2022 | 12/13/2022 | S | 3IZ2C | 1000 | 0.3359375 | 0'21.50 | USD | Wells Fargo Securities LLC (PAS) | 109 |
| BROKER | 3295798 | 12/12/2022 | 12/13/2022 | S | 3IZ2C | 1000 | 0.328125 | 0'21 | USD | Wells Fargo Securities LLC (PAS) | 109 |
| BROKER | 3295797 | 12/12/2022 | 12/13/2022 | S | 3IZ2C | 1000 | 0.3203125 | 0'20.50 | USD | Wells Fargo Securities LLC (PAS) | 109 |
| BROKER | 3295795 | 12/12/2022 | 12/13/2022 | S | 3IZ2C | 905 | 0.3125 | 0'20 | USD | Wells Fargo | 109 |

FOIA Confidential Treatment Requested by WAM

WAMCO_SEC_0061439

SDNY_LEECH_R01_01149662

| | | | | | | | | | | | Securities LLC (PAS) Wells Fargo Securities | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BROKER | 3295794 | 12/12/2022 | 12/13/2022 | S | 3IZ2C | 95 | 0.3203125 | 0'20.50 | USD | Securities LLC (PAS) | 109 |

*Hanh Luu*
*626 - 817 -5586*

**From:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Sent:** Monday, December 12, 2022 1:49 PM
**To:** Luu, Hanh <Hanh.Luu@westernasset.com>
**Subject:** Ken is in a meeting until 2:30pm

I'm waiting for allocations. Fortunately there are lot of multiples. 😊

FOIA Confidential Treatment
Requested by WAM

| From: | Snoke, Rosemarie [Rosemarie.Snoke@westernasset.com] |
|---|---|
| Sent: | 12/12/2022 4:31:48 PM |
| To: | Luu, Hanh [Hanh.Luu@westernasset.com] |
| Subject: | RE: Ken is in a meeting until 2:30pm |

I posted a couple of after market trades T/D tomorrow.



**From:** Luu, Hanh <Hanh.Luu@westernasset.com>
**Sent:** Monday, December 12, 2022 4:30 PM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Subject:** RE: Ken is in a meeting until 2:30pm

No problem 😊

*Hanh Luu*
*626 - 817 -5586*

**From:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Sent:** Monday, December 12, 2022 4:29 PM
**To:** Luu, Hanh <Hanh.Luu@westernasset.com>
**Subject:** RE: Ken is in a meeting until 2:30pm

Thx for your help

**From:** Luu, Hanh <Hanh.Luu@westernasset.com>
**Sent:** Monday, December 12, 2022 4:28 PM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Subject:** RE: Ken is in a meeting until 2:30pm



GOVERNMENT
EXHIBIT
1107-182

24 Cr. 658 (GHW)

Yes all matched 😊 thank you

*Hanh Luu*
*626 - 817 -5586*

**From:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Sent:** Monday, December 12, 2022 4:27 PM
**To:** Luu, Hanh <Hanh.Luu@westernasset.com>
**Subject:** RE: Ken is in a meeting until 2:30pm

Think I'm done

**From:** Snoke, Rosemarie
**Sent:** Monday, December 12, 2022 4:23 PM
**To:** Luu, Hanh <Hanh.Luu@westernasset.com>
**Subject:** RE: Ken is in a meeting until 2:30pm

My bad.  Will fix.

**From:** Luu, Hanh <Hanh.Luu@westernasset.com>
**Sent:** Monday, December 12, 2022 4:23 PM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Subject:** RE: Ken is in a meeting until 2:30pm

Just the strike diff, I sent you email on that

*Hanh Luu*
*626 - 817 -5586*

**From:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Sent:** Monday, December 12, 2022 4:22 PM
**To:** Luu, Hanh <Hanh.Luu@westernasset.com>
**Subject:** RE: Ken is in a meeting until 2:30pm

I think all in. Anything missing?

FOIA Confidential Treatment Requested by WAM

WAMCO_SEC_0065049
SDNY_LEECH_R01_01153266

**From:** Snoke, Rosemarie
**Sent:** Monday, December 12, 2022 3:16 PM
**To:** Luu, Hanh <Hanh.Luu@westernasset.com>
**Subject:** RE: Ken is in a meeting until 2:30pm

He is killing me!!  I know all of the below trades so that will help once I get allocations from him.

**From:** Snoke, Rosemarie
**Sent:** Monday, December 12, 2022 2:05 PM
**To:** Luu, Hanh <Hanh.Luu@westernasset.com>
**Subject:** RE: Ken is in a meeting until 2:30pm

Yep, I know 9

**From:** Luu, Hanh <Hanh.Luu@westernasset.com>
**Sent:** Monday, December 12, 2022 2:04 PM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Subject:** RE: Ken is in a meeting until 2:30pm

GS just came in with more trades:

| Side | Exec ID | TD | SD | Trans | Sec ID | Quantity | Price | Price2 | Cur | Broker | Coupon/<br>Strike |
|------|---------|----|----|-------|--------|----------|-------|--------|-----|--------|-------------------|
| BROKER | FUSNYD1012120221212 | 12/12/2022 | 12/13/2022 | B | 0000FVH3 | 1167 | 108.671875 | 108-21.50 | USD | Goldman Sachs Bank USA Inc (PAS) | |
| BROKER | FUSNYD1012020221212 | 12/12/2022 | 12/13/2022 | B | 0000FVH3 | 798 | 108.6640625 | 108-21.25 | USD | Goldman Sachs Bank USA Inc (PAS) | |
| BROKER | FUSNYD1011920221212 | 12/12/2022 | 12/13/2022 | B | 0000FVH3 | 147 | 108.65625 | 108-21 | USD | Goldman Sachs Bank USA Inc (PAS) | |
| BROKER | FUSNYD1011820221212 | 12/12/2022 | 12/13/2022 | B | 0000FVH3 | 134 | 108.6484375 | 108-20.75 | USD | Goldman Sachs Bank USA Inc (PAS) | |
| BROKER | FUSNYD1012220221212 | 12/12/2022 | 12/13/2022 | B | 0000FVH3 | 254 | 108.6796875 | 108-21.75 | USD | Goldman Sachs | |

