**From:**     Snoke, Rosemarie [Rosemarie.Snoke@westernasset.com]
**Sent:**     5/9/2023 7:32:43 AM
**To:**       O'Connor, Tim [Tim.O'Connor@westernasset.com]; Marquez, Julie E. [Julie.Marquez@westernasset.com]
**CC:**       Stout, Kim E. [Kim.Stout@westernasset.com]; Maduramente, Michele M.
              [Michele.Maduramente@westernasset.com]; Duda, Colin [Colin.Duda@westernasset.com]
**Subject:**  RE: ATP 18417385 & 18417387

Hi Tim,

Stepping in here for Julie. Julie receives allocation instructions from Ken periodically throughout the day as he is available. As you probably know, he spends a lot of time in meetings that often include meetings with clients. Many/most allocation instructions are not received until later in the afternoon. As such, the timestamps on the ATP tickets don't necessarily coincide to the time the fill information comes from the dealer.

Allocations are based on dynamic groups that exist in ATP. Some of his instructions are below:

SKL1                  Core/core plus portfolios.
Opps                  Macro Opps portfolios.
50/50                 Combo of the two groups above with each group being allocated 50% of the total contracts on any trade
SKL1 Opt              SKL1 portfolios that can do both futures & options. In this case 1221 falls out as they only allow futures. For example, Ken may possibly be doing these particular trades based on his existing options positions. Because 1221 has no option positions, they would be excluded from these trades. There could be other reasons as well. This is just one example.

Neither of these have to do with option expirations. As noted above, timestamps do not necessarily equate the time the fill was reported to us. Bberg messages with fill in are below.

Let me know if this helps.

Thank you,

Rosemarie

GOVERNMENT
EXHIBIT
1108-60
24 Cr. 658 (GHW)





**From:** O'Connor, Tim <Tim.O'Connor@westernasset.com>
**Sent:** Tuesday, May 9, 2023 5:23 AM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>; Marquez, Julie E. <Julie.Marquez@westernasset.com>

FOIA Confidential Treatment Requested by WAM

**Cc:** Stout, Kim E. <Kim.Stout@westernasset.com>; Maduramente, Michele M. <Michele.Maduramente@westernasset.com>; Duda, Colin <Colin.Duda@westernasset.com>
**Subject:** ATP 18417385 & 18417387

Good morning,
These trades caught our surveillance eye, given the close proximity of the buy and sell of the same instrument.
Do you have any insight into what the ATP Ticket Notes means... are they in some way associated with an option trade/expiration?
Thank you,
Tim



FOIA Confidential Treatment Requested by WAM

**From:**       Snoke, Rosemarie [Rosemarie.Snoke@westernasset.com]
**Sent:**       8/8/2023 1:52:00 PM
**To:**         Marquez, Julie E. [Julie.Marquez@westernasset.com]
**Subject:**    RE: today

yep

---

**From:** Marquez, Julie E. <Julie.Marquez@westernasset.com>
**Sent:** Tuesday, August 8, 2023 1:28 PM
**To:** Snoke, Rosemarie <Rosemarie.Snoke@westernasset.com>
**Subject:** today

If okay by you I would like to leave at 2pm sharp today, to get concert ready.  I've done everything possible to get SKL trades posted but right now he is in a meeting and I have just a few left.

Would that be okay to pass off to you if I don't have them by 2:00?

thanks

GOVERNMENT
EXHIBIT
1108-73
24 Cr. 658 (GHW)

FOIA Confidential Treatment Requested by WAM

WAMCO_DOJ_3270295
SDNY_LEECH_R07_00172598

## Employee Performance Review

**Review Type:** Manager
**Employee Name:** Marquez, Julie
**FY Reviewed:** 2013
**Review Status:** Submitted
**Last Reviewed By:** Snoke, Rosemarie

*You have submitted this review on 03/27/2013 at 6:25 PM*

### Performance vs Goals/Objectives from Previous Year

Self Review

The automation the the LLC process has not taken place yet, but I stand ready to help when it does.

Manager Review

-Automation of the existing LLC tool has once again been put on the back burner due to budget constraints.

### Assessment of Competencies to Perform Role

Self Review

I believe I remain highly competent at performing my duties in trade support. I try to do what is expected of me daily to support the desk in any capacity I can.

Manager Review

Julie is self-motivated in that she wants to do a good job every day. She knows her responsibilities and ensures she covers them effectively. The pride in her work is evident. As her manager, I do not ever need to look over her shoulder to make sure something is getting done on time as she makes sure of that herself.

Rating: 4 - Exceeds Expectations

### Incorporates Western Asset's Core Values into Role

Self Review

I believe that I possess and incorporate WA's core values of Trust, Honesty, Integrity, and Teamwork into my work always. I think these are important qualities that make up a good employee so I try to work with this in mind.

Manager Review

Julie is self-motivated in that she wants to do a good job every day. She knows her responsibilities and ensures she covers them effectively. The pride in her work is evident. As her manager, I do not ever need to look over her shoulder to make sure something is getting done on time as she makes sure of that herself. She is respectful of those she works with inside and outside of her department.

Rating: 4 - Exceeds Expectations

### Areas for Performance Improvement and Professional Development

Self Review

There are always new things to learn about our ever changing markets. I think it would help me grow professionally if I knew more about the different instruments being traded by some of our desks, such as Swaps for example.

Manager Review

Continuing industry regulation regarding OTC derivatives in particular will challenge Julie and others in trade support. As rules get finalized [...]



GOVERNMENT EXHIBIT
1111
24 Cr. 658 (GHW)

continuing industry regulation regarding OTC derivatives in particular will challenge Julie and others in trade support. As ratings get initialized and we set changes in motion both in IM responsibilities and in technology, it will be important that Julie learn these changes and understand the "new normal".

## Assessment of Leadership Skills (this section is not just reserved for employees who supervise others, but should also include comments for all employees that are expected to provide some form of leadership within their role)

Self Review

I enjoy taking the lead whenever necessary within my own group. I feel comfortable and confident when put in this position and enjoy helping my team whenever asked to do so.

Manager Review

As an experienced trading assistant on the desk, Julie shows her leadership skills by setting an example to others to be hard-working, efficient and accurate at all times. She also displays leadership by assisting others who may be less knowledgeable of the systems we use.

Rating: 4 - Exceeds Expectations

## Overall Performance

Self Review

I thought overall 2012 was a good year for me. With the loss of Karen Meidl from our team, I've had to step in and do much of the work that she was responsible for, in addition to my own. I feel that I was able to do this without difficulty.

Manager Review

Julie's years of experience on the desk have helped her to become the strong performer that she is. She is genuinely good at what she does..whether it is something she has been doing for one month or ten years. She has a good feel for what is needed to get the job done every day. She can be relied upon at all times and is always willing to take on more, learn more and be more as a member of the trade operations team. She is a pivotal person on the team and a valuable employee to me as her supervisor.

Rating: 4 - Exceeds Expectations

## Goals/Objectives for Next Year

Self Review

My goals remain to learn all I can from others around me, to stay positive, and do work that I can be proud of.

Manager Review

Continue on the road..accept what the industry dictates to us... and learn how to manage the changes when it comes to trade operations responsibilities.

## I have discussed this review with my manager or the delegated reviewer. My signature only acknowledges receipt and discussion of this document.

Marquez, Julie (Employee)

Signature: _____ Date: 5/9/13

Snoke, Rosemarie (Manager)

Signature: _____ Date: 5/9/13

FOIA Confidential Treatment Requested by WAMCO

WAMCO_SEC_0000007
SDNY_LEECH_R01_00225385

# Employee Performance Review

**Review Type:** Manager
**Employee Name:** Marquez, Julie
**FY Reviewed:** 2016
**Review Status:** Submitted
**Last Reviewed By:** Snoke, Rosemarie

*This review was submitted on 05/06/2016 at 12:01 PM*

## Performance vs Goals/Objectives from Previous Year

Self Review

I feel that I have been able to keep abreast of industry changes and related regulations as they impact my role here in Trade Ops this past year. WA Legal and Compliance has been instrumental in making sure that is the case as I was required to attend their Annual Compliance Meeting, take an online course via WAU, with topics such as Anti-Corruption, and reminder emails with regards to proper Trade Allocation and Reallocation Procedures.

Manager Review

The always expected goal for Julie is to continue to perform at the highest standard possible which she does each and every day. She is the prime support for Ken Leech's daily trading activity and continues to do a great job at that.

## Assessment of Competencies to Perform Role

Self Review

I feel that I am highly capable at performing my role in Trade Operations. I have a good rapport with SKL with whom I spend most of my day assisting with trade allocation and input. I've become efficient and capable at understanding him and what he needs from me. In addition, when not assisting with SKL, I'm also responsible for assuring a steady trade flow of ticket processes for the rest of the desk.

Manager Review

As already mentioned, Julie's main role is in support of Ken Leech's daily trading. Most days are busy from the time she walks in until the time she leaves. It's imperative she uses her good sense, which she does, at all times and ask questions when something seems not quite right. Support of Ken's trading means you have to think a bit like him whether you want to or not. Julie understands the need for accuracy and attention in support of Ken. She is responsible and takes her job seriously and works to be as efficient as possible. She is well acquainted with Ken's dealer coverage and never afraid to reach out to them for clarification or assistance.

Rating: 4 - Exceeds Expectations

## Incorporates Western Asset's Core Values into Role

Self Review

I truly believe in WA Core Values and try to incorporate them into my daily work always. I value myself to be a team player, I am trustworthy, honest and have integrity. These are essential qualities for every good employee and I strive to uphold these traits everyday.

Manager Review

Julie embodies Western Asset's core values...trust, honesty, integrity, diversity, teamwork, mutual respect and personal responsibility.

Rating: 4 - Exceeds Expectations

FOIA Confidential Treatment Requested by WAMCO

### Areas for Performance Improvement and Professional Development

Self Review

> After 15 years of employment at WA I find that I've achieved a high level of performance and professional development. That being said, with so many years of experience, I find that at times I can lose my patience with others who do not strive to always do their best. I would say I could stand to improve this part of myself.

Manager Review

> As is the case for most of us these days, keeping abreast of regulatory issues is of prime concern. The OTC derivative market particularly is one with fluid changes that are difficult to track. While Julie is a high performer in every other aspect of her role, becoming more enlightened about central clearing, etc. would be one area for development.

