

## 2021 PERFORMANCE REVIEW PROCESS 1.0 FOR JULIE MARQUEZ

Manager: Rosemarie Snoke

## ▾ INSTRUCTIONS

### *Western Asset Performance Review Process*

Welcome to your new performance management system, PERFORM.  The new system does not change Western's philosophy and approach with respect to performance management (or ratings) and it does reinforce our emphasis on goals, competencies, leadership and adherence to core values.  PERFORM will provide all employees with a much more efficient process by which to navigate the performance review process.  Employees and leaders will experience a guided process which should lead to even greater consistency in Western's performance evaluations.

The performance review process will change slightly to begin with the goal setting process.  Employees will submit their goals and then managers can make edits (add, remove or change) and ultimately approve the goals.  It's commonly regarded as a best practice to set between 3-5 goals in S.M.A.R.T (specific, measurable, attainable, relevant, and time bound) format.  It's understood that not all goals can be formatted to the S.M.A.R.T. format.

The slightly revised performance process is summarized below:

### Goal Setting

Employee creates and submits goals for fiscal year

Manager reviews, edits and approves goals for fiscal year

- Manager and employee discuss goals for fiscal year

### Mid-Year

Manager completes and submits mid-year review form

- Manager reviews, updates and/or creates goals
- Manager reviews competencies
- Manager adds to professional development where appropriate
- Manager summarizes performance and submits review

Manager and employee review goals and discuss performance for first part of the year

### Year-End

Employee completes and submits self-review form

Manager completes and submits year-end review form

- Manager reviews goals
- Manager reviews competencies
- Manager adds to professional development where appropriate
- Manager summarizes performance and submits review

HR conducts compliance check for reviews

Manager and employee discuss performance for the fiscal year

The employee acknowledges receipt of their year-end review in the system



## Employee Information

| Name | Employee ID |
|---|---|
| Julie Marquez | |

| Department | Location |
|---|---|

GOVERNMENT
EXHIBIT
**1112**
24 Cr. 658 (GHW)

**Manager Information**

**Name**                                                    **Location**
Rosemarie Snoke

**Department**

### ▾ 1 - GOALS

Employees are required to enter at least one goal in this section.  The required fields are marked by a red asterisk and the system requires that the sum of the weight percentage adds up to 100%.

If goals are already entered then you can click on the > symbol to display the details.  Alternatively, you may select Expand All to show the details for all the goals. It's commonly regarded as a best practice to set between 3-5 goals in S.M.A.R.T (specific, measurable, attainable, relevant, and time bound) format.  The S.M.A.R.T goal wizard below is there to assist with drafting a S.M.A.R.T. goal.  However, it's acceptable if a goal is not created in the S.M.A.R.T. format.

For managers and supervisors, the Cascade feature is there so that you can create a goal for yourself and then add the same goal for all or some members of your team.  This can help to ensure alignment across your whole domain.

Additional notes can be entered at the bottom of the goal, after it is approved.

Weighting of the Goal section: 75%
**Employee Goals**

## CONFIDENCE

**Goal Name**                                              **Manager Mid-Year Rating**
Confidence                                                 2 - Needs Improvement

**Description**                                            **Manager Year-End Rating**
Need to become more comfortable and confident in presenting to    3 - Meets Expectations
auditors, clients and prospective clients
                                                          **Completion Status**
**Results Achieved**                                       Not Started

Since adding this goal, we have been mainly work from home, so I haven't    **Percent Complete**
had the opportunity to observe any presentations to the point where I    25%
am comfortable enough to rate myself as having completed this goal.
                                                          **Weight**
                                                          10.00

                                                          **Period**
                                                          2021

                                                          **Status**
                                                          Finalized

                                                          **Start Date**
                                                          09/18/2020

                                                          **End Date**
                                                          09/18/2021

                                                          **Share with Team**
                                                          ☐

**Aligned To**

FOIA Confidential Treatment Requested by WAMCO

WAMCO_SEC_0000087
SDNY_LEECH_R01_00225465

# EDUCATION

**Goal Name**

Education

**Description**

Need to keep up to date on the electronic trading applications currently in use as well as any new ones we may use going forward

**Results Achieved**

In 2020 I felt I learned a lot more about the electronic trading systems we use at Western Asset. With my manager out on medical leave for most of the summer, I was forced to delve deeper into troubleshooting some of issues associated with electronic trading, and try and learn the root cause of these problems as they arose.

**Manager Mid-Year Rating**

3 - Meets Expectations

**Manager Year-End Rating**

3 - Meets Expectations

**Completion Status**

On Track

**Percent Complete**

50%

**Weight**

30.00

**Period**

2021

**Status**

Finalized

**Start Date**

09/18/2020

**End Date**

09/18/2021

**Share with Team**

**Aligned To**

# PRODUCTIVITY

**Goal Name**

Productivity

**Description**

Remain focused and productive during these difficult times even though our team has been split up into WFH and WFO

**Results Achieved**

During the past year I found myself having to work from three different locations. At the beginning of the pandemic I worked out of the Disaster Recovery location in Cypress for one month, then back to Pasadena for seven months, and then work from home when the office closed at Thanksgiving. Throughout the year, and differing work situations, I feel like was able to be extremely productive and to be a good support for the desk.

**Manager Mid-Year Rating**

4 - Exceeds Expectations

**Manager Year-End Rating**

4 - Exceeds Expectations

**Completion Status**

Completed

**Percent Complete**

100%

**Weight**

60.00

**Period**

2021

**Status**

FOIA Confidential Treatment Requested by WAMCO

WAMCO_SEC_0000088
SDNY_LEECH_R01_00225466

Finalized

**Start Date**
09/18/2020

**End Date**
09/18/2021

**Share with Team**

☐

**Aligned To**

**Year-End Employee Comments**                    **Year-End Manager Comments**

## ⌄ 2 - COMPETENCIES

Please select a rating for each Competency according to the legend below:

**0 - Not Applicable**
Does not apply or this rating may be given to employees who have recently joined the firm and whose performance cannot yet be measured.

**1 - Unsatisfactory**
This rating indicates significant gaps between performance and expectations for the role, usually in multiple areas.  Rather than waiting for the annual review, managers normally discuss corrective action (potentially including termination) with employees before performance declines to this level.

**2 - Needs Improvement**
This rating is given for performance that may meet some expectations for the role, but performance gaps are observed. Performance is inconsistent or falls short in one or more areas.

**3 - Meets Expectations**
This rating indicates that an employee fully meets performance expectations.  Employees who receive a "3" rating incorporate the firm's core values into their daily work responsibilities. They have met all or most of their goals and objectives for the year. Managers are satisfied with the employee's work product.

**4 - Exceeds Expectations**
Performance at this level regularly exceeds expectations, beyond what is normally expected for the role. These employees consistently demonstrate commitment to the firm's core values. They have exceeded all or virtually all of their goals and objectives for the year. Managers are consistently pleased with the employee's work.

**5 - Outstanding**
Performance at this level far exceeds expectations for the role. Often this rating indicates breakthrough accomplishment that has a significant positive impact on a line of business.  Performance is consistently better than that of peers in similar roles.

To expose the definition of a competency you may click on the > symbol next to each competency.  Alternatively, you may select Expand All to show the definition for all of the competencies.

4 / 7

FOIA Confidential Treatment Requested by WAMCO

WAMCO_SEC_0000089
SDNY_LEECH_R01_00225467

Additional notes can be entered in the Comments section at the bottom of the page.

