

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

May 25, 2026

**BY ECF**

Hon. Gregory H. Woods
Southern District of New York
500 Pearl Street
New York, NY 10007

   **Re:  United States v. S. Kenneth Leech II, 24 Cr. 658 (GHW)**

Dear Judge Woods:

  The Government respectfully writes in further support of its request for a pretrial hearing under Federal Rule of Evidence 104 and in response to the Court's May 25, 2026 Order.  (ECF Nos. 159 and 160.)  At a pretrial hearing under Rule 104, the Government would call both Trading Assitant-1 and Operations Manager-1 as witnesses.  The Government anticipates that this testimony, including any cross-examination, would take approximately half of a day.  In addition to the testimony from these witnesses, the Government will also introduce the exhibits attached to the Government's May 25, 2026 letter (ECF No. 159).  These exhibits include human resources documents, transcripts of the defendant's testimony, and correspondence.  To streamline the hearing, the Government would not anticipate asking the witnesses to read each of these exhibits during their testimony.  Instead, the Government will make these exhibits part of the record for the Court's Rule 104 determination and highlight only selected exhibits that will assist the presentation of the witnesses' hearing testimony.

        Respectfully submitted,

        SEAN BUCKLEY
        Attorney for the Government

    by: *Peter J. Davis*
        Thomas Burnett/Peter Davis
        Assistant United States Attorneys

        Lindsey Keenan
        Special Assistant United States Attorney
        (212) 637-2468/1064/6523

cc: Counsel (by ECF)