# CLEARY GOTTLIEB STEEN & HAMILTON LLP

**AMERICAS**
NEW YORK
SAN FRANCISCO
SÃO PAULO
SILICON VALLEY
WASHINGTON, D.C.
**ASIA**
HONG KONG
SEOUL

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

D: +1 212 225 2000
jkim@cgsh.com

**EUROPE & MIDDLE EAST**
ABU DHABI
BRUSSELS
COLOGNE
LONDON
MILAN
PARIS
ROME

May 26, 2026

**VIA ECF**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street, Room 2260
New York, New York 10007

Re:    *United States v. Leech,* No. 24 Cr. 658 (GHW)

Dear Judge Woods:

We write to address one issue raised in the government's May 22, 2026 reply submission to its motion to preclude certain cross examination of two whistleblower witnesses.  (Dkt. 158, the "Gov't Reply").  In its reply, the government states in a footnote that cross examination relating to "the Analyst and Portfolio Manager's motivation for reporting the defendant's cherry picking (including potential financial incentive)," to which it does not object, "will open the door to the actual reasons the Analyst and Portfolio Manager reported the defendant's conduct to Western Asset and the SEC."  (Gov't Reply at 4 & n.3).  Although the government does not state what the "actual reasons" are, cross examination as to the witnesses' bias cannot properly open the door to testimony that the Court has precluded, including testimony setting forth "a description of their analysis and the opinion that Mr. Leech engaged in cherry-picking based on that analysis."  (Apr. 27, 2026 Hr'g Tr. at 26, Dkt. 148).  To the extent the government is making that argument, it should be rejected.

Respectfully submitted,

CLEARY GOTTLIEB STEEN &
HAMILTON LLP

*/s/ Joon H. Kim*
Joon H. Kim
Mitchell Kohles
One Liberty Plaza
New York, New York 10006
(212) 225-2000

Cleary Gottlieb Steen & Hamilton LLP or an affiliated entity has an office in each of the locations listed above.

Hon. Gregory H. Woods, p.2

MORVILLO ABRAMOWITZ
GRAND IASON & ANELLO, P.C.

*/s/ Jonathan S. Sack*
Jonathan S. Sack
Jeremy H. Temkin
Joshua Bussen
565 Fifth Avenue
New York, New York 10017
(212) 856-9600

*Attorneys for Defendant S. Kenneth Leech II*

Cc:    AUSA Peter J. Davis (via ECF)
       AUSA Thomas S. Burnett (via ECF)
       SAUSA Lindsey Keenan (via ECF)