# CLEARY GOTTLIEB STEEN & HAMILTON LLP

**AMERICAS**
NEW YORK
SAN FRANCISCO
SÃO PAULO
SILICON VALLEY
WASHINGTON, D.C.
**ASIA**
HONG KONG
SEOUL

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

D: +1 212 225 2000
jkim@cgsh.com

**EUROPE & MIDDLE EAST**
ABU DHABI
BRUSSELS
COLOGNE
LONDON
MILAN
PARIS
ROME

May 27, 2026

**VIA ECF**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street, Room 2260
New York, New York 10007

Re:    *United States v. Leech,* No. 24 Cr. 658 (GHW)

Dear Judge Woods:

We respectfully submit this letter in response to the Court's order on May 21, 2026 (Dkt. 155), directing the defense to file all materials associated with its application for Rule 17(c) subpoenas, including the Court's order in response to that application. We have consulted with the government and agreed upon the redactions of the subpoena recipients' names, as their names have not yet been disclosed publicly. The redacted materials are attached hereto as Exhibit A.

Respectfully submitted,

CLEARY GOTTLIEB STEEN &
HAMILTON LLP

*/s/ Joon H. Kim*
Joon H. Kim
Mitchell Kohles
One Liberty Plaza
New York, New York 10006
(212) 225-2000

Cleary Gottlieb Steen & Hamilton LLP or an affiliated entity has an office in each of the locations listed above.

Hon. Gregory H. Woods, p. 2

MORVILLO ABRAMOWITZ
GRAND IASON & ANELLO, P.C.

/s/ Jonathan S. Sack
Jonathan S. Sack
Jeremy H. Temkin
Joshua Bussen
565 Fifth Avenue
New York, New York 10017
(212) 856-9600

*Attorneys for Defendant S. Kenneth Leech II*

Enclosure

Cc:    AUSA Peter J. Davis (via ECF)
       AUSA Thomas S. Burnett (via ECF)
       SAUSA Lindsey Keenan (via ECF)