

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

May 31, 2026

**BY ECF**

Hon. Gregory H. Woods
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    **United States** v. **S. Kenneth Leech II**, 24 Cr. 658 (GHW)

Dear Judge Woods:

      The Government respectfully writes in advance of the Rule 104 hearing. Counsel for Operations Manager-1 informed the Government this morning that Operations Manager-1 ▮▮▮▮▮ ▮▮▮▮▮▮ last evening and is unable to fly to New York from her home in California.[1] Counsel has also advised that Operations Manager-1 is available to testify remotely tomorrow. If the Court is amenable, the parties have conferred and would consent to the testimony of Operations Manager-1 being taken by video during tomorrow's hearing. Alternatively, the Government would request that the hearing remain open until Operations Manager-1 is able to fly to New York to testify.

                        SEAN BUCKLEY
                        Attorney for the Government

            by: *Peter J. Davis*
                        Thomas Burnett/Peter Davis
                        Assistant United States Attorneys

                        Lindsey Keenan
                        Special Assistant United States Attorney
                        (212) 637-2468/1064/6523

cc: Counsel (by ECF)

---

[1] Operations Manager-1 is represented by John Kocoras, Esq. of Skadden, Arps, Slate, Meagher & Flom LLP. The Government is redacting this letter on ECF pursuant to this Court's individual rule 7 (D)(i) and Rule 21.4 of the SDNY ECF Rules and Instructions, which permit the Government to redact information without prior Court approval if it pertains to "[m]edical records, treatment, and diagnosis."