# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com
————

WRITER'S CONTACT INFORMATION

jsack@maglaw.com
(212) 880-9410

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***
KEFIRA WILDERMAN
——
RETIRED/PARTNER EMERITUS
PAUL R. GRAND
——
ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

June 4, 2026

**VIA ECF**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    **Re:**    *United States v. Leech*, **No. 24 Cr. 658 (GHW) (S.D.N.Y.)**

Dear Judge Woods:

    We write with respect to the updated draft jury questionnaire that Your Honor circulated to the parties yesterday, June 3, 2026.

    On behalf of the defense, we respectfully request that the last sentence on page one, which currently reads, "Mr. Leech has pleaded not guilty and is presumed innocent unless and until proven guilty." be revised to read: "Mr. Leech has pleaded not guilty and is presumed innocent unless and until proven guilty beyond a reasonable doubt."  We also ask Your Honor to consider adding the highlighted language at the end of the first paragraph on page 2: "Do not discuss this questionnaire or your answers with anyone, including Court personnel and your fellow potential jurors. Please do not leave any questions unanswered. If you do not understand a question, write that on the questionnaire, and we will discuss it with you later. Additionally, if you believe your response to a particular question is of a sensitive or private nature and you would like to discuss it privately with the Court and the parties, please indicate that in your answer, and we will make arrangements to do so."

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P. C.

Hon. Gregory H. Woods
June 4, 2026
Page 2 of 2

Respectfully submitted,

MORVILLO ABRAMOWITZ
GRAND IASON & ANELLO P.C.

By:    /s/ *Jonathan S. Sack*
Jonathan S. Sack
Jeremy H. Temkin
565 Fifth Avenue
New York, NY 10017
(212) 880-9410
jsack@maglaw.com

CLEARY GOTTLIEB
STEEN & HAMILTON, LLP

/s/ *Joon H. Kim*
Joon H. Kim
One Liberty Plaza
New York, New York 10006
(212) 225-2000

*Attorneys for Defendant S. Kenneth Leech II*

Cc:    AUSA Peter J. Davis (via ECF)
AUSA Thomas S. Burnett (via ECF)
SAUSA Lindsey Keenan (via ECF)