UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>S. KENNETH LEECH, II,<br><br>Defendant. | No. 24-cr-658-GHW |

**DECLARATION IN SUPPORT OF MOTION FOR WITHDRAWAL**

I, Joshua Bussen, declare as follows, pursuant to 28 U.S.C. § 1746:

1. Pursuant to Local Civil Rule 1.4 and Local Criminal Rules 1.1 and 1.2 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I respectfully request leave of the Court to withdraw my appearance as counsel for defendant S. Kenneth Leech in the above-captioned action.

2. After August 7, 2026, I will no longer be associated with the law firm of Morvillo, Abramowitz, Grand, Iason & Anello P.C. I have made Mr. Leech aware that I will be leaving the firm and that I will no longer be working on this case.

3. Other attorneys of the law firm of Morvillo, Abramowitz, Grand, Iason & Anello P.C.— including Jonathan S. Sack, Esq., and Jeremy H. Temkin, Esq.—as well as attorneys from Cleary Gottlieb Steen and Hamilton LLP—including Joon H. Kim—will remain as counsel of record to Mr. Leech.

4. Because the motion herein will not result in a change of the law firms representing Mr. Leech, my withdrawal as counsel of record will not affect this action in any way, alter the posture of the case, or prejudice any parties.

5. I do not assert a retaining or charging lien concerning Mr. Leech.

6. For the foregoing reasons, I hereby request that I be removed as counsel of record from the Electronic Case Filing system, and that no documents, notices, or other pleadings in the action be served upon me.

7. I declare under penalty of perjury that the foregoing is true and correct.

New York, New York
August 6, 2026

/s/ *Joshua Bussen*
Joshua Bussen