**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_______________
DATE FILED: 9/30/2026

September 30, 2026

**MEMORANDUM ENDORSED**

**BY ECF**

Hon. Gregory H. Woods
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: United States v. S. Kenneth Leech II, 24 Cr. 658 (GHW)**

Dear Judge Woods:

The Government respectfully writes to request an adjournment of the sentencing in this case, currently scheduled for October 31, 2026 and an adjournment of the deadline for the Government's sentencing submission. Defense counsel consents to this request. AUSA Burnett has been assigned to a trial, which will overlap with the current sentencing date. Additionally, the Government respectfully requests additional time to respond to the defense's sentencing submission, which was filed on September 17, 2026. (ECF No. 193.) The parties have conferred and respectfully request that the sentencing be rescheduled to the week of November 16, 2026 and the Government's submission deadline be adjourned to October 26, 2026.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: __*/s/*___________________
Thomas Burnett
Peter Davis
Assistant United States Attorneys
(212) 637-2468

cc: Counsel (by ECF)

Application granted in part. The sentencing hearing previously scheduled for October 31, 2026 at 12:00 p.m. is adjourned to November 23, 2026 at 11:00 a.m. The Government's sentencing submissions are due no later than October 26, 2026.
SO ORDERED.

Dated: September 30, 2026
New York, New York

GREGORY H. WOODS
United States District Judge