**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

October 21, 2026

**BY ECF**

Hon. Gregory H. Woods
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: United States v. S. Kenneth Leech II, 24 Cr. 658 (GHW)**

Dear Judge Woods:

The Government respectfully writes to request an additional nine days, until November 4, 2026, to file its sentencing submission. The additional time will allow the Government and defense counsel to confer and attempt to narrow any potential sentencing disputes. The Government has conferred with defense counsel who consents to this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: __/s/ ____________________
Thomas Burnett
Peter Davis
Assistant United States Attorneys
(212) 637-2468

cc: Counsel (by ECF)