FOIA Confidential Treatment Requested by WAM

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BROKER | FUSNYD806020221212 | 12/12/2022 | 12/13/2022 | B | 0000FVH3 | 2500 | 108.703125 | 108-22.50 | USD | Goldman Sachs Bank USA Inc (PAS) | |
| BROKER | FUSNY2215220221212 | 12/12/2022 | 12/13/2022 | S | 0000USH3 | 48 | 129.71875 | 129-23 | USD | Goldman Sachs Bank USA Inc (PAS) | |
| BROKER | FUSNY2215120221212 | 12/12/2022 | 12/13/2022 | S | 0000USH3 | 370 | 129.6875 | 129-22 | USD | Goldman Sachs Bank USA Inc (PAS) | |
| BROKER | FUSNY2215320221212 | 12/12/2022 | 12/13/2022 | S | 0000USH3 | 82 | 129.65625 | 129-21 | USD | Goldman Sachs Bank USA Inc (PAS) | |
| BROKER | 3295581 | 12/12/2022 | 12/13/2022 | B | 0000ADH3 | 500 | 67.835 | 67-26.72 | USD | Jefferies LLC (PAS) | |
| BROKER | 3295688 | 12/12/2022 | 12/13/2022 | B | 0000FVH3 | 2500 | 108.625 | 108-20 | USD | Jefferies LLC (PAS) | |
| BROKER | 3295940 | 12/12/2022 | 12/13/2022 | B | 0000FVH3 | 500 | 108.6484375 | 108-20.75 | USD | Jefferies LLC (PAS) | |
| BROKER | 3295939 | 12/12/2022 | 12/13/2022 | B | 0000FVH3 | 2000 | 108.65625 | 108-21 | USD | Jefferies LLC (PAS) | |
| BROKER | 3295783 | 12/12/2022 | 12/13/2022 | S | 0000TYH3 | 470 | 113.8125 | 113-26 | USD | Jefferies LLC (PAS) | |
| BROKER | 3295932 | 12/12/2022 | 12/13/2022 | S | 0000TYH3 | 470 | 113.8125 | 113-26 | USD | Jefferies LLC (PAS) | |
| BROKER | 3295931 | 12/12/2022 | 12/13/2022 | S | 0000USH3 | 500 | 129.6875 | 129-22 | USD | Jefferies LLC (PAS) | |
| BROKER | 3295561 | 12/12/2022 | 12/13/2022 | S | 3MZ2C | 500 | 0.59375 | 0'38 | USD | Jefferies LLC (PAS) | 114.5 |
| BROKER | 3295534 | 12/12/2022 | 12/13/2022 | S | 3MZ2C | 500 | 0.578125 | 0'37 | USD | Jefferies LLC (PAS) | 114.5 |
| BROKER | 3295540 | 12/12/2022 | 12/13/2022 | S | TYF3C | 1000 | 0.53125 | 0'34 | USD | Jefferies LLC (PAS) | 115 |
| BROKER | 3295539 | 12/12/2022 | 12/13/2022 | S | TYF3C | 1000 | 0.515625 | 0'33 | USD | Jefferies LLC (PAS) | 115 |

FOIA Confidential Treatment Requested by WAM

WAMCO_SEC_0065051
SDNY_LEECH_R01_01153268

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| BROKER | 3295538 | 12/12/2022 | 12/13/2022 | S | TYF3C | 1000 | 0.5 | 0'32 | USD | Jefferies LLC (PAS) | 115 |
| BROKER | 3295537 | 12/12/2022 | 12/13/2022 | S | TYF3C | 1000 | 0.484375 | 0'31 | USD | Jefferies LLC (PAS) | 115 |
| BROKER | 3295536 | 12/12/2022 | 12/13/2022 | S | TYF3C | 1000 | 0.46875 | 0'30 | USD | Jefferies LLC (PAS) | 115 |
| BROKER | 3295780 | 12/12/2022 | 12/13/2022 | B | TYF3C | 1000 | 0.71875 | 0'46 | USD | Jefferies LLC (PAS) | 114 |
| BROKER | 3295934 | 12/12/2022 | 12/13/2022 | B | TYF3C | 1000 | 0.703125 | 0'45 | USD | Jefferies LLC (PAS) | 114 |
| BROKER | 3295496 | 12/12/2022 | 12/13/2022 | B | 0000TYH3 | 750 | 114 | 114-00 | USD | R.J. O'Brien & Associates LLC (PAS) | |
| BROKER | 3295494 | 12/12/2022 | 12/13/2022 | B | 0000USH3 | 250 | 129.75 | 129-24 | USD | R.J. O'Brien & Associates LLC (PAS) | |
| BROKER | 3295493 | 12/12/2022 | 12/13/2022 | B | 0000WNH3 | 50 | 142.5 | 142-16 | USD | R.J. O'Brien & Associates LLC (PAS) | |
| BROKER | 3295572 | 12/12/2022 | 12/13/2022 | S | 0000TYH3 | 750 | 114.359375 | 114-11.50 | USD | Wells Fargo Securities LLC (PAS) | |
| BROKER | 3295800 | 12/12/2022 | 12/13/2022 | S | 0000USH3 | 220 | 130.9375 | 130-30 | USD | Wells Fargo Securities LLC (PAS) | |
| BROKER | 3295993 | 12/12/2022 | 12/13/2022 | S | 3IZ2C | 1000 | 0.3515625 | 0'22.50 | USD | Wells Fargo Securities LLC (PAS) | 109 |
| BROKER | 3295964 | 12/12/2022 | 12/13/2022 | S | 3IZ2C | 1000 | 0.34375 | 0'22 | USD | Wells Fargo Securities LLC (PAS) | 109 |
| BROKER | 3295963 | 12/12/2022 | 12/13/2022 | S | 3IZ2C | 1000 | 0.3359375 | 0'21.50 | USD | Wells Fargo | 109 |