### Assessment of Leadership Skills (this section is not just reserved for employees who supervise others, but should also include comments for all employees that are expected to provide some form of leadership within their role)

Self Review

> While in my role in Trade Ops, it's really not my position to provide leadership or supervise others, however, whenever I feel that I can step up and take charge of a situation within my team, I have no problem doing so.

Manager Review

> While Julie does not directly supervise anyone, she does understand the importance of imparting her knowledge and experience on those who may need direction when time allows.

Rating: 4 - Exceeds Expectations

### Overall Performance

Self Review

> Overall I believe that I've worked hard this past year to contribute to my team, the portfolio management desk, and ultimately the firm in general. I've tried to do everything that is asked of me in a professional efficient manner, with great attention to detail.

Manager Review

> Julie gets high marks for her support of Ken Leech which is her prime responsibility. As time allows, she also contributes to the trade ops team as a whole with everything else that is our responsibility. She takes great pride in accuracy and timeliness and never shirks responsibility. She knows how to prioritize and can recognize when something needs attention before something detrimental happens. She works to be as efficient as possible at all times.

Rating: 4 - Exceeds Expectations

### Goals/Objectives for Next Year

Self Review

> For 2016 I hope to be able to continue to learn and grow professionally in my current role where I have been for the past 15 years. The securities industry is ever changing so there will always be a need to keep abreast of these changes.

Manager Review

> Continue to support Ken as his needs may change as the market changes.

FOIA Confidential Treatment Requested by WAMCO

*I have discussed this review with my manager or the delegated reviewer.   My signature only acknowledges receipt and discussion of this document.*

**Marquez, Julie (Employee)**

Signature: _____    Date: 5/6/16

**Snoke, Rosemarie (Manager)**

Signature: _____    Date: 5/6/16

FOIA Confidential Treatment Requested by WAMCO

## Employee Performance Review

**Review Type:** Manager
**Employee Name:** Marquez, Julie
**FY Reviewed:** 2012
**Review Status:** Submitted
**Last Reviewed By:** Snoke, Rosemarie

---

*You have submitted this review on 03/30/2012 at 5:00 PM*

### Goals/Objectives of Previous Year (By Manager)

Continue to embrace STP advances and all that goes along with that.

### Performance vs Goals/Objectives from Previous Year

Self Review

I feel that I have embraced all STP advances that have been made this year to the best of my abilities. In addition to advances I try to help find solutions and raise awareness to IT "bugs" that typically go along with these advances, to try to make a better STP/ATP overall.

Manager Review

Julie has embraced enhancements in ATP and understands the importance of escalating if something is rolled out and does not work as expected. She has also become more in tune to identifying areas where more enhancements could be made and making management aware.

### Assessment of Competencies to Perform Role

Self Review

I believe that I am competent at performing my job here in trade support. I continue to do what is asked and expected of me in my day to day job responsibilities. I like to take initiative in difficult situations and help to find a solution.

Manager Review

Julie has many years of experience in this business which lends to her level of competence. She knows the ins and outs of what we do here in trade ops everyday and can do most every process if the need arises. If presented with a situation she does not understand, she knows where to go to help find an answer. She is not one to ignore for lack of knowledge but rather seeks out answers.

Rating: 4 - Exceeds Expectations

### Incorporates Western Asset's Core Values into Role

Self Review

I feel that I definitely possess and incorporate the core values of Trust, Honesty, Integrity, Teamwork into my work and I always make the utmost effort to adhere to the mission statement as set forth by our firm.

Manager Review

Julie goes beyond expectations when it comes to WA's core values. She is respectful with all others and works well as part of a team. She understands the importance of accuracy and hard work and how it contributes to a smooth process.

Rating: 4 - Exceeds Expectations

WAMCO_SEC_0000011
SDNY_LEECH_R01_00225389

**Areas for Performance Improvement and Professional Development**

Self Review

Areas that can use improvement include.. knowledge of markets and knowledge of analytics...these can help me perform my job at an even higher level.

Manager Review

Working to keep abreast of developments driven by the Dodd-Frank rulings and how it may affect our processes in the OTC markets. Central clearing is a new initiative that making headway in our arena so will be a challenge for the firm to understand and adhere.

**Assessment of Leadership Skills (this section is not just reserved for employees who supervise others, but should also include comments for all employees that are expected to provide some form of leadership within their role)**

Self Review

Although I am not in a leadership role, I feel that I demonstrate leadership abilities through my attention to detail, my work ethic and my "can do" attitude.

Manager Review

Julie does not directly supervise anyone. I echo the fact that leadership can be defined by your work-ethic and how it is perceived by others. Julie has a strong work ethic and takes responsibility for herself and what is required of her on a daily basis.

Rating: 3.5

**Overall Performance**

Self Review

I am proud of the work I've done for the company in the past year. I try as best I can to stay on top of all the changes and upgrades to our systems so that I can be more efficient in my own work, and helpful to PM's and PA's who may be struggling with these changes. I am punctual and productive and enjoy the people around me and the work I do.

Manager Review

Julie's long tenure in trade ops makes her a go-to person for her team members and others in the firm. She has a wealth of experience in this business and can transfer that experience to new situations when necessary. She has also had to be flexible this year with the recent departure of another staff member and adjust her work schedule. The volume of work she manages on most days is high and not always easy but she manages to get things done with little or no errors.

Rating: 4 - Exceeds Expectations

**Goals/Objectives for Next Year**

Self Review

Hopefully 2012 will be the year, that we can finally work on a system with IT, to process the LLC trades via ATP as opposed to relying on the Excel spreadsheet. I would be happy to be of any help I can to IT to get something like this off the ground.

Manager Review

The LLC process is always something we hope to someday automate but IT resources have not been made available up to this point. If that changes, Julie and other members of trade support will be called upon to work with IT to create the tool that will be most useful for everyone.

**I have discussed this review with my manager or the delegated reviewer. My signature only acknowledges receipt and discussion of this document.**

Marquez, Julie (Employee)

Signature: _____    Date: _5/10/12_

FOIA Confidential Treatment Requested by WAMCO

WAMCO_SEC_0000012
SDNY_LEECH_R01_00225390

Snoke, Rosemarie (Manager)

Signature: _____    Date: 5/10/12

FOIA Confidential Treatment Requested by WAMCO

## Employee Performance Review                     May 03, 2011

**Review Type:** Manager
**Employee Name:** Marquez, Julie
**FY Reviewed:** 2011
**Review Status:** Submitted
**Last Reviewed By:** Snoke, Rosemarie

*You have submitted this review on 03/25/2011 at 4:11 PM*

### Goals/Objectives of Previous Year (By Manager)

As LLC allocator once again gains some attention in the IT budget this year, I would like Julie to take the lead in working with IT to move from the current LLC excel program to an integrated tool within ATP itself.

### Performance vs Goals/Objectives from Previous Year
Self Review:

Unfortunately I was unable to assist IT in developing a tool within ATP for processing the LLC trades as hoped. Although, however, I did not feel as though this was part of the budget, or a priority for 2010, mainly due to the fact that IT was continuing to work on developing and enriching STP.

Manager Review:

LLC IT project was once again usurped by higher priority development items. Continuing to manage it in it's present state on a rotation basis with all other team members is still important and Julie contributes to that efffort..

Continuing to embrace advancements in STP is an ongoing process and will be forever given the nature of our business. Julie has been able to adapt easily so far to the changes.

### Assessment of Competencies to Perform Role
Self Review:

In my opinion, I remain highly competent at performing my role in trade support. I continue to do what is asked of me in my daily job responsibilities while always keeping open to learning new things.

Manager Review:

Julie remains highly competent as she noted in her self review. Her many years of experience allow here to understand new things as our markets evolves. She is eager to learn new things and generally embraces with little trouble

Rating: 4 - Exceeds Expectations

### Incorporates Western Asset's Core Values into Role
Self Review:

WAMCO_SEC_0000014
SDNY_LEECH_R01_00225392

I believe that I possess and incorporate WA's core values in my role in trade support. I am a big believer in teamwork as we are all stronger when we pull together and work with one another. I can be trusted and am an honest person, which are more qualities contained within our firm's core values.

**Manager Review:**

Julie is correct...a team is not a team without team players. Julie exemplifies what being a team player means. She sees if something needs to be done and she can assist she does so without asking. She can be depended on to take action without being directed to do so.

Rating: 4 - Exceeds Expectations

### Areas for Performance Improvement and Professional Development
**Self Review:**

Everyone has room for improvement and I am no exception! While I have learned a lot from our PM's and PA's over the 10 years I've been here, that is still the area (portfolio mgmt and analytics) in which I could stand to learn more.

**Manager Review:**

Julie should continue to embrace all the advancements for full STP. Being an integral part of the day to day workflow allows her the ability to highlight problem areas and she should work to make those known so we as a firm can work to automate if at all possible. Seeing potential problems before they happen and escalating for resolution is valuable to reduce loss/risk.

### Assessment of Leadership Skills (this section is not just reserved for employees who supervise others, but should also include comments for all employees that are expected to provide some form of leadership within their role)
**Self Review:**

n/a

**Manager Review:**

Continuing to work as a team player is in itself evidence of leadership while not directly supervising anyone. Imparting any knowledge that others might not have if it proves beneficial to them is also evidence of leadership.

Rating: 4 - Exceeds Expectations

### Overall Performance
**Self Review:**

Overall I feel I've done a good job for our firm in 2010. I genuinely care about the work I do, and I try to put forth my best effort everyday. This year I was able to master STP (aside from nuances that continue to crop up here and there) which effectively changed the way we perform our ultimate job responsibility of vetting and posting trades.

**Manager Review:**

Julie has proven that she is an integral part of the trade support team. Mastering the STP process as it currently exists was a challenge for all but we've embraced it and Julie is no exception. Her willingness to jump in and do whatever is necessary to make sure the business cycle moves along efficiently is evidence of her strong performance.

Rating: 4 - Exceeds Expectations

FOIA Confidential Treatment Requested by WAMCO

*Goals/Objectives for Next Year*
Self Review:

Hopefully 2011 will be the year, that we can finally work on a system with IT, to process the LLC trades via ATP as opposed to relying on the Excel spreadsheet. I would be happy to be of any help I can to IT to get something like this off the ground.