Weighting of the Competency section: 25%

## Core Competencies

| Consistently Adheres to Core Values 1.0 | Manager Mid-Year Overall Score | Employee Year-End Overall Score | Manager Year-End Overall Score |
|---|---|---|---|
| | 3 - Meets Expectations | 3 - Meets Expectations | 3 - Meets Expectations |

Consistently adhering to Western Asset Management's Core Values (Mutual Respect, Personal Responsibility, Diversity, Trust, Honesty, Integrity, Teamwork)

| Customer Focus 1.0 | Manager Mid-Year Overall Score | Employee Year-End Overall Score | Manager Year-End Overall Score |
|---|---|---|---|
| | 3 - Meets Expectations | 3 - Meets Expectations | 3 - Meets Expectations |

Ensuring that the internal or external customer's perspective is a driving force behind personal decisions; delivering work product and work practices that meet customers' and organization's needs; embraces customer service as a value.

| Authenticity 1.0 | Manager Mid-Year Overall Score | Employee Year-End Overall Score | Manager Year-End Overall Score |
|---|---|---|---|
| | 3 - Meets Expectations | 3 - Meets Expectations | 3 - Meets Expectations |

Gaining other people's trust by demonstrating openness and honesty, behaving consistently, and acting in accordance with moral, ethical, professional, and organizational guidelines.

| Driving Execution 1.0 | Manager Mid-Year Overall Score | Employee Year-End Overall Score | Manager Year-End Overall Score |
|---|---|---|---|
| | 4 - Exceeds Expectations | 4 - Exceeds Expectations | 0 - Not Applicable/Unable to Rate |

Contributing to the organization's strategies by focusing and delivering on the most critical priorities and objectives in the role

| Driving Innovation 1.0 | Manager Mid-Year Overall Score | Employee Year-End Overall Score | Manager Year-End Overall Score |
|---|---|---|---|
| | 3 - Meets Expectations | 3 - Meets Expectations | 2 - Needs Improvement |

Demonstrating initiative in originating ideas to improve existing processes; identifying and suggesting improvement opportunities, Creating novel solutions that add value

| Technical/Professional Knowledge and Skills 1.0 | Manager Mid-Year Overall Score | Employee Year-End Overall Score | Manager Year-End Overall Score |
|---|---|---|---|
| | 2 - Needs Improvement | 2 - Needs Improvement | 2 - Needs Improvement |

Having achieved a satisfactory level of technical, functional, and/or professional skill or knowledge in position-related areas; keeping up with current developments and trends in areas of expertise; leveraging expert knowledge to accomplish results.

**Mid-year Manager Comments**

**Year-End Employee Comments**

**Year-End Manager Comments**

Julie becoming more involved in understanding technical issues and not just how they affect ATP but understanding all the dependencies downstream would be truly beneficial to I has her manager. This would allow her manager to feel confident that she can pull away to get involved in more high level projects and away from the daily routine.

Having confidence that any suggestions for improvement would be considered and vetted whether they move forward or not.

FOIA Confidential Treatment Requested by WAMCO

WAMCO_SEC_0000090
SDNY_LEECH_R01_00225468

## ▾ 3 - PROFESSIONAL DEVELOPMENT

Manager and employees have access to view and edit this section all year around.  Courses added will be added to the timeline in WAU.  Employees should work with their manager to identify areas to pursue.  It's the employee's responsibility to take ownership and follow through in their own development.  Please refer to the instructions or reach out to HR for help with creating and/or setting up development plans.

**Employee's Comments**                                    **Manager's Comments**

## ▾ 4 - OVERALL PERFORMANCE

It is required to provide some text in the Overall Comments section in order to submit the review for completion.  The ratings are calculated by the system to one decimal point.  Goals represent 75% and competencies 25%of the weighting for the final rating.  The manager should review the ratings and add comments to the Overall Comments sections before submitting.  Click on the Submit button once the review is completed to your satisfaction.

**Overall Comments**

**Manager's Mid-year Comments**

Julie has been in her role in trade ops for many years and she is very good at what she does currently. Rating her a 2 in "Technical Knowledge " is just to note I would like her to be more inquisitive and interested in what happens in the background from and IT point of view as it relates to the systems that support trading. I know she can grow into that.

**Manager's Year-end Comments**

Julie has continued to be a consistent, flexible and dependable employee.  She has contributed much to the specific support of Ken Leech which she has been given as main priority. He is quite comfortable with abilities as she is of her own. Her support to the balance of the trading floor is consistent when time allows. Her input is always well received and her loyalty to the team as a whole is an appreciated trait.

**Employee's Year-end Comments**

Overall 2020 was a challenging year for everyone.  I feel that I still provided good support to the trading desk and to Mr. Leech, even though I found myself working out of three different locations throughout the year.

**Overall Calculated Rating**

|  | Mid-Year Mgr. Ratings | Year-End Mgr. Ratings |
|---|---|---|
| **Calculated Form Ratings** | **3.4 / 5.0**<br>**Target** | **3.4 / 5.0**<br>**Target** |
| **2 - Competencies** | **3.0 / 5.0** | **2.6 / 5.0** |
| Consistently Adheres to Core Values 1.0 | 3.0 / 5.0 | 3.0 / 5.0 |
| Customer Focus 1.0 | 3.0 / 5.0 | 3.0 / 5.0 |
| Authenticity 1.0 | 3.0 / 5.0 | 3.0 / 5.0 |
| Driving Execution 1.0 | 4.0 / 5.0 | N/A / 5.0 |
| Driving Innovation 1.0 | 3.0 / 5.0 | 2.0 / 5.0 |
| Technical/Professional Knowledge and Skills 1.0 | 2.0 / 5.0 | 2.0 / 5.0 |
| **1 - Goals** | **3.5 / 5.0** | **3.6 / 5.0** |
| Confidence | 2.0 / 5.0 | 3.0 / 5.0 |
| Education | 3.0 / 5.0 | 3.0 / 5.0 |
| Productivity | 4.0 / 5.0 | 4.0 / 5.0 |

## ▾ ACKNOWLEDGEMENT

6 / 7

FOIA Confidential Treatment Requested by WAMCO

WAMCO_SEC_0000091
SDNY_LEECH_R01_00225469

Upon completion of the performance review meeting between the employee and the manager, the employee will acknowledge that they discussed the review with their manager. The employee should click on the SIGN button and their name will appear. Then the employee will click in the check box below which only acknowledges that the review was discussed with the manager and does not necessarily represent agreement with the review. When finished, the employee should click on the Submit button to complete the performance review process.

| Manager Year-End | Employee |
|---|---|
| **Manager** | **Employee** |
| Rosemarie Snoke | |
| **Sign Date** | **Sign Date** |
| 03/30/2021 | |
| | **I have discussed this review with my manager or the delegated reviewer. My signature only acknowledges receipt and discussion of this document.** |
| | ☐ |
| | **Employee Comments** |

### ▾ 5 - CONTINUOUS FEEDBACK

The Continuous Feedback page allows for feedback to take place between the Mid-Year and Year-End reviews.

Employees may request feedback from anyone in the organization.

Managers can make use of the One-on-One Journal to document progress on goals and even track follow-up on a more regular basis.

### ▾ ATTACHMENT(S)

**Filename**

FOIA Confidential Treatment Requested by WAMCO

WAMCO_SEC_0000092
SDNY_LEECH_R01_00225470



## 2022 PERFORMANCE REVIEW PROCESS FOR JULIE MARQUEZ

Manager: Rosemarie Snoke

### ▾ INSTRUCTIONS

*Western Asset Performance Review Process*

#### Goal Setting

› Employee Writes Goals
- The employee creates a set of s.m.a.r.t. goals (recommended 3 to 5) for the upcoming year.

› Manager Approves Goals
- Manager reviews and approves goal plan

#### Mid-Year

› Mid-Year Manager Review
- The manager reviews the goals and writes the mid-year review.