FOIA Confidential Treatment Requested by WAM

WAMCO_SEC_0065052
SDNY_LEECH_R01_01153269

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BROKER | 3295798 | 12/12/2022 | 12/13/2022 | S | 3IZ2C | 1000 | 0.328125 | 0'21 | USD | Securities LLC (PAS) Wells Fargo Securities LLC (PAS) | 109 |
| BROKER | 3295797 | 12/12/2022 | 12/13/2022 | S | 3IZ2C | 1000 | 0.3203125 | 0'20.50 | USD | Wells Fargo Securities LLC (PAS) | 109 |
| BROKER | 3295795 | 12/12/2022 | 12/13/2022 | S | 3IZ2C | 905 | 0.3125 | 0'20 | USD | Wells Fargo Securities LLC (PAS) | 109 |
| BROKER | 3295794 | 12/12/2022 | 12/13/2022 | S | 3IZ2C | 95 | 0.3203125 | 0'20.50 | USD | Wells Fargo Securities LLC (PAS) | 109 |

*Hanh Luu*
*626 - 817 -5586*

---

**From:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Sent:** Monday, December 12, 2022 1:56 PM
**To:** Luu, Hanh <Hanh.Luu@westernasset.com>
**Subject:** RE: Ken is in a meeting until 2:30pm

Yep, some fills are missing

---

**From:** Luu, Hanh <Hanh.Luu@westernasset.com>
**Sent:** Monday, December 12, 2022 1:55 PM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Subject:** RE: Ken is in a meeting until 2:30pm

Oh GS has another 2 o'clock feed so yeah they may have more trades coming in

*Hanh Luu*
*626 - 817 -5586*

FOIA Confidential Treatment Requested by WAM

WAMCO_SEC_0065053
SDNY_LEECH_R01_01153270

**From:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Sent:** Monday, December 12, 2022 1:54 PM
**To:** Luu, Hanh <Hanh.Luu@westernasset.com>
**Subject:** RE: Ken is in a meeting until 2:30pm

How about Goldman?

**From:** Snoke, Rosemarie
**Sent:** Monday, December 12, 2022 1:52 PM
**To:** Luu, Hanh <Hanh.Luu@westernasset.com>
**Subject:** RE: Ken is in a meeting until 2:30pm

I think I have 41…we'll see. Still early.

**From:** Luu, Hanh <Hanh.Luu@westernasset.com>
**Sent:** Monday, December 12, 2022 1:50 PM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Subject:** RE: Ken is in a meeting until 2:30pm

Nice 😊 I see only 31 broker trades in ETC so far:

| Side | Exec ID | TD | SD | Trans | Sec ID | Quantity | Price | Price2 | Cur | Broker | Coupon/<br>Strike |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BROKER | FUSNYD1012220221212 | 12/12/2022 | 12/13/2022 | B | 0000FVH3 | 254 | 108.6796875 | 108-21.75 | USD | Goldman Sachs Bank USA Inc (PAS) | |
| BROKER | FUSNYD806020221212 | 12/12/2022 | 12/13/2022 | B | 0000FVH3 | 2500 | 108.703125 | 108-22.50 | USD | Goldman Sachs Bank USA Inc (PAS) | |
| BROKER | FUSNY2215320221212 | 12/12/2022 | 12/13/2022 | S | 0000USH3 | 82 | 129.65625 | 129-21 | USD | Goldman Sachs Bank USA Inc (PAS) | |
| BROKER | 3295581 | 12/12/2022 | 12/13/2022 | B | 0000ADH3 | 500 | 67.835 | 67-26.72 | USD | Jefferies LLC (PAS) | |
| BROKER | 3295688 | 12/12/2022 | 12/13/2022 | B | 0000FVH3 | 2500 | 108.625 | 108-20 | USD | Jefferies LLC (PAS) | |