Manager Review:

Continue to embrace STP advances and all that goes along with that.

I have discussed this review with my manager or the delegated reviewer.   My signature only acknowledges receipt and discussion of this document.

Marquez, Julie (Employee) Signature: _____ Date: 5/3/11

Snoke, Rosemarie (Manager) Signature: _____ Date: 5/3/11

FOIA Confidential Treatment Requested by WAMCO

## Employee Performance Review                                    May 05 2010

| | |
|---|---|
| Review Type: | Manager |
| Employee Name: | Marquez, Julie |
| FY Reviewed: | 2010 |
| Review Status: | Submitted |
| Last Reviewed By: | Snoke, Rosemarie |

**Goals & Objectives from Previous Year**

To master BPM process as it continues to be enhanced. To be a key player in guiding the investment team along the STP path in Pasadena. To work with others in her team to help identify any process that could be automated completely or in part.

**Performance vs Goals/Objectives from Previous Year**

Self Review:

I feel I have mastered the BPM process this past year. It is a fairly straight forward system that is a placeholder for all account update information and termination notifications. I have been able to use it with ease.

STP has played a bigger role in my day-to-day duties. Although the system only became available in the last month of 2009, I was however, involved in helping test the system and provide feedback throughout it's development and creation. But learning to actually use the system in a live trading environment proved to be a challenge - and yet I feel that I adapted well to all the nuances that STP provided.

Manager Review:

Julie has learned the BPM process with little if any difficulty. I'm confident as it expands across other areas of the firm she will be able
to master that as well.
Julie was involved in the testing phases of STP prior to implementation in December 2009. By being involved early on, she was able
to provide valuable input from a user point of view on what would work and what would not. Post-implementation she has been able
to observe system behavior and relay to IT any problem areas or bugs that come about in the course of use. She assists IM team
members in day-to-day use of STP especially those not involved in development and testing phase.

**Assessment of Competencies to Perform Role**

Self Review:

I feel that I remain highly competent at performing my role in Trade Support. I continue to do what is asked and required of me in
my daily responsibilities of posting and vetting trade tickets but I also try to find ways in which I can be of help to the PM's and PA's when they are overloaded.

Manager Review:

I agree Julie is highly competent at what she does. She is dependable and willing to go the extra mile as needed. She is willing to
assist not only the IM team but staff in other areas of the firm...i.e settlements, client service, etc...if they need specific guidance that her
background can provide. Julie has many years of valuable background in this industry and draws from that experience on an ongoing
basis.

Rating: 4.5 -

**Incorporates Western Asset's Core Values into Role**

Self Review:

I feel that I definitely possess and incorporate the core values of Trust, Honesty, Integrity, Teamwork into my work and I always make the utmost effort to adhere to the mission statement as set forth by our firm.

Manager Review:

Julie is cognizant of what it means to be part of a strong team..each member has to be strong for it to function well. She works hard
and is conscientious about her level of work.

Rating: 4.5 -

FOIA Confidential Treatment Requested by WAMCO

**Areas for Performance Improvement and Professional Development**

Self Review:

I believe that I can always improve my knowledge of different products types, market conditions/changes/nuances.  There are also some new tools available to me now with the introduction of STP that I can become more proficient at using.

Manager Review:

Julie should continue to evolve with ATP/STP development and master enhancements as they are released.  As BPM's presence
expands, there will be new features that will need to be learned there as well.

**Assessment of Leadership Skills (only for employees who supervise others)**

Self Review:

n/a

Manager Review:

Julie does not directly supervise anyone however she uses her experience and background to impart her knowledge upon others as
she sees the need.

Rating:  4 - Exceeds Expectations

**Overall Performance**

Self Review:

Overall I am content with my performance for this year.  While midway through 2009 it became somewhat difficult to keep focused with layoffs going on around me, I feel I was able to keep the focus and complete each task as presented to me.  Also this year I started covering SKL exclusively on a monthly rotation.  In doing so, I feel that I've been able to develop a good rapport
with him, which makes covering him effectively just that much easier.  The biggest challenge was in the launching of STP, which
basically changed the way in which we perform our daily duty of trade posting--and I feel I met that challenge with relative ease.

Manager Review:

Julie's overall performance is strong.  She has proven that she is capable of tackling new duties and processes and learning them
quickly.  She is always aware of delays in the workday and how she can go about moving things along so that the rest of the business
does not suffer.  She is a true team player and willing to pitch in whenever or wherever there is a need without being told to do so.

Rating:  4.5 -

**Goals/Objectives for Next Year**

Self Review:

It is my hope that in 2010 I can be of even more assistance to the PM's on the desk aside from the normal posting of their trades. I would also be happy to help test out and implement a system for posting LLC trades directly into ATP rather than relying
on the overburdened Excel program which we currently use.  Hopefully this will be a priority of the IT group this year.

Manager Review:

As LLC allocator once again gains some attention in the IT budget this year, I would like Julie to take the lead in working with IT to move from the current LLC excel program to an integrated tool within ATP itself.

FOIA Confidential Treatment Requested by WAMCO

WAMCO_SEC_0000018
SDNY_LEECH_R01_00225396

I have discussed this review with my manager or the delegated reviewer.  My signature only acknowledges receipt and

Marquez, Julie (Employee)

Signature: _____    Date: _____

Snoke, Rosemarie (Manager)

Signature: _____    Date: _____

FOIA Confidential Treatment Requested by WAMCO

## Employee Performance Review    May 09 2008

| | |
|---|---|
| **Review Type:** | Manager |
| **Employee Name:** | Marquez, Julie |
| **FY Reviewed:** | 2008 |
| **Review Status:** | Submitted |
| **Manager:** | Snoke, Rosemarie |

*You have submitted this review on 03/13/2008 at 6:15 PM*    (Type CTRL + P if auto print does not work)

*Goals/Objectives of Previous Year*

I think Julie has grown professionally in the last year. I see an eagerness to learn new things i.e. the auction process. Continuing to expand her knowledge base like this as the markets change will only make her more valuable. I'd like to see her identify system inadequacies and elevate them along with proposed solutions to IT for development and potential release.

*Performance vs Goals/Objectives from Previous Year*

As Julie mentions, WAU classes are a great way to learn new things--even if they are not required as was the FX module. Availing oneself of all that Western Asset offers to employees is a great way to become more knowledgeable of the markets/products we trade.

Julie has on occasion encountered IT inadequacies and has enlisted the help of IT support team to resolve them. I would like this to continue.

*Assessment of Competencies to Perform Role*

Julie is very good at what she does. She has a wealth of experience from both the sell side and buy side of our business. She understands the time sensitives in our markets and acts accordingly. She is eager and willing to learn new things as they come along. She has imparted her experience and knowledge on our most recent trading assistant addition in order to bring her along the learning curve as quickly as possible. She can handle many different things at once and ensure they are all done correctly.

Rating  4 - Exceeds Expectations

*Incorporates Western Asset's Core Values into Role*

There is absolutely no way one can be part of trade support and not be a team player. Julie works well with others in the group and always lends a hand should someone else have problems. She can be trusted to be thoughtful when focusing on the daily work flow to get it done right. She is respectful to those she supports, those she works with in trade support and those in other departments of the firm that are affected by the trading floor workflow.

Rating  4 - Exceeds Expectations

*Areas for Performance Improvement and Professional Development*

To not only understand the operational aspects of the products we trade but the underlying reason and benefit at a high level of why we trade the products we do for client portfolios.

*Assessment of Leadership Skills (only for employees who supervise others)*

1

printed on 5/09/2008 at 12:43 PM

FOIA Confidential Treatment Requested by WAMCO

WAMCO_SEC_0000020
SDNY_LEECH_R01_00225398

n/a

Rating

## Overall Performance

Julie's overall performance is excellent. She is a tenured trading assistant and is well thought of by the investment staff she supports. She is efficient and dedicated to doing the job right the first time. Her experience and work ethic make her a valuable part of the trade support team.

Rating: 4 - Exceeds Expectations

## Goals/Objectives for Next Year

To work with the other two trading assistants who process LLC's and IT to develop an automated mechanism inside of ATP as opposed to the excel standard that is currently in use.
To further expand the knowledge base of the newest trading assistant and any others that may be in the budget for the future.

My manager and I have discussed this review.  My signature only acknowledges receipt and discussion of this document

Snoke, Rosemarie:

Signature: _Rosemarie Snoke_    Date: _5/12/08_

Marquez, Julie:

Signature: _Julie Marquez_    Date: _5/12/08_

2                                                         printed on 5/09/2008 at 12:43 PM

FOIA Confidential Treatment Requested by WAMCO

WAMCO_SEC_0000021
SDNY_LEECH_R01_00225399

# Employee Performance Review

**Employee Name:**           Marquez, Julie
**FY Reviewed:**             2007

*You have submitted this review on 03/29/2007 at 5:41 PM*          (Type CTRL + P if auto print does not work)

---

### Goals/Objectives of Previous Year

Julie's goals for the new year should include understanding all the pieces of the trade support environment beyond just posting of trades. As noted previously, being self-motivated to learn details that may not be afforded you in the normal course of the day. Going the extra mile to keep up with changes in the fixed income world along with the changes in Western Asset's growth is important as a seasoned employee.

### Performance vs Goals/Objectives from Previous Year

Julie has shown that she is willing to broaden her knowledge outside of ATP posting. She was given the task this past year of shepherding the UST auction process and has done a good job with it.

### Assessment of Strengths to Perform Role

Julie is efficient and accurate. She continues to be a strong source of information in the LLC process as it pertains to responding to requests from the desk and CATT. She is a strong back-up for support of the CIO when primary support is unavailable. She is conscientous and diligent on a daily basis and does not do things part way--she continues to completion. She works well with her team members and is flexible in switching among duties as needed. Julie treats the portfolio management team with genuine respect and does everything within her ability to ensure they get what they need as they request it.

Rating: **4 - Exceeds Expectations**

### Incorporates Firm Values Into Job

Julie is reliable and dependable and is an excellent team player. She takes responsibility for her work and covers her team members as needed. She is respectful of those around her at all times. She is trustworthy and competent.