#### Year-End

› Year-End Employee Review
- The employee reviews the goals and completes a year-end self-assessment.

› Year-End Manager Ratings
- The manager reviews the goals and self-assessment from the employee and provides their year-end assessment.

› Year-End HR Review
- The HR reviews the goals and assessments and completes the year-end review.

› Employee Acknowledgement
- The employee acknowledges receipt of their year-end review.

Goal Setting ＞ Mid-Year ＞ Year-End

**Employee Information**

| Name | Employee ID |
|---|---|
| Julie Marquez | |

| Department | Location |
|---|---|
| | |

**Manager Information**

| Name | Location |
|---|---|
| Rosemarie Snoke | |

| Department | |
|---|---|

### ▾ 1 - GOALS

There is a minimum of one goal in this section; however, it is recommended that you list three to five, S.M.A.R.T. goals.

Please make sure that the percentages you enter for your goals add up to a total of 100%.

Additional notes can be entered in the Comments section at the end.

GOVERNMENT EXHIBIT

1113

24 Cr. 658 (GHW)

Weighting of the Goal section: 75%

**Rating Scale Legend**

| Other Role Rating |
| --- |
| 0 - Not Applicable/Unable to Rate |
| 1 - Unsatisfactory |
| 2 - Needs Improvement |
| 3 - Meets Expectations |
| 4 - Exceeds Expectations |
| 5 - Outstanding |

The highlighted rating option is a readonly information showing the self rating given by the assessment owner at previous step.

0 - Not Applicable/Unable to Rate
0 - Not Applicable/Unable to Rate

1 - Unsatisfactory
1 - Unsatisfactory

2 - Needs Improvement
2 - Needs Improvement

3 - Meets Expectations
3 - Meets Expectations

4 - Exceeds Expectations
4 - Exceeds Expectations

5 - Outstanding
5 - Outstanding

**Employee Goals**

## ASSIST

**Goal Name**

Assist

**Description**

Be more present and available to other PM's and PA's on the desk when not working on SKL trades

**Results Achieved**

**Manager Mid-Year Rating**

3 - Meets Expectations

**Manager Year-End Rating**

4 - Exceeds Expectations

**Completion Status**

On Track

**Percent Complete**

75%

**Weight**

25.00

**Period**

2022

**Status**

Finalized

**Start Date**

07/12/2021

**End Date**

12/31/2021

**Share with Team**

☐

**Aligned To**

## EDUCATION AND ENRICHMENT

**Goal Name**

Education and Enrichment

**Manager Mid-Year Rating**

3 - Meets Expectations

2 / 7

FOIA Confidential Treatment Requested by WAMCO

**Description**

Take and complete a few courses on Personal Development and Fixed Income from WAU Library

**Results Achieved**

**Aligned To**

**Manager Year-End Rating**

3 - Meets Expectations

**Completion Status**

On Track

**Percent Complete**

50%

**Weight**

40.00

**Period**

2022

**Status**

Finalized

**Start Date**

07/12/2021

**End Date**

12/31/2021

**Share with Team**

▦

## EFFICIENCY

**Goal Name**

Efficiency

**Description**

Come up with ways to streamline the trade entry process for SKL trades

**Results Achieved**

**Manager Mid-Year Rating**

4 - Exceeds Expectations

**Manager Year-End Rating**

4 - Exceeds Expectations

**Completion Status**

On Track

**Percent Complete**

75%

**Weight**

35.00

**Period**

2022

**Status**

Finalized

**Start Date**

07/12/2021

**End Date**

12/31/2021

3 / 7

FOIA Confidential Treatment Requested by WAMCO

WAMCO_SEC_0000095
SDNY_LEECH_R01_00225473

Share with Team

☐

**Aligned To**

**Year-End Employee Comments**                                    **Year-End Manager Comments**

## ▾ 2 - COMPETENCIES

Please select a score for each Competency according to the legend below:

### 0 - Not Applicable
Does not apply or this rating may be given to employees who have recently joined the firm and whose performance cannot yet be measured.

### 1 - Unsatisfactory
This rating indicates significant gaps between performance and expectations for the role, usually in multiple areas. Rather than waiting for the annual review, managers normally discuss corrective action (potentially including termination) with employees before performance declines to this level.

### 2 - Needs Improvement
This rating is given for performance that may meet some expectations for the role, but performance gaps are observed. Performance is inconsistent or falls short in one or more areas.

### 3 - Meets Expectations
This rating indicates that an employee fully meets performance expectations. Employees who receive a "3" rating incorporate the firm's core values into their daily work responsibilities. They have met all or most of their goals and objectives for the year. Managers are satisfied with the employee's work product.

### 4 - Exceeds Expectations
Performance at this level regularly exceeds expectations, beyond what is normally expected for the role. These employees consistently demonstrate commitment to the firm's core values. They have exceeded all or virtually all of their goals and objectives for the year. Managers are consistently pleased with the employee's work.

### 5 - Outstanding
Performance at this level far exceeds expectations for the role. Often this rating indicates breakthrough accomplishment that has a significant positive impact on a line of business. Performance is consistently better than that of peers in similar roles.

Additional notes can be entered in the Comments section at the end.

Weighting of the Competency section: 25%

**Competencies: Trade Assistant**

| Authenticity - Individual Contributor | Mid-Year Re-Alignment | Manager Mid-Year Overall Score | Employee Year-End Overall Score | Manager Year-End Overall Score |
|---|---|---|---|---|
| | 4 - Exceeds Expectations | 4 - Exceeds Expectations | | 4 - Exceeds Expectations |

Gaining other people's trust by demonstrating openness and honesty, behaving consistently, and acting in accordance with moral, ethical, professional, and organizational guidelines.

| Consistently Adheres to Core Values - Individual Contributor | Mid-Year Re-Alignment | Manager Mid-Year Overall Score | Employee Year-End Overall Score | Manager Year-End Overall Score |
|---|---|---|---|---|
| | 3 - Meets Expectations | 3 - Meets Expectations | | 4 - Exceeds Expectations |

FOIA Confidential Treatment Requested by WAMCO

WAMCO_SEC_0000096
SDNY_LEECH_R01_00225474

Consistently adhering to Western Asset Management's Core Values (Mutual Respect, Personal Responsibility, Diversity, Trust, Honesty, Integrity, Teamwork)

| Client Focus - Individual Contributor | Mid-Year Re-Alignment<br>3 - Meets Expectations | Manager Mid-Year Overall Score<br>3 - Meets Expectations | Employee Year-End Overall Score | Manager Year-End Overall Score<br>4 - Exceeds Expectations |
|---|---|---|---|---|

Ensuring that the internal or external client's perspective is a driving force behind personal decisions; delivering work product and work practices that meet clients' and organization's needs; embraces client service as a value.

| Driving Execution - Individual Contributor | Mid-Year Re-Alignment<br>0 - Not Applicable/Unable to Rate | Manager Mid-Year Overall Score<br>0 - Not Applicable/Unable to Rate | Employee Year-End Overall Score | Manager Year-End Overall Score<br>4 - Exceeds Expectations |
|---|---|---|---|---|

Contributing to the organization's strategies by focusing and delivering on the most critical priorities and objectives in the role

| Driving Innovation - Individual Contributor | Mid-Year Re-Alignment<br>3 - Meets Expectations | Manager Mid-Year Overall Score<br>3 - Meets Expectations | Employee Year-End Overall Score | Manager Year-End Overall Score<br>4 - Exceeds Expectations |
|---|---|---|---|---|

Demonstrating initiative in originating ideas to improve existing  processes; identifying and suggesting improvement opportunities, Creating novel solutions that add value

| Technical/Professional Knowledge and Skills - Individual Contributor | Mid-Year Re-Alignment<br>4 - Exceeds Expectations | Manager Mid-Year Overall Score<br>3 - Meets Expectations | Employee Year-End Overall Score | Manager Year-End Overall Score<br>4 - Exceeds Expectations |
|---|---|---|---|---|

Having achieved a satisfactory level of technical, functional, and/or professional skill or knowledge in position-related areas; keeping up with current developments and trends in areas of expertise; leveraging expert knowledge to accomplish results.