FOIA Confidential Treatment Requested by WAM

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BROKER | 3295940 | 12/12/2022 | 12/13/2022 | B | 0000FVH3 | 500 | 108.6484375 | 108-20.75 | USD | Jefferies LLC (PAS) | |
| BROKER | 3295939 | 12/12/2022 | 12/13/2022 | B | 0000FVH3 | 2000 | 108.65625 | 108-21 | USD | Jefferies LLC (PAS) | |
| BROKER | 3295783 | 12/12/2022 | 12/13/2022 | S | 0000TYH3 | 470 | 113.8125 | 113-26 | USD | Jefferies LLC (PAS) | |
| BROKER | 3295932 | 12/12/2022 | 12/13/2022 | S | 0000TYH3 | 470 | 113.8125 | 113-26 | USD | Jefferies LLC (PAS) | |
| BROKER | 3295931 | 12/12/2022 | 12/13/2022 | S | 0000USH3 | 500 | 129.6875 | 129-22 | USD | Jefferies LLC (PAS) | |
| BROKER | 3295561 | 12/12/2022 | 12/13/2022 | S | 3MZ2C | 500 | 0.59375 | 0'38 | USD | Jefferies LLC (PAS) | 114.5 |
| BROKER | 3295534 | 12/12/2022 | 12/13/2022 | S | 3MZ2C | 500 | 0.578125 | 0'37 | USD | Jefferies LLC (PAS) | 114.5 |
| BROKER | 3295540 | 12/12/2022 | 12/13/2022 | S | TYF3C | 1000 | 0.53125 | 0'34 | USD | Jefferies LLC (PAS) | 115 |
| BROKER | 3295539 | 12/12/2022 | 12/13/2022 | S | TYF3C | 1000 | 0.515625 | 0'33 | USD | Jefferies LLC (PAS) | 115 |
| BROKER | 3295538 | 12/12/2022 | 12/13/2022 | S | TYF3C | 1000 | 0.5 | 0'32 | USD | Jefferies LLC (PAS) | 115 |
| BROKER | 3295537 | 12/12/2022 | 12/13/2022 | S | TYF3C | 1000 | 0.484375 | 0'31 | USD | Jefferies LLC (PAS) | 115 |
| BROKER | 3295536 | 12/12/2022 | 12/13/2022 | S | TYF3C | 1000 | 0.46875 | 0'30 | USD | Jefferies LLC (PAS) | 115 |
| BROKER | 3295780 | 12/12/2022 | 12/13/2022 | B | TYF3C | 1000 | 0.71875 | 0'46 | USD | Jefferies LLC (PAS) | 114 |
| BROKER | 3295934 | 12/12/2022 | 12/13/2022 | B | TYF3C | 1000 | 0.703125 | 0'45 | USD | Jefferies LLC (PAS) | 114 |
| BROKER | 3295496 | 12/12/2022 | 12/13/2022 | B | 0000TYH3 | 750 | 114 | 114-00 | USD | R.J. O'Brien & Associates LLC (PAS) | |
| BROKER | 3295494 | 12/12/2022 | 12/13/2022 | B | 0000USH3 | 250 | 129.75 | 129-24 | USD | R.J. O'Brien & Associates LLC (PAS) | |
| BROKER | 3295493 | 12/12/2022 | 12/13/2022 | B | 0000WNH3 | 50 | 142.5 | 142-16 | USD | R.J. O'Brien & Associates LLC (PAS) | |

FOIA Confidential Treatment Requested by WAM

WAMCO_SEC_0065055
SDNY_LEECH_R01_01153272

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| BROKER | 3295572 | 12/12/2022 | 12/13/2022 | S | 0000TYH3 | 750 | 114.359375 | 114-11.50 | USD | Wells Fargo Securities LLC (PAS) | |
| BROKER | 3295800 | 12/12/2022 | 12/13/2022 | S | 0000USH3 | 220 | 130.9375 | 130-30 | USD | Wells Fargo Securities LLC (PAS) | |
| BROKER | 3295993 | 12/12/2022 | 12/13/2022 | S | 3IZ2C | 1000 | 0.3515625 | 0'22.50 | USD | Wells Fargo Securities LLC (PAS) | 109 |
| BROKER | 3295964 | 12/12/2022 | 12/13/2022 | S | 3IZ2C | 1000 | 0.34375 | 0'22 | USD | Wells Fargo Securities LLC (PAS) | 109 |
| BROKER | 3295963 | 12/12/2022 | 12/13/2022 | S | 3IZ2C | 1000 | 0.3359375 | 0'21.50 | USD | Wells Fargo Securities LLC (PAS) | 109 |
| BROKER | 3295798 | 12/12/2022 | 12/13/2022 | S | 3IZ2C | 1000 | 0.328125 | 0'21 | USD | Wells Fargo Securities LLC (PAS) | 109 |
| BROKER | 3295797 | 12/12/2022 | 12/13/2022 | S | 3IZ2C | 1000 | 0.3203125 | 0'20.50 | USD | Wells Fargo Securities LLC (PAS) | 109 |
| BROKER | 3295795 | 12/12/2022 | 12/13/2022 | S | 3IZ2C | 905 | 0.3125 | 0'20 | USD | Wells Fargo Securities LLC (PAS) | 109 |
| BROKER | 3295794 | 12/12/2022 | 12/13/2022 | S | 3IZ2C | 95 | 0.3203125 | 0'20.50 | USD | Wells Fargo Securities LLC (PAS) | 109 |

*Hanh Luu*
*626 - 817 -5586*

FOIA Confidential Treatment Requested by WAM

WAMCO_SEC_0065056
SDNY_LEECH_R01_01153273

**From:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Sent:** Monday, December 12, 2022 1:49 PM
**To:** Luu, Hanh <Hanh.Luu@westernasset.com>
**Subject:** Ken is in a meeting until 2:30pm

I'm waiting for allocations. Fortunately there are lot of multiples. 😊

FOIA Confidential Treatment Requested by WAM

WAMCO_SEC_0065057
SDNY_LEECH_R01_01153274

**Sent**:    3/3/2023 12:24:37 PM
**To**:    JULIE MARQUEZ [jmarquez@westernasset.com]

**Chat Room ID: CHAT-fs:64025785FA4C0000**
Start Time: 03/03/2023 20:24:37
End Time: 03/03/2023 22:43:11
Participant Count: 2

| LoginName | FirstName | LastName | CompanyName |
|---|---|---|---|
| jmarquez3 | JULIE | MARQUEZ | WESTERN ASSET MANAGEMENT COMPANY LLC |
| rbruce17 | ROBERT | BRUCE | RJ O'BRIEN AND ASSOCIATES LLC |