Rating: **3 - Meets Expectations**

### Areas for Improvement

While everyone can improve, Julie is quite far along the curve. She is generally self-sufficient and eager and should continue to be so to continue to expand her knowledge base. Trying to understand new product types i.e. CLN's, CDS's, etc. would prove beneficial to her or anyone in the trade support role.

### Overall Performance

Julie's overall performance is superior. She works hard each day and does not shy away from situations where it would be easy to do so. She is reliable and efficient. She goes out of her way to ensure things are done right the first time whenever possible. She is a valuable part of the trade support "machine".

Rating: **4 - Exceeds Expectations**

1                                                   printed on 5/10/2007 at 11:28 AM

FOIA Confidential Treatment Requested by WAMCO

WAMCO_SEC_0000022
SDNY_LEECH_R01_00225400

*Goals/Objectives for Next Year*

I think Julie has grown professionally in the last year. I see an eagerness to learn
new things i.e. the auction process. Continuing to expand her knowledge base
like this as the markets change will only make her more valuable. I'd like to see
her identify system inadequacies and elevate them along with proposed
solutions to IT for development and potential release.

My manager and I have discussed this review.   My signature only acknowledges receipt and discussion of this document.

**Snoke, Rosemarie:**

Signature: _Rosemarie Snoke_          Date: _5/10/07_

**Marquez, Julie :**

Signature: _Julie Marquez_          Date: _5/10/07_

2                                              printed on 5/10/2007 at 11:28 AM

FOIA Confidential Treatment Requested by WAMCO

## Employee Performance Review

**Employee Name:**  Marquez, Julie
**FY Reviewed:**  2006

*You have submitted this review on 04/02/2006 at 9:01 PM*

---

### Goals/Objectives of Previous Year

I would like to see her enhance her understanding of some of the products we encounter to better understand them just beyond the posting of the trades themselves  Using readily available resources is key to this.  Increasing her knowledge base beyond just what is handled by trade support would be beneficial to both she and Western Asset.

It would benefit Julie to try and understand ATP more in depth--how GDR and ATP relate to each other and how changes in one or the other affect both, etc

I would like Julie to take more initiative on her own to find better ways of doing things.  Initiating improvements based on what tools are available should be a goal for this coming year.

Goal: Trading Operations
Description: To move trades through the business cycle with the most amount of efficiency possible.  To support PM staff in all aspects of their roles.  Possess the ability to recognize potential problems, prioritize and respond appropriately.  Be able to work as part of a team environment.  Be able to deal effectively with other departments in the firm as well as with outside contacts.  Willingness and ability to self-educate when encountering something new and utilize resources when available.

### Comments on Goals/Objectives From Previous Year

Julie is efficient at meeting the basic goals and objectives for trade support as noted above.  She has worked hard to understand the LLC process this past year and is a fully trained member of a three-person rotating team in charge of this process.
Julie has shown that she can field questions from desk personnel and answer most without any additional intervention from others.
I have recently seen a bigger effort on Julie's part to try and understand the trading environment beyond just the posting of trades.

### Contributions to Role, Group or Company

Julie is punctual and dependable which is important with a staff as small as trade support.  With a small staff that performs a variety of different duties, it is important that crossover skills are current so that nothing gets forgotten should someone be out of the office.  Julie generally works to see that nothing important is left undone at the end of the day.

Rating  **4 - Exceeds Expectations**

### Incorporates Firm Values Into Job

Julie incorporates all of the firm values into her daily work  She is generally concerned that things are done right from the start.

Rating  **4 - Exceeds Expectations**

### Areas for Improvement

1

FOIA Confidential Treatment Requested by WAMCO

WAMCO_SEC_0000024
SDNY_LEECH_R01_00225402

I would like to see Julie better understand how the many systems Western Asset uses interact with each other--ATP, GDR, CRD, BAS, I1, etc. Understanding what system is the source of what information is key in determining where a problem may lie.

I would also like Julie to get more involved in the allocator tool by testing on her own when time allows. Mocking up scenarios and understanding just what the allocator does to get from point A to point B. This refers to scenarios beyond the general ones she uses on a daily basis now.

Finally, I would like Julie to take the initiative to use the resources available to her to self-educate on new products--to be proactive in her own growth at Western Asset.

## Overall Performance

Julie's overall performance is excellent. She has mastered all of the basic trade support functions and has learned others (LLC process) that require more subjective thought. By seeking information on new products in the fixed income environment to better understand them will further increase her value to both the trade support team and Western Asset .

Rating: **4 - Exceeds Expectations**

## Goals/Objectives for Next Year

Julie's goals for the new year should include understanding all the pieces of the trade support environment beyond just posting of trades. As noted previously, being self-motivated to learn details that may not be afforded you in the normal course of the day. Going the extra mile to keep up with changes in the fixed income world along with the changes in Western Asset's growth is important as a seasoned employee.

My manager and I have discussed this review. My signature only acknowledges receipt and discussion of this document.

**Snoke, Rosemarie:**

Signature: _____    Date: _5/12/06_____

**Marquez, Julie:**

Signature: _____    Date: _5/12/06_____

2

printed on 5/10/2006 at 3:20 PM

FOIA Confidential Treatment Requested by WAMCO

WAMCO_SEC_0000025
SDNY_LEECH_R01_00225403

## Lam, Jennifer L.

**From:** Marquez, Julie E.

**Sent:** Monday, February 14, 2005 4:00 PM

**To:** Snoke, Rosemarie

**Cc:** Lam, Jennifer L.

**Subject:** Self Evaluation

I feel that I more than adequately performed my job functions this past year and here are a few reasons why:

I am punctual and reliable in my attendance and take great pride in my work. I am organized and work efficiently so that I am able to complete my work in a timely fashion, and therefore do not hold up the trade flow. I feel my work is accurate with relatively few mistakes due to the fact that I have a great attention to detail.

This year, Trade Support as a group, was given the additional responsibility of the processing of the LLC trades. While Donna and Veronica are the main point people for this process, that has meant that I have had to manage the daily trade blotter and vet incoming emails for bidlists on my own, until such a time they are freed up from posting LLC trades. I have also been proactively attending to all trade revisions/discrepancies/unknown trades that are brought to us by Settlements, while still maintaining the monthly Revision Tally used by the Operations Committee.

I feel I handle myself in a professional manner and have good rapport with most everyone that I come in contact with. Alot of the PM's will come to me with questions, problems or seeking assistance because I feel they know they can count on me to get them the answers they need. If it's something that I am unfamiliar with or do not know the answer to myself, I find that answer and try to learn from it for next time.

In short this summarizes my performance for the past year.

Thank you,
Julie

9/2/2005

FOIA Confidential Treatment Requested by WAMCO

WAMCO_SEC_0000026
SDNY_LEECH_R01_00225404



**Name:** Marquez, Julie
**Title:** Trading Liasons
**Dept:** Investment Management – Support
**Hire Date:** 2/12/2001

| Competencies: | Manager | Self | Difference |
|---|---|---|---|
| Adaptability | 3 | 5 | –2 |
| Computer Skills | 3 | 4 | –1 |
| Creativity | 3 | 4 | –1 |
| Customer Service | 3 | 4 | –1 |
| Initiative | 3 | 4 | –1 |
| Job Knowledge | 3 | 4 | –1 |
| Judgment | 3 | 4 | –1 |
| Personal Planning | 3 | 4 | –1 |
| Problem Solving | 3 | 4 | –1 |
| Productivity | 3 | 4 | –1 |
| Professionalism | 3 | 4 | –1 |
| Quality | 3 | 4 | –1 |
| Quality Assurance | 3 | 3 | 0 |
| Reliability | 3 | 5 | –2 |
| Teamwork | 3 | 5 | –2 |
| Technical Knowledge | 3 | 4 | –1 |
| Communications | 3 | 4 | –1 |
| Inter-Personal Relations | 3 | 4 | –1 |
| Oral Communications | 3 | 4 | –1 |
| Written Communications | 3 | 4 | –1 |
| Performance Summary | | | 3 |

FOIA Confidential Treatment Requested by WAMCO

WAMCO_SEC_0000027
SDNY_LEECH_R01_00225405

# WESTERN ASSET

**Name:** I~~uez~~, Julie
**Title:** Trading Liasons
**Dept:** Investment Management – Support
**Hire Date:** 2/12/2001

| Competencies: | Manager | Self | Difference |
|---|---|---|---|
| Adaptability | 3 | 5 | -2 |
| Computer Skills | 3 | 4 | -1 |
| Creativity | 3 | 4 | -1 |
| Customer Service | 3 | 4 | -1 |
| Initiative | 3 | 4 | -1 |
| Job Knowledge | 3 | 4 | -1 |
| Judgment | 3 | 4 | -1 |
| Personal Planning | 3 | 4 | -1 |
| Problem Solving | 3 | 4 | -1 |
| Productivity | 3 | 4 | -1 |
| Professionalism | 3 | 4 | -1 |
| Quality | 3 | 4 | -1 |
| Quality Assurance | 3 | 3 | 0 |
| Reliability | 3 | 5 | -2 |
| Teamwork | 3 | 5 | -2 |
| Technical Knowledge | 3 | 4 | -1 |
| Communications | 3 | 4 | -1 |
| Inter-Personal Relations | 3 | 4 | -1 |
| Oral Communications | 3 | 4 | -1 |
| Written Communications | 3 | 4 | -1 |

X _(signature)_ 1/30/04

**FINAL**
REVIEW COMPLETED
BY HUMAN RESOURCES

**Signature Section:**

My manager and I have discussed this comparison of my self-evaluation with my performance
evaluation. My signature only acknowledges reciept and discussion of this comparison.

_(signature)_ Marquez, Julie          1/14/04 date

_(signature)_ Manager:          1/14/04 date

_(signature)_ HR Review:          12/19/03 date

FOIA Confidential Treatment Requested by WAMCO

# Performance Review

## Section: Employee Information
Description: This section contains information about the employee and his or her manager.

**Name:** Julie Marquez
**Title:** Trading Assistant
**Job Description:**

**Manager's Name:** Rosemarie Snoke

## Section: Goals Section
Description: This section contains the specific goals that the employee worked on during the review period.

## Section: Performance Factor Section
Description: This section contains the factors that are necessary to perform the employee's job.

**Factor: Adaptability**
Description: The "Adaptability" factor measures how well a person is able to function in changing or unfamiliar circumstances.