**Re-Alignment Manager Comments**

**Mid-year Manager Comments**

**Year-End Employee Comments**

**Year-End Manager Comments**

## ▾ 3 - PROFESSIONAL DEVELOPMENT

Managers and employees have access to this plan.  Please work with your manager identify areas you wish to pursue.

It is the employee's responsibility to make progress on their development.

**Employee's Comments**                                        **Manager's Comments**

5 / 7

FOIA Confidential Treatment Requested by WAMCO

WAMCO_SEC_0000097<br>SDNY_LEECH_R01_00225475

## ▾ 4 - OVERALL PERFORMANCE

Overall Comments are required in order to submit the review for completion.

### Overall Comments

**Manager's Mid-Year Re-Alignment**

Julie has continued to be a consistent, flexible and dependable employee. She has contributed much to the specific support of Ken Leech which she has been given as main priority. He is quite comfortable with abilities as she is of her own. Her support to the balance of the trading floor is consistent when time allows. Her input is always well received and her loyalty to the team as a whole is an appreciated trait.

Given this is a realignment review since March, 2021, all of the above still pertain to Julie. In addition, the continued WFH situation has shown that Julie is diligent and committed to do the good job she has always done while in the office. She is an asset to the team as a whole and works with others so that the team is successful as a whole. A job well done.

**Manager's Mid-year Comments**

Julie continues to strive for excellence in support of Ken Leech. His volume of trading has peaks and valleys but Julie can quickly adapt. He is pleased with her support and interaction.
Julie has become the back-up for processing UST auctions. She has done well to understand the need for accurate calculation of holdings and related calculations in order to abide by auction guidelines. More attention to IT issues that may come into play to fully understand how and why they occur in order to remedy would be important when not providing support to Ken. When at all possible, if something can be solved without the intervention of IT, that is always preferable.

**Employee's Year-end Comments**

**Manager's Year-end Comments**

Julie is an experienced trading assistant and consistent in all ways. She is always dependable and punctual which adds to the cohesiveness of the trading operations team.. Donna asks good questions when something new arises and shares any gleaned knowledge with the rest of the team. She lends support to the desk, the GSO team as well as any other groups that may require information from the desk.
In addition the above, Julie's primary focus on a daily basis is in the support of Ken Leech's allocation of trades. Her performance in that area remains consistent always and leaves nothing to chance that may create risk to the firm.

### Overall Calculated Rating

| | Mid-Year Mgr. Ratings | Year-End Mgr. Ratings |
|---|---|---|
| **Calculated Form Ratings** | **3.2 / 5.0**<br>**Target** | **3.7 / 5.0**<br>**Above Target** |
| **2 - Competencies** | **2.7 / 5.0** | **4.0 / 5.0** |
| Authenticity - Individual Contributor | 4.0 / 5.0 | 4.0 / 5.0 |
| Consistently Adheres to Core Values - Individual Contributor | 3.0 / 5.0 | 4.0 / 5.0 |
| Client Focus - Individual Contributor | 3.0 / 5.0 | 4.0 / 5.0 |
| Driving Execution - Individual Contributor | N/A / 5.0 | 4.0 / 5.0 |
| Driving Innovation - Individual Contributor | 3.0 / 5.0 | 4.0 / 5.0 |
| Technical/Professional Knowledge and Skills - Individual Contributor | 3.0 / 5.0 | 4.0 / 5.0 |
| **1 - Goals** | **3.4 / 5.0** | **3.6 / 5.0** |
| Assist | 3.0 / 5.0 | 4.0 / 5.0 |
| Education and Enrichment | 3.0 / 5.0 | 3.0 / 5.0 |
| Efficiency | 4.0 / 5.0 | 4.0 / 5.0 |

## ▾ ACKNOWLEDGEMENT

Signatures are required for this performance review to be finalized.

6 / 7

FOIA Confidential Treatment Requested by WAMCO

WAMCO_SEC_0000098
SDNY_LEECH_R01_00225476

| Manager Year-End | Employee |
|---|---|
| **Manager** | **Employee** |
| Rosemarie Snoke | Julie Marquez |
| **Sign Date** | **Sign Date** |
| 10/07/2022 | 11/22/2022 |

**I have discussed this review with my manager or the delegated reviewer. My signature only acknowledges receipt and discussion of this document.**

☑

**Employee Comments**

## ▾ 5 - CONTINUOUS FEEDBACK

The Continuous Feedback page allows for feedback to take place between the Mid-Year and Year-End reviews.

Employees may request feedback from anyone in the organization.

Managers can make use of the One-on-One Journal to document progress on goals and even track follow-up on a more regular basis.

## ▾ ATTACHMENT(S)

**Filename**

FOIA Confidential Treatment Requested by WAMCO

WAMCO_SEC_0000099
SDNY_LEECH_R01_00225477

## 2021 PERFORMANCE REVIEW PROCESS 1.1 FOR <u>ROSEMARIE SNOKE</u>

Manager: <u>Dennis McNamara</u>

### ▾ INSTRUCTIONS

#### *Western Asset Performance Review Process*

Welcome to your new performance management system, PERFORM.  The new system does not change Western's philosophy and approach with respect to performance management (or ratings) and it does reinforce our emphasis on goals, competencies, leadership and adherence to core values.  PERFORM will provide all employees with a much more efficient process by which to navigate the performance review process.  Employees and leaders will experience a guided process which should lead to even greater consistency in Western's performance evaluations.

The performance review process will change slightly to begin with the goal setting process.  Employees will submit their goals and then managers can make edits (add, remove or change) and ultimately approve the goals.  It's commonly regarded as a best practice to set between 3-5 goals in S.M.A.R.T (specific, measurable, attainable, relevant, and time bound) format.  It's understood that not all goals can be formatted to the S.M.A.R.T. format.

The slightly revised performance process is summarized below:

#### <u>Goal Setting</u>

Employee creates and submits goals for fiscal year

Manager reviews, edits and approves goals for fiscal year

  - Manager and employee discuss goals for fiscal year

#### <u>Mid-Year</u>

Manager completes and submits mid-year review form

  - Manager reviews, updates and/or creates goals
  - Manager reviews competencies
  - Manager adds to professional development where appropriate
  - Manager summarizes performance and submits review

Manager and employee review goals and discuss performance for first part of the year

#### <u>Year-End</u>

Employee completes and submits self-review form

Manager completes and submits year-end review form

  - Manager reviews goals
  - Manager reviews competencies
  - Manager adds to professional development where appropriate
  - Manager summarizes performance and submits review

HR conducts compliance check for reviews

Manager and employee discuss performance for the fiscal year

The employee acknowledges receipt of their year-end review in the system



### Employee Information

**Name**

Rosemarie Snoke

**Employee ID**

**Department**

**Location**

GOVERNMENT
EXHIBIT
1115
24 Cr. 658 (GHW)

WAMCO_SEC_0000217
SDNY_LEECH_R01_00225595

**Manager Information**

**Name**                                                                                  **Location**

Dennis McNamara

**Department**

## ▾ 1 - GOALS

Employees are required to enter at least one goal in this section.  The required fields are marked by a red asterisk and the system requires that the sum of the weight percentage adds up to 100%.