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jmarquez3)    03/03/2023 20:24:37

*entered the conversation*

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jmarquez3)    03/03/2023 20:24:39

\*\*\* JULIE MARQUEZ (WESTERN ASSET MANAGEMENT COMPANY LLC) has invited the following users to this room: ROBERT BRUCE (RJ O'BRIEN AND ASSOCIATES LLC) [hi]

**ROBERT BRUCE/ RJ O'BRIEN AND ASSOCIATES LLC** ( rbruce17)    03/03/2023 20:24:49

*entered the conversation*

**ROBERT BRUCE/ RJ O'BRIEN AND ASSOCIATES LLC** ( rbruce17)    03/03/2023 20:24:49

\*\*\* ROBERT BRUCE (RJ O'BRIEN AND ASSOCIATES LLC) Personal Disclaimer:

**ROBERT BRUCE/ RJ O'BRIEN AND ASSOCIATES LLC** ( rbruce17)    03/03/2023 20:24:49

\*\*\* ROBERT BRUCE (RJ O'BRIEN AND ASSOCIATES LLC) Firm Disclaimer: This material has been prepared by a sales or trading employee or agent of R.J. O'Brien and is, or is in the nature of, a solicitation. The risk of loss in trading futures and/or options is substantial and each investor and/or trader must consider whether this is a suitable investment. DISTRIBUTION IN SOME JURISDICTIONS MAY BE PROHIBITED OR RESTRICTED BY LAW. TO THE EXTENT THAT YOU HAVE RECEIVED THIS COMMUNICATION INDIRECTLY AND SOLICITATIONS ARE PROHIBITED IN YOUR JURISDICTION WITHOUT REGISTRATION, THE MARKET COMMENTARY IN THIS COMMUNICATION SHOULD NOT BE CONSIDERED A SOLICITATION

**ROBERT BRUCE/ RJ O'BRIEN AND ASSOCIATES LLC** ( rbruce17)    03/03/2023 20:24:55

hey

GOVERNMENT
EXHIBIT
1108-20
24 Cr. 658 (GHW)

FOIA Confidential Treatment Requested by WAM

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (
jmarquez3)

03/03/2023
20:25:10

quick question.. your confirms.. you sent a couple duration neutral sales on FVJ3 106.75 calls

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (
jmarquez3)

03/03/2023
20:25:19

then a buy of same

**ROBERT BRUCE/ RJ O'BRIEN AND ASSOCIATES LLC** ( rbruce17)

03/03/2023
20:25:22

yep

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (
jmarquez3)

03/03/2023
20:25:22

not a typo?

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (
jmarquez3)

03/03/2023
20:25:27

ok

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (
jmarquez3)

03/03/2023
20:25:36

thanks

**ROBERT BRUCE/ RJ O'BRIEN AND ASSOCIATES LLC** ( rbruce17)

03/03/2023
20:25:42

welcome

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (
jmarquez3)

03/03/2023
20:27:11

i see now we did that with 111 TY calls too

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (
jmarquez3)

03/03/2023
20:27:13

wilding

**ROBERT BRUCE/ RJ O'BRIEN AND ASSOCIATES LLC** ( rbruce17)

03/03/2023
20:29:27

Yes.......SKL

**ROBERT BRUCE/ RJ O'BRIEN AND ASSOCIATES LLC** ( rbruce17)

03/03/2023
22:03:34

*left the conversation*

**ROBERT BRUCE/ RJ O'BRIEN AND ASSOCIATES LLC** ( rbruce17)

03/03/2023
22:12:33

FOIA Confidential Treatment Requested by WAM

WAMCO_DOJ_0001091
SDNY_LEECH_R01_00288233

*entered the conversation*

## ROBERT BRUCE/ RJ O'BRIEN AND ASSOCIATES LLC (rbruce17)

03/03/2023
22:12:33

\*\*\* ROBERT BRUCE (RJ O'BRIEN AND ASSOCIATES LLC) Firm Disclaimer: This material has been prepared by a sales or trading employee or agent of R.J. O'Brien and is, or is in the nature of, a solicitation. The risk of loss in trading futures and/or options is substantial and each investor and/or trader must consider whether this is a suitable investment. DISTRIBUTION IN SOME JURISDICTIONS MAY BE PROHIBITED OR RESTRICTED BY LAW. TO THE EXTENT THAT YOU HAVE RECEIVED THIS COMMUNICATION INDIRECTLY AND SOLICITATIONS ARE PROHIBITED IN YOUR JURISDICTION WITHOUT REGISTRATION, THE MARKET COMMENTARY IN THIS COMMUNICATION SHOULD NOT BE CONSIDERED A SOLICITATION

## JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC (jmarquez3)

03/03/2023
22:43:11

*left the conversation*

FOIA Confidential Treatment Requested by WAM

WAMCO_DOJ_0001092
SDNY_LEECH_R01_00288234

Chat with "Rosemarie Snoke" <+16268255352> on March 10, 2023

+16268255352
Julie Conway Marquez <+16263193518>Rosemarie Snoke <+16268255352>Julie Conway Marquez <julie.incredible@gmail.com>

Earliest item: 2023-03-10 10:58:43
Latest item: 2023-03-10 21:09:13

**Friday 10 March 2023**

Instant Message : Native Messages
From
Rosemarie Snoke <+16268255352>                    10:58:43

Geez! At least you got some early allocations from him!