**Rating: Meets**

**Evaluation Message:** Julie remains productive during changing circumstances. She is open to new ideas, and she is adaptable to changes in the work environment. She works effectively in situations with few guidelines, and she makes good impromptu decisions. She also functions effectively under stressful circumstances.

**Factor: Computer Skills**
Description: The "Computer Skills" factor measures a person's knowledge and abilities related to computer hardware and software.

**Rating: Meets**

**Evaluation Message:** Julie is skilled with computer systems. She understands the appropriate software, and she is knowledgeable about the appropriate computer hardware. She learns new systems readily.

**Factor: Creativity**
Description: The "Creativity" factor evaluates a person's abilities to generate and embrace new ways to achieve goals.

**Rating: Meets**

**Evaluation Message:** Julie demonstrates a creative approach to the job. She develops new approaches to solving problems. She is willing to experiment with new ideas, methods, and technologies. She develops innovative strategies to achieve goals. She is receptive to ideas from others. She does make an attempt to balance new ideas with "tried and true" methodologies.



WAMCO_SEC_0000029
SDNY_LEECH_R01_00225407

**Factor: Customer Service**

Description: The "Customer Service" factor measures how effective a person is at helping others meet their goals.

| Rating: Meets |
| --- |
| **Evaluation Message:** Julie effectively applies customer satisfaction skills. She communicates well with customers, and she handles difficult customer situations well. She keeps commitments, and she persistently seeks to satisfy customers. She also solicits customer feedback and follows up on it. |

**Factor: Initiative**

Description: The "Initiative" factor is a measure of a person's ability to originate action independently.

| Rating: Meets |
| --- |
| **Evaluation Message:** Julie shows initiative. She persistently pursues tasks and goals. She responds to problems decisively in a timely manner. She is able to identify new opportunities and pursues them. She is moderately assertive when presenting ideas and can originate some independent action if encouraged. |

**Factor: Job Knowledge**

Description: The "Job Knowledge" factor refers to the level of understanding about the position and skills required to do the job.

| Rating: Meets |
| --- |
| **Evaluation Message:** Julie possesses the knowledge needed to do the job effectively. She understands the duties and responsibilities of the job, and she possesses the specialized knowledge required to perform the job. She has a good understanding of the company's business, and she shares knowledge with others. She will pursue new job-related knowledge when necessary. |

**Factor: Judgment**

Description: The "Judgment" factor refers to the ability to determine the correct course of action from several alternatives.

| Rating: Meets |
| --- |
| **Evaluation Message:** Julie exercises sound judgment. She is decisive in picking a course of action. She seeks input from others appropriately, she usually makes the correct choice, and she approaches problems objectively in order to identify the issues. |

**Factor: Personal Planning**

Description: The "Personal Planning" factor measures an individual's ability to anticipate and handle events in an organized, orderly manner.

| Rating: Meets |
| --- |
| **Evaluation Message:** Julie develops personal plans well. She is able to organize effectively in order to achieve planned objectives, she meets schedules and appointments punctually, and she plans strategies in advance. |

**Factor: Problem Solving**

Description: The "Problem Solving" factor includes the abilities to identify and resolve problems, as well as judgment about when to take action.

| Rating: Meets |
| --- |
| **Evaluation Message:** Julie is a capable problem solver. She sorts through problems quickly to identify causes, and she seeks input when appropriate to resolve complex problems. She knows when to act and when to delay when confronted by a problem, and she is able to function during a crisis. She is capable of developing solutions to some problems given enough time. |



WAMCO_SEC_0000030
SDNY_LEECH_R01_00225408

**Factor: Productivity**

Description: The "Productivity" factor evaluates the ability to achieve identified goals within a specified amount of time.

| Rating: Meets |
| --- |
| **Evaluation Message:** Julie meets standards of productivity. She seeks out new tasks to improve operations. She regularly achieves goals, and she does not let distractions interfere with deadlines. She manages time efficiently, and she organizes work and resources to maximize efficiency. She also reports progress and obstacles appropriately. |

**Factor: Professionalism**

Description: The "Professionalism" factor measures how well a person accepts and shares responsibility for carrying out the company's goals.

| Rating: Meets |
| --- |
| **Evaluation Message:** Julie meets the needs of the job in a professional manner. She understands the company's business. She understands and meets the ethical standards that are expected for the job, she is knowledgeable about company policies, she learns from experiences, and she accepts responsibility for negative results. |

**Factor: Quality**

Description: The "Quality" factor refers to a person's abilities to produce good work with minimal errors or problems.

| Rating: Meets |
| --- |
| **Evaluation Message:** Julie regularly produces work of good quality. She produces solid, good quality work, she is able to identify and correct mistakes in a timely manner, she is interested in finding and implementing ways to improve quality, and she pays attention to details. |

**Factor: Quality Assurance**

Description: The "Quality Assurance" factor is comprised of the skills necessary to evaluate products and processes in order to identify and correct weaknesses.

| Rating: Meets |
| --- |
| **Evaluation Message:** Julie performs Quality Assurance tasks well. She is able to analyze technical processes, and she correctly identifies critical issues. She anticipates problems well, and she is able to work well with people to improve quality. |

**Factor: Reliability**

Description: The "Reliability" factor evaluates the degree to which a person is considered dependable.

| Rating: Meets |
| --- |
| **Evaluation Message:** Julie has an excellent reliability record. She can always be counted on to be present when needed and plans and communicates absences well in advance. She consistently meets production goals and completes tasks accurately and thoroughly. |



FOIA Confidential Treatment Requested by WAMCO

**Factor: Teamwork**

Description: The "Teamwork" factor is a measure of a person's ability to interact with others in order to achieve a common goal.

| Rating: Meets |
|---|
| **Evaluation Message:** Julie is able to work well as a member of a team. She is able to bring individuals to a consensus. She keeps group discussions focused on relevant issues, she deals with differing opinions well, and she is able to work with people outside of the immediate work group. |

**Factor: Technical Knowledge**

Description: The "Technical Knowledge" factor assesses the ability and willingness to maintain technical proficiency, certification, and discipline-specific expertise.

| Rating: Meets |
|---|
| **Evaluation Message:** Julie keeps up to date with technology. She stays current with advances in technical knowledge and maintains licenses and association memberships as appropriate. She appears willing to acquire technical skills as necessary and will accept assignments which stretch skills, though reluctantly. |

**Factor: Communications**

Description: The "Communications" factor evaluates how well a person conveys and absorbs job-related information.

| Rating: Meets |
|---|
| **Evaluation Message:** Julie communicates well with others. She understands how to meet the unique communication needs of different audiences, and she grasps new information without difficulty. She speaks clearly and succinctly when expressing ideas, and she listens to all of the information being communicated. She also keeps the appropriate people properly informed, and she uses appropriate communications channels. |

**Factor: Inter-Personal Relationships**

Description: The "Inter-Personal Relationships" factor focuses on the manner in which people deal with others in carrying out their responsibilities.

| Rating: Meets |
|---|
| **Evaluation Message:** Julie maintains personal relationships well. She meets commitments and fulfills promises. She is consistent and predictable with people, she is able to develop and maintain lasting relationships, and she maintains confidences. She has developed a moderately effective network of key individuals. |

**Factor: Oral Communications**

Description: The "Oral Communications" factor evaluates a person's abilities to convey and absorb information through spoken words.

| Rating: Meets |
|---|
| **Evaluation Message:** Julie meets the standards for oral communications. She encourages input from others by being an attentive listener, and she is able to describe difficult information coherently. She also understands and responds appropriately to oral input. She can be an adequate speaker with some effort. |



FOIA Confidential Treatment Requested by WAMCO

**Factor: Written Communications**

Description: The "Written Communications" factor evaluates both writing ability and comprehension of written materials.

---

**Rating: Meets**

**Evaluation Message:** Julie meets standards for written communications. She writes clearly and concisely enough to meet the needs of the audience, she produces neat, grammatically correct written work, she writes about complicated information coherently, she demonstrates the ability to comprehend difficult or technical documents, and she completes writing assignments on time.

---

## Section: Performance Summary

Description: This section contains a summary of the employee's overall performance during the year. The overall rating is based on the employee's ratings on individual goals and factors.

---

**Rating: Meets**

**Evaluation Message:** Julie was instrumental this year in covering for a senior person who was out on maternity leave. She was more than adequately able to perform the job function on a daily basis which allowed management to not have to worry about whether things would get done. Julie is willing to take on new tasks when asked and always completes beyond expectation. Her demeanor is calm and rational which is key in a trading environment. She has an exemplary attendance record and is always reliable. I would like for Julie to take more initiative when she sees the opportunity. She is senior enough to bring ideas forth on her own and present them to management if she really feels that they might benefit the group.

---

## Section: Employee Comments

Description: The employee may write any comments he or she may have on the review or the review process. The employee should feel free to express his or her true opinions.

**Evaluation Message:**



FOIA Confidential Treatment Requested by WAMCO

**Section: Signature Section**

Description: My manager and I have discussed this review.  My signature only acknowledges receipt and discussion of the document.

Julie Marquez                    1/14/04
Julie Marquez                    Date

Rosemarie Snoke                  1/14/04
Rosemarie Snoke                  Date

                                 12/19/03
Human Resources Approval         Date

X                       1/30/04

FINAL
REVIEW COMPLETED
BY HUMAN RESOURCES

FOIA Confidential Treatment Requested by WAMCO

WAMCO_SEC_0000034
SDNY_LEECH_R01_00225412

# WESTERN ASSET

## Self Evaluation

**Name:** Julie Marquez                    **Date:** December 1 2003

**Department:** Portfolio Management Support

In preparation for your upcoming Performance Review, please complete the following Self Evaluation. Your candor will be used to assist management in developing and implementing your career goals over the next performance year. Please return this form to the Human Resources department within a week's time. We will schedule your Annual Performance Review after you have returned your completed Self Evaluation. Thanks for your input.

IN THE FIRST TWO (2) SECTIONS PLEASE FILL IN YOUR COMMENTS DIRECTLY ON THIS SHEET.

### PART 1: JOB RESPONSIBILITIES

Job Description: Trading Assistant

*Please look over the attached job description for accuracy and make any edits directly to the job description or add any thoughts in the space outlined below.*

Comments: Great job description! No changes come to mind.