If goals are already entered then you can click on the > symbol to display the details.  Alternatively, you may select Expand All to show the details for all the goals. It's commonly regarded as a best practice to set between 3-5 goals in S.M.A.R.T (specific, measurable, attainable, relevant, and time bound) format.  The S.M.A.R.T goal wizard below is there to assist with drafting a S.M.A.R.T. goal.  However, it's acceptable if a goal is not created in the S.M.A.R.T. format.

For managers and supervisors, the Cascade feature is there so that you can create a goal for yourself and then add the same goal for all or some members of your team.  This can help to ensure alignment across your whole domain.

Additional notes can be entered at the bottom of the goal, after it is approved.
Weighting of the Goal section: 75%
**Employee Goals**

## BE OPEN TO STRONGER LINES OF COMMUNATION WITH PEERS.

**Goal Name**                                                          **Manager Mid-Year Rating**

Be open to stronger lines of communation with peers.                   3 - Meets Expectations

**Description**                                                        **Manager Year-End Rating**

Continue to strive to get portfolio operations in a better, more cohesive     3 - Meets Expectations
place than I see it currently.  Strive to re-open lines of communication
with my direct peer on the team in Pasadena that mirrors the strong     **Completion Status**
relationship of that of my peer in the London office.
                                                                       On Track

**Results Achieved**                                                   **Percent Complete**

I have always worked to get the portfolio analysts team to become more     75%
cohesive. Although they are not my direct reports, their quality of work
greatly affects the work of which my team and I are responsible. It is our job     **Weight**
to be quality control for the investment team and portfolio analyst team to
ensure their work is correct and follows all requirements before my team     33.00
delivers that work downstream.
                                                                       **Period**
The portfolio analysts rely on my experience and knowledge to help them
learn what they may not already know or re-learn what they may have     2021
forgotten. Their attention to detail is not always as good as it could be but I
am always happy to teach and guide to get them to become more aware of     **Status**
the importance of those details. I am most often their first point of contact
before their peers.                                                    Finalized

I do think one of the main issues we need to improve is training of new     **Start Date**
portfolio analysts. We are doing them a disservice by not having a complete
and thorough training program.  My belief is they should spend some time
with GSO before coming to the desk so they can understand the full cycle     **End Date**
then spend time with trade ops.
We are not setting them up for success if we don't provide the training they
should ideally have. Always happy to work on that development of that     **Share with Team**
training if agreed upon to do so.
                                                                       ▢
I have worked to reopen lines of communication with my peer.  It has proven
difficult even before work-from-home started. It is important when a project
is taken on that all dependencies are considered. That is rarely the case
here. If you don't know the dependencies and move forward without being
enlightened the process is likely in danger. Such is the case of both EDM
and WSO projects. It is not always the smart thing to take projects on
without applying as much scrutiny as possible first instead of working with

2 / 10

WAMCO_SEC_0000218
SDNY_LEECH_R01_00225596

a process or vendor that, in the end, does not deliver. My experience and insight is something I am happy to bring to the table always.

**Aligned To**

# BEING MORE INVOLVED IN BIG PICTURE PROJECTS INSTEAD OF DAY TO DAY.

**Goal Name**

Being more involved in big picture projects instead of day to day.

**Description**

·Elevate myself from the role of being the point person for so much that is "in the weeds" in order to help Western Asset IM embark on new projects/products that we see as our future.

**Results Achieved**

This is an unusual period given Rosemarie's medical LOA, but also showed that her team was up to the task to handle the day-to-day.    Rosemarie's voice and judgment are key to forward looking projects with regard to trade processing

As Dennis mentions and as I had hoped, my team rose to the occasion while I was out of the office for several months. They are well experienced, have a cohesive relationship and their long term continuity as trading assistants should not be seen as lack of ambition but rather providing continuity in support of the investment management team. They are independent when making decisions that they have the knowledge to do but also thoughtful when challenged and rely on their peer group to make the right decision. As a result, I am able to focus on projects instead.

I have spent much time in the last year and earlier working with compliance to fully integrate what Compliance Service has to offer to the team. Compliance Service is not utilized fully for the investment team and working with the SUIT to change that is a priority for me. The project is not small and ensuring clean data is produced much earlier in the trading process is the ultimate goal.  Legacy text restrictions applied to portfolios with no logic will be eliminated as they have become pure noise over time,  My compliance "partners" in this project and myself work very well together. I request of them what we need in full detail, they code rules and I test.  They often have to tweak the way the rules work but in the end we both are satisfied that the rule works as needed. We truly understand the flexibility that CS allows us and we need to embrace it across the board.

I am the business owner for ATP and have a strong relationship with my IT support.  We have monthly meetings for adding new items to IT queue and prioritizing based on risk, regulation or pure want.  The prioritization is amended at each meeting if needed.  We also have sprint review meetings after each release to note what went both right and wrong and what could be done better. I have a vested interest in the optimization of ATP.

I am also involved in the ATP/IT budget to provide info as to what is needed and what we can do without.

I am a member of the ops com which is seen as a group that comes together as a whole instead of being siloed in each of our departments. Not all may be aware of the issues of each group so allowing this forum is a place to see if peers can assist in ways to make things better and escalate to the management committee as needed.

**Manager Mid-Year Rating**

2 - Needs Improvement

**Manager Year-End Rating**

3 - Meets Expectations

**Completion Status**

On Track

**Percent Complete**

75%

**Weight**

33.00

**Period**

2021

**Status**

Finalized

**Start Date**

**End Date**

**Share with Team**

3 / 10

FOIA Confidential Treatment Requested by WAMCO

WAMCO_SEC_0000219
SDNY_LEECH_R01_00225597

**Aligned To**

## DELEGATE MORE

| | |
|---|---|
| **Goal Name** | **Manager Mid-Year Rating** |
| Delegate more | 3 - Meets Expectations |

**Description**

**Manager Year-End Rating**

-Rely more on my staff to pick up on these same "in the weeds" tasks.

3 - Meets Expectations

**Completion Status**

Completed

**Results Achieved**

**Percent Complete**

As indicated above, the last six months is a demonstration that her team has the experience and judgment to handle the day-to-day. This should provide confidence to pursue more complicated subjects.

75%

**Weight**

Volume is high for trading ops and that is not just in processing trades. Gathering LLC investment requests from across all offices and processing them to necessary groups is another. All of the team is trained when it comes in regards to this. The UST auction process and any US Treasury reporting is owned by my team. Detailed information is required for audit purpose internally and by the US Treasury. Three members of the team are trained here. As for our support of Mr. Leech in allocating all of his trades, I have a main point person who has supported him for many years. Mr. Leech likes continuity so we provide that for him. If the usual support is out, a second person is also trained in allocation but occasionally I have to jump in and help.

34.00

**Period**

2021

**Status**

Finalized

**Start Date**

The admin team really works autonomously and does a great job of it always. They rarely have anything to escalate to me given their experience. On the occasion they do, we work together to come up with a solution

**End Date**

**Share with Team**

**Aligned To**

**Year-End Employee Comments**

Getting out of the day-to-day process is not always easy but I have worked to ensure coverage from my team and depend on them more and more. There is never enough hands on deck on some days so jumping in to help is not something I am unwilling to do given the bottom line responsibility rests with me..

**Year-End Manager Comments**

Especially through the Friday Operations meeting, and certain IT meetings, Rosemarie shares here perspective with others. Still a work in progress with some individuals though.
Rosemarie is a working manager, to be sure, and given the crush of daily deadlines, does need to help ensure we complete our trade workflow.

## ▾ 2 - COMPETENCIES

Please select a rating for each Competency according to the legend below:

## 0 - Not Applicable

4 / 10

FOIA Confidential Treatment Requested by WAMCO

WAMCO_SEC_0000220
SDNY_LEECH_R01_00225598

Does not apply or this rating may be given to employees who have recently joined the firm and whose performance cannot yet be measured.