Instant Message : Native Messages
From
Julie Conway Marquez <+16263193518>               11:01:02

Yeah there's no way I could do it sanely otherwise so I asked for at least the overnights- which was a huge amount

Instant Message : Native Messages
From
Rosemarie Snoke <+16268255352>                    11:17:15

Good thing it's a Friday and Asia-Pac doesn't need the system after us.

Instant Message : Native Messages
From
Rosemarie Snoke <+16268255352>                    11:18:14

He needs to retire. The same results could come from way less well thought out trades.

Instant Message : Native Messages
From
Rosemarie Snoke <+16268255352>                    14:02:45

Wine for you tonight. No glass needed. 🍷

Instant Message : Native Messages
From
Julie Conway Marquez <+16263193518>               14:03:03

I'm dying

GOVERNMENT
EXHIBIT
1108-26
24 Cr. 658 (GHW)

FOIA Confidential Treatment Requested by WAM

WAMCO_DOJ_1574148
SDNY_LEECH_R03_00120970

Instant Message : Native Messages
From
Rosemarie Snoke <+16268255352>                              14:09:40

Can I help at all at this point?

Instant Message : Native Messages
From
Julie Conway Marquez <+16263193518>                         14:10:48

No thanks that's ok I'm cranking it out -

Instant Message : Native Messages
From
Rosemarie Snoke <+16268255352>                              15:48:52

Thanks for the long day. You'll have to give him some grief on Monday.
Have a good weekend!

Instant Message : Native Messages
From
Julie Conway Marquez <+16263193518>                         15:49:46

Thanks. I think he could care less. Never sounds very appreciative.
Whatever..as long as I get paid! Lol

Instant Message : Native Messages
From
Rosemarie Snoke <+16268255352>                              16:01:01

He's a crank but a nice crank. See you Monday.

Instant Message : Native Messages
From
Julie Conway Marquez <+16263193518>                         16:02:00

Yep

Instant Message : Native Messages
From
Rosemarie Snoke <+16268255352>                              16:02:07

Going to SoFi for a concert with tickets the kids gave us for Xmas. Gonna
be a long night.

Instant Message : Native Messages
From
Julie Conway Marquez <+16263193518>                         16:03:03

Oh fun! What concert?

FOIA Confidential Treatment Requested by WAM

WAMCO_DOJ_1574149
SDNY_LEECH_R03_00120971

Instant Message : Native Messages
From                                                                    19:52:15
    Rosemarie Snoke <+16268255352>

We'll. It's Stevie Nicks and Billy Joel. We've been on the road since 4:45 pm. Now trying to get to the parking lot. We move 5ft like every 20 minutes. We may just turn around and go home. If we can find a way out. The traffic is just unreal. We are in a beautiful residential neighborhood of Inglewood to boot. Concert will be over before we get to the parking lot.

Instant Message : Native Messages
From                                                                    21:09:13
    Rosemarie Snoke <+16268255352>

We made it to hear Steve sing 17 and Landslide. It's now intermission. Oh, well.

**End Thread**

Thread Statistics

**Instant Message Count**

16

FOIA Confidential Treatment Requested by WAM

**From:**     Skillman, Jason [Jason.Skillman@westernasset.com]
**Sent:**     3/17/2023 2:41:22 PM
**To:**       Marquez, Julie E. [Julie.Marquez@westernasset.com]; Reallocations Pasadena
              [reallocationspasadena@westernasset.com]
**Subject:**  RE: Reallocation request


Approved

---

**From:** Marquez, Julie E. <Julie.Marquez@westernasset.com>
**Sent:** Friday, March 17, 2023 2:39 PM
**To:** Reallocations Pasadena <reallocationspasadena@westernasset.com>
**Subject:** Reallocation request

ATP 18309944 was misallocated to the wrong SKL group.

Ken was not aware that this trade was the balance of a GTC order placed yesterday and was intended to close position in SKL1 Core Plus group of accounts.

To keep things clean operationally for the f&o team I am reversing the wrong trade and preclearing the good trade on ATP 18310175.

Please approve thank you

**GOVERNMENT
EXHIBIT
1108-31**
24 Cr. 658 (GHW)

FOIA Confidential Treatment
Requested by WAM

WAMCO_SEC_0060845

SDNY_LEECH_R01_00286223

**Sent**:        3/17/2023 1:52:29 PM
**To**:          HANNAH LI [hannah.li@westernasset.com]; JULIE MARQUEZ [jmarquez@westernasset.com]

**Chat Room ID: CHAT-fs:6414D30DFA4C0000**
Start Time: 03/17/2023 20:52:29
End Time: 03/17/2023 23:25:32
Participant Count: 2

| LoginName | FirstName | LastName | CompanyName |
|---|---|---|---|
| hli644 | HANNAH | LI | WESTERN ASSET MANAGEMENT COMPANY LLC |
| jmarquez3 | JULIE | MARQUEZ | WESTERN ASSET MANAGEMENT COMPANY LLC |

**HANNAH LI/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( hli644)          03/17/2023 20:52:29

[Bloomberg created note: Remains logged in.]

**HANNAH LI/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( hli644)          03/17/2023 20:52:29

*entered the conversation*

**HANNAH LI/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( hli644)          03/17/2023 20:52:33

*** HANNAH LI (WESTERN ASSET MANAGEMENT COMPANY LLC) has invited the following users to this room: JULIE MARQUEZ (WESTERN ASSET MANAGEMENT COMPANY LLC) [Hi Julie]

**HANNAH LI/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( hli644)          03/17/2023 20:52:40

We done with all SKL trades?