C:\DOCUME~1\jmarquez\LOCALS~1\Temp\Trading Asst..doc
Rev. 12/01/2003

Page 1 of 9

FOIA Confidential Treatment Requested by WAMCO

WAMCO_SEC_0000035
SDNY_LEECH_R01_00225413

# WESTERN ASSET

## PART 2: OVERALL ASSESSMENT

### Accomplishments

*Please list your top three (3) accomplishments during this review period.*

1. I feel that in the absence of coworker (2M more was expected of me in terms of supporting SKL in addition to all other PM's. 2. I feel that I lived up to that task.

3.

### Strengths

*Please list the top three (3) strengths you exhibited during this review period, and after each, give a specific example where this strength was exemplified.*

1.

2.

3.

### Opportunities for Improvement

*Please list three (3) areas where you feel you could improve your overall performance.*

1. Although I have gained alot of Excel knowledge in the time I've been here, I still feel there is more I could learn.

2.

3.

FOIA Confidential Treatment Requested by WAMCO

WAMCO_SEC_0000036
SDNY_LEECH_R01_00225414

# WESTERN ASSET

IN THE NEXT TWO (2) SECTIONS PLEASE USE THE SCALE BELOW TO EVALUATE THE FOLLOWING PERFORMANCE FACTORS AND ADD ANY COMMENTS BELOW. THE FIVE (5) POINT SCALE IS BASED ON HOW YOU FEEL YOU PERFORMED IN THE FOLLOWING AREAS.

RANKING KEY  1 |————————— 3 —————————| 5
Unsatisfactory              Satisfactory              Exceptional

## PART 3: JOB KNOWLEDGE/SKILLS

**Adaptability** ..................................................................... Ranking [ 5 ]

*How well do you feel you functioned in changing or unfamiliar circumstances?*

Comments: with KM out on maternity leave - I felt I fit into her role with little or no disruption to work flow.

**Computer Skills** ............................................................... Ranking [ 4 ]

*How would you rate your knowledge and abilities related to computer software you were required to use on a daily basis? Please describe these programs?*

Comments: On a daily basis the computer knowledge I possess is adequate to doing my job well. But there is always more to learn ...

**Creativity** ....................................................................... Ranking [ 4 ]

*How would you rate your ability to generate and embrace new ways to achieve goals?*

Comments: Always willing to learn ways to do my job better

FOIA Confidential Treatment Requested by WAMCO

WAMCO_SEC_0000037
SDNY_LEECH_R01_00225415



Customer Service..................................................................................................... **Ranking** | 4

*How effective were you at helping others meet their goals?*

Comments: _____

Initiative.................................................................................................................. **Ranking** | 4

*How would you rate your ability to originate action independently?*

Comments: _____

Job Knowledge......................................................................................................... **Ranking** | 4

*How would you rate your level of understanding about your position and skills required to do your job?*

Comments: _____

Judgment.................................................................................................................. **Ranking** | 4

*How would you rate your ability to determine the correct course of action from several alternatives?*

Comments: _____

FOIA Confidential Treatment Requested by WAMCO

WAMCO_SEC_0000038
SDNY_LEECH_R01_00225416

# WESTERN ASSET

**Personal Planning**................................................................................................ **Ranking** 4

*How well did you manage your time on projects, and overall and how well did you anticipate and/or handle events in an organized and orderly manner?*

Comments: _____

**Problem Solving**.................................................................................................. **Ranking** 4

*How would you rate your ability to identify and resolve problems and your judgment in taking action?*

Comments: _____

**Productivity** ........................................................................................................ **Ranking** 4

*How would you rate your ability to achieve identified goals within a specified period of time?*

Comments: _____

**Professionalism** .................................................................................................. **Ranking** 4

*How well do you accept and share responsibility for carrying out the company's goals?*

Comments: _____

FOIA Confidential Treatment Requested by WAMCO

WAMCO_SEC_0000039
SDNY_LEECH_R01_00225417

# WESTERN ASSET

**Quality** ............................................................................................................ **Ranking** `4`

How well are you able at producing a "quality" work product? Please provide examples of quality work products that you produced during the review period.

Comments:

---

**Quality Assurance** ....................................................................................... **Ranking** `3`

How strong are you at evaluating products, processes and procedures to identify and correct weakness within your department and/or the Firm?

Comments: *not really part of my job description*

---

**Reliability** ...................................................................................................... **Ranking** `5`

Please rate the degree to which you would consider yourself dependable.

Comments:

---

**Teamwork** ...................................................................................................... **Ranking** `5`

How would you rate your ability to interact with others to achieve a common goal for the betterment of the department, or the Firm?

Comments:

FOIA Confidential Treatment Requested by WAMCO

WAMCO_SEC_0000040
SDNY_LEECH_R01_00225418



**WESTERN ASSET**

| Technical Knowledge | Ranking | 4 |
| --- | --- | --- |

*How would you rate your ability and willingness to maintain technical proficiency, certification, and discipline-specific expertise?*

Comments:

FOIA Confidential Treatment Requested by WAMCO

WAMCO_SEC_0000041
SDNY_LEECH_R01_00225419

WESTERN ASSET

## PART 4: COMMUNICATION

**Communications** ....................................................................................................... Ranking    4

*How well do you communicate up and down the food chain or chain of command? Do you exercise "listening skills" as a form of communication in your everyday activities?*

Comments:

---

**Inter-Personal Relations** ........................................................................................... Ranking    4

*How would you rate the manner in which you deal with others in carrying out your responsibilities?*

Comments:

---

**Oral Communications** ................................................................................................ Ranking    4

*How would you rate your ability to convey and absorb information through spoken words?*

Comments:

---

**Written Communications** .......................................................................................... Ranking    4

*How would you evaluate your writing skills and the ability to comprehension written material?*

Comments:

C:\DOCUME~1\jmarquez\LOCALS~1\Temp\Trading Asst..doc
Rev. 12/01/2003

Page 8 of 9

FOIA Confidential Treatment Requested by WAMCO

WAMCO_SEC_0000042
SDNY_LEECH_R01_00225420

WESTERN ASSET

**IN THIS SECTION, PLEASE FILL IN YOUR COMMENTS DIRECTLY ON THIS SHEET.**

## PART 6: GOALS AND DEVELOPMENT OBJECTIVES

**Goals**

*Please list up to three (3) measurable goals, which you will believe, will enhance your performance over the next review period. These measures should provide the basis for demonstrating your ability to achieve the goals. For example specific job assignments, which could help you obtain these goals.*

**Goal 1.**

**Measurable Outcome 1.**

**2.**

**Measurable Outcome 2.**

**3.**

**Measurable Outcome 3.**

**Development**

*In what areas do you feel that you need added support, structure and/or direction?*

Comments:

**Feedback**

*How can your manager or supervisor ensure that you are fulfilling your career development goals by building a solid portfolio of skills?*

Comments:

FOIA Confidential Treatment Requested by WAMCO

WAMCO_SEC_0000043
SDNY_LEECH_R01_00225421

# INVESTMENT MANAGEMENT
## ANALYTICS STAFF COMPOSITE REVIEW

**Name: Julie Marquez**

| NA | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| Not applicable | Very weak | Somewhat weak | Neither weak nor strong | Strong | Exemplary |

| | REVIEWERS | | | | |
|---|---|---|---|---|---|
| **KNOWLEDGE OF POSITION** | **#1** | **#2** | **#3** | **AVG** | **SELF** |
| A. Understands all elements of job description. | 4.5 | 5 | 3 | 4.2 | 4 |
| B. Demonstrates good working knowledge of responsibilities. | 4.5 | 5 | 4 | 4.5 | 4 |
| C. Demonstrates the ability to take on additional responsibility. | 5 | 5 | 4 | 4.7 | 5 |
| | | | | 4.4 | 4.3 |

| **COMMUNICATION** | | | | | |
|---|---|---|---|---|---|
| A. Communicates clearly and professionally. | 4 | 5 | 4 | 4.3 | 4 |
| B. Keeps open lines of communication inside/outside the department. | 4 | 5 | 4 | 4.3 | 5 |
| C. Gives and receives performance feedback in a positive manner. | 5 | 5 | 4 | 4.7 | N/A |
| | | | | 4.4 | 4.5 |

| **PROBLEM SOLVING** | | | | | |
|---|---|---|---|---|---|
| A. Takes initiative so that others don't have to. | 5 | 4 | 4 | 4.3 | 5 |
| B. Finds creative solutions and ideas to difficult problems. | 4 | 5 | 3 | 4.0 | 4 |
| C. Utilizes sound and prudent business judgement. | 4 | 5 | 4 | 4.3 | 4 |
| D. Prevents problems rather than fixing them later. | 5 | 4 | 4 | 4.3 | 4 |
| | | | | 4.3 | 4.3 |

| **TEAMWORK** | | | | | |
|---|---|---|---|---|---|
| A. Collaborates effectively within and outside the department. | 4 | 5 | 4 | 4.3 | 5 |
| B. Responsive to needs of others. | 5 | 5 | 4 | 4.7 | 5 |
| C. Builds relationships to better communicate and address issues. | 4 | 5 | 4 | 4.3 | 4 |
| | | | | 4.4 | 4.7 |

| **ATTITUDE** | | | | | |
|---|---|---|---|---|---|
| A. Demonstrates commitment to the position, department & firm. | 4.5 | 5 | 4 | 4.5 | 5 |
| B. Anticipates and responds quickly to management/client requests. | 4.5 | 5 | 4 | 4.5 | 5 |
| C. Maintains a consistent level of professionalism in personal conduct. | 4 | 5 | 4 | 4.3 | 4 |
| D. Establishes a positive working environment. | 4 | 5 | 4 | 4.3 | 4 |
| | | | | 4.4 | 4.5 |

| **TECHNICAL SKILLS & CAPABILITY** | | | | | |
|---|---|---|---|---|---|
| A. Has the technical skills to perform the requirements of the job. | 4 | 5 | 3 | 4.0 | 3 |
| B. Seeks out training and work experiences to develop new skills. | N/A | 4 | 4 | 4.0 | 3 |
| C. Applies new skills efficiently and effectively. | 4 | 5 | 4 | 4.3 | 4 |
| D. Shares "best practices" with others. | N/A | 5 | 4 | 4.5 | 4 |
| | | | | 4.2 | 3.5 |

| **ORGANIZATION** | | | | | |
|---|---|---|---|---|---|
| A. Contributes to keeping projects and department running smoothly. | 4 | 5 | 4 | 4.3 | 5 |
| B. Manages personal time to stay on schedule. | 4 | 5 | 4 | 4.3 | 4 |
| | | | | 4.3 | 4.5 |

| | | |
|---|---|---|
| | 4.4 | 4.4 |

**STRENGTHS:**
Jennifer has a strong willingness to learn. She has a solid knowledge base having come from the sell side. Jennifer is thorough and conducts herself very professionally. Jennifer is a tremendous asset to the Firm. We should have more employees like her.