**1 - Unsatisfactory**

This rating indicates significant gaps between performance and expectations for the role, usually in multiple areas.  Rather than waiting for the annual review, managers normally discuss corrective action (potentially including termination) with employees before performance declines to this level.

**2 - Needs Improvement**

This rating is given for performance that may meet some expectations for the role, but performance gaps are observed. Performance is inconsistent or falls short in one or more areas.

**3 - Meets Expectations**

This rating indicates that an employee fully meets performance expectations.  Employees who receive a "3" rating incorporate the firm's core values into their daily work responsibilities. They have met all or most of their goals and objectives for the year. Managers are satisfied with the employee's work product.

**4 - Exceeds Expectations**

Performance at this level regularly exceeds expectations, beyond what is normally expected for the role. These employees consistently demonstrate commitment to the firm's core values. They have exceeded all or virtually all of their goals and objectives for the year. Managers are consistently pleased with the employee's work.

**5 - Outstanding**

Performance at this level far exceeds expectations for the role. Often this rating indicates breakthrough accomplishment that has a significant positive impact on a line of business.  Performance is consistently better than that of peers in similar roles.

To expose the definition of a competency you may click on the > symbol next to each competency.  Alternatively, you may select Expand All to show the definition for all of the competencies.

Additional notes can be entered in the Comments section at the bottom of the page.

Weighting of the Competency section: 25%

**Core Competencies**

| | Manager Mid-Year Overall Score | Employee Year-End Overall Score | Manager Year-End Overall Score |
|---|---|---|---|
| Consistently Adheres to Core Values 1.1 | 3 - Meets Expectations | 3 - Meets Expectations | 3 - Meets Expectations |

Consistently adhering to and influencing team to adhere to Western Asset Management's Core Values (Mutual Respect, Personal Responsibility, Diversity, Trust, Honesty, Integrity, Teamwork)

| | Manager Mid-Year Overall Score | Employee Year-End Overall Score | Manager Year-End Overall Score |
|---|---|---|---|
| Authenticity 1.1 | 4 - Exceeds Expectations | 4 - Exceeds Expectations | 4 - Exceeds Expectations |

Fostering a work environment that encourages people to act with integrity and treat each other and their ideas with respect; creating and protecting a high-trust environment by setting an example, advocating for others in the face of challenges, removing barriers to trust, and rewarding others for demonstrating behaviors that cultivate trust.

| | Manager Mid-Year Overall Score | Employee Year-End Overall Score | Manager Year-End Overall Score |
|---|---|---|---|
| Building Organizational Talent 1.1 | 3 - Meets Expectations | 3 - Meets Expectations | 3 - Meets Expectations |

FOIA Confidential Treatment Requested by WAMCO

WAMCO_SEC_0000221
SDNY_LEECH_R01_00225599

Demonstrating awareness of team members' development goals and providing opportunity for regular development conversations

| Business Acumen 1.1 | Manager Mid-Year Overall Score | Employee Year-End Overall Score | Manager Year-End Overall Score |
|---|---|---|---|
| | 5 - Outstanding | 5 - Outstanding | 4 - Exceeds Expectations |

Demonstrating an awareness of basic business operations and the role of the department in organizational profitability; frequently looks for areas of continuous improvement within team and work group

| Establishing Strategic Direction 1.1 | Manager Mid-Year Overall Score | Employee Year-End Overall Score | Manager Year-End Overall Score |
|---|---|---|---|
| | 3 - Meets Expectations | 3 - Meets Expectations | 3 - Meets Expectations |

Establishing an action plan for self and others to complete work efficiently and on time by setting goals, establishing timelines, and leveraging resources.

| Global Acumen 1.1 | Manager Mid-Year Overall Score | Employee Year-End Overall Score | Manager Year-End Overall Score |
|---|---|---|---|
| | 3 - Meets Expectations | 3 - Meets Expectations | 3 - Meets Expectations |

Demonstrating awareness of the major international and national factors that impact the organization's global strategy and priorities.

| Operational Decision Making 1.1 | Manager Mid-Year Overall Score | Employee Year-End Overall Score | Manager Year-End Overall Score |
|---|---|---|---|
| | 4 - Exceeds Expectations | 4 - Exceeds Expectations | 4 - Exceeds Expectations |

Taking action that is consistent with appropriate leadership level, available facts and constraints and optimizes probable consequences.

| Emotional Intelligence Essentials 1.1 | Manager Mid-Year Overall Score | Employee Year-End Overall Score | Manager Year-End Overall Score |
|---|---|---|---|
| | 2 - Needs Improvement | 3 - Meets Expectations | 3 - Meets Expectations |

Establishing and sustaining trusting relationships by accurately perceiving and interpreting own and others' emotions and behavior; leveraging insights to effectively manage own responses so that one's behavior matches one's values and delivers intended results.

| Coaching and Developing Others 1.1 | Manager Mid-Year Overall Score | Employee Year-End Overall Score | Manager Year-End Overall Score |
|---|---|---|---|
| | 3 - Meets Expectations | 3 - Meets Expectations | 3 - Meets Expectations |

Engaging an individual in developing and committing to an action plan that targets specific work performance needed to ensure performance improvement.

| Facilitating Change 1.1 | Manager Mid-Year Overall Score | Employee Year-End Overall Score | Manager Year-End Overall Score |
|---|---|---|---|
| | 2 - Needs Improvement | 3 - Meets Expectations | 3 - Meets Expectations |

Demonstrating good effort to embrace change and encourage others to take appropriate action to embrace change

| Inspiring Excellence 1.1 | Manager Mid-Year Overall Score | Employee Year-End Overall Score | Manager Year-End Overall Score |
|---|---|---|---|
| | 3 - Meets Expectations | 3 - Meets Expectations | 3 - Meets Expectations |

Driving high standards; tenaciously working to meet or exceed challenging goals; defining success by goal achievement and continuous improvement.

| Customer Focus 1.1 | Manager Mid-Year Overall Score | Employee Year-End Overall Score | Manager Year-End Overall Score |
|---|---|---|---|
| | 3 - Meets Expectations | 3 - Meets Expectations | 3 - Meets Expectations |

FOIA Confidential Treatment Requested by WAMCO

WAMCO_SEC_0000222
SDNY_LEECH_R01_00225600

Ensuring that the internal or external customer's perspective is a driving force behind team's priorities, processes and activities; ensuring team practices that meet customers' and  organization's needs; promoting and operationalizing customer service as a value.

| Driving Execution 1.1 | Manager Mid-Year Overall Score | Employee Year-End Overall Score | Manager Year-End Overall Score |
| --- | --- | --- | --- |
| | 4 - Exceeds Expectations | 4 - Exceeds Expectations | 4 - Exceeds Expectations |

Ensuring others contribute to departmental  priorities by focusing them on the most critical team objectives, measuring progress, and ensuring accountability against those metrics.

| Driving Innovation 1.1 | Manager Mid-Year Overall Score | Employee Year-End Overall Score | Manager Year-End Overall Score |
| --- | --- | --- | --- |
| | 3 - Meets Expectations | 3 - Meets Expectations | 3 - Meets Expectations |

Frequently originating individual and team action to improve existing conditions and processes or create novel solutions that add value; Identifying and recognizing  improvement opportunities, ideas, and supporting the implementation of solutions.

| Courage 1.1 | Manager Mid-Year Overall Score | Employee Year-End Overall Score | Manager Year-End Overall Score |
| --- | --- | --- | --- |
| | 3 - Meets Expectations | 3 - Meets Expectations | 3 - Meets Expectations |

Proactively confronting difficult issues; making valiant choices and taking bold action in the face of opposition or fear.

| Technical/Professional Knowledge and Skills 1.1 | Manager Mid-Year Overall Score | Employee Year-End Overall Score | Manager Year-End Overall Score |
| --- | --- | --- | --- |
| | 5 - Outstanding | 5 - Outstanding | 5 - Outstanding |

Having achieved a satisfactory level of technical, functional, and/or professional skill or knowledge in position-related areas; keeping up with current developments and trends in areas of expertise; leveraging expert knowledge to accomplish results.