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jmarquez3)          03/17/2023 20:53:29

*** JULIE MARQUEZ (WESTERN ASSET MANAGEMENT COMPANY LLC) acknowledged the chat request

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jmarquez3)          03/17/2023 20:53:29

*** JULIE MARQUEZ (WESTERN ASSET MANAGEMENT COMPANY LLC) Personal Disclaimer:

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jmarquez3)          03/17/2023 20:53:29

*** JULIE MARQUEZ (WESTERN ASSET MANAGEMENT COMPANY LLC) Firm Disclaimer:

GOVERNMENT
EXHIBIT
1108-32
24 Cr. 658 (GHW)

WAMCO_DOJ_0001219
SDNY_LEECH_R01_00288361

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (
jmarquez3)

03/17/2023
20:53:38

hi

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (
jmarquez3)

03/17/2023
20:53:40

no nice try

**HANNAH LI/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( hli644)

03/17/2023
20:53:46

ahh

**HANNAH LI/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( hli644)

03/17/2023
20:53:48

No rush

**HANNAH LI/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( hli644)

03/17/2023
20:53:51

Thank you

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (
jmarquez3)

03/17/2023
20:53:58

sure

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (
jmarquez3)

03/17/2023
21:55:30

ok so everything is in

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (
jmarquez3)

03/17/2023
21:55:40

waiting on a few to finish preclear

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (
jmarquez3)

03/17/2023
22:06:14

*left the conversation*

**HANNAH LI/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( hli644)

03/17/2023
22:10:03

*** HANNAH LI (WESTERN ASSET MANAGEMENT COMPANY LLC) has invited the
following users to this room: JULIE MARQUEZ (WESTERN ASSET MANAGEMENT
COMPANY LLC) [thanks]

**JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC** (
jmarquez3)

03/17/2023
22:11:37

FOIA Confidential Treatment Requested by WAM

*** JULIE MARQUEZ (WESTERN ASSET MANAGEMENT COMPANY LLC) acknowledged the chat request

## JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC ( jmarquez3)

03/17/2023
22:11:37

*** JULIE MARQUEZ (WESTERN ASSET MANAGEMENT COMPANY LLC) Personal Disclaimer:

## JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC ( jmarquez3)

03/17/2023
22:11:37

*** JULIE MARQUEZ (WESTERN ASSET MANAGEMENT COMPANY LLC) Firm Disclaimer:

## JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC ( jmarquez3)

03/17/2023
22:11:41

np

## JULIE MARQUEZ/ WESTERN ASSET MANAGEMENT COMPANY LLC ( jmarquez3)

03/17/2023
22:15:40

*left the conversation*

## HANNAH LI/ WESTERN ASSET MANAGEMENT COMPANY LLC ( hli644)

03/17/2023
23:25:32

*entered the conversation*

FOIA Confidential Treatment Requested by WAM

WAMCO_DOJ_0001221
SDNY_LEECH_R01_00288363

**Sent**:     4/28/2023 6:17:39 AM
**To**:       JOHN RODLI [john.rodli@westernasset.com]; ROSEMARIE SNOKE [rsnoke@westernasset.com]

**Chat Room ID: CHAT-fs:644BC773FA4C0002**
Start Time: 04/28/2023 13:17:39
End Time: 04/28/2023 16:58:52
Participant Count: 2

| LoginName | FirstName | LastName | CompanyName |
|-----------|-----------|----------|-------------|
| jrodli | JOHN | RODLI | WESTERN ASSET MANAGEMENT COMPANY LLC |
| rsnoke | ROSEMARIE | SNOKE | WESTERN ASSET MANAGEMENT COMPANY LLC |

**JOHN RODLI/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jrodli )                    04/28/2023 13:17:39

[Bloomberg created note: Remains logged in.]

**JOHN RODLI/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jrodli )                    04/28/2023 13:17:39

*entered the conversation*

**JOHN RODLI/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jrodli )                    04/28/2023 13:17:46

*** JOHN RODLI (WESTERN ASSET MANAGEMENT COMPANY LLC) has invited the following users to this room: ROSEMARIE SNOKE (WESTERN ASSET MANAGEMENT COMPANY LLC) [Nothing jumps out to me]

**JOHN RODLI/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( jrodli )                    04/28/2023 13:17:49

Looks good

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( rsnoke)                    04/28/2023 13:17:50

*entered the conversation*

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( rsnoke)                    04/28/2023 13:17:50

*** ROSEMARIE SNOKE (WESTERN ASSET MANAGEMENT COMPANY LLC)
Personal Disclaimer:

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** ( rsnoke)                    04/28/2023 13:17:50

*** ROSEMARIE SNOKE (WESTERN ASSET MANAGEMENT COMPANY LLC) Firm
Disclaimer:

GOVERNMENT EXHIBIT
1108-55
24 Cr. 658 (GHW)

FOIA Confidential Treatment Requested by WAM

WAMCO_SEC_0065280
SDNY_LEECH_R01_01153497

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC (** rsnoke) — 04/28/2023 13:18:14

Great, thanks.

**JOHN RODLI/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jrodli) — 04/28/2023 13:18:36

He do a specific trade with 1651?

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC (** rsnoke) — 04/28/2023 13:18:48

a few

**JOHN RODLI/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jrodli) — 04/28/2023 13:19:08

Yeah that thing whips around, jumps out as different but that is often the case

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC (** rsnoke) — 04/28/2023 13:21:02

Yeah, he trades that in his group trades and individually as well. There must be a method to his madness but in 28 yrs I still haven't figured it out

**JOHN RODLI/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jrodli) — 04/28/2023 13:21:13

haha

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC (** rsnoke) — 04/28/2023 13:27:26

I just sent you one-off trades for 1651 on email

**JOHN RODLI/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jrodli) — 04/28/2023 13:27:56

Ha yeah there it is

**JOHN RODLI/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jrodli) — 04/28/2023 13:28:39

And just the other day I sold ~0.7yrs for him in a cash bond. So we went from ~135% to 105% of benchmark over the course of the week. Wild.