**CHALLENGES:**
Continuing to understand the investment management trade cycle not just the processing of a ticket but why we are affecting a particular strategy and how it will affect portfolios.
Has a lot of untapped capabilities - should show more initiative to take on new tasks.

FOIA Confidential Treatment Requested by WAMCO

# INVESTMENT MANAGEMENT
## ANALYTICS STAFF COMPOSITE REVIEW



# INVESTMENT MANAGEMENT ANALYTICS DEPARTMENT PERFORMANCE EVALUATION

| NA | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| Not applicable | Very weak | Somewhat weak | Neither weak nor strong | Strong | Exemplary |

**Reviewer Name:** ___ RDW

**Reviewee Name:  Julie Marquez**

**Date:** ___

## KNOWLEDGE OF POSITION:

| | |
|---|---|
| A. Understands all elements of job description. | 5 |
| B. Demonstrates good working knowledge of responsibilities. | 5 |
| C. Demonstrates the ability to take on additional responsibility. | 5 |

## COMMUNICATION:

| | |
|---|---|
| A. Communicates clearly and professionally. | 5 |
| B. Keeps open lines of communication inside and outside department. | 5 |
| C. Gives and receives performance feedback in a positive manner. | 5 |

## PROBLEM SOLVING:

| | |
|---|---|
| A. Takes initiative so that others don't have to. | 4 |
| B. Finds creative solutions/ideas to difficult problems. | 5 |
| C. Utilizes sound and prudent business judgement. | 5 |
| D. Prevents problems rather than fixing them later. | 4 |

## TEAMWORK:

| | |
|---|---|
| A. Collaborates effectively within and outside the department. | 5 |
| B. Responsive to needs of others. | 5 |
| C. Builds relationships to better communicate and address issues. | 5 |

## ATTITUDE:

| | |
|---|---|
| A. Demonstrates commitment to the position, department & firm. | 5 |
| B. Anticipates and responds quickly to management/client requests. | 5 |
| C. Maintains a consistant level of professionalism in personal conduct. | 5 |
| D. Establishes a positive working environment. | 5 |

## TECHNICAL SKILLS & CAPABILITY:

| | |
|---|---|
| A. Has the technical skills to perform the requiments of the job. | 5 |
| B. Seeks out training and work experiences to develop new skills. | 4 |
| C. Applies new skills efficiently and effectively. | 5 |
| D. Shares "best practices" with others. | 5 |

## ORGANIZATION:

| | |
|---|---|
| A. Contributes to keeping projects and department running smoothly. | 5 |
| B. Manages personal time to stay on schedule. | 5 |

## STRENGTHS:

Julie is a tremendous asset to the desk and conducts herself in a thouroghly professional manner.
She is amazingly responsible.
We should have more employees like her.

## CHALLENGES:

She has more talent than the position requires.  She should show more initiative to move beyond her role.
She should look to question why we do things the way we do and look for ways to improve processes and procedures for the better.

FOIA Confidential Treatment Requested by WAMCO

WAMCO_SEC_0000046
SDNY_LEECH_R01_00225424

# INVESTMENT MANAGEMENT - ANALYTICS DEPARTMENT
## PERFORMANCE EVALUATION

| NA | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| Not applicable | Very weak | Somewhat weak | Neither weak nor strong | Strong | Exemplary |

**Reviewer Name:** _Joe Choi_

**Reviewee Name:** Julie Marquez

**Date:** _12/4/01_

### KNOWLEDGE OF POSITION:

| | |
|---|---|
| A. Understands all elements of job description. | 4+ |
| B. Demonstrates good working knowledge of responsibilities. | 4+ |
| C. Demonstrates the ability to take on additional responsibility. | 5 |

### COMMUNICATION:

| | |
|---|---|
| A. Communicates clearly and professionally. | 4 |
| B. Keeps open lines of communication inside and outside department. | 4 |
| C. Gives and receives performance feedback in a positive manner. | 5 |

### PROBLEM SOLVING:

| | |
|---|---|
| A. Takes initiative so that others don't have to. | 5 |
| B. Finds creative solutions/ideas to difficult problems. | 4 |
| C. Utilizes sound and prudent business judgement. | 4 |
| D. Prevents problems rather than fixing them later. | 5 |

### TEAMWORK:

| | |
|---|---|
| A. Collaborates effectively within and outside the department. | 4 |
| B. Responsive to needs of others. | 5 |
| C. Builds relationships to better communicate and address issues. | 4 |

### ATTITUDE:

| | |
|---|---|
| A. Demonstrates commitment to the position, department & firm. | 4+ |
| B. Anticipates and responds quickly to management/client requests. | 4+ |
| C. Maintains a consistant level of professionalism in personal conduct. | 4 |
| D. Establishes a positive working environment. | 5 |

### TECHNICAL SKILLS & CAPABILITY:

| | | |
|---|---|---|
| A. Has the technical skills to perform the requirments of the job. | 4 | |
| B. Seeks out training and work experiences to develop new skills. | | HAVE NO IDEA NA |
| C. Applies new skills efficiently and effectively. | 4 | |
| D. Shares "best practices" with others. | NA | |

### ORGANIZATION:

| | |
|---|---|
| A. Contributes to keeping projects and department running smoothly. | 4 |
| B. Manages personal time to stay on schedule. | 4 |

_The Mortgage Dept's interaction with Julie has been somewhat hurted by the relocation of her seat. However, she has continued to exemplify a very competent + pleasant employee to deal with. She is particularly good at problem solving and rooting our true problems. She is a pleasure to work with._

FOIA Confidential Treatment Requested by WAMCO

# INVESTMENT MANAGEMENT ANALYTICS DEPARTMENT PERFORMANCE EVALUATION

| NA | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| Not applicable | Very weak | Somewhat weak | Neither weak nor strong | Strong | Exemplary |

**Reviewer Name:  Rosemarie Snoke**

**Reviewee Name:  Julie Marquez**

**Date:**

**KNOWLEDGE OF POSITION:**

| | |
|---|---|
| A. Understands all elements of job description. | 3 |
| B. Demonstrates good working knowledge of responsibilities. | 4 |
| C. Demonstrates the ability to take on additional responsibility. | 4 |

**COMMUNICATION:**

| | |
|---|---|
| A. Communicates clearly and professionally. | 4 |
| B. Keeps open lines of communication inside and outside department. | 4 |
| C. Gives and receives performance feedback in a positive manner. | 4 |

**PROBLEM SOLVING:**

| | |
|---|---|
| A. Takes initiative so that others don't have to. | 4 |
| B. Finds creative solutions/ideas to difficult problems. | 3 |
| C. Utilizes sound and prudent business judgement. | 4 |
| D. Prevents problems rather than fixing them later. | 4 |

**TEAMWORK:**

| | |
|---|---|
| A. Collaborates effectively within and outside the department. | 4 |
| B. Responsive to needs of others. | 4 |
| C. Builds relationships to better communicate and address issues. | 4 |

**ATTITUDE:**

| | |
|---|---|
| A. Demonstrates commitment to the position, department & firm. | 4 |
| B. Anticipates and responds quickly to management/client requests. | 4 |
| C. Maintains a consistant level of professionalism in personal conduct. | 4 |
| D. Establishes a positive working environment. | 4 |

**TECHNICAL SKILLS & CAPABILITY:**

| | |
|---|---|
| A. Has the technical skills to perform the requirments of the job. | 3 |
| B. Seeks out training and work experiences to develop new skills. | 4 |
| C. Applies new skills efficiently and effectively. | 4 |
| D. Shares "best practices" with others. | 4 |

**ORGANIZATION:**

| | |
|---|---|
| A. Contributes to keeping projects and department running smoothly. | 4 |
| B. Manages personal time to stay on schedule. | 4 |

**STRENGTHS:**

Julie's willingness to learn new things has been apparent since she joined WA last year.  Coming from the sell side, she had a solid base for how the industry works but little experience in the intricacies of asset management.  I think her thirst for knowledge has allowed her to learn many new aspects of the business.  Though still not technically savvy, I think she has a much better understanding of how issues such as duration, issue exposure and credit affect client performance.

**CHALLENGES:**

Continuing to understand the investment management trade cycle not just the processing of a ticket but why we are affecting a particular strategy and how it will affect portfolios.