**Mid-year Manager Comments**

**Year-End Employee Comments**

This has been a very unusual time frame to execute a self review.  I do not have the entire year to look back on but am fully aware of what transpired during the time before and after so will speak to that.
My job is not an easy one but I am strongly committed to it and I love what I do. I always strive to find better ways to improve long standing processes, retire legacy systems when there is something more useful and encourage others to stop and think first and act later. I am never afraid of a challenge so long as others that may be involved wish to work as a team to accomplish whatever is needed.
Making everyone's job on the trading floor easier and more efficient is a main goal always bit sometimes difficult to accomplish given both technology and human forces.  Not everyone is always on the same page nor has the same knowledge nor skill set. If they did, what would be Nirvana.  To get closer to that point takes coordination with others and a real dedication to make it happen.  I believe I have the experience and desire to get us on the way.

I am surprised and concerned that it is perceived I am rated a "2" in Emotional Intelligence Essentials.  I have very strong working relationships with many, people in different areas of the firm. I am often the first point of contact for things not known by others. While I may not always have the answer, people reach out to me.

Everyone has a different way about doing things. Being able to completely work in tandem with each and every person is easier with some than others and not always possible in each and every instance. I always strive to be the best most productive asset in the work environment but not always met with the same..

**Year-End Manager Comments**

I rated Rosemarie a 2 in Emotional Intelligence at mid year as she closes up with regard to certain, especially one, individual(s).  Still a work in progress, but I note that upon her return she has become a better listener in meetings, to include those without her extensive trading workflow knowledge.

Rosemarie continues to demonstrate absolute commitment to the role, and her team performed well in her absence.

7 / 10

FOIA Confidential Treatment Requested by WAMCO

WAMCO_SEC_0000223
SDNY_LEECH_R01_00225601

## ▾ 3 - PROFESSIONAL DEVELOPMENT

Manager and employees have access to view and edit this section all year around.  Courses added will be added to the timeline in WAU.  Employees should work with their manager to identify areas to pursue.  It's the employee's responsibility to take ownership and follow through in their own development.  Please refer to the instructions or reach out to HR for help with creating and/or setting up development plans.

**Employee's Comments**                                         **Manager's Comments**

## ▾ 4 - OVERALL PERFORMANCE

It is required to provide some text in the Overall Comments section in order to submit the review for completion.  The ratings are calculated by the system to one decimal point.  Goals represent 75% and competencies 25%of the weighting for the final rating..  The manager should review the ratings and add comments to the Overall Comments sections before submitting.  Click on the Submit button once the review is completed to your satisfaction.

**Overall Comments**

**Manager's Mid-year Comments**

Rosemarie was on medical leave for most of this period.  That said, her team filled in very well, which is an affirmation that she has led by example.  Also, early in this fiscal year, as markets melted, she and her team responded with great professionalism.

**Employee's Year-end Comments**

This has been a very unusual time frame to execute a self review.  I do not have the entire year to look back on but am fully aware of what transpired during the time before and after so will speak to that.
My job is not an easy one but I am strongly committed to it and I love what I do. I always strive to find better ways to improve long standing processes, retire legacy systems when there is something more useful and encourage others to stop and think first and act later. I am never afraid of a challenge so long as others that may be involved wish to work as a team to accomplish whatever is needed.
Making everyone's job on the trading floor easier and more efficient is a main goal always but sometimes difficult to accomplish given both technology and human forces.  Not everyone is always on the same page nor has the same knowledge nor skill set. If they did, what would be Nirvana. To get closer to that point takes coordination with others and a real dedication to make it happen. I believe I have the experience and desire to get us closer to excellence.

**Manager's Year-end Comments**

Strange year with mostly WFH and then Rosemarie's extended leave. But, in her absence, her team performed very well which is a testament to their skills but also RS having the right people in the right roles.

I will note that the quality of IT and Operational meetings was enhanced by her contributions upon her return.  Her knowledge and overall experience is valuable as we sort through new workflows (CLOs) and IM Modernization.

My intuitive rating for Rosemarie is 4, that she exceeds overall expectations for the role.  While she has some seemingly intractable blind spots, her knowledge, commitment, and her contributions across departments are outstanding.

**Overall Calculated Rating**

8 / 10

FOIA Confidential Treatment Requested by WAMCO

WAMCO_SEC_0000224
SDNY_LEECH_R01_00225602

| | Mid-Year Mgr. Ratings | Year-End Mgr. Ratings |
|---|---|---|
| Calculated Form Ratings | 2.8 / 5.0 Target | 3.1 / 5.0 Target |
| | | |
| **2 - Competencies** | **3.3 / 5.0** | **3.4 / 5.0** |
| Consistently Adheres to Core Values 1.1 | 3.0 / 5.0 | 3.0 / 5.0 |
| Authenticity 1.1 | 4.0 / 5.0 | 4.0 / 5.0 |
| Building Organizational Talent 1.1 | 3.0 / 5.0 | 3.0 / 5.0 |
| Business Acumen 1.1 | 5.0 / 5.0 | 4.0 / 5.0 |
| Establishing Strategic Direction 1.1 | 3.0 / 5.0 | 3.0 / 5.0 |
| Global Acumen 1.1 | 3.0 / 5.0 | 3.0 / 5.0 |
| Operational Decision Making 1.1 | 4.0 / 5.0 | 4.0 / 5.0 |
| Emotional Intelligence Essentials 1.1 | 2.0 / 5.0 | 3.0 / 5.0 |
| Coaching and Developing Others 1.1 | 3.0 / 5.0 | 3.0 / 5.0 |
| Facilitating Change 1.1 | 2.0 / 5.0 | 3.0 / 5.0 |
| Inspiring Excellence 1.1 | 3.0 / 5.0 | 3.0 / 5.0 |
| Customer Focus 1.1 | 3.0 / 5.0 | 3.0 / 5.0 |
| Driving Execution 1.1 | 4.0 / 5.0 | 4.0 / 5.0 |
| Driving Innovation 1.1 | 3.0 / 5.0 | 3.0 / 5.0 |
| Courage 1.1 | 3.0 / 5.0 | 3.0 / 5.0 |
| Technical/Professional Knowledge and Skills 1.1 | 5.0 / 5.0 | 5.0 / 5.0 |
| | | |
| **1 - Goals** | **2.7 / 5.0** | **3.0 / 5.0** |
| Be open to stronger lines of communation with peers. | 3.0 / 5.0 | 3.0 / 5.0 |
| Being more involved in big picture projects instead of day to day. | 2.0 / 5.0 | 3.0 / 5.0 |
| Delegate more | 3.0 / 5.0 | 3.0 / 5.0 |

## ▾ ACKNOWLEDGEMENT

Signatures are required for this performance review to be finalized.

| Manager Year-End | Employee |
|---|---|
| **Manager** | **Employee** |
| Dennis McNamara | Rosemarie Snoke |
| **Sign Date** | **Sign Date** |
| 04/07/2021 | 05/20/2021 |

**I have discussed this review with my manager or the delegated reviewer. My signature only acknowledges receipt and discussion of this document.**

☑

**Employee Comments**

## ▾ 5 - CONTINUOUS FEEDBACK

The Continuous Feedback page allows for feedback to take place between the Mid-Year and Year-End reviews.