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC (** rsnoke) — 04/28/2023 13:32:33

Out of control. In the last two days ~220 trades. Not sure how he keeps it straight

**JOHN RODLI/ WESTERN ASSET MANAGEMENT COMPANY LLC** (jrodli) — 04/28/2023 13:33:18

For real

FOIA Confidential Treatment Requested by WAM

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** (rsnoke)    04/28/2023 16:57:31

*left the conversation*

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** (rsnoke)    04/28/2023 16:57:40

*entered the conversation*

**ROSEMARIE SNOKE/ WESTERN ASSET MANAGEMENT COMPANY LLC** (rsnoke)    04/28/2023 16:58:52

*left the conversation*

FOIA Confidential Treatment Requested by WAM

WAMCO_SEC_0065282
SDNY_LEECH_R01_01153499

| | |
|---|---|
| **From**: | Snoke, Rosemarie [Rosemarie.Snoke@westernasset.com] |
| **Sent**: | 4/28/2023 5:49:47 PM |
| **To**: | Enero, Lupe M. [LEnero@westernasset.com] |
| **Subject**: | RE: We are done for the day. |

I need a glass of wine…or a bottle. SKL so late in giving allocations ,operation expiration, two meetings. Ugh!

On top of that, Erin FaceTimed me twice and I couldn't even talk to her. And, lastly, Dale had had really bad lower back pain and has for over a week. Can't sleep or doing anything. He won't go to urgent care. I'm going to try and take him to the ER if he lets me.

---

**From:** Enero, Lupe M. <LEnero@westernasset.com>
**Sent:** Friday, April 28, 2023 5:45 PM
**To:** Cash Control <CashControl@westernasset.com>; IT-Compliance <IT-Compliance@westernasset.com>; IT-Trading-Support <IT-Trading-Support@westernasset.com>; PreTrade <PreTrade@westernasset.com>; Sachdeva, Rajiv <Rajiv.Sachdeva@westernasset.com>; SettlementsMBS <SettlementsMBS@westernasset.com>; Single Security Analytics <SingleSecurityAnalytics@westernasset.com>; Smfrequests <smfrequests@westernasset.com>; swaps.operations@westernasset.com; WA Pricing <WAPricing@westernasset.com>; WA Security Reference <WASecurityReference@westernasset.com>; WA Settlements Pasadena <WASettlementsPasadena@WesternAsset.com>; WA Trading Operations <WATradingOperations@westernasset.com>; WA Whole Loans <wawholeloans@westernasset.com>; Yoshida, Maki <Maki.Yoshida@westernasset.com>
**Subject:** RE: We are done for the day.

All good now.  We are done for the day.  Thank you!

---

**From:** Enero, Lupe M. <LEnero@westernasset.com>
**Sent:** Friday, April 28, 2023 5:41 PM
**To:** Cash Control <CashControl@westernasset.com>; IT-Compliance <IT-Compliance@westernasset.com>; IT-Trading-Support <IT-Trading-Support@westernasset.com>; PreTrade <PreTrade@westernasset.com>; Sachdeva, Rajiv <Rajiv.Sachdeva@westernasset.com>; SettlementsMBS <SettlementsMBS@westernasset.com>; Single Security Analytics <SingleSecurityAnalytics@westernasset.com>; Smfrequests <smfrequests@westernasset.com>; swaps.operations@westernasset.com; WA Pricing <WAPricing@westernasset.com>; WA Security Reference <WASecurityReference@westernasset.com>; WA Settlements Pasadena <WASettlementsPasadena@WesternAsset.com>; WA Trading Operations <WATradingOperations@westernasset.com>; WA Whole Loans <wawholeloans@westernasset.com>; Yoshida, Maki <Maki.Yoshida@westernasset.com>
**Subject:** RE: We are done for the day.

Pls hold, we have 1 more trade.

---

**From:** Enero, Lupe M. <LEnero@westernasset.com>
**Sent:** Friday, April 28, 2023 5:40 PM
**To:** Cash Control <CashControl@westernasset.com>; IT-Compliance <IT-Compliance@westernasset.com>; IT-Trading-Support <IT-Trading-Support@westernasset.com>; PreTrade <PreTrade@westernasset.com>; Sachdeva, Rajiv <Rajiv.Sachdeva@westernasset.com>; SettlementsMBS <SettlementsMBS@westernasset.com>; Single Security Analytics <SingleSecurityAnalytics@westernasset.com>; Smfrequests <smfrequests@westernasset.com>; swaps.operations@westernasset.com; WA Pricing <WAPricing@westernasset.com>; WA Security Reference <WASecurityReference@westernasset.com>; WA Settlements Pasadena <WASettlementsPasadena@WesternAsset.com>; WA Trading Operations <WATradingOperations@westernasset.com>; WA Whole Loans <wawholeloans@westernasset.com>; Yoshida, Maki <Maki.Yoshida@westernasset.com>
**Subject:** We are done for the day.

GOVERNMENT
EXHIBIT
1108-56
24 Cr. 658 (GHW)

FOIA Confidential Treatment Requested by WAM

WAMCO_SEC_0065294
SDNY_LEECH_R01_01153511

FOIA Confidential Treatment Requested by WAM

WAMCO_SEC_0065295
SDNY_LEECH_R01_01153512