FOIA Confidential Treatment Requested by WAMCO

# INVESTMENT MANAGEMENT - ANALYTIC DEPARTMENT
# PERFORMANCE EVALUATION

| NA | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| Not applicable | Very weak | Somewhat weak | Neither weak nor strong | Strong | Exemplary |

**Reviewer Name:  Julie Marquez**
**Reviewee Name:  Julie Marquez**

**Date:**

## KNOWLEDGE OF POSITION:

| | |
|---|---|
| A. Understands all elements of job description. | 4 |
| B. Demonstrates good working knowledge of responsibilities. | 4 |
| C. Demonstrates the ability to take on additional responsibility. | 5 |

## COMMUNICATION:

| | |
|---|---|
| A. Communicates clearly and professionally. | 4 |
| B. Keeps open lines of communication inside and outside department. | 5 |
| C. Gives and receives performance feedback in a positive manner. | N/A |

## PROBLEM SOLVING:

| | |
|---|---|
| A. Takes initiative so that others don't have to. | 5 |
| B. Finds creative solutions/ideas to difficult problems. | 4 |
| C. Utilizes sound and prudent business judgement. | 4 |
| D. Prevents problems rather than fixing them later. | 4 |

## TEAMWORK:

| | |
|---|---|
| A. Collaborates effectively within and outside the department. | 5 |
| B. Responsive to needs of others. | 5 |
| C. Builds relationships to better communicate and address issues. | 4 |

## ATTITUDE:

| | |
|---|---|
| A. Demonstrates commitment to the position, department & firm. | 5 |
| B. Anticipates and responds quickly to management/client requests. | 5 |
| C. Maintains a consistant level of professionalism in personal conduct. | 4 |
| D. Establishes a positive working environment. | 4 |

## TECHNICAL SKILLS & CAPABILITY:

| | |
|---|---|
| A. Has the technical skills to perform the requirments of the job. | 3 |
| B. Seeks out training and work experiences to develop new skills. | 3 |
| C. Applies new skills efficiently and effectively. | 4 |
| D. Shares "best practices" with others. | 4 |

## ORGANIZATION:

| | |
|---|---|
| A. Contributes to keeping projects and department running smoothly. | 5 |
| B. Manages personal time to stay on schedule. | 4 |

FOIA Confidential Treatment Requested by WAMCO

**Gallo, Elvia**

| | |
|---|---|
| **From:** | Fleet, Dan |
| **Sent:** | Wednesday, February 14, 2001 8:30 AM |
| **To:** | WA Staff - All |
| **Subject:** | Julie Marquez - New Trading Assistant |

Please welcome Julie Marquez, who joined us this past Monday. She will be supporting the MBS/ABS sector teams. Julie arrives from Chase Securities in Los Angeles where she was Global Markets Officer for 3 years, supporting all facets of Chase's securities trading operation, including client liaison. Prior to Chase, Julie spent 5 years at Paine Webber as Fixed Income Sales Assistant. She has a BA in Psychology from Cal State Long Beach and both series 7 and 63 securities licenses. Julie has a new daughter, Sophia, and resides in Monrovia. Please stop by and introduce yourself when you have a chance.

FOIA Confidential Treatment Requested by WAMCO

WAMCO_SEC_0000050
SDNY_LEECH_R01_00225428

## Employee Performance Review

**Review Type:** Manager
**Employee Name:** Marquez, Julie
**FY Reviewed:** 2014
**Review Status:** Submitted
**Last Reviewed By:** Snoke, Rosemarie

*You have submitted this review on 04/03/2014 at 3:49 PM*

### Performance vs Goals/Objectives from Previous Year

Self Review

I feel that I've continued to learn and grow from others during the past year. I have performed my job to the utmost of my capabilities and take pride in my work as always.

Manager Review

Julie is a diligent and hard worker each and every day. She is amenable to change and always willing to learn new things. She is steadfast in her quest for accuracy and always willing to pitch in whenever needed with whatever the task may be.

### Assessment of Competencies to Perform Role

Self Review

With each passing year, I grow older and (hopefully) wiser and more mature. I feel this makes me more competent to do my job. Since my responsibilities have not changed much year over year, I tend to think the way I view my work and people around me, makes me more competent to perform my role on the desk.

Manager Review

It is a rare occasion that I have to check Julie's work. I have the utmost confidence in her abilities. She is conscientious and strives to get things right the first time. She works hard from the minute she sits down in the morning until she leaves in the afternoon and ensures that nothing lays idle for any amount of time that needs to be moved down the business cycle. She is the daily trade support for Ken Leech and all that his trading entails which wraps up most of her day and is her priority. She is diligent in doing whatever is necessary to ensure his orders are carried out and reflected correctly in systems. She has a good rapport with all of Ken's counterparties and never hesitates to query them as needed on his trades. The trade blotter is always a priority for her with requests from settlements regarding trade breaks a close second followed by whatever else the day brings.

Rating: 4 - Exceeds Expectations

### Incorporates Western Asset's Core Values into Role

Self Review

I believe that I possess and incorporate WA's core values of Trust, Honesty, Integrity, and Teamwork into my work always. I think these are important qualities that make up a good employee so I always try to work with these in mind.

Manager Review

Being conscientious about everything she does is a strength for Julie. Mutual respect among her peers in trade support is always evident. Professionalism is never lost on Julie.

Rating: 4 - Exceeds Expectations

### Areas for Performance Improvement and Professional Development

Self Review

Areas that can use improvement include.. knowledge of markets and knowledge of analytics. I could also improve upon my knowledge of different

FOIA Confidential Treatment Requested by WAMCO

investment vehicles, such as Swaps as an example.

Manager Review

Continued regulatory changes and associated system changes in ATP workflow and how they affect the downstream processes is something all TA's will need to grasp and understand.

## Assessment of Leadership Skills (this section is not just reserved for employees who supervise others, but should also include comments for all employees that are expected to provide some form of leadership within their role)

Self Review

Having worked with the same group for so many years now, I feel we work well very as a team in general. We seem to naturally assume different roles within the group, and I feel very comfortable stepping up to lead the group when necessary.

Manager Review

Julie is great about "dotting I's and crossing T's" every day. She seeks out any discrepancies or missing important pieces of information on trades that may cause problems downstream and fixes before she leaves. Her many years of experience allow her to see things a more junior person may not and anticipate what might happen if not rectified. She and I have worked closely over the years and she has gleaned a lot of information from me by just being observant and interested which allows me to work on other things.

Rating: 3.5

## Overall Performance

Self Review

In summary, I feel it's been another great year for us here. As I continue to primarily assist SKL with his trades, I've gotten to know him better and understand what he expects from me, and thereby making me better at my job.

Manager Review

Julie is an excellent example of a seasoned trading assistant. She sees problems before they occur, knows how to fix and knows when to escalate before something "snowballs". She can always be counted on to take on extra work when another TA is out of the office. She always has a good attitude and contributes to the success of the team as a whole. Ken Leech is comfortable in her primary support of him and relies upon her to get things done for him.

Rating: 4.5

## Goals/Objectives for Next Year

Self Review

While I strive to come up with something new and thought provoking to write here every year, it does becomes difficult over time. But I always hope that I can learn and grow each year, continue to be a team player, and to contribute to making Western Asset a success in the coming year.

Manager Review

Continue to adapt as ATP changes since it is the primary application she uses every day. Work to identify issues that could benefit from increased automation and also identify issues that may be potential buys in the system and escalate both to me for further investigation.

## I have discussed this review with my manager or the delegated reviewer.   My signature only acknowledges receipt and discussion of this document.

Marquez, Julie (Employee)

Signature: _____    Date: 5/6/14

Snoke, Rosemarie (Manager)

Signature: _____    Date: 5/8/14

FOIA Confidential Treatment Requested by WAMCO

# Employee Performance Review

**Review Type:** Manager
**Employee Name:** Marquez, Julie
**FY Reviewed:** 2015
**Review Status:** Submitted
**Last Reviewed By:** Snoke, Rosemarie

*You have submitted this review on 03/30/2015 at 5:15 PM*

## Performance vs Goals/Objectives from Previous Year

Self Review

> I always hope that I can learn and grow each year, continue to be a team player, and to contribute to making Western Asset a success in the coming year.

Manager Review

> Julie continues to be able to master enhancements to ATP as they are developed.

## Assessment of Competencies to Perform Role

Self Review

> With each passing year I become a more seasoned employee, which I feel, makes me more competent to do my job. Since my responsibilities have not changed much year over year, I've had a lot of time to get better at what I do, hence making me more and more competent to perform my role on the desk.

Manager Review

> Julie's prime responsibility is in support of SKL trade allocating and posting of the same. She continues to do a great job in this capacity each day. When this is satisfied, she is responsible with the rest of the trade ops team to support the rest of the desk in allocating and posting of trades. She knows that her primary support of SKL does not exclude her from other responsibilities. She is hard-working and accurate and always willing to help here fellow team members when time allows.

Rating: 4.5

## Incorporates Western Asset's Core Values into Role

Self Review

> I believe that I possess and incorporate WA's core values of Trust, Honesty, Integrity, and Teamwork into my work always. I think these are important qualities that make up a good employee so I try to work with this in mind.

Manager Review

> Julie is a strong team player and it is evident on a daily basis. She is dependable, accurate and does not take responsibility lightly given she supports the CIO of Western. She is always willing to step in and help others and always does so in a respectful fashion.

Rating: 5 - Outstanding

## Areas for Performance Improvement and Professional Development

Self Review

> There are always new things to learn about our ever changing markets. I think it would help me grow professionally if I knew more about the different instruments being traded by some of our desks, such as Swaps for example.

Manager Review

> Gleaning information about industry changes from industry sources such as SIFMA, Bloomberg, etc. in something everyone could improve upon including

FOIA Confidential Treatment Requested by WAMCO

Gleaning information about industry changes from industry sources such as SIFMA, Bloomberg, etc. is something everyone could improve upon including Julie.

## Assessment of Leadership Skills (this section is not just reserved for employees who supervise others, but should also include comments for all employees that are expected to provide some form of leadership within their role)

*Self Review*

Although I am not in a leadership role, I feel that I demonstrate leadership abilities through my attention to detail, my work ethic and my desire to get things done.

*Manager Review*

Being a seasoned trading assistant such as Julie, leadership is shown by how you interact with your fellow team members and those with whom you work in a support capacity. Julie is always willing to assist whenever needed.

Rating: 4.5

## Overall Performance

*Self Review*

In summary, I feel it's been another great year for us here. As I continue to primarily assist SKL with his trades, I've gotten to know him better and understand what he expects from me, and thereby making me better at my job.

*Manager Review*

Julie has done a great job in support of SKL which is not always easy and is her primary focus. Given the demands on his schedule daily, it is not always easy to get what you need from him to allocate and post his trades. Some days his volume is quite heavy while other days it is much less...Julie is able to responsibly handle whatever comes her way from SKL. She is also always willing to support the rest of the desk in the same responsible manner as her time allows.

Rating: 4.5

## Goals/Objectives for Next Year

*Self Review*

I hope to continue to learn all I can from others around me, to stay positive, and do work of which I can be proud.

*Manager Review*

Continue to keep abreast of industry changes and related regulations.

## I have discussed this review with my manager or the delegated reviewer.   My signature only acknowledges receipt and discussion of this document.

Marquez, Julie (Employee)

Signature: _____    Date: 5/8/15

Snoke, Rosemarie (Manager)

Signature: _____    Date: 5/8/15

FOIA Confidential Treatment Requested by WAMCO