Employees may request feedback from anyone in the organization.

Managers can make use of the One-on-One Journal to document progress on goals and even track follow-up on a more regular basis.

## ▾ ATTACHMENT(S)

**Filename**

9 / 10

FOIA Confidential Treatment Requested by WAMCO

10 / 10

FOIA Confidential Treatment Requested by WAMCO

WAMCO_SEC_0000226
SDNY_LEECH_R01_00225604

Trading Assistant Tasks include:

1. Daily LLC instruction process. Instructions received from all offices up until 11:30am given we have to submit summaries to the sub-advised teams by 12 noon.
2. EOD LLC pricing process. Receive from BNY and load trades to ATP with final NAVS. Happens 3:45-ish
3. UST Auction process—support both Pas and NY.
4. Confirmation breaks from GSO and other GSO requests. Interaction with WNS as well.
5. Posting of all trades in ATP for both Pas and NY and occasionally for London.
6. Chubb sale process.
7. Daily SKL support.
8. Broker phone lines and also personal lines.
9. Reallocation process.
10. Interaction with SMF and compliance service as needed to investigate and resolve issues.
11. Interaction with GAT for portfolio changes,  new portfolios and closing portfolios, etc.
12. Monitoring all changes amended by users in vendor platforms and identifying how to resolve/amend.
13. EOD recon between ATP and each vendor platform. 2:15pm-ish.
14. Interaction with IT as needed.

Possible ways free up TA time in support of PA's:

1. Julie could potentially lend a hand in the early a.m. to the broad market team while also managing NY's early trading blotter and Ken's early morning queries and Eurex allocations. She's in at 5:30am so perhaps start to assist at 6:30 a.m. until ~ 10:00 am. That should help with morning reports, etc. Always subject to Ken's needs. Her normal 8hr day ends at 2pm or when she's done with Ken's trades. Will need training of course.
2. Veronica is in at 7:00 and Donna at 7:30 pm with respective end times at 3:30pm and 4:00 pm. They alternate on a weekly basis on #1 above and Lupe steps in if either is out on their rotation. Lupe is in at 8:30am and is the EOD wrap person.  Lupe's end of day is 5:00pm or until all is done for the day.
3. All four work on the daily trading workflow to move things down the line to GSO and any ad hoc needs during the day which includes questions from GSO re a number of things.
4. As available, all could help with the preclearing of corporate actions for IG and HY teams which should free up some time.

FOIA Confidential Treatment Requested by WAM

WAMCO_DOJ_2067564
SDNY_LEECH_R06_00133220

**From:**        Leech, S. Kenneth [Ken.Leech@westernasset.com]
**Sent:**        4/11/2019 10:15:36 AM
**To:**          Buchanan, Michael C. [MBuchanan@westernasset.com]
**Subject:**     FW: Comp

## Mike—can you and I sit down and go over jim's request at the bottom—Walter/the Chris brothers/Sophala

**From:** Sibbrel, Robert
**Sent:** Thursday, April 11, 2019 10:08 AM
**To:** Leech, S. Kenneth
**Cc:** Salmon, Nichole
**Subject:** Comp

Hi Ken,

I am back in the office today.  I have heard back from a couple of the sector leaders and generally there is acceptance with respect to most of the changes.  Currently, there are a few requests for reconsideration which are as follows:

<u>Sophala Chhoeng</u> – Asking to increase bonus to original recommendation of $215K (increase of $15K from current).  <u>Comment (from Walter Kilcullen):</u> I'd like to reiterate the need to show her earning trajectory given her value-additive position and growth as a trader year over year.  If we can't improve on her base salary, I'd like to push on her incentive bonus in terms of messaging/reward.  Her bonus of $175k last year to $215k for this year shows real recognition for the year put forth and still keeps her well below the top quartile of market comps and potential upside.

<u>Brandon Bowman</u> – Asking to increase bonus to original recommendation of $135K (up $15K from current).  <u>Comment (from Walter Kilcullen):</u>  I'm still trying to get my arms around his comp given his position, the asset classes he services, and overall strong performance.  I do not have great perspective on what other PAs make/made.  I think a healthy comp for "Bowflex" is Eddie Ma perhaps two years ago, pre IM status.  How do his numbers compare?  Bowman is solo, in a very intensive group of asset classes(HY, Loans, CLOs) and gets the job done right...I think that warrants top decile pay for his position.  He's integral to our platform.

<u>Nick Mastroianni</u> – Restore recommended base increase from 135 to 150K, if not possible then add $15k to bonus.  <u>Comment (from Mark Lindbloom)</u> - The below accounts are most of those managed by john but the accounts in blue are those where nick acts as "co-manager" with john's guidance.  When we promote him to a PM position these are likely to move over to him.   He also helps me manage the WBND ETF we started several months ago.

1)     Stable Value Portfolios (1655, 1196, 4266, 3160) – these pfs have very conservative alpha targets/TEs.  Guidelines are pretty onerous and require a lot of interaction with client service.
2)     Intermediate, Non Deriv, No Below IG (3813, 4214, 4236, 1449) – these accounts require more trading/analysis to manage duration/yield curve because we can't use futs.
3)     Limited Duration – Nick helps with the entire Limited duration book but I've highlighted ones where John is less involved.
4)     Intermediate, Non Deriv, Below IG Okay (1736, 1783, 999) – similar to # 2 but these accounts allow BIG exposure

Second point I'd make about nick is that he is already meeting clients both with senior PM's and alone.   Very good feedback from CSE's.

<u>Rafael Zielonka</u> – Restore recommended base increase from 135 to 150K, if not possible then add $15k to bonus.  <u>Comment (from Mark Lindbloom)</u> - The accounts below are managed by Mike and over the last year he has

FOIA Confidential Treatment Requested by WAM

WAMCO_DOJ_4470831
SDNY_LEECH_R11_00883135

added Raf as co-manager in fact if not in title. Similar to how nick helps with the broad market portfolios Raf has increased his portfolio responsibilities as well as his client responsibilities. Like Nick he has the market knowledge and temperament to be a PM. In addition he has taken the currency trading done for broad market accounts to a new level from what existed in years past. This is a very important sector for us.

My hope was to move them into PM roles this year but thought others might think premature. I feel strongly these two have the talent to be the next generation of portfolio managers at WA and we want to keep them. I also believe the trader category does not capture their contributions to the broad market group and to the firm. In the trader category IF they are being compared to other traders in the various sectors I argue below they should be at the higher end of that compensation range or lower end of PM ranges.

To reiterate, the trader category does not fit with what these two guys are doing for us. I understand it takes time to reach the PM positions but they are already participating, with senior PM's, in this role. I view them at least in line with a Danny Alexander type of person versus some of the other traders in the room. It's with this in mind that I suggested larger increases in their base salary and think it's a mistake to reduce. If, however, others don't agree with these views I'd advocate adding at least as much to their incentive beyond what I suggested. I'd be very surprised if Ken or Mike disagreed with me on this analysis.

You and I had also discussed reviewing Ian Smith and Julie Marquez. As we discussed yesterday, Jim would like for you to review the changes which were made on the High Yield team (Walter, Chris Jacobs, Chris Kilpatrick, Sophala Chhoeng, etc.). Please let me know if I can be of any help regarding your review of where we currently stand with the compensation recommendations and delivering any feedback to JWH.

Thank you,

Rob

Rob Sibbrel | Human Resources
Western Asset Management Company
385 East Colorado Boulevard | Pasadena, CA 91101 | Tel: 626-844-9436 | robert.sibbrel@westernasset.com
www.westernasset.com

FOIA Confidential Treatment Requested by